# In The United States Court of Federal Claims

## Cover Sheet

05-1209C

Plaintiff(s) or Petitioner(s)
JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Larry L. Coats, Anthony J. Biller

Firm Name: COATS & BENNETT, PLLC

Post Office Box:

Street Address: 1400 Crescent Green, Suite 300

City-State-Zip: Cary, NC 27511

Telephone & Facsimile Numbers: phone: (919) 854-1844; fax: (919) 854-2084

E-mail address: lcoats@coatsandbennett.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 5 0 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $ to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005