**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., | |
| Plaintiff, | No. 05-1209 C |
| v. | Judge Lawrence M. Baskir |
| THE UNITED STATES, | |
| Defendant. | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ken B. Barrett as attorney of record for the United States.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

December 13, 2005

s/ Ken B. Barrett

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice