# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., | |
| Plaintiff, | No. 05-1209 C |
| v. | Judge Lawrence M. Baskir |
| THE UNITED STATES, | |
| Defendant. | |

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, the United States, moves pursuant to Rule 6(b), Rules of the Court of Federal Claims, for an enlargement of time to respond to Plaintiff's complaint. Specifically, the Government requests that its time to respond be enlarged fifty-nine (59) days from January 17, 2006, the date now set for responding, to and including March 17, 2006. This is the Government's first motion for enlargement of its time to respond to the complaint. By telephone conference on January 11, 2006, Anthony J. Biller, counsel for Plaintiff Jennings Transmission Service, advised Ken Barrett, counsel for the Government, that Plaintiff will not oppose the requested enlargement.

This is a suit pursuant to 28 U.S.C. § 1498(a) by Jennings Transmission Service to recover reasonable compensation for the alleged use of certain replacement transmission kits for right-hand drive postal vehicles. The

complaint alleges that "purchasing, installing, and using these transmission kits" infringes one or more claims of United States Patent No. 6,085,609. Compl. ¶ 9.

The time originally allotted for responding to the complaint has been inadequate to properly investigate the allegations. More time is needed to complete Defendant's investigation of the procurement and use of the accused replacement transmission kits. This is a complex patent case that involves multiple suppliers. Counsel for the Government needs the requested extra time in order to properly identify each of the pertinent contracts and to find and confer with knowledgeable agency personnel and the suppliers to determine what products and methods were used or manufactured for the Government. Absences due to the holidays and year-end vacations have further complicated counsel's ability to obtain the necessary information.

For the above-reasons, the Government respectfully requests that this motion be granted, and the time to respond to Plaintiff's complaint be extended to and including March 17, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

January 12, 2006

s/ Ken B. Barrett
KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice