# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., | |
| Plaintiff, | No. 05-1209 C |
| v. | Judge Lawrence M. Baskir |
| THE UNITED STATES, | |
| Defendant. | |

## DEFENDANT'S MOTION FOR NOTICE TO THIRD-PARTIES PURSUANT TO RCFC 14

Pursuant to the provisions of Rule 14(b), Rules of the Court of Federal Claims (RCFC), and 41 U.S.C. § 114(b), defendant moves this Court to issue a notice to the following corporations to appear, if they so desire, as parties and assert whatever interest they may have in this action:

Jasper Engines & Transmissions
P.O. Box 650
Jasper, IN 47547-0650
Attention: Mr. Doug Bawel,
Chief Executive Officer

Ready Built Distributors, Inc.
P.O. Box 3375
Montgomery, AL 36109
Attention: Robert Jones, President

For the reasons stated in the attached Memorandum in Support of Defendant's Motion for Notice to Third-Parties Pursuant to RCFC 14, defendant respectfully requests that this motion be granted and the requested notices be issued.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

March 17, 2006

s/ Ken B. Barrett
KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice