# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1209 C<br><br>Judge Lawrence M. Baskir |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR NOTICE TO THIRD-PARTIES PURSUANT TO RCFC 14

Plaintiff alleges that the United States ("the Government"), through the actions of the United States Postal Service (USPS), has, without authorization, used and installed transmission replacement kits that allegedly infringe claims of United States Patent No. 6,085,609 (the '609 patent). See Comp. ¶¶ 1, 9. Specifically, plaintiff alleges that the USPS's purchase, use and installation of kits for the conversion of a left-hand transmission for use in right-hand drive Grumman Long Life Vehicles infringes claims of the '609 patent. See Comp. ¶¶ 7-9. The suppliers of transmission conversion kits include Jasper Engines & Transmissions (Jasper) and Ready Built Distributors, Inc. (Ready Built).

Jasper and Ready Built may have an interest in the outcome of this lawsuit. Each of these companies may be requested to indemnify the

Government for patent infringement based upon the inclusion of a patent indemnity provision in their respective National Ordering Agreements (NOAs) with the USPS. At least some of the sales of transmission conversion kits to the USPS were made under these NOAs, which are Contract Nos. 412735-00-H-0627 (Jasper's NOA, excerpts of which are attached hereto as Exhibit A) and 412735-00-H-1111 (Ready Built's NOA, excerpts of which are attached hereto as Exhibit B). Both contracts issued with USPS Purchasing Manual Clause 4-2 Contract Terms and Conditions - Commercial Items (January 1997). That clause contains a patent indemnity provision, which states:

> h. Patent indemnity. The supplier shall indemnify the Postal Service and its officers, employees and agents against liability, including costs for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark, or copyright, arising out of the performance of this contract, provided the supplier is reasonably notified of such claims and proceedings.

Exh. A at 4; Exh. B at 4.

Based on these contractual terms, Jasper and Ready Built have an apparent interest in this litigation within the meaning of RCFC 14, because a judgment against the Government might affect them as potential indemnitors. Likewise, the notices requested in this motion will fulfill any

obligation that the Government might have to provide notice to Jasper and Ready Built. In particular, the requested notice will provide early formal notice of this action and afford Jasper and Ready Built an opportunity to appear and assert any interest that they may have in this action.

For the reasons stated above, defendant respectfully requests that Defendant's Motion for Notice to Third-Parties Pursuant to RCFC 14 be granted and the requested notices be issued.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

March 17, 2006

s/ Ken B. Barrett
KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice

# Exhibit A

UNITED STATES POSTAL SERVICE

| ORDER/SOLICITATION/OFFER/AWARD<br>OFFEROR TO COMPLETE BLOCKS 13, 14, 16, 18, 23, 24 and 29 | 1. REQUISITION NO.<br>00-01055 | PAGE 1 OF 2 |
|---|---|---|

| 2. CONTRACT/ORDER NO. | 3. AWARD/EFFECTIVE DATE | 4. MASTER/AGENCY CONTRACT NO | 5. SOLICITATION NO. | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 412735-00-H-0627 | 01/13/00 | | 412735-00-A-0089 | 12/10/1999 |

| 7. FOR SOLICITATION INFORMATION CALL ➔ | a. NAME | b. TELEPHONE NO. | c. FACSIMILE NO. | 8. OFFER DUE DATE/TIME |
|---|---|---|---|---|
| | Margaret A. Garrity | (215) 931-5167 | (215) 931-5154 | 01/10/2000 4:00 pm |

| 9. ISSUED BY: | 10. ACO CODE | 11. SOLICITATION METHOD | 12. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS CHECKED | 13. DISCOUNT TERMS |
|---|---|---|---|---|
| U S POSTAL SERVICE<br>PURCHASING & MATERIALS SERVICE CTR<br>P O BOX 40592<br>PHILADELPHIA PA 19197-0592<br>EMAIL mgarrity@email.usps.gov | 412735 | ☐ RFQ<br>☐ RFP<br>☐ ORAL | ☐ SEE SCHEDULE | Net 30 days |

| 14a. SUPPLIER | 15a. BILLING INSTRUCTIONS |
|---|---|
| Jasper Engines & Transmissions<br>Robert Boeglin<br>PO Box 650<br>Jasper IN 47546<br>TEL: 800-827-7455 x-3985 FAX:812-481-0228<br>EMAIL: national@jasperengines.com | SAME AS DELIVERY/PERFORMANCE ADDRESS |
| 14b. ☐ CHECK BOX IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 15b. SUBMIT INVOICES TO ADDRESS SHOWN BLOCK 15a UNLESS BLOCK IS CHECKED ☐ SEE ADDENDUM |
| 16. TYPE OF BUSINESS ORGANIZATION *(Check all that apply)*<br>a. ☐ MINORITY BUSINESS<br>1. ☐ BLACK AMERICAN<br>2. ☐ HISPANIC AMERICAN<br>3. ☐ NATIVE AMERICAN<br>4. ☐ ASIAN AMERICAN<br>b. ☐ WOMAN-OWNED<br>c. ☐ SMALL BUSINESS<br>d. ☐ EDUCATIONAL OR OTHER NON-PROFIT<br>e. ☒ NONE OF THE ABOVE ENTITIES | 17a. DELIVERY ADDRESS<br>See Part 1<br>17b. PHONE NO.:<br>17c. DELIVER BY/END DATE: INDEFINITE PERIOD |
| 18. TAXPAYER IDENTIFICATION NO: 35-0907098 | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This is a National Ordering Agreement for the items listed in Attachment A, Items and Prices. Ordering instructions including delivery terms and conditions are also listed on Attachment A.<br><br>The award that will be generated is for a National Ordering Agreement between the U. S. Postal Service and a supplier. The award does not imply any obligation or agreement by the | 1.000 | | | |
| | | | | TOTAL AWARD AMOUNT *(USPS Use Only)* | |

26a. ☐ Solicitation incorporates By Reference PM Provision 4-1 *INSTRUCTION TO OFFERORS - COMMERCIAL ITEMS*, and PM Clause 4-2 *CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS*. PM Provision 4-3 *OFFEROR REPRESENTATION AND CERTIFICATIONS - COMMERCIAL ITEMS*, and PM Clause 4-3 *CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS*, ☒ are ☐ are not attached.

26b. ☐ Contract/Purchase Order incorporates By Reference PM Clause 4-2 *CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS*. PM Clause 4-3 *CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS*, ☐ is ☐ is not attached.

| | |
|---|---|
| 27. ☒ The supplier is required to sign this document and return 1 copies to the issuing office. The supplier agrees, subject to the terms and conditions specified herein, to provide and deliver all items identified above and on any additional sheets. | 28. ☐ Award of Contract: Reference ______ offer dated ______. Your offer on solicitation (block 5), including any additions or changes that are set forth herein, is accepted as to items ______ |
| 29a. SIGNATURE OF SUPPLIER<br>Robert G. Boeglin | 30a. UNITED STATES POSTAL SERVICE *(SIGNATURE OF CONTRACTING OFFICER)*<br>Margaret A. Garrity |
| 29b. PRINTED NAME AND TITLE OF SUPPLIER: Robert G. Boeglin, Sales Mgr.<br>29c. DATE SIGNED: 12/15/99 | 30b. PRINTED NAME OF CONTRACTING OFFICER: MARGARET A. GARRITY<br>30c. DATE SIGNED: 1/13/00 |

| ORDER/SOLICITATION/OFFER/AWARD - CONTINUATION | | | 1. REQUISITION NO. 00-01055 | PAGE 2 OF 2 |
|---|---|---|---|---|
| 2. CONTRACT/ORDER NO. | 3. AWARD/EFFECTIVE DATE | 4. MASTER/AGENCY CONTRACT NO | 5. SOLICITATION NO. 412735-00-A-0089 | 6. SOLICITATION ISSUE DATE 12/10/1999 |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Postal Service to place future orders with the supplier as specific requirements and quantities are unknown at this time. The agreement contains terms and conditions applying to future contracts (orders) between the parties. | | | | |

PART 2 - CLAUSES

## 2.1 CLAUSES INCORPORATED BY REFERENCE

The following clauses are incorporated by reference as if set forth in full text. The full text versions of these clauses are available upon request. Purchasing Manual references are shown in parentheses.

| CLAUSE NUMBER | DATE | TITLE |
|---|---|---|
| √1-9 | January 1997 | PREFERENCE FOR DOMESTIC SUPPLIES (PM 1.7.12) |

## √ 2.2 CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS (Clause 4-2) (January 1997)

a. Inspection and Acceptance. The supplier shall only tender for acceptance those items that conform to the requirements of this contract. The Postal Service reserves the right to inspect or test supplies or services that have been tendered for acceptance. The Postal Service may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Postal Service must exercise its post acceptance rights (1) within a reasonable period of time after the defect was discovered or should have been discovered and (2) before any substantial change occurs in the condition of the items, unless the change is due to the defect in the item.

b. Assignment. The supplier or its assignee's rights to be paid amounts due as a result of performance of this contract may be assigned to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727).

c. Changes. Changes in the terms and conditions of this contract may be made only in written agreement of the parties.

d. Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at PM B-9 Claims and Disputes, which is incorporated herein by reference. The supplier shall proceed diligently with performance of this contract pending final resolution of any dispute arising under the contract.

e. Definitions. The clause at PM B-1, Definitions, is incorporated herein by reference.

f. Excusable delays. The supplier shall be liable for default unless nonperformance is caused by occurrence beyond reasonable control of the supplier and without fault or negligence such as acts of God or the public enemy, acts of the Postal Service in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The supplier shall notify the contracting officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the contracting officer of the cessation of such occurrence.

g. Invoice. The supplier shall submit an original invoice and three copies (or electronic invoice if authorized) to the address designated in the contract to receive invoices. An invoice must include

1. Name and Address of the supplier
2. Invoice date;
3. Contract number, contract line number and if applicable, the order number;
4. Description, quantity, unit of measure, unit price and extended price of the items delivered;
5. Shipping number and date of shipment including the bill of lading number and weight of shipment if shipped on a Postal Service bill of lading;
6. Terms of any prompt payment discount offered;
7. Name and address of official to whom payment is to be sent; and
8. Name, title and phone number of person to be notified in event of defective invoice.

Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment.

h. Patent indemnity. The supplier shall indemnify the Postal Service and its officers, employees and agents against liability, including costs for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark, or copyright, arising out of the performance of this contract, provided the supplier is reasonably notified of such claims and proceedings.

i. Payment. Payment shall be made for items accepted by the Postal Service that have been delivered to the delivery destinations set forth in this contract. The Postal Service will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment. Payments under this contract may be made by the Postal Service either by check, electronic funds transfer or government credit card at the option of the Postal Service.

In conjunction with any discount offered for early payment, time shall be computed from the date of the invoice. For purposes of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the date on which an electronic funds transfer was made.

j. Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the supplier until, and shall pass to the Postal Service upon:

1. Delivery of the supplies to a carrier, if transportation of f.o.b. origin, or;
2. Delivery of the supplies to the Postal Service at the destination specified in the contract, if transportation is f.o.b. destination.

k. Taxes. The contract price includes all applicable Federal, State, and local; taxes and duties.

l. Termination for the Postal Service's convenience. The Postal Service reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the supplier shall immediately stop all work and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the supplier shall be paid a percentage of the work performed prior to the notice of termination, plus reasonable charges the supplier can demonstrate to the satisfaction of the Postal Service using its standard record keeping system, have resulted from the termination. The supplier shall not be required to comply with the cost accounting standards and principles for this purpose. This paragraph does not give the Postal Service any right to audit the supplier's records. The supplier shall not be paid for any work performed or costs incurred which reasonable could have been avoided.

m. Termination for default. The Postal Service may terminate this contract, or any part hereof, for default by the supplier, or if the supplier fails to provide the Postal Service, upon request, with adequate assurances of future performance. In the event of termination for default, the Postal Service shall not be liable to the supplier for any amount for supplies or services not accepted, and the supplier shall be liable to the Postal

# Exhibit B

UNITED STATES POSTAL SERVICE

## ORDER/SOLICITATION/OFFER/AWARD
OFFEROR TO COMPLETE BLOCKS 13, 14, 16, 18, 23, 24 and 29

1. REQUISITION NO. 00-02498
PAGE 1 OF 2

| 2. CONTRACT/ORDER NO. | 3. AWARD/EFFECTIVE DATE | 4. MASTER/AGENCY CONTRACT NO | 5. SOLICITATION NO. | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 412735-00-H-1111 | 5/4/00 | | 412735-00-A-0199 | 04/28/2000 |

| 7. FOR SOLICITATION INFORMATION CALL → | a. NAME | b. TELEPHONE NO. | c. FACSIMILE NO. | 8. OFFER DUE DATE/TIME |
|---|---|---|---|---|
| | Margaret A. Garrity | (215) 931-5167 | (215) 931-5154 | 05/12/2000 4:00 pm |

9. ISSUED BY:
U S POSTAL SERVICE
PURCHASING & MATERIALS SERVICE CTR
P O BOX 40592
PHILADELPHIA PA 19197-0592
EMAIL mgarrity@email.usps.gov

10. ACO CODE: 412735

11. SOLICITATION METHOD: ☐ RFQ ☐ RFP ☐ ORAL

12. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS CHECKED ☐ SEE SCHEDULE

13. DISCOUNT TERMS: Net 30 days

14a. SUPPLIER
READY BUILT TRANSMISSIONS, INC.
3300 ATLANTA HWY
MONTGOMERY, AL. 36109
TEL: 800 791 9451 FAX: 334 270 7767
EMAIL: [redacted] rbuilt2@mindspring.com

14b. ☑ CHECK BOX IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

15a. BILLING INSTRUCTIONS
SAME AS DELIVERY/PERFORMANCE ADDRESS

15b. SUBMIT INVOICES TO ADDRESS SHOWN BLOCK 15a UNLESS BLOCK IS CHECKED ☐ SEE ADDENDUM

16. TYPE OF BUSINESS ORGANIZATION *(Check all that apply)*
a. ☐ MINORITY BUSINESS
1. ☐ BLACK AMERICAN
2. ☐ HISPANIC AMERICAN
3. ☐ NATIVE AMERICAN
4. ☐ ASIAN AMERICAN
b. ☐ WOMAN-OWNED
c. ☑ SMALL BUSINESS
d. ☐ EDUCATIONAL OR OTHER NON-PROFIT
e. ☐ NONE OF THE ABOVE ENTITIES

17a. DELIVERY ADDRESS
See Part 1

REMIT TO ADDRESS: READY BUILT TRANSMISSIONS
PO BOX 3375
MONTGOMERY AL 36109-3375

17b. PHONE NO.:
17c. DELIVER BY/END DATE: INDEFINITE TERM

18. TAXPAYER IDENTIFICATION NO: 63-1216649

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This is a National Ordering Agreement for the items listed in Attachment A, Items and Prices. Ordering instructions including delivery terms and conditions are also listed on Attachment A.<br><br>The award that will be generated is for a National Ordering Agreement between the U. S. Postal Service and a supplier. The award does not imply any obligation or agreement by the | 1.000 | | | |
| | | | TOTAL AWARD AMOUNT *(USPS Use Only)* | | |

26a. ☒ Solicitation incorporates By Reference PM Provision 4-1 *INSTRUCTION TO OFFERORS - COMMERCIAL ITEMS*, and PM Clause 4-2 *CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS*. PM Provision 4-3 *OFFEROR REPRESENTATION AND CERTIFICATIONS - COMMERCIAL ITEMS*, and PM Clause 4-3 *CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS*, ☒ are ☐ are not attached.

26b. ☐ Contract/Purchase Order incorporates By Reference PM Clause 4-2 *CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS*. PM Clause 4-3 *CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS*, ☐ is ☐ is not attached.

27. ☒ The supplier is required to sign this document and return 1 copies to the issuing office. The supplier agrees, subject to the terms and conditions specified herein, to provide and deliver all items identified above and on any additional sheets.

28. ☐ Award of Contract: Reference ______ offer dated ______. Your offer on solicitation (block 5), including any additions or changes that are set forth herein, is accepted as to items ______

29a. SIGNATURE OF SUPPLIER: [signature]

30a. UNITED STATES POSTAL SERVICE *(SIGNATURE OF CONTRACTING OFFICER)*: Margaret A. Garrity

29b. PRINTED NAME AND TITLE OF SUPPLIER: ROBERT L. JONES, JR. - PRES.

29c. DATE SIGNED: 5-1-2000

30b. PRINTED NAME OF CONTRACTING OFFICER: Margaret A. Garrity

30c. DATE SIGNED: 5/4/00

| ORDER/SOLICITATION/OFFER/AWARD - CONTINUATION | | | 1. REQUISITION NO. 00-02498 | PAGE 2 OF 2 |
|---|---|---|---|---|
| 2. CONTRACT/ORDER NO. | 3. AWARD/EFFECTIVE DATE | 4. MASTER/AGENCY CONTRACT NO | 5. SOLICITATION NO. 412735-00-A-0199 | 6. SOLICITATION ISSUE DATE 04/28/2000 |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Postal Service to place future orders with the supplier as specific requirements and quantitites are unknown at this time. The agreement contains terms and conditions applying to future contracts (orders) between the parties. | | | | |

PART 2 - CLAUSES

## 2.1 CLAUSES INCORPORATED BY REFERENCE

The following clauses are incorporated by reference as if set forth in full text. The full text versions of these clauses are available upon request. Purchasing Manual references are shown in parentheses.

| CLAUSE NUMBER | DATE | TITLE |
|---|---|---|
| 1-9 | January 1997 | PREFERENCE FOR DOMESTIC SUPPLIES (PM 1.7.12) |

## 2.2 CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS (Clause 4-2) (January 1997)

a. Inspection and Acceptance. The supplier shall only tender for acceptance those items that conform to the requirements of this contract. The Postal Service reserves the right to inspect or test supplies or services that have been tendered for acceptance. The Postal Service may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Postal Service must exercise its post acceptance rights (1) within a reasonable period of time after the defect was discovered or should have been discovered and (2) before any substantial change occurs in the condition of the items, unless the change is due to the defect in the item.

b. Assignment. The supplier or its assignee's rights to be paid amounts due as a result of performance of this contract may be assigned to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727).

c. Changes. Changes in the terms and conditions of this contract may be made only in written agreement of the parties.

d. Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at PM B-9 Claims and Disputes, which is incorporated herein by reference. The supplier shall proceed diligently with performance of this contract pending final resolution of any dispute arising under the contract.

e. Definitions. The clause at PM B-1, Definitions, is incorporated herein by reference.

f. Excusable delays. The supplier shall be liable for default unless nonperformance is caused by occurrence beyond reasonable control of the supplier and without fault or negligence such as acts of God or the public enemy, acts of the Postal Service in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The supplier shall notify the contracting officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the contracting officer of the cessation of such occurrence.

g. Invoice. The supplier shall submit an original invoice and three copies (or electronic invoice if authorized) to the address designated in the contract to receive invoices. An invoice must include

1. Name and Address of the supplier
2. Invoice date;
3. Contract number, contract line number and if applicable, the order number;
4. Description, quantity, unit of measure, unit price and extended price of the items delivered;
5. Shipping number and date of shipment including the bill of lading number and weight of shipment if shipped on a Postal Service bill of lading;
6. Terms of any prompt payment discount offered;
7. Name and address of official to whom payment is to be sent; and
8. Name, title and phone number of person to be notified in event of defective invoice.

Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment.

h. Patent indemnity. The supplier shall indemnify the Postal Service and its officers, employees and agents against liability, including costs for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark, or copyright, arising out of the performance of this contract, provided the supplier is reasonably notified of such claims and proceedings.

i. Payment. Payment shall be made for items accepted by the Postal Service that have been delivered to the delivery destinations set forth in this contract. The Postal Service will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment. Payments under this contract may be made by the Postal Service either by check, electronic funds transfer or government credit card at the option of the Postal Service.

In conjunction with any discount offered for early payment, time shall be computed from the date of the invoice. For purposes of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the date on which an electronic funds transfer was made.

j. Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the supplier until, and shall pass to the Postal Service upon:

1. Delivery of the supplies to a carrier, if transportation of f.o.b. origin, or;
2. Delivery of the supplies to the Postal Service at the destination specified in the contract, if transportation is f.o.b. destination.

k. Taxes. The contract price includes all applicable Federal, State, and local; taxes and duties.

l. Termination for the Postal Service's convenience. The Postal Service reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the supplier shall immediately stop all work and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the supplier shall be paid a percentage of the work performed prior to the notice of termination, plus reasonable charges the supplier can demonstrate to the satisfaction of the Postal Service using its standard record keeping system, have resulted from the termination. The supplier shall not be required to comply with the cost accounting standards and principles for this purpose. This paragraph does not give the Postal Service any right to audit the supplier's records. The supplier shall not be paid for any work performed or costs incurred which reasonable could have been avoided.

m. Termination for default. The Postal Service may terminate this contract, or any part hereof, for default by the supplier, or if the supplier fails to provide the Postal Service, upon request, with adequate assurances of future performance. In the event of termination for default, the Postal Service shall not be liable to the supplier for any amount for supplies or services not accepted, and the supplier shall be liable to the Postal