# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: March 21, 2006)

****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

On March 17, 2006, pursuant to Rule 14(b) of the Rules of the U.S. Court of Federal Claims, the Defendant filed a **Motion for Notice to Third Parties (Jasper Engines & Transmissions and Ready Built Distributors, Inc.) about the pending action in this case**. The **Defendant's Motion is hereby GRANTED**. Clerk of the Court is directed to issue the notice.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge