# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** *
Plaintiff, *

v. * No. 05-1209C

**THE UNITED STATES,** * (Filed May 5, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

A telephonic Early Neutral Evaluation Conference shall be held at 4:00 p.m. on Monday, June 12, 2006. The call will be placed from the Howard T. Markey National Courts Building.

All information and documents submitted to the ADR judge for purposes of ADR will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

Do not defer discovery before this date. The ADR judge will discuss with the parties what they have learned to date about each other's cases.

**IT IS SO ORDERED.**

/s Christine O. C. Miller
___________________________________
**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir