# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: May 18, 2006)

****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 10:00 a.m., on Friday, June 30, 2006. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge