ORIGINAL

THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 17 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., PLAINTIFF, v. THE UNITED STATES, DEFENDANT. | ) | CASE NO. 1:05-cv-1209 LMB |

**JASPER ENGINE'S RCFC 7.1(a)**
**CORPORATE DISCLOSURE STATEMENT**

Jasper Engines & Transmissions ("Jasper Engines"), by counsel, hereby files the following Corporate Disclosure Statement in compliance with RCFC 7.1(a).

Jasper Engines does not have a parent corporation, nor does any publicly held company own ten percent (10%) or more of its stock.

Respectfully submitted,

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
(317) 635-8900

*Attorney for Jasper Engines & Transmissions*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on the following by First-Class, United States mail this 16th day of May 2006.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, NC 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

1057031