# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: June 6, 2006)

****************************************************

JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*

****************************************************

## ORDER

In May of 2006, pursuant to Rule 14(b) of the Rules of the U.S. Court of Federal Claims, third parties Jasper Engines & Transmissions and Ready Built Distributors, Inc., submitted their Answers to the RCFC 14(b) Notice submitted by the Defendant.

A telephonic Preliminary Status Conference in this matter is scheduled for 10:00 a.m., on Friday, June 30, 2006. **The Defendant shall initiate the conference call with the Plaintiff, Jasper Engines & Transmissions, and Ready Built Distributors, Inc., before calling the Judge at (202) 357-6504**.

**Jasper Engines & Transmissions and Ready Built Distributors, Inc., shall each file a supplement to the Joint Preliminary Status Report (filed May 1, 2006) stating their positions by June 23, 2006.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge