# THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 1:05-cv-1209 LMB** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## Ready Built DISTRIBUTORS, INC.'S RULE 26(a)(1) DISCLOSURES

Pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims, Ready Built Distributors, Inc. ("Ready Built"), by counsel, makes the following initial disclosures. Ready Built will periodically supplement this disclosure, as necessary, in accordance with RCFC 26(e)(1).

## I. Individuals Likely to Have Discoverable Information

**RCFC 26(a)(1)(A):** *The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.*

1. Robert Jones
President
Ready Built Distributors, Inc.
3300 Atlanta Highway
Montgomery, Alabama 36109
Tel: 334-270-7773

   Subject: Ready Built's involvement in the United States Postal Service's ("USPS") Long-Life Vehicle ("LLV") transmission retrofit program in quantity of transmissions sold to USPS.

2. Jackson Smith
Ready Built Distributors, Inc.
3300 Atlanta Highway
Montgomery, Alabama 36109
Tel: 334-270-7773

   Subject: Ready Built's involvement in the United States Postal Service's ("USPS")

Long-Life Vehicle ("LLV") transmission retrofit program in quantity of transmissions sold to USPS.

3. Ms. Margaret A. Garrity
Contracting Officer
United States Postal Service
Purchasing and Materials Service Center
Vehicle Parts & Maintenance Services
615 Chestnut Street, Suite 1500
Philadelphia, Pennsylvania 19106

Subject: Procurement pertaining to LLV transmission retrofitting.

4. Mr. Richard A. Reece
District Supervisor, Vehicle Supplies
Atlanta District
United States Postal Service
US Postal Service Vehicle Maint. Facility
3900 Crown Road, SW
Atlanta, GA 30304-9323
Tel: 404.765.7740

Subject: The USPS's LLV transmission retrofit program.

5. Mr. Wayne Corey
Delivery Vehicle Operations
US Postal Service
475 L'Enfant Plaza SW Room 7142
Washington, DC 20260-2817
Tel: 202.268.4104

Subject: The USPS's LLV transmission retrofit program.

6. Tommy Hester
USPS Atlanta Vehicle Maintenance Facility
848 Oglethorpe SW
Atlanta, Georgia 30310

Subject: Knowledge and/or approval of the transmission conversion kits at issue.

7. Paul Snyder
USPS Atlanta Vehicle Maintenance Facility
848 Oglethorpe SW
Atlanta, Georgia 30310

Subject: Knowledge of the transmission conversion kits at issue.

## II. Documents and Things

**RCFC 26(a)(1)(B):** *All documents and things which Ready Built may use to support its claims or defenses are available for inspection and copying at the office of its counsel and without limiting the generality of the foregoing such documents and things include the following:*

1. Installation instructions for the transmission conversion kits at issue:

   a. Documents pertaining to Ready Built's authorizations to sell the referenced transmission conversion kits to the USPS.

   b. Drawing and/or pictures of the referenced transmission conversion kits.

   c. Documents relating to the number of the referenced transmission conversion kits sold to the USPS.

## III. Computation of Damages

**RCFC 26(a)(1)(C):** *A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under RCFC 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.*

Ready Built does not have a claim for damages at this time.

Respectfully submitted,

Date: June 29, 2006

James S. Ward
Attorney for Ready Built Distributors, Inc.

**OF COUNSEL:**
James S. Ward
WARD & WILSON, L.L.C.
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
Telephone: (205)871-5404
Facsimile: (205)871-5758

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on the following by Electronic mail this 29th day of June, 2006.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Division - Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com

OF COUNSEL