# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: July 5, 2006)

****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

ORDER

The Court held a Preliminary Status Conference in the above-captioned case on June 30, 2006. The discovery and claim construction proceedings schedules agreed upon by the parties are memorialized in our Special Procedures Order for Cases Under 28 U.S.C. § 1498(a), filed on July 5, 2006. The Preliminary Status Conference was digitally recorded and the parties may contact the Clerk's Office at (202) 357-6400 for information on how to obtain a transcript of the proceedings.

Mr. Ward, counsel for Third-Party Defendant Ready Built Distributors, Inc., was not present at the Preliminary Status Conference. Mr. Ward is directed to explain in writing the reasons for his failure to appear, and his failure to advice the Court of his absence prior to the hearing.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge