THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** | ) | |
| **PLAINTIFF,** | ) | |
| **v.** | ) | **CASE NO. 1:05CV1209C LMB** |
| **THE UNITED STATES,** | ) | |
| **DEFENDANT.** | ) | |

**READY-BUILT'S SUPPLEMENT**
**RESPONSE TO JULY 5, 2006 ORDER**

COMES NOW James S. Ward, counsel for Third-Party Defendant Ready-Built Distributors, Inc. ("Ready-Built"), and in response to the Court's Order of July 5, 2006, submits the following explanation for his failure to appear at the June 30, 2006, Preliminary Status Conference or advice the Court of his absence prior to the hearing:

1. The WARD AND WILSON, LLC law firm is a two attorney law firm in Birmingham, Alabama, with James S. Ward and Kenneth Joe Wilson, Jr. being the two attorney members.

2. Mr. Ward was involved in depositions in another matter taken pursuant to a Court Scheduling Order in Montgomery, Alabama, on July 5, 2006. Said depositions were scheduled prior to the scheduling of the Preliminary Status Conference.

3. Being aware of the conflict, arrangements were made for Mr. Wilson to participate in the Preliminary Status Conference. Mr. Wilson was involved in an arbitration proceeding during the entire week of June 26, 2006, but it was anticipated that the arbitration proceedings would be concluded by Friday, June 30, 2006. In fact, testimony in the arbitration proceeding was concluded on the evening of Thursday, June 29, and all that remained to be concluded was evidentiary submissions of the parties at 8:30 a.m. on

June 30th, and it was anticipated that the evidentiary submissions would last less than one hour.

4. Instead, due to circumstances beyond either Mr. Ward's or Mr. Wilson's control, the evidentiary submissions in the arbitration proceeding lasted for over two hours and ran beyond the 9:30 Preliminary Status Conference.

5. Mr. Wilson telephoned the Court immediately upon his return to the office to apologize and further explained at that time why neither he nor Mr. Ward appeared.

6. The undersigned apologizes to the Court for any inconvenience and submits that he certainly would have advised the Court in advance had he known that neither he nor Mr. Wilson would not be in a position to participate in the Preliminary Status Conference.

Respectfully submitted,

/s/ James S. Ward
James S. Ward
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
(205) 871-5404

*Attorney for Ready-Built Distributors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on the following by Electronic Mail on the 23rd day of June 2006.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Division - Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com

/s/ James S. Ward
OF COUNSEL