THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CASE NO. 1:05-cv-1209 LMB |
| THE UNITED STATES, | ) | |
| DEFENDANT. | ) | |

**JASPER ENGINE'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS**

Third-Party Defendant Jasper Engines & Transmissions ("Jasper Engines"), by counsel, respectfully requests an extension of time within which to respond to Plaintiff Jennings Transmission Service of Goldsboro, Inc.'s ("Jennings") First Set of Interrogatory Nos. 1-10 and Requests for Production of Documents 1-19 (hereinafter "Discovery Requests"). In support of this motion, Jasper Engines states as follows:

1. Jennings served its Discovery Requests to Jasper Engines on or about October 25, 2006. Accordingly, Jasper Engines' responses are not due until November 24, 2006. This date has not yet passed.

2. The Discovery Requests are fairly extensive and broad. It is presently believed, in good faith, that preparation of Jasper Engines' response to the Discovery Requests will require Jasper Engines and its counsel to review a significant amount of documents. Jasper Engines has diligently initiated the initial steps for conducting that review. However, Jasper Engines will need more time - at least thirty (30) more days - to prepare its initial written responses.

3. Jasper Engines' counsel has conferred with Jennings' counsel, Larry Coats, about this motion and is authorized to report that Jennings' counsel has no objection to the requested thirty (30) day extension of time.

4. This motion is not being made in bad faith and/or for purposes of delay.

WHEREFORE, Third-Party Defendant Jasper Engines & Transmissions, by counsel, respectfully requests an extension of time to and including December 24, 2006, within which to respond to the Jennings' First Set of Interrogatory Nos. 1-10 and Requests for Production of Documents 1-19, and for all other relief that is appropriate under the circumstances.

1.

Respectfully submitted,

s/ *James M. Hinshaw*

James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
(317) 635-8900

*Attorneys for Jasper Engines & Transmissions*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 8, 2006, a true and correct copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, NC 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 850
Birmingham, AL 35209
JWard@WardWilsonLaw.com

s/ *James M. Hinshaw*

1102988