**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JENNINGS TRANSMISSION SERVICE )**
**OF GOLDSBORO, INC., )**
**)**
**PLAINTIFF, )**
**)**
**v. ) CASE NO. 1:05CV1209C LMB**
**THE UNITED STATES, )**
**)**
**DEFENDANT. )**

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**

COMES NOW the Third Party Defendant, Ready-Built Distributors, Inc. ("Ready-Built") and move the Court for an extension of time within which to respond to Plaintiff's First Set of Interrogatory Nos. 1 - 10 and Request for Production of Documents 1 - 19 to Defendant Ready-Built Distributors, Inc. In support of this Motion, Ready-Built states as follows:

1. Ready-Built adopts and incorporates by reference as if fully set forth herein JASPER ENGINES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS. Ready-Built adopts each and every ground asserted therein as the basis for this Motion.
2. Plaintiff's counsel has no objection to the requested extension.
3. This Motion is not made in bad faith and/or for purposes of delay.

Respectfully submitted,

/s/ James S. Ward
James S. Ward
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
(205) 871-5404
*Attorney for Ready-Built Distributors, Inc.*

*Jennings Transmission Service of Goldsboro, Inc. v. The United States of America*
*United States Court of Federal Claims*
*Case No.: 05-1209C*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on the following by Electronic Mail on the 1st day of August 2006.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Division - Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com

/s/ James S. Ward
OF COUNSEL