# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: November 14, 2006)

*****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

ORDER

Third-party Defendant Jasper Engines & Transmissions' unopposed Motion for an Enlargement of Time (30 days) until **December 24, 2006, to respond to Plaintiff's First Set of Interrogatory Nos. 1-10 and Requests for Production of Documents 1-19** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge