# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: November 14, 2006)

**************************************************

JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*

**************************************************

## ORDER

Third-party Defendant Ready-Built Distributers, Inc.'s unopposed Motion for an Enlargement of Time (30 days) until **December 24, 2006, to respond to Plaintiff's First Set of Interrogatory Nos. 1-10 and Requests for Production of Documents 1-19** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge