# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: February 12, 2007)

*****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
JASPER ENGINES & TRANSMISSIONS, *
*Third-Party Defendant,* *
*
and *
*
READY BUILT DISTRIBUTORS, INC., *
*Third-Party Defendant.* *
*****************************************************

ORDER

_____The parties filed a Joint Claim Construction Statement and Joint Status Report on January 19, 2007. The parties agreed on the following briefing schedule in advance of the Claim Construction Hearing:

- Plaintiff shall file and serve its opening brief and supporting evidence **no later than March 6, 2007.**

- Defendant and Third-Party Defendants shall file and serve their responsive briefs and evidence **no later than March 23, 2007.**

- Plaintiff shall file and serve its reply brief and any evidence directly rebutting the supporting evidence contained in the opposing parties' responses **no later than April 6, 2007.**

The Court shall issue an order to schedule the dates for the claim construction hearing after the briefing is completed.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge