**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**NO.: 1:05-cv-1209C**
**JUDGE LAWRENCE M. BASKIR**

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant,** | ) | **APPENDIX TO JENNINGS' OPENING BRIEF ON CLAIM CONSTRUCTION** |
| **and** | ) | |
| **JASPER ENGINES & TRANSMISSIONS,** | ) | |
| **Third-Party Defendant,** | ) | |
| **and** | ) | |
| **READY BUILT DISTRIBUTORS, INC.,** | ) | |
| **Third-Party Defendant.** | ) | |

# TABLE OF CONTENTS


| Document Description | Page No. |
|---|---|
| US 6,085,609 | 1 |
| '609 Prosecution History | 13 |
| "linkage" from Yahoo! Education | 120 |
| "mechanism" from McGraw-Hill Dictionary of Scientific and Technical Terms | 121 |
| Joint Claim Construction Statement and Joint Status Report | 124 |
| "end" from dictionary.com | 157 |
| "connection" from The American Heritage Dictionary of the English Language | 168 |
| "kit" from Yahoo! Education | 171 |

## CERTIFICATE OF SERVICE

I certify that on this day, the 6th of March, 2007, a true and correct copy of the foregoing **APPENDIX TO JENNINGS' OPENING BRIEF ON CLAIM CONSTRUCTION** was served via the CM/ECF system to the following addresses:

Ken B. Barrett
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW, Room 11122
Washington D.C. 20005

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Mr. James S. Ward
Ward & Wilson, L.L.C.
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209

By: /s/ Larry L. Coats
Larry L. Coats
Attorney for Plaintiff