US006085609A

# United States Patent [19]

**Mozingo et al.**

[11] **Patent Number: 6,085,609**

[45] **Date of Patent: *Jul. 11, 2000**

[54] **REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSION DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE**

[75] Inventors: **Jerry R. Mozingo**, Pikeville; **Christopher S. Smith**; **William J. Smith**, both of Goldsboro, all of N.C.

[73] Assignee: **Jennings Transmission Service of Goldsboro, Inc.**, Goldsboro, N.C.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **09/032,960**

[22] Filed: **Mar. 2, 1998**

[51] **Int. Cl.**[7] .......... **F16H 59/02**

[52] **U.S. Cl.** .......... **74/473.3**; 74/473.31; 29/401.1; 180/336

[58] **Field of Search** .......... 74/473.3, 473.31; 180/336; 29/401.1

[56] **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 4,091,688 | 5/1978 | Huffman . | |
| 4,304,317 | 12/1981 | Vanzant . | |
| 4,523,655 | 6/1985 | Keenan . | |
| 4,630,702 | 12/1986 | Irimajiri et al. | 180/336 X |
| 5,623,852 | 4/1997 | Tischer . | |
| 5,625,289 | 4/1997 | Daetz . | |
| 5,626,212 | 5/1997 | Ersoy . | |
| 5,638,720 | 6/1997 | Weinhart . | |
| 5,651,293 | 7/1997 | Ebenstein . | |
| 5,660,079 | 8/1997 | Friedich . | |
| 5,660,080 | 8/1997 | Rector . | |
| 5,661,999 | 9/1997 | Carone . | |
| 5,662,005 | 9/1997 | Garman . | |
| 5,666,855 | 9/1997 | Ebenstein . | |


*Primary Examiner*—Allan D. Herrmann
*Attorney, Agent, or Firm*—Richard S. Faust

[57] **ABSTRACT**

An inadequate original equipment transmission in a right hand drive vehicle, for example a postal vehicle, is replaced with a more suitable transmission designed for a left hand drive vehicle. A right-to-left change-over linkage connects the shift rod emanating from the driver's gear selector lever to the shift lever on the left side of the replacement transmission. A kit containing necessary parts for replacing the transmission is disclosed. Also disclosed is a step-by-step operational procedure for carrying out the transmission replacement.

**12 Claims, 7 Drawing Sheets**






FIG. 1
PRIOR ART

FIG. 1A

PRIOR ART






FIG. 2A-1

FIG. 2

FIG. 2A


92
12
40
94
74
110
70
116
76
130
104
100
120
112
134
138
128
150
176
154B

FIG. 3


70
80
82
74
124
104
100
120
110
149
145
140
134
130
138
84
147
112
86
88
116
76


74
104
100
80
82
70
124
120
110
145
130
134
140
149
147
138
112
84
86
88
76
116

FIG. 4

FIG. 5



# REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSION DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE

## FIELD OF THE INVENTION

The invention relates to vehicle transmissions, more particularly to the replacement of an inadequate original equipment transmission in a right hand drive vehicle with a more suitable transmission designed for a left hand drive vehicle, and to a change-over linkage for connecting the shift rod emanating from the driver's gear selector inside the vehicle to the shift lever on the replacement transmission.

## BACKGROUND OF THE INVENTION

The transmissions of various types of motor vehicles often fail due to faulty maintenance, use in excessively demanding conditions, or a mere accumulation of high mileage. Such failed transmissions, if properly suited to the vehicle, are typically replaced with a repaired, rebuilt or new transmission of the same type.

In those situations where transmissions in a particular type of vehicle repeatedly fail at low mileage, it is often the case that the transmissions are not properly matched to the vehicle or to the demands of the driving conditions to which the vehicles are being subjected. A vexing example of this problem has been the excessive early failure rate of transmissions in many postal vehicles owing, in part, to a fundamental mismatch of transmission to vehicle and, in part, to the stop-and-go nature of the vehicle's use. More particularly, the United States Postal Service has experienced numerous and repeated transmission failures in its Grumman LLV-A postal vehicles. These vehicles have a long history of experiencing transmission failure at as little as nine to twenty four months into the vehicle's operating life. Rebuilt transmissions of the same design have been installed into these vehicles and appear to have an even shorter life, sometimes as little as several months. The cost to the United States Postal Service in attending to the repairs of these vehicles, accounting for vehicle down time and paying for rebuilt transmissions and installation, is an exceedingly important cost factor to the Postal Service.

## SUMMARY OF THE INVENTION

According to the invention, in one particular embodiment, original equipment LLV-A transmissions are replaced with transmissions that have been proven to more closely match the needs of these vehicles when used on postal routes. One example of a replacement transmission is the General Motors 700R4 transmission which has now been proven to last significantly longer than the original vehicle transmission, with an apparent added benefit of an approximate ten-percent increase in fuel efficiency.

The replacement of an LLV-A postal vehicle transmission with a 700R4 transmission, or equivalent, is complicated by the fact that the LLV-A vehicle is a right hand drive vehicle having a gear selector mechanism that connects to a transmission adapted for a right hand drive vehicle. Replacing the LLV-A transmission with a transmission intended for a left hand drive vehicle presents a considerable challenge in linking the gear selector mechanism to the replacement transmission. More particularly, this linkage dilemma has proven an obstacle to the development of a repeatable, "assembly line" procedure for installing these replacement



transmissions. Thus, in another aspect, the present invention provides a change-over linkage that permits an inadequate transmission in a right hand drive vehicle to be replaced with a more properly vehicle-matched transmission designed for a left hand drive vehicle.

In yet another aspect, the present invention may be defined as a kit including parts necessary to make a transmission replacement as described above.

In another aspect, the invention may be defined as an operational procedure for carrying out the transmission replacement using components contained in the kit.

## BRIEF DESCRIPTION OF THE DRAWINGS

Some of the objects having been stated, other objects will appear as the description proceeds, when taken in connection with the accompanying drawings, in which

FIG. **1** is a pictorial view of a right hand drive postal vehicle (shown in phantom) with portions of the vehicle broken away to permit illustration of the original equipment transmission having a right side shift lever connected to the shift rod running from the driver's gear selector lever on the steering column inside the vehicle.

FIG. **1A** is an enlarged bottom view of the vehicle of FIG. **1** showing portions of the transmission and the connection to the shift rod to the transmission's shift lever.

FIG. **2** is a view similar to FIG. **1** showing the right hand drive postal vehicle with an installed replacement transmission primarily designed for a left hand drive vehicle, and also showing the change-over linkage of the invention that connects the shift rod on the right side of the vehicle to the shift lever on the left side of the transmission.

FIG. **2A-1** is an enlarged view of the portion of FIG. **2** within the circle C.

FIG. **2A** is an enlarged bottom view of portions of the replacement transmission and the change-over linkage of FIG. **2**.

FIG. **3** is a pictorial view of the principal components of the change-over linkage illustrated in FIGS. **2**, **2A** and **2A-1**.

FIG. **4** is a view similar to FIG. **3** with portions of the change-over linkage exploded.

FIG. **5** illustrates the primary components of a kit containing necessary parts for replacing the original equipment transmission of a right hand drive vehicle with a replacement transmission primarily adapted for a left hand drive vehicle.

## DETAILED DESCRIPTION OF THE INVENTION

While the present invention will be described more fully hereinafter with reference to the accompanying drawings, in which aspects of the preferred manner of practicing the present invention are shown, it is to be understood at the outset of the description which follows that persons of skill in the appropriate arts may modify the invention herein described while still achieving the favorable results of this invention. Accordingly, the description which follows is to be understood as being a broad, teaching disclosure directed to persons of skill in the appropriate arts, and not as limiting upon the present invention.

Referring to the drawings, and particularly to FIG. **1**, there is shown in phantom a right hand drive Grumman LLV-A postal vehicle **10** of the type utilized for many years by the U.S. Postal Service. This right hand drive vehicle **10** has a driver's gear selector lever **12** mounted in customary fashion

on the steering column **14**. Lever **12** connects to a conventional shifting tube **16** that runs the length of the steering column. Shifting tube **16**, in turn, connects to a manual shift rod that runs to mechanism **20** for shifting the manual shift lever **22** on the right side of original equipment transmission **26** (typically a Grumman 180C transmission). Details of these connections are shown in FIG. **1**A. As mentioned above, the original equipment transmissions in these vehicles have had a long history of premature failures and, as importantly, these transmissions, when rebuilt and reinstalled, have an even shorter life.

FIG. **2** is a view similar to FIG. **1** but showing the postal vehicle **10** after it has undergone replacement of the original equipment transmission with a replacement transmission more properly matched to the vehicle and its use, in this instance a General Motors 700R4 transmission **40**. The GM 700R4 transmission **40**, with minor mounting changes discussed below, fits ideally on the chassis of postal vehicle **10** because transmission **40** is designed for its principle use on the same chassis (a Chevrolet S-10 pickup chassis) as that used for postal vehicle **10**. However, as mentioned above, the original equipment transmission **26** is designed for use with a right side drive vehicle, the replacement transmission **40** is designed for a standard U.S. left side drive vehicle. Therefore, the shift lever **128** of replacement transmission **40** is disposed on the left side of the transmission, remote from shift rod **18** that is on the right side of the vehicle. These components are operatively connected by the change-over linkage **70** that will now be described with primary reference to FIGS. 2A-1, 2A, 3 and 4. Linkage **70** includes first and second chassis attachment plates **74** and **76** having openings **80**, **82** and **84**, **86**, **88** for securing the plates to mating openings in the vehicle chassis by suitable fasteners, preferably self-tapping bolts. In application of the invention to a Chevrolet S-10 chassis as described above, openings **80**, **82** and **84**, **86**, **88** are sized and positioned to align with existing openings in the longitudinal frame members **92**, **94**, respectively, of the chassis.

Chassis attachment plate **74** is welded to an L-member **100** that includes a transverse opening and associated grommet **104** for receiving one end of a transversely mounted rod **110**. The other end of rod **110** is supported by a grommet **112** in a transverse opening in L-member **116** that is secured to chassis attachment plate **76**. Thus, the mentioned chassis attachment plates and L-members provide a mechanism for rotatably mounting an elongate rotatable member (rod **110**) transversely spanning the vehicle underneath the replacement transmission, just ahead of the oil pan.

At the first end of rod **110**, adjacent to plate **74** and L-member **100**, is a first link **120** that is fixedly secured to rod **110**. Link **120** includes an opening **124** that connects directly to shift rod **18** so that the driver's changing of gears through the gear selector lever in the driver's compartment may be mechanically transmitted to rod **110** as rotational movement of the rod.

A multicomponent assembly is mounted proximate the opposite end of rod **110** for connecting rod **110** to shift lever **128** of replacement transmission **40** in such a way that rotational movement of rod **110** serves to operate the shift lever. This assembly comprises a first component **130** that is fixedly secured to rod **110** by welding or the like, and respective pivotally connected links **134** and **138**. Opening **140** in link **138** connects directly to shift lever **128**. This three-part assembly may be adjusted in configuration by loosening and thereafter tightening the illustrated bolts **145**, **147** so that it precisely affixes to shift lever **128** for a proper changing of gears in response to the driver's movement of



the gear selector lever **12**. More particularly, the spatial adjustment of the assembly is achieved by locating bolt **145** at the desired location in slot **149** in intermediate link **134** and by pivoting links **134**, **138** as necessary about the pivot points defined at bolts **145**, **147**.

While certain features and advantages of the present invention have been described above, it will be appreciated that the present invention may be made available to the marketplace in the form of a kit containing necessary parts to replace the original equipment transmission of a right hand drive vehicle with a replacement transmission of different design, primarily adapted for a left hand drive vehicle. Referring to FIG. **5**, such a kit may include:

a. replacement transmission **40** (for example, General Motors 700R4 transmission)
b. torque convertor **160** (not shown in detail)
c. universal cable **162** and associated cam **164**
d. universal dipstick and tube **166** (for transmission fluid)
e. catalytic convertor bracket **170**
f. dust cover **172**
g. drive shaft **176** (shortened)
h. change-over linkage **70**
i. self-tapping bolts (not shown in FIG. **5**)
j. transmission cooler (as necessary—not shown in FIG. **5**).

The following step-by-step procedure, readily understandable to one of skill in the art upon examination of this specification, is used to accomplish a transmission replacement of the type described above. This procedure, in certain details, directly relates to the replacement of a 180C transmission in a LLV-A (2.5 liter engine) Grumman postal vehicle with a General Motors 700R4 transmission:

1. As the first step in removal of the original equipment transmission **26**, unhook the "TV cable" kick down linkage.
2. Pivot and drop the exhaust back to the muffler.
3. Drain the oil pan.
4. Remove the drive shaft.
5. Take out the torque convertor bolts.
6. Unhook transmission fluid cooler lines (as applicable).
7. Unplug the lock-up plug (wiring harness).
8. Take out cross member **150** (FIG. **1**A) that supports the transmission.
9. Unhook the speedometer cable.
10. Completely unhook the vacuum arrangement and discard.
11. Remove bellhousing bolts.
12. Drop the original equipment transmission **26**.
13. As the first step in installing the replacement transmission **40**, the replacement transmission is mechanically raised into position.
14. Install bellhousing bolts (into the same position as with original equipment).
15. Install torque convertor bolts to connect the flywheel to the torque convertor **160**.
16. Install the dust cover **172** over torque convertor **160**.
17. Hook up lines to the external transmission fluid cooler (as applicable).
18. Hook up lines from the transmission cooler to the transmission (as applicable).
19. Install catalytic convertor bracket **170** to replace the original bracket due to the new geometry of the replacement transmission.
20. Cut approximately two inches off the mounting tab of the frame cross member **150** in order to provide needed

clearance for removal of the oil pan after the transmission replacement. See the full length of tab 154A in the original equipment view of FIG. 1A and the reduced length tab 154B in the view of FIG. 2A.

21. Install the frame cross member 150 to both sides 92, 94 of the frame to provide support for the rear of the transmission and secure the cross member to the transmission mounts.
22. Install change-over linkage 70 as described above and adjust the three-part linkage. Note: Holes 84, 86 are used in connection with a 2.5 liter engine replacement and holes 84, 88 are used for a 2.2 liter replacement when connecting left chassis attachment plate 76 to left frame member 94 of the chassis.
23. Reinstall the exhaust system, including hooking the catalytic convertor to its bracket, etc.
24. Reinstall original speedometer cable.
25. Plug in the wiring harness.
26. Install modified (shortened) drive shaft 176. (The drive shaft is shortened due to the increased length of the replacement transmission.)
27. Lower the vehicle and reinstall the "TV cable", utilizing the universal cable 162 and associated cam 164 that fits on the end of the cable. This assembly hooks to the accelerator and to the throttle of the fuel injector intake to control the shift points for the transmission.
28. Add transmission fluid and any other necessary fluids.

While the invention has been described in connection with certain illustrated embodiments, it will be appreciated that modifications may be made without departing from the true spirit and scope of the invention.

That which is claimed is:

1. A change-over linkage in combination with a replacement transmission installed in a right hand drive vehicle wherein the original transmission with a right side shift lever is replaced with a replacement transmission with a left side shift lever, said change-over linkage serving to transfer gear selection information emanating from the driver's gear selector lever across the vehicle from the right side to the shift lever located on the left side of the replacement transmission and comprising:

an elongate member transversely spanning the replacement transmission, said elongate member having first and second ends that are rotatably supported;

means proximate the first end of said elongate member connecting the gear selection mechanism of the vehicle to said elongate member for imparting rotational movement to the member in response to the driver's selection of gear; and

means proximate the second end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission and thereby converting rotational movement of the elongate member to movement operating the shift lever of the replacement transmission.

2. The combination of claim 1 wherein said means proximate the second end of said elongate member comprises a multicomponent assembly proximate the left end of said elongate member connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said elongate member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever and providing spatial adjustment between the first component and the shift lever.



3. The combination of claim 2 wherein said multicomponent assembly comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.

4. The combination of claim 1 wherein said change-over linkage includes right and left rod support members secured to the right and left sides, respectively, of the vehicle chassis.

5. A change-over linkage for use in a transmission replacement operation for a right hand drive vehicle wherein the original transmission having a right side shift lever is replaced with a replacement transmission having a left side shift lever, said change-over linkage serving to transversely span the replacement transmission and operatively connect the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission, said change-over linkage comprising:

a right side support member;

a left side support member;

an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left support members;

means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and

a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said elongate member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever.

6. The change-over linkage of claim 5 wherein said multicomponent assembly comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.

7. A kit for use in replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said kit comprising:

a replacement transmission with left side shift lever and associated torque convertor;

a drive shaft having the correct length to accommodate the dimensions of the replacement transmission when installed; and

a change-over linkage comprising

a right side support member;

a left side support member;

an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left support members;

means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and

a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever.

**8**. The kit of claim **7** further including a dust cover, a catalytic convertor bracket and a transmission fluid dipstick.

**9**. The kit of claim **8** further including a cable and associated connector for hooking to the accelerator and the throttle of the fuel injector intake of the vehicle to control the shift points for the transmission.

**10**. The kit of claim **7** wherein the multicomponent assembly of said change-over linkage comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.

**11**. A method for replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said method comprising the steps of:

removing the original transmission and original drive shaft from a right hand drive vehicle having a right side gear selection mechanism;

raising a replacement transmission with left side shift lever, and associated torque convertor, into position;

connecting the torque convertor to the flywheel of the vehicle;

securing the replacement transmission in place on the vehicle chassis;

installing a right-to-left change-over linkage operatively connecting the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission; and

installing a drive shaft having the correct length to accommodate the dimensions of the replacement transmission.

**12**. The method of claim **11** wherein the step of installing the change-over linkage comprises rotatably mounting an elongate member having right and left ends so that the member transversely spans the replacement transmission, connecting the right end of the elongate member to the gear selection mechanism of the vehicle and connecting the left end of the elongate member to the shift lever of the replacement transmission.

* * * * *

Jc518 U.S. PTO
09/032360
03/02/98

| ISSUE CLASSIFICATION | |
|---|---|
| Class | Subclass |
| 74 | 473.3 |

[redacted]

PATENT NUMBER

6085609

6085609

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED C.L. Q.A. KB | JUL 11 2000 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | ~~476~~ 74 | 47... 29 | ~~3622~~ 3682 | HERRMANN |

FILED WITH: ☐ DISK (CRF) ☐ FICHE
(Attached in pocket on right inside flap)

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| 74 | 473.3 | 29 | 401.1 | | | | | |
| INTERNATIONAL CLASSIFICATION | | 74 | 473.31 | | | | | |
| F 1 6 H | 59/02 | 180 | 336 | | | | | |
| | / | | | | | | | |
| | / | | | | | | | |
| | / | | | | | | | |
| | / | | | ☐ Continued on Issue Slip Inside File Jacket | | | | |

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 7 | 8 | 2A | 12 | 1 |

☐ a) The term of this patent subsequent to ____________ (date) has been disclaimed.

______ (Assistant Examiner) ______ (Date)

NOTICE OF ALLOWANCE MAILED: 5-14-99

☐ b) The term of this patent shall not extend beyond the expiration date of U.S Patent. No. ____________

Allan D. Herrmann
ALLAN D. HERRMANN
PRIMARY EXAMINER
(Primary Examiner) 5/13/99 (Date)

ISSUE FEE

| Amount Due | Date Paid |
|---|---|
| 605.00 | 3-2000 |

☐ c) The terminal ____months of this patent have been disclaimed.

(Legal Instruments Examiner) 5-14-99 (Date)

ISSUE BATCH NUMBER: 110

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 10/97)

B. COLE
QUERY

(LABEL AREA)

Formal Drawings (___shts) set___

JJ

(FACE)



G000014

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/032,960 | 03/02/98 | 476 | ~~3622~~ 3682 | JEN-1 |

APPLICANT

JERRY R. MOZINGO, PIKEVILLE, NC; CHRISTOPHER S. SMITH, GOLDSBORO, NC; WILLIAM J. SMITH, GOLDSBORO, NC.

**CONTINUING DOMESTIC DATA*********************
VERIFIED

NONE - ADH

**371 (NAT'L STAGE) DATA*********************
VERIFIED

NONE - ADH

**FOREIGN APPLICATIONS************
VERIFIED

NONE - ADH

FOREIGN FILING LICENSE GRANTED 05/22/98 ***** SMALL ENTITY *****

| Foreign Priority claimed / 35 USC 119 (a-d) conditions met / Verified and Acknowledged | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| ☐yes ☑no / ☐yes ☐no ☐Met after Allowance / ADH Examiner's Initials ______ Initials | NC | 7 | 12 | 4 |

ADDRESS

RICHARD S FAUST
~~FORUM I~~
~~8601 SIX FORKS ROAD~~
~~SUITE 403~~
8384 Six Forks Road
Suite 204
RALEIGH NC 27615

TITLE

REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSION DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _______ to charge/credit DEPOSIT ACCOUNT NO. _______ for the following: | |
|---|---|---|
| $501 | | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other ______<br>☐ Credit |



G000015

STAPLE AREA

☆U.S. GOVERNMENT PRINTING OFFICE 1997-430-220

PATENT NUMBER

APPLICATION SERIAL NUMBER
09/032960

APPLICANT'S NAME (PLEASE PRINT)
MOZINGO

IF REISSUE, ORIGINAL PATENT NUMBER

ORIGINAL CLASSIFICATION

| CLASS | SUBCLASS |
|---|---|
| 74 | 473.3 |

CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
|---|---|---|---|---|
| 74 | 473.31 | | | |
| | | | | |
| 29 | 401.1 | | | |
| | | | | |
| 180 | 336 | | | |
| | | | | |
| | | | | |

INTERNATIONAL CLASSIFICATION

| | | | | | |
|---|---|---|---|---|---|
| F | 1 | 6 | H | | 59/02 |
| | | | | | / |
| | | | | | / |
| | | | | | / |

GROUP ART UNIT
3682

~~ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL~~ NAME)

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
ALLAN D. HERRMANN

PTO 270
(REV. 5-91)

ISSUE CLASSIFICATION SLIP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE



G000268

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | JL | | 3-11-98 |
| O.I.P.E. CLASSIFIER | ECW | 11 | 3/17/98 |
| FORMALITY REVIEW | QB | 32784 10+13 | 5-6-98 |
| mj | | 70886 | 7-29-90 |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✓ ............ Rejected | | N ............ Non-elected | |
| = ............ Allowed | | I ............ Interference | |
| — (Through numeral) Canceled | | A ............ Appeal | |
| ÷ ............ Restricted | | O ............ Objected | |

| Claim | | Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 2/2/99 | 5/13/99 | 2/28/00 | | | | | | | |
| 1 | 1 | ✓ | = | = | | | | | | | |
| 2 | 2 | ✓ | = | = | | | | | | | |
| 3 | 3 | ✓ | = | = | | | | | | | |
| 4 | 4 | ✓ | = | = | | | | | | | |
| 5 | 5 | ✓ | = | = | | | | | | | |
| 6 | 6 | ✓ | = | = | | | | | | | |
| 11 | 7 | = | = | = | | | | | | | |
| 12 | 8 | = | = | = | | | | | | | |
| 7 | 9 | = | = | = | | | | | | | |
| 8 | 10 | = | = | = | | | | | | | |
| 9 | 11 | = | = | = | | | | | | | |
| 10 | 12 | = | = | = | | | | | | | |
| | 13 | | | | | | | | | | |
| | 14 | | | | | | | | | | |
| | 15 | | | | | | | | | | |
| | 16 | | | | | | | | | | |
| | 17 | | | | | | | | | | |
| | 18 | | | | | | | | | | |
| | 19 | | | | | | | | | | |
| | 20 | | | | | | | | | | |
| | 21 | | | | | | | | | | |
| | 22 | | | | | | | | | | |
| | 23 | | | | | | | | | | |
| | 24 | | | | | | | | | | |
| | 25 | | | | | | | | | | |
| | 26 | | | | | | | | | | |
| | 27 | | | | | | | | | | |
| | 28 | | | | | | | | | | |
| | 29 | | | | | | | | | | |
| | 30 | | | | | | | | | | |
| | 31 | | | | | | | | | | |
| | 32 | | | | | | | | | | |
| | 33 | | | | | | | | | | |
| | 34 | | | | | | | | | | |
| | 35 | | | | | | | | | | |
| | 36 | | | | | | | | | | |
| | 37 | | | | | | | | | | |
| | 38 | | | | | | | | | | |
| | 39 | | | | | | | | | | |
| | 40 | | | | | | | | | | |
| | 41 | | | | | | | | | | |
| | 42 | | | | | | | | | | |
| | 43 | | | | | | | | | | |
| | 44 | | | | | | | | | | |
| | 45 | | | | | | | | | | |
| | 46 | | | | | | | | | | |
| | 47 | | | | | | | | | | |
| | 48 | | | | | | | | | | |
| | 49 | | | | | | | | | | |
| | 50 | | | | | | | | | | |

| Claim | | Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | | | |
| | 51 | | | | | | | | | | |
| | 52 | | | | | | | | | | |
| | 53 | | | | | | | | | | |
| | 54 | | | | | | | | | | |
| | 55 | | | | | | | | | | |
| | 56 | | | | | | | | | | |
| | 57 | | | | | | | | | | |
| | 58 | | | | | | | | | | |
| | 59 | | | | | | | | | | |
| | 60 | | | | | | | | | | |
| | 61 | | | | | | | | | | |
| | 62 | | | | | | | | | | |
| | 63 | | | | | | | | | | |
| | 64 | | | | | | | | | | |
| | 65 | | | | | | | | | | |
| | 66 | | | | | | | | | | |
| | 67 | | | | | | | | | | |
| | 68 | | | | | | | | | | |
| | 69 | | | | | | | | | | |
| | 70 | | | | | | | | | | |
| | 71 | | | | | | | | | | |
| | 72 | | | | | | | | | | |
| | 73 | | | | | | | | | | |
| | 74 | | | | | | | | | | |
| | 75 | | | | | | | | | | |
| | 76 | | | | | | | | | | |
| | 77 | | | | | | | | | | |
| | 78 | | | | | | | | | | |
| | 79 | | | | | | | | | | |
| | 70 | | | | | | | | | | |
| | 81 | | | | | | | | | | |
| | 82 | | | | | | | | | | |
| | 83 | | | | | | | | | | |
| | 84 | | | | | | | | | | |
| | 85 | | | | | | | | | | |
| | 86 | | | | | | | | | | |
| | 87 | | | | | | | | | | |
| | 88 | | | | | | | | | | |
| | 89 | | | | | | | | | | |
| | 90 | | | | | | | | | | |
| | 91 | | | | | | | | | | |
| | 92 | | | | | | | | | | |
| | 93 | | | | | | | | | | |
| | 94 | | | | | | | | | | |
| | 95 | | | | | | | | | | |
| | 96 | | | | | | | | | | |
| | 97 | | | | | | | | | | |
| | 98 | | | | | | | | | | |
| | 99 | | | | | | | | | | |
| | 100 | | | | | | | | | | |

| Claim | | Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | | | |
| | 110 | | | | | | | | | | |
| | 112 | | | | | | | | | | |
| | 113 | | | | | | | | | | |
| | 114 | | | | | | | | | | |
| | 115 | | | | | | | | | | |
| | 116 | | | | | | | | | | |
| | 117 | | | | | | | | | | |
| | 118 | | | | | | | | | | |
| | 119 | | | | | | | | | | |
| | 110 | | | | | | | | | | |
| | 111 | | | | | | | | | | |
| | 112 | | | | | | | | | | |
| | 113 | | | | | | | | | | |
| | 114 | | | | | | | | | | |
| | 115 | | | | | | | | | | |
| | 116 | | | | | | | | | | |
| | 117 | | | | | | | | | | |
| | 118 | | | | | | | | | | |
| | 119 | | | | | | | | | | |
| | 120 | | | | | | | | | | |
| | 121 | | | | | | | | | | |
| | 122 | | | | | | | | | | |
| | 123 | | | | | | | | | | |
| | 124 | | | | | | | | | | |
| | 125 | | | | | | | | | | |
| | 126 | | | | | | | | | | |
| | 127 | | | | | | | | | | |
| | 128 | | | | | | | | | | |
| | 129 | | | | | | | | | | |
| | 130 | | | | | | | | | | |
| | 131 | | | | | | | | | | |
| | 132 | | | | | | | | | | |
| | 133 | | | | | | | | | | |
| | 134 | | | | | | | | | | |
| | 135 | | | | | | | | | | |
| | 136 | | | | | | | | | | |
| | 137 | | | | | | | | | | |
| | 138 | | | | | | | | | | |
| | 139 | | | | | | | | | | |
| | 140 | | | | | | | | | | |
| | 141 | | | | | | | | | | |
| | 142 | | | | | | | | | | |
| | 143 | | | | | | | | | | |
| | 144 | | | | | | | | | | |
| | 145 | | | | | | | | | | |
| | 146 | | | | | | | | | | |
| | 147 | | | | | | | | | | |
| | 148 | | | | | | | | | | |
| | 149 | | | | | | | | | | |
| | 150 | | | | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)



G000269

[redacted]

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 74 | 473.3, 473.31 | 2/3/99 UPDTD | ADH |
| 180 | 336 | 5/13/99 UPDTD | ADH |
| 29 | 401.1 | 2/28/00 | ADH |

## SEARCH NOTES
(INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| NONE | 2/3/99 | ADH |
| | 2/28/00 | ADH |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| ALL | ABOVE | 5/13/99 | ADH |
| ALL | ABOVE | 2/25/00 | ADH |

(RIGHT OUTSIDE)

# PATENT APPLICATION

Jc518 U.S. PTO
09/032960
03/02/98

09032960

INITIALS ECW

## CONTENTS

CPA

| No. | | Date received (Incl. C. of M.) or Date Mailed | No. | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. | Application ____ papers. | 6-3-98 | 42. | | |
| 2. | LTR REC. FEE; DEC | | 43. | | |
| 3. | Fee; Dec, Sur Charge | 7-22-98 | 44. | | |
| 4. | Verified State. | 7-22-98 | 45. | | |
| 5. | IDS | 7-22-98 | 46. | | |
| 6. | NON final Rej 3 mo | 2/9/99 | 47. | | |
| 7. | Address Change | 3/29/99 | 48. | | |
| 8. | Amdt A & DRWG CORR. | 5-7-99 | 49. | | |
| 9. | Allowance | 5-14-99 | 50. | | |
| 10. | CPA | 8-10-99 | 51. | | |
| 11. | Notice of missing parts | 12-15-99 | 52. | | |
| 12. | Fee Paid IDS w/ Declaration | 2-14-00 | 53. | | |
| 13. | Notice of Allowability | 2/29/00 | 54. | | |
| 14. | Notice of Allowance | 3/8/00 | 55. | | |
| 15. | Formal Drawings (7 shts) set 1 | 3/20/00 | 56. | | |
| 16. | | | 57. | | |
| 17. | | | 58. | | |
| 18. | | | 59. | | |
| 19. | | | 60. | | |
| 20. | | | 61. | | |
| 21. | | | 62. | | |
| 22. | | | 63. | | |
| 23. | | | 64. | | |
| 24. | | | 65. | | |
| 25. | | | 66. | | |
| 26. | | | 67. | | |
| 27. | | | 68. | | |
| 28. | | | 69. | | |
| 29. | | | 70. | | |
| 30. | | | 71. | | |
| 31. | | | 72. | | |
| 32. | | | 73. | | |
| 33. | | | 74. | | |
| 34. | | | 75. | | |
| 35. | | | 76. | | |
| 36. | | | 77. | | |
| 37. | | | 78. | | |
| 38. | | | 79. | | |
| 39. | | | 80. | | |
| 40. | | | 81. | | |
| 41. | | | 82. | | |

(FRONT)



G000271

H

PATENT

jc584 U.S. PTO
03/02/98

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors:
Jerry R. Mozingo
Christopher S. Smith
William J. Smith

Filing Date: March 2, 1998
(By Express Mail)

For: Replacing Transmission of Right Drive Vehicle with Transmission Designed for Left Drive Vehicle, and Associated Change-over Linkage

The Honorable Commissioner of
Patents and Trademarks
Washington, D.C. 20231

PATENT APPLICATION FILED UNDER
37 CFR §1.53

09035096 . 030298

Sir:

The above-identified patent application is being filed on behalf of the inventors, Jerry R. Mozingo, Christopher S. Smith and William J. Smith, under the provisions of 37 CFR §1.53.

A Declaration and Power of Attorney from the inventors will follow.

Enclosed are:

A. Specification and Claims (22 pages);
B. Seven (7) sheets of drawings; and
C. Return postage to verify PTO's receipt of application.

Please direct all communications to the undersigned.

Respectfully submitted,

[signature]

Richard S. Faust
Registration No. 27,544
Attorney for Applicants

Richard S. Faust
Forum I
8601 Six Forks Rd.
Suite 403
Raleigh, NC 27615
Telephone: (919) 846-4900
Fax: (919) 846-0197

Attorney Docket No. JEN-1

"Express Mail" mailing label number EH798137565 US
Date of Deposit MARCH 2, 1998

I hereby certify that [illegible] paper or fee is being deposited with the [illegible] Service "Express Mail Post Office to [illegible] service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D. C. 20231.

[signature]

Richard S. Faust
Reg. No. 27,544



G000016

Inventors:
Jerry R. Mozingo
Christopher S. Smith
William J. Smith

Filing Date: March 2, 1998
(By Express Mail)
Attorney Docket: JEN-1

# REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSION DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE

## Field of the Invention

The invention relates to vehicle transmissions, more particularly to the replacement of an inadequate original equipment transmission in a right hand drive vehicle with a more suitable transmission designed for a left hand drive vehicle, and to a change-over linkage for connecting the shift rod emanating from the driver's gear selector inside the vehicle to the shift lever on the replacement transmission.

## Background of the Invention

The transmissions of various types of motor vehicles often fail due to faulty maintenance, use in excessively demanding conditions, or a mere accumulation of high mileage. Such failed transmissions, if properly suited to the vehicle, are typically replaced with a repaired, rebuilt or new transmission of the same type.

In those situations where transmissions in a particular type of vehicle repeatedly fail at low mileage, it is

often the case that the transmissions are not properly matched to the vehicle or to the demands of the driving conditions to which the vehicles are being subjected. A vexing example of this problem has been the excessive early failure rate of transmissions in many postal vehicles owing, in part, to a fundamental mismatch of transmission to vehicle and, in part, to the stop-and-go nature of the vehicle's use. More particularly, the United States Postal Service has experienced numerous and repeated transmission failures in its Grumman LLV-A postal vehicles. These vehicles have a long history of experiencing transmission failure at as little as nine to twenty four months into the vehicle's operating life. Rebuilt transmissions of the same design have been installed into these vehicles and appear to have an even shorter life, sometimes as little as several months. The cost to the United States Postal Service in attending to the repairs of these vehicles, accounting for vehicle down time and paying for rebuilt transmissions and installation, is an exceedingly important cost factor to the Postal Service.

<u>Summary of the Invention</u>

According to the invention, in one particular embodiment, original equipment LLV-A transmissions are replaced with transmissions that have been proven to more closely match

the needs of these vehicles when used on postal routes. One example of a replacement transmission is the General Motors 700R4 transmission which has now been proven to last significantly longer than the original vehicle transmission, with an apparent added benefit of an approximate ten-percent increase in fuel efficiency.

The replacement of an LLV-A postal vehicle transmission with a 700R4 transmission, or equivalent, is complicated by the fact that the LLV-A vehicle is a right hand drive vehicle having a gear selector mechanism that connects to a transmission adapted for a right hand drive vehicle. Replacing the LLV-A transmission with a transmission intended for a left hand drive vehicle presents a considerable challenge in linking the gear selector mechanism to the replacement transmission. More particularly, this linkage dilemma has proven an obstacle to the development of a repeatable, "assembly line" procedure for installing these replacement transmissions. Thus, in another aspect, the present invention provides a change-over linkage that permits an inadequate transmission in a right hand drive vehicle to be replaced with a more properly vehicle-matched transmission designed for a left hand drive vehicle.



4