In yet another aspect, the present invention may be defined as a kit including parts necessary to make a transmission replacement as described above.

In another aspect, the invention may be defined as an operational procedure for carrying out the transmission replacement using components contained in the kit.

**Brief Description of the Drawings**

Some of the objects having been stated, other objects will appear as the description proceeds, when taken in connection with the accompanying drawings, in which --

Figure 1 is a pictorial view of a right hand drive postal vehicle (shown in phantom) with portions of the vehicle broken away to permit illustration of the original equipment transmission having a right side shift lever connected to the shift rod running from the driver's gear selector lever on the steering column inside the vehicle.

Figure 1A is an enlarged bottom view of the vehicle of Figure 1 showing portions of the transmission and the connection to the shift rod to the transmission's shift lever.

Figure 2 is a view similar to Figure 1 showing the right hand drive postal vehicle with an installed replacement transmission primarily designed for a left hand drive vehicle, and also showing the change-over linkage of the invention that

connects the shift rod on the right side of the vehicle to the shift lever on the left side of the transmission.

Figure 2A-1 is an enlarged view of the portion of Figure 2 within the circle C.

Figure 2A is an enlarged bottom view of portions of the replacement transmission and the change-over linkage of Figure 2.

Figure 3 is a pictorial view of the principal components of the change-over linkage illustrated in Figures 2, 2A and 2A-1.

Figures 4 is a view similar to Figure 3 with portions of the change-over linkage exploded.

Figure 5 illustrates the primary components of a kit containing necessary parts for replacing the original equipment transmission of a right hand drive vehicle with a replacement transmission primarily adapted for a left hand drive vehicle.

## Detailed Description of the Invention

While the present invention will be described more fully hereinafter with reference to the accompanying drawings, in which aspects of the preferred manner of practicing the present invention are shown, it is to be understood at the outset of the description which follows that persons of skill in the appropriate arts may modify the invention herein described

while still achieving the favorable results of this invention. Accordingly, the description which follows is to be understood as being a broad, teaching disclosure directed to persons of skill in the appropriate arts, and not as limiting upon the present invention.

Referring to the drawings, and particularly to Figure 1, there is shown in phantom a right hand drive Grumman LLV-A postal vehicle 10 of the type utilized for many years by the U.S. Postal Service. This right hand drive vehicle 10 has a driver's gear selector lever 12 mounted in customary fashion on the steering column 14. Lever 12 connects to a conventional shifting tube 16 that runs the length of the steering column. Shifting tube 16, in turn, connects to a manual shift rod that runs to mechanism 20 for shifting the manual shift lever 22 on the right side of original equipment transmission 26 (typically a Grumman 180C transmission). Details of these connections are shown in Figure 1A. As mentioned above, the original equipment transmissions in these vehicles have had a long history of premature failures and, as importantly, these transmissions, when rebuilt and reinstalled, have an even shorter life.

Figure 2 is a view similar to Figure 1 but showing the postal vehicle 10 after it has undergone replacement of the original equipment transmission with a replacement transmission more properly matched to the vehicle and its use, in this

instance a General Motors 700R4 transmission 40. The GM 700R4 transmission 40, with minor mounting changes discussed below, fits ideally on the chassis of postal vehicle 10 because transmission 40 is designed for its principle use on the same chassis (a Chevrolet S-10 pickup chassis) as that used for postal vehicle 10. However, as mentioned above, the original equipment transmission 26 is designed for use with a right side drive vehicle, the replacement transmission 40 is designed for a standard U.S. left side drive vehicle. Therefore, the shift lever 128 of replacement transmission 40 is disposed on the left side of the transmission, remote from shift rod 18 that is on the right side of the vehicle. These components are operatively connected by the change-over linkage 70 that will now be described with primary reference to Figures 2A-1, 2A, 3 and 4. Linkage 70 includes first and second chassis attachment plates 74 and 76 having openings 80, 82 and 84, 86, 88 for securing the plates to mating openings in the vehicle chassis by suitable fasteners, preferably self-tapping bolts. In application of the invention to a Chevrolet S-10 chassis as described above, openings 80, 82 and 84, 86, 88 are sized and positioned to align with existing openings in the longitudinal frame members 92, 94, respectively, of the chassis.

Chassis attachment plate 74 is welded to an L-member 100 that includes a transverse opening and associated grommet



03620303660

8

104 for receiving one end of a transversely mounted rod 110. The other end of rod 110 is supported by a grommet 112 in a transverse opening in L-member 116 that is secured to chassis attachment plate 76. Thus, the mentioned chassis attachment plates and L-members provide a mechanism for rotatably mounting an elongate rotatable member (rod 110) transversely spanning the vehicle underneath the replacement transmission, just ahead of the oil pan.

At the first end of rod 110, adjacent to plate 74 and L-member 100, is a first link 120 that is fixedly secured to rod 110. Link 120 includes an opening 124 that connects directly to shift rod 18 so that the driver's changing of gears through the gear selector lever in the driver's compartment may be mechanically transmitted to rod 110 as rotational movement of the rod.

A multicomponent assembly is mounted proximate the opposite end of rod 110 for connecting rod 110 to shift lever 128 of replacement transmission 40 in such a way that rotational movement of rod 110 serves to operate the shift lever. This assembly comprises a first component 130 that is fixedly secured to rod 110 by welding or the like, and respective pivotally connected links 134 and 138. Opening 140 in link 138 connects directly to shift lever 128. This three-part assembly may be adjusted in configuration by loosening and thereafter tightening



08623030960005

9

the illustrated bolts 145, 147 so that it precisely affixes to shift lever 128 for a proper changing of gears in response to the driver's movement of the gear selector lever 12. More particularly, the spatial adjustment of the assembly is achieved by locating bolt 145 at the desired location in slot 149 in intermediate link 134 and by pivoting links 134, 138 as necessary about the pivot points defined at bolts 145, 147.

While certain features and advantages of the present invention have been described above, it will be appreciated that the present invention may be made available to the marketplace in the form of a kit containing necessary parts to replace the original equipment transmission of a right hand drive vehicle with a replacement transmission of different design, primarily adapted for a left hand drive vehicle. Referring to Figure 5, such a kit may include:

a. replacement transmission 40 (for example, General Motors 700R4 transmission)

b. torque convertor 160 (not shown in detail)

c. universal cable 162 and associated cam 164

d. universal dipstick and tube 166 (for transmission fluid)

e. catalytic convertor bracket 170

f. dust cover 172

g. drive shaft 176 (shortened)

h. change-over linkage 70

i. self-tapping bolts (not shown in Figure 5)

j. transmission cooler (as necessary - not shown in Figure 5).

The following step-by-step procedure, readily understandable to one of skill in the art upon examination of this specification, is used to accomplish a transmission replacement of the type described above. This procedure, in certain details, directly relates to the replacement of a 180C transmission in a LLV-A (2.5 liter engine) Grumman postal vehicle with a General Motors 700R4 transmission:

1. As the first step in removal of the original equipment transmission 26, unhook the "TV cable" kick down linkage.
2. Pivot and drop the exhaust back to the muffler.
3. Drain the oil pan.
4. Remove the drive shaft.
5. Take out the torque convertor bolts.
6. Unhook transmission fluid cooler lines (as applicable).
7. Unplug the lock-up plug (wiring harness).
8. Take out cross member 150 (Figure 1A) that supports the transmission.
9. Unhook the speedometer cable.
10. Completely unhook the vacuum arrangement and discard.
11. Remove bellhousing bolts.

12. Drop the original equipment transmission 26.

13. As the first step in installing the replacement transmission 40, the replacement transmission is mechanically raised into position.

14. Install bellhousing bolts (into the same position as with original equipment).

15. Install torque convertor bolts to connect the flywheel to the torque convertor 160.

16. Install the dust cover 172 over torque convertor 160.

17. Hook up lines to the external transmission fluid cooler (as applicable).

18. Hook up lines from the transmission cooler to the transmission (as applicable).

19. Install catalytic convertor bracket 170 to replace the original bracket due to the new geometry of the replacement transmission.

20. Cut approximately two inches off the mounting tab of the frame cross member 150 in order to provide needed clearance for removal of the oil pan after the transmission replacement. See the full length of tab 154A in the original equipment view of Figure 1A and the reduced length tab 154B in the view of Figure 2A.

21. Install the frame cross member 150 to both sides 92, 94 of the frame to provide support for the rear of the

transmission and secure the cross member to the transmission mounts.

22. Install change-over linkage 70 as described above and adjust the three-part linkage. Note: Holes 84, 86 are used in connection with a 2.5 liter engine replacement and holes 84, 88 are used for a 2.2 liter replacement when connecting left chassis attachment plate 76 to left frame member 94 of the chassis.

23. Reinstall the exhaust system, including hooking the catalytic convertor to its bracket, etc.

24. Reinstall original speedometer cable.

25. Plug in the wiring harness.

26. Install modified (shortened) drive shaft 176. (The drive shaft is shortened due to the increased length of the replacement transmission.)

27. Lower the vehicle and reinstall the "TV cable", utilizing the universal cable 162 and associated cam 164 that fits on the end of the cable. This assembly hooks to the accelerator and to the throttle of the fuel injector intake to control the shift points for the transmission.

28. Add transmission fluid and any other necessary fluids.

While the invention has been described in connection with certain illustrated embodiments, it will be appreciated

that modifications may be made without departing from the true spirit and scope of the invention.

09032960.030298

**That Which is Claimed is:**

1. A change-over linkage in combination with a replacement transmission installed in a right hand drive vehicle wherein the original transmission with a right side shift lever has been replaced with a replacement transmission with a left side shift lever, said change-over linkage serving to transfer gear selection information emanating from the driver's gear selector lever across the vehicle from the right side to the shift lever located on the left side of the replacement transmission and comprising:

an elongate member transversely spanning the vehicle underneath the replacement transmission, said longitudinal member having a first end rotatably supported by the right side of the vehicle chassis and a second end rotatably supported by the left side of the vehicle chassis;

means proximate the first end of said elongate member connecting the gear selection mechanism of the vehicle to said elongate member for imparting rotational movement to the member in response to the driver's selection of gear; and

means proximate the second end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission and thereby converting rotational

movement of the elongate member to movement operating the shift lever of the replacement transmission.

2. The combination of claim 1 wherein said means proximate the second end of said elongate member comprises a multicomponent assembly proximate the left end of said elongate member connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever and providing spatial adjustment between the first component and the shift lever.

3. The combination of claim 2 wherein said multicomponent assembly comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.

4. The combination of claim 1 wherein said elongate member is a rod and said change-over linkage includes right and left rod support members secured to the right and left sides, respectively, of the vehicle chassis.



16



G000031

5. A change-over linkage for use in a transmission replacement operation for a right hand drive vehicle wherein the original transmission having a right side shift lever is replaced with a replacement transmission having a left side shift lever, said change-over linkage serving to transversely span the vehicle underneath the replacement transmission and operatively connect the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission, said change-over linkage comprising:

a right side chassis attachment member;

a left side chassis attachment member;

an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left chassis attachment members;

means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and

a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link

pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever and providing spatial adjustment between the first component and the shift lever.

6. The change-over linkage of claim 5 wherein said multicomponent assembly comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.

09030962.030298



17

11 7. A method for replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said method comprising the steps of:

removing the original transmission and original drive shaft from a right hand drive vehicle having a right side gear selection mechanism;

raising a replacement transmission with left side shift lever, and associated torque convertor, into position;

connecting the torque convertor to the flywheel of the vehicle;

securing the replacement transmission in place on the vehicle chassis;

installing a right-to-left change-over linkage operatively connecting the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission; and

installing a drive shaft having the correct length to accommodate the dimensions of the replacement transmission.

Sub B3 8. The method of claim 7 wherein the step of installing the change-over linkage comprises rotatably mounting an elongate member to the left and right sides of the vehicle



08620309623060

18

chassis with the elongate member transversely spanning the vehicle underneath the replacement transmission, connecting the right end of the elongate member to the gear selection mechanism of the vehicle and connecting an adjustable, multicomponent assembly at the left end of the elongate member to the shift lever of the replacement transmission.

9. A kit for use in replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said kit comprising:

a replacement transmission with left side shift lever and associated torque convertor;

a drive shaft having the correct length to accommodate the dimensions of the replacement transmission when installed; and

a change-over linkage comprising

a right side chassis attachment member;

a left side chassis attachment member;

an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left chassis attachment members;

means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and

a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said



0903029603038

multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever and providing spatial adjustment between the first component and the shift lever.

8 ~~10~~. The kit of claim ~~9~~ 7 further including a dust cover, a catalytic convertor bracket and a transmission fluid dipstick.

9 ~~11~~. The kit of claim ~~10~~ 8 further including a cable and associated connector for hooking to the accelerator and the throttle of the fuel injector intake of the vehicle to control the shift points for the transmission.

10 ~~12~~. The kit of claim ~~9~~ 7 wherein the multicomponent assembly of said change-over linkage comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.

09/032960

REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSIONS DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE

Abstract of the Disclosure

An inadequate original equipment transmission in a right hand drive vehicle, for example a postal vehicle, is replaced with a more suitable transmission designed for a left hand drive vehicle. A right-to-left change-over linkage connects the shift rod emanating from the driver's gear selector lever to the shift lever on the left side of the replacement transmission. A kit containing necessary parts for replacing the transmission is disclosed. Also disclosed is a step-by-step operational procedure for carrying out the transmission replacement.

---

PRINT OF DRAWINGS
AS ORIGINALLY FILED




FIG. 1
PRIOR ART

PRINT OF DRAWINGS
AS ORIGINALLY FILED

FIG. 1A

PRIOR ART




09030296 . 030298



G000040

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09032960.030298




FIG. 2A-1

FIG. 2



G000041

PRINT OF DRAWINGS
AS ORIGINALLY FILED

FIG. 2A

09032960.030298






G000042

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09632960.030298

FIG. 3






G000043

PRINT OF DRAWINGS
AS ORIGINALLY FILED




FIG. 4

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09032960 . 030298

FIG. 5



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 09/032,960 | 03/02/98 | MOZINGO | J JEN-1 |

0372/0603

RICHARD S FAUST
FORUM I
8601 SIX FORKS ROAD
SUITE 403
RALEIGH NC 27615

NOT ASSIGNED
3622

DATE MAILED: 06/03/98

# NOTICE TO FILE MISSING PARTS OF APPLICATION

*Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). **If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☒ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.**

***If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ small entity (statement filed) ☒ non-small entity is $ 1002.00***

☒ 1. The statutory basic filing fee is:
☒ missing.
☐ insufficient.
*Applicant must submit $ 790.00 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).*

☒ 2. Additional claim fees of $ 82.00, including any multiple dependent claim fees, are required.
$ 82.00 for 1 independent claims over 3.
$ ______ for ______ dependent claims over 20.
$ ______ for multiple dependent claim surcharge.
*Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☒ 3. The oath or declaration:
☒ is missing or unexecuted.
☐ does not cover the newly submitted items.
☐ does not identify the application to which it applies.
☐ does not include the city and state or foreign country of applicant's residence.
*An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.*

☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
*A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

*An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.*

☐ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
*See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."*

☐ 9. OTHER:

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

***A copy of this notice MUST be returned with the reply.***

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 3 - OFFICE COPY

FORM PTO-1533 (REV.9-97)

OIPE JC28 JUL 22 1998 PATENT & TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 09/032,960 | 03/02/98 | MOZINGO | J JEN-1 |

0372/0603

RICHARD S FAUST
FORUM I
8601 SIX FORKS ROAD
SUITE 403
RALEIGH NC 27615

NOT ASSIGNED

3622

DATE MAILED: 06/03/98

## NOTICE TO FILE MISSING PARTS OF APPLICATION

*Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). **If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☒ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.**

***If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ small entity (statement filed) ☒ non-small entity is $*** 1002.00.

☒ 1. The statutory basic filing fee is:
- ☒ missing.
- ☐ insufficient.

Applicant must submit $ 790.00 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).

☒ 2. Additional claim fees of $ 82.00, including any multiple dependent claim fees, are required.

$ 82.00 for 1 independent claims over 3.

$ ______ for ______ dependent claims over 20.

$ ______ for multiple dependent claim surcharge.

– *Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☒ 3. The oath or declaration:
- ☒ is missing or unexecuted.
- ☐ does not cover the newly submitted items.
- ☐ does not identify the application to which it applies.
- ☐ does not include the city and state or foreign country of applicant's residence.

*An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.*

☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.

*A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*

07/28/1998 [illegible] 09032960

01 FC:201 395.00 OP
02 FC:205 65.00 OP
03 FC:202 ...00 OP

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

*An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.*

☐ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.

*See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."*

☐ 9. OTHER:

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

***A copy of this notice MUST be returned with the reply.***

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 2 - COPY TO BE RETURNED WITH RESPONSE

FORM PTO-1533 (REV.9-97)

OIPE JUL 22 1998 JC25 PATENT & TRADEMARK OFFICE

0300

SECTOR #

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Jerry R. Mozingo et al. Group Art Unit: 3622
Serial No. 09/032,960
Filed: March 2, 1998
For: REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSIONS DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE

Honorable Commissioner of Patents
and Trademarks
Washington, D.C. 20231

TRANSMITTAL LETTER

Sir:

Enclosed for filing are the following:

1. Declaration and Power of Attorney;
2. Verified Statement Claiming Small Entity Status;
3. Copy of Form PTO-1533
4. Citation Under 37 CFR 1.97, Form PTO-1449 and copies of cited references; and
5. Check for $501.00 to cover:

| | | |
|---|---|---|
| a. | Filing fee | $436.00 |
| b. | Surcharge | 65.00 |
| | | $501.00 |

Respectfully submitted,

Richard S. Faust
Registration No. 27,544
Attorney of Record

Richard S. Faust
Forum I
8601 Six Forks Road
Suite 403
Raleigh, North Carolina 27615
Telephone: (919) 846-4900
Fax: (919) 846-0197
Attorney Docket: JEN-1

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on JULY 9, 1998

Richard S. Faust
Reg. No. 27,544

JULY 9, 1998
Date of Signature



G000048

OIPE
JUL 2 2 1998
G26
PATENT & TRADEMARK OFFICE

DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

Attorney Docket No. JEN-1

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSIONS DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE, the specification of which
(check one)

[ ] is attached hereto.
[ X ] was filed on March 2, 1998 as
Application Serial No. 09/032,960
and was amended on ____________________
(if applicable)

09032960.072298

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| ________ (Number) | ________ (Country) | ________ (Day/Month/Year Filed) | [ ] Yes | [ ] No |
| ________ (Number) | ________ (Country) | ________ (Day/Month/Year Filed) | [ ] Yes | [ ] No |
| ________ (Number) | ________ (Country) | ________ (Day/Month/Year Filed) | [ ] Yes | [ ] No |

I hereby claim the benefit under Title 35, United States Code, §120