of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| | | |
|---|---|---|
| (Appln. Serial No.) | (Filing Date) | (Status)<br>(pat./pending/aban.) |
| (Appln. Serial No.) | (Filing Date) | (Status)<br>(pat./pending/aban.) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

08623030.090650

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith (list name and registration number).

Richard S. Faust
Registration No. 27,544

Send correspondence to:

Richard S. Faust
Forum I
8601 Six Forks Road
Suite 403
Raleigh, North Carolina 27615

Direct telephone calls to:

PHONE (919) 846-4900
FAX (919) 846-0197

Full name of sole or first inventor: Jerry R. Mozingo

Inventor's Signature: ______________ Date: 6-16-98
Residence: Pikeville, Wayne County, North Carolina
Citizenship: USA
Post Office Address: 352 Airport Road
Pikeville, North Carolina 27863

Full name of second inventor: Christopher S. Smith

Inventor's Signature: ______________ Date: 6-16-98
Residence: Goldsboro, Wayne County, North Carolina
Citizenship: USA
Post Office Address: 107 Bear Creek Road
Goldsboro, North Carolina 27534

Full name of third inventor: William J. Smith

Inventor's Signature: ______________ Date: 6-16-98
Residence: Goldsboro, Wayne County, North Carolina
Citizenship: USA
Post Office Address: 415 East New Hope Road
P.O. Box 10827
Goldsboro, North Carolina 27534

#4

OIPE JC25 JUL 2 2 1998 PATENT & TRADEMARK OFFICE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No.: JEN-1

Applicant: Jerry R. Modingo et al.
Serial No: 09/032,960
Filed: March 2, 1998
For: REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSIONS DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) and 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

[ ] the owner of the small business concern identified below:
[ X ] an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN Jennings Transmission Service of Goldsboro, Inc.
ADDRESS OF CONCERN P.O. Box 10827
Goldsboro, North Carolina 27532

I hereby declare that the above-identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the invention, entitled Replacing Transmission of Right Drive Vehicle with Transmissions Designed for Left Drive Vehicle, and Associated Change-over Linkage by inventor Jerry R. Mozingo et al. described in:

[ ] the specification filed herewith
[ X ] Application Serial No. 09/032,960, filed March 2, 1998.
[ ] Patent No. ____________, issued ____________.

If the rights held by the above-identified small business concern are not exclusive, each individual, concern or organization having rights to

the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who could no qualify as a small business concern under 37 CFR 1.9(d) or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR(e).

*Note: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

NAME ______________________________
ADDRESS ______________________________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

NAME ______________________________
ADDRESS ______________________________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING Christopher S. Smith
TITLE OF PERSON OTHER THAN OWNER General Manager
ADDRESS OF PERSON SIGNING 107 Bear Creek Road
Goldsboro, North Carolina 27534

SIGNATURE ✓ Christopher S Smith Date ✓ 6-16-98

08/329598 • 030698

OIPE JUL 2 2 1998 JC25 PATENT & TRADEMARK OFFICE

#5

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Jerry R. Mozingo
Christopher S. Smith
William J. Smith
Serial No. 09/032,960
Filed: March 2, 1998
For: REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSIONS DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE

Group Art Unit: 3622

Honorable Commissioner of Patents
and Trademarks
Washington, D.C. 20231

CITATION UNDER 37 CFR 1.97

Dear Sir:

Attached is a form PTO-1449 and copies of references which may be considered material to the examination of the above application.

It is requested that these documents be considered by the Examiner and officially made of record in accordance with the provisions of 37 CFR 1.97 and Section 609 of the MPEP.

Respectfully submitted,

[signature]

Richard S. Faust
Registration No. 27,544
Attorney of Record

Richard S. Faust
Forum I
8601 Six Forks Road
Suite 403
Raleigh, North Carolina 27615
Telephone: (919) 846-4900

Date: JULY 9, 1998
Attorney Docket: JEN-1

OIPE JC25
JUL 22 1998
PATENT & TRADEMARK OFFICE

Sheet 1 of 2

#5

| Form PTO-1449 U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. JEN-1 | Serial No. 09/032,960 |
|---|---|---|
| LIST OF DOCUMENTS CITED BY APPLICANT | Applicant Jerry R. Mozingo et al. | |
| (Use several sheets if necessary) | Filing Date March 2, 1998 | Group ~~3622~~ 3682 |

U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| ADH | AA | 4,091,688 | 5/30/78 | Huffman | — | — | |
| | AB | 4,304,317 | 12/8/81 | Vanzant | — | — | |
| | AC | 4,523,655 | 6/18/85 | Keenan | — | — | |
| | AD | 5,623,852 | 4/29/97 | Tischer | — | — | |
| | AE | 5,625,289 | 4/29/97 | Daetz | — | — | |
| | AF | 5,626,212 | 5/6/97 | Ersoy | — | — | |
| | AG | 5,638,720 | 6/17/97 | Weinhart | — | — | |
| | AH | 5,651,293 | 7/29/97 | Ebenstein | — | — | |
| | AI | 5,660,079 | 8/26/97 | Friedich | — | — | |
| | AJ | 5,660,080 | 8/26/97 | Rector | — | — | |
| ADH | AK | 5,661,999 | 9/2/97 | Carone | — | — | |

FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|---|
| | AL | | | | | | |
| | AM | | | | | | |
| | AN | | | | | | |
| | AO | | | | | | |
| | AP | | | | | | |

OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| ALLAN D. HERRMANN | 2/3/99 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



G000055

UNITED STATE DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/032,960 | 03/02/98 | MOZINGO | J | JEN-1 |

PM32/0209

RICHARD S FAUST
FORUM I
8601 SIX FORKS ROAD
SUITE 403
RALEIGH NC 27615

| EXAMINER | |
|---|---|
| HERRMANN, A | |
| **ART UNIT** | **PAPER NUMBER** |
| 3682 | 6 |

DATE MAILED: 02/09/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

PTO-90C (Rev. 2/95)

1- File Copy



G000192

| Office Action Summary | Application No. 09/032,960 | Applicant(s) Mozingo et al |
|---|---|---|
| | Examiner Allan D. Herrmann | Group Art Unit 3682 |

☐ Responsive to communication(s) filed on ______.

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire 3 month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-12* is/are pending in the application.

Of the above, claim(s) ______ is/are withdrawn from consideration.

☒ Claim(s) *7-12* is/are allowed.

☒ Claim(s) *1-6* is/are rejected.

☐ Claim(s) ______ is/are objected to.

☐ Claims ______ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on ______ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on ______ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ______.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). 5

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

## DETAILED ACTION

*Drawings*

1. The drawings are objected to because of the following: Reference character "14" (Page 6, line 11) fails to appear therein. Correction is required.

*Claim Rejections - 35 USC § 112*

2. The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

3. Claims 1-6 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. The claims are vague and indefinite for the following reasons: A. In Claim 1, line 14, "longitudinal" should be changed to - - elongate - - (Antecedent basis appears in line 12); B. In Claim 2, line 8, "rotational" should be changed to - - elongate - - (Antecedent basis appears in Claim 1, line 12); and C. In Claim 5, line 24, "rotational" should be changed to - - elongate - - (Antecedent basis appears in line 12).

*Allowable Subject Matter*

4. Claims 1-6 would be allowable if rewritten or amended to overcome the rejection(s) under 35 U.S.C. 112, 2nd paragraph, set forth in this Office action.

5. Claims 7-12 are allowed.

6. The following is a statement of reasons for the indication of allowable subject matter: None of the prior art shows or renders obvious the combination, cooperation, and interaction of applicants' recited replacement transmission 40 with shift lever 128 (Fig. 2A); elongate member 110 spanning underneath said replacement transmission 40; means 120 proximate the first end of the elongate member 110 connected to the vehicles gear selection mechanism 12; means 130, 134, 138 proximate the second end of said elongate member 110 connected to said shift lever 128 (Fig. 2A) thereby converting rotational movement of said elongate member 110 to movement operating the shift lever 128 of said replacement transmission 40.

*Conclusion*

7. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Irimajiri et al 4,630,702 shows a right hand shifter 42 with spanning means 43 to shift a transmission with a left side shift lever 38a (Fig. 3).

8. **FACSIMILE TRANSMISSION**

Submission of your response by facsimile transmission is encouraged. Group 3600's facsimile number is **(703) 305-3597**. Recognizing the fact that reducing cycle time in the processing and examination of patent applications will effectively increase a patent's term, it is to your benefit to submit responses by facsimile transmission whenever permissible. Such submission will place the response directly in our examining group's hands and will eliminate Post Office processing and delivery time as well as the PTO's mail room processing and delivery time. For a complete list of correspondence **not** permitted by facsimile transmission, see MPEP 502.01. In general, most

responses and/or amendments not requiring a fee, as well as those requiring a fee but charging such fee to a deposit account, can be submitted by facsimile transmission. Responses requiring a fee which applicant is paying by check **<u>should not be</u>** submitting by facsimile transmission separately from the check.

Responses submitted by facsimile transmission should include a Certificate of Transmission (MPEP 512). The following is an example of the format the certification might take:

I hereby certify that this correspondence is being facsimile transmitted to the Patent and Trademark Office (Fax No. (703) 305-3597) on ____________

(Date)

Typed or printed name of person signing this certificate:

______________________________________

______________________________________

(Signature)

If your response is submitted by facsimile transmission, you are hereby reminded that the original should be retained as evidence of authenticity (37 CFR 1.4 and MPEP 502.02). Please do not separately mail the original or another copy unless required by the Patent and Trademark Office. Submission of the original response or a follow-up copy of the response after your response has

been transmitted by facsimile will only cause further unnecessary delays in the processing of your application; duplicate responses where fees are charged to a deposit account may result in those fees being charged twice.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Allan D. Herrmann whose telephone number is (703) 308-4752.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, John Jeffery, can be reached on (703) 306-4601. The fax phone number for this Group is (703) 305-3597.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-2168.

Allan D. Herrmann

**ALLAN D. HERRMANN**
**PRIMARY EXAMINER**
**ART UNIT 3682**

ADH
February 3, 1999

FORM PTO 948 (REV. 11-97) U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office Application No. 09/032960

# NOTICE OF DRAFTPERSON'S PATENT DRAWING REVIEW

The drawing filed (insert date) 3/2/98 are:

A.________ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. ✓ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings: Black ink. Color.
   - ____ Color drawing are not acceptable until petition is granted. Fig.(s)____
   - ____ Pencil and non black ink is not permitted. Fig(s)____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   - ____ Photographs are not acceptable until petition is granted.
   - ____ 3 full-tone sets are required. Fig(s)____
   - ____ Photographs not properly mounted (must brystol board or photographic double-weight paper). Fig(s)____
   - ____ Poor quality (half-tone). Fig(s)____
3. TYPE OF PAPER. 37 CFR 1.84(e)
   - ____ Paper not flexible, strong, white and durable. Fig.(s)____
   - ____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin)
   - ____ Mylar, vellum paper is not acceptable (too thin). Fig(s)____
4. SIZE OF PAPER. 37 CFR 1.84(F): Acceptable sizes:
   - ____ 21.0 cm by 29.7 cm (DIN size A4)
   - ____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   - ____ All drawings sheets not the same size. Sheet(s)____
5. MARGINS. 37 CFR 18.4(g): Acceptable margins:
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm SIZE: 8 1/2 x 11
   - ✓ Margins not acceptable. Fig(s) 2A-1, 2A, 3
   - ✓ Top (T) ____ Left (L)
   - ____ Right (R) ____ Bottom (B)
6. VIEWS. CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   - ____ Views connected by projection lines or lead lines. Fig.(s)____

   Partial views. 37 CFR 1.84(h)(2)
   - ____ Brackets needed to show figure as one entity. Fig.(s)____
   - ____ Views not labeled separately or properly. Fig.(s)____
   - ____ Enlarged view not labeled separately or properly. Fig.(s)____
7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   - ____ Hatching not indicated for sectional portions of an object. Fig.(s)____
   - ____ Sectional designation should be noted with Arabic or Roman numbers. Fig.(s)____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   - ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig.(s)____
   - ____ Views not on the same plane on drawing sheet. Fig.(s)____
9. SCALE. 37 CFR 1.84(k)
   - ____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction. Fig.(s)____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    - ____ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality). Fig.(s)____
11. SHADING. 37 CFR 1.84(m)
    - ____ Solid black areas pale. Fig.(s)____
    - ____ Solid black shading not permitted. Fig.(s)____
    - ____ Shade lines, pale, rough and blurred. Fig.(s)
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.48(p)
    - ____ Numbers and reference characters not plain and legible. Fig.(s)____
    - ____ Figure legends are poor. Fig.(s)____
    - ____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig.(s)____
    - ____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s)____
    - ____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s)____
13. LEAD LINES. 37 CFR 1.84(q)
    - ____ Lead lines cross each other. Fig.(s)____
    - ____ Lead lines missing. Fig.(s)____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
    - ____ Sheets not numbered consecutively, and in Ababic numerals beginning with number 1. Fig.(s)____
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    - ____ Views not numbered consecutively, and in Abrabic numerals, beginning with number 1. Fig.(s)____
16. CORRECTIONS. 37 CFR 1.84(w)
    - ____ Corrections not made from PTO-948 dated____
17. DESIGN DRAWINGS. 37 CFR 1.152
    - ____ Surface shading shown not appropriate. Fig.(s)____
    - ____ Solid black shading not used for color contrast. Fig.(s)____

COMMENTS

REVIEWER Tauur DATE 2/1/99 TELEPHONE NO. 703 305 7038

ATTACHMENT TO PAPER NO. 5

PTO COPY



G000191

| *Notice of References Cited* | Application No. 09/032,960 | Applicant(s) Mozingo et al | |
|---|---|---|---|
| | Examiner Allan D. Herrmann | Group Art Unit 3682 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 4,630,702 | 12-23-86 | Irimajiri et al | 180 | 336(XR) |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

**NON-PATENT DOCUMENTS**

| | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95) Notice of References Cited Part of Paper No. 6



G000198

4/2 R-M' GP 3682

Please type a plus sign(s) inside this box → [+]

PTO/SB/122 (11-98)
Approved for use through 6/30/99 OMB 0651-0035
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

#7

| CHANGE OF CORRESPONDENCE ADDRESS *Application* | Application Number | 09/032,960 |
|---|---|---|
| Address to: Assistant Commissioner for Patents Washington, D.C. 20231 | Filing Date | 03/02/98 |
| | First Named Inventor | Mozingo |
| | Group Art Unit | 3682 |
| | Examiner Name | Herrmann A. |
| | Attorney Docket Number | JEN-1 |

OIPE JCS7 MAR 29 1999 PATENT & TRADEMARK OFFICE

Please change the Correspondence Address for the above-identified application to:

[ ] Customer Number [ ] *Type Customer Number here*

*Place Customer Number Bar Code Label here*

*OR*

RECEIVED MAR 31 1999 GROUP 3600

| | | | | | |
|---|---|---|---|---|---|
| [X] Firm *or* Individual Name | Richard S. Faust | | | | |
| Address | 8384 Six Forks Road, Suite 204 | | | | |
| Address | | | | | |
| City | Raleigh | State | NC | ZIP | 27615 |
| Country | USA | | | | |
| Telephone | (919 )846-4900 | Fax | (919) 846-9543 | | |

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

I am the:

[ ] Applicant

[ ] Assignee of record of the entire interest. Certificate under 37 CFR 3.73(b) is enclosed.

[X] Attorney or agent of record.

| | |
|---|---|
| Typed or printed name | Richard S. Faust |
| Signature | [signature] |
| Date | March 29, 1999 |

#8/a

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Jerry R. Mozingo et al. ) | Group Art Unit: 3682 |
| Serial No. 09/032,960 ) | Examiner: Allan D. Herrmann |
| Filed: March 2, 1998 ) | |
| For: REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSIONS DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE ) | |

Official

Assistant Commissioner for Patents
Washington, D.C. 20231

FAX RECEIVED
MAY 07 1999
GROUP 3600

RESPONSE TO OFFICE ACTION

This paper responds to the outstanding Office Action.

In The Claims

Please amend claims 1, 2, 4, 5, 8 and 9 as follows:

a¹

1. (Amended) A change-over linkage in combination with a replacement transmission installed in a right hand drive vehicle wherein the original transmission with a right side shift lever is [has been] replaced with a replacement transmission with a left side shift lever, said change-over linkage serving to transfer gear selection information emanating from the driver's gear selector lever across the vehicle from the right side to the shift lever located on the left side of the replacement transmission and

20

comprising:

an elongate member transversely spanning [the vehicle underneath] the replacement transmission, said elongate [longitudinal] member having first and second ends that are [a first end] rotatably supported [by the right side of the vehicle chassis and a second end rotatably supported by the left side of the vehicle chassis];

means proximate the first end of said elongate member connecting the gear selection mechanism of the vehicle to said elongate member for imparting rotational movement to the member in response to the driver's selection of gear; and

means proximate the second end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission and thereby converting rotational movement of the elongate member to movement operating the shift lever of the replacement transmission.

2. (Amended) The combination of claim 1 wherein said means proximate the second end of said elongate member comprises a multicomponent assembly proximate the left end of said elongate member connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said elongate [rotational] member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift



21

a1

lever to convert rotational movement of the elongate member to movement operating the shift lever and providing spatial adjustment between the first component and the shift lever.

a2

4. (Amended) The combination of claim 1 wherein [said elongate member is a rod and] said change-over linkage includes right and left rod support members secured to the right and left sides, respectively, of the vehicle chassis.

5. (Amended) A change-over linkage for use in a transmission replacement operation for a right hand drive vehicle wherein the original transmission having a right side shift lever is replaced with a replacement transmission having a left side shift lever, said change-over linkage serving to transversely span [the vehicle underneath] the replacement transmission and operatively connect the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission, said change-over linkage comprising:

a right side <u>support</u> [chassis attachment] member;

a left side <u>support</u> [chassis attachment] member;

an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left <u>support</u> [chassis attachment] members;

means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and



22

a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said elongate [rotational] member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever [and providing spatial adjustment between the first component and the shift lever].

A2

12 8. (Amended) The method of claim 7 11 wherein the step of installing the change-over linkage comprises rotatably mounting an elongate member having right and left ends so that the member [to the left and right sides of the vehicle chassis with the elongate member] transversely spans [spanning the vehicle underneath] the replacement transmission, connecting the right end of the elongate member to the gear selection mechanism of the vehicle and connecting [an adjustable, multicomponent assembly at] the left end of the elongate member to the shift lever of the replacement transmission.

A3

17 9. (Amended) A kit for use in replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said kit comprising:

a replacement transmission with left side shift lever and associated torque convertor;



23

a drive shaft having the correct length to accommodate the dimensions of the replacement transmission when installed; and

a change-over linkage comprising

a right side support [chassis attachment] member;

a3

a left side support [chassis attachment] member;

an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left support [chassis attachment] members;

means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and

a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever [and providing spatial adjustment between the first component and the shift lever].



24

## REMARKS

The Applicant acknowledges with appreciation the finding of allowable subject matter in all pending claims 1-12. Claims 7-12 stand allowed. Claims 1-6 stand rejected under 35 USC §112, second paragraph.

### The Rejection of Claims 1-6 Under 35 USC §112, Second Paragraph

Claims 1, 2 and 5 have been amended to directly address the problems pointed out by the Examiner. These amendments are believed to overcome the §112 rejections.

### Other Claim Amendments, Claims 1, 4, 5, 8 and 9

Upon review of the application, amendments have been made to claims 1, 4, 5, 8 and 9. None of the amendments is believed to affect the patentability of the claims. Accordingly, all claims 1-12 are believed to define patentable subject matter in their amended form.

### The Drawings

The Examiner has requested the addition of reference numeral 14 to the drawings. Copies of Figures 1 and 2 adding reference numeral 14 are enclosed for approval by the Examiner.

Formal drawings adding reference numeral 14 and addressing the matters raised by the Chief Draftsperson on Form PTO-948 will be submitted following receipt of a Notice of Allowance.



A

Conclusion

It is respectfully submitted that all pending claims 1-12, as amended, patentably distinguish over the art of record. Prompt issuance of a Notice of Allowance is earnestly solicited.

If the Examiner should have any questions about this Response he is encouraged to phone the undersigned.

Respectfully submitted,

Richard S. Faust
Registration No. 27,544
Attorney of Record

Richard S. Faust
8384 Six Forks Road
Suite 204
Raleigh, NC 27615
Telephone: (919)846-4900
Fax: (919)846-9543

Date: May 7, 1999
Attorney Docket No. JEN-1

Certificate of Transmission

I hereby certify that this correspondence is being facsimile transmitted to the Patent and Trademark Office (Fax No. (703) 305 3597) on May 7, 1999.

Typed or Printed Name of Person Signing this Certificate: Richard S. Faust

(Signature)

DRAWING CORRECTIONS APPROVED, HERRMANN 5/13/99




FIG. 1
PRIOR ART

May-07-99 03:38P R.Fau... 919... 9543 P.10




FIG. 2

FIG. 2A-1



G000212

RICHARD S. FAUST
Patent Attorney
8384 Six Forks Road
Suite 204
Raleigh, North Carolina 27615

Patent, Trademark and Copyright Law
Technology Licensing

(919) 846-4900
Fax (919) 846-9543

FAX RECEIVED
MAY 0 7 1999
GROUP 3600
Official

# FAX TRANSMISSION COVER SHEET

DATE: MAY 7, 1999

TO: EXAMINER ALLAN D. HERRMANN USPTO Art Unit 3682

FAX #: (703) 305-3597

FROM: RICK FAUST

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET: 10

MESSAGE: ATTACHED:
A. "RESPONSE TO OFFICE ACTION" — 7 pages
B. TWO DRAWING SHEETS — 2 pages

SN 09/032,960
INVENTORS: JERRY R. MOZINGO, ET AL.

PLEASE CALL (919)846-4900 FOR ANY PROBLEMS REGARDING TRANSMISSION OF THIS FAX.

UNITED STATES ,PARTMENT OF COMMERCE
Patent and Trademark Office

# NOTICE OF ALLOWANCE AND ISSUE FEE DUE

PM32/0514

RICHARD S FAUST
8384 SIX FORKS ROAD
SUITE 204
RALEIGH NC 27615

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/032,960 | 03/02/98 | 012 | HERRMANN, A | 3682 | 05/14/99 |

First Named Applicant: MUZINGU, 35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSION DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3 JEN-1 | 074-473.300 | T10 | UTILITY | YES | $605.00 | 08/16/99 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

*U.S. GPO: 1998-437-639/80023

UNITED STA S DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
| --- | --- | --- | --- |
| 09/032,960 | 03/02/98 | MOZINGO J | JEN-1 |

PM32/0514

RICHARD S FAUST
8384 SIX FORKS ROAD
SUITE 204
RALEIGH NC 27615

| EXAMINER | |
| --- | --- |
| HERRMANN, A | |
| **ART UNIT** | **PAPER NUMBER** |
| 3682 | |

DATE MAILED: 05/14/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks



PTO-90C (Rev. 2/95) 1- File Copy

G000215

| Notice of Allowability | Application No. 09/032,960 | Applicant(s) Mozingo et al |
|---|---|---|
| | Examiner Allan D. Herrmann | Group Art Unit 3682 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *amendment filed 5-7-99*.

☒ The allowed claim(s) is/are *1-12*.

☐ The drawings filed on ______ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ______.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

☐ because the originally filed drawings were declared by applicant to be informal.

☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. *5*.

☒ including changes required by the proposed drawing correction filed on *May 7, 1999*, which has been approved by the examiner.

☐ including changes required by the attached Examiner's Amendment/Comment.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). ______

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☐ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☐ Examiner's Statement of Reasons for Allowance

Allan D. Herrmann
**ALLAN D. HERRMANN**
**PRIMARY EXAMINER**
**ART UNIT 3682**

Aug-10-99 07:04P R.Faust 919 846 9543 P.01

FAX RECEIVED
AUG 10 1999
GROUP 3600

3687

Official

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#10

Jerry R. Mozingo et al. )
Serial No. 09/032,960 )
Filed: March 2, 1998 )
For: REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSION DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE )

Group Art Unit: 3682
Examiner: Allan D. Herrmann

Assistant Commissioner for Patents
Box CPA
Washington, D.C. 20231

LETTER ACCOMPANYING THE FILING OF CONTINUED PROSECUTION APPLICATION

This letter and Form PTO/SB/29 entitled "Continued Prosecution Application (CPA) Request Transmittal" are being filed by fax on August 10, 1999.

All pending claims 1-12 in the parent application (SN 09/032,960) were allowed on May 14, 1999, with the issue fee being due on August 16, 1999. Thus, this CPA has been filed during the pendency of SN 09/032,960. MPEP §201.06(d).

This request for CPA is being filed without the filing fee. The filing fee will be paid upon receipt of a notice to file missing parts. MPEP §201.06(d).

If there any questions concerning this filing, please contact the undersigned.

Respectfully submitted,

[signature]

Richard S. Faust
Registration No. 27,544
Attorney of Record

Richard S. Faust
8384 Six Forks Road
Suite 204
Raleigh, NC 27615
Telephone: (919) 846-4900
Fax: (919) 846-9543

Date: August 10, 1999
Attorney Docket No. JEN-1

Certificate of Transmission

I hereby certify that this Letter and accompanying Form PTO/SB/29 are being facsimile transmitted to Art Unit 3682, Patent and Trademark Office (Fax No. (703) 305-3597) on August 10, 1999.

Richard S. Faust
Signature [signature]
Date of Signature: AUGUST 10, 1999

RECEIVED
AUG 19 1999
PRODUCTION CONTROL PUBLISHING DIVISION



G000217

Aug-10-99 07:04P R.Faust 919 846 9543 P.02

VIA FAX TO ART UNIT 3682
FAX# (703) 305-3597
AUGUST 10, 1999

Please type a plus sign (+) inside this box → [+]

PTO/SB/29 (12/97)
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# CONTINUED PROSECUTION APPLICATION (CPA) REQUEST TRANSMITTAL

*Submit an original, and a duplicate for fee processing.*
*(Only for Continuation or Divisional applications under 37 CFR 1.53(d))*

CHECK BOX, if applicable
☐ DUPLICATE

| Address to: Assistant Commissioner for Patents, Box CPA, Washington, DC 20231 | |
|---|---|
| Attorney Docket No. | JEN-1 |
| First Named Inventor | Jerry R. Mozingo |
| Express Mail Label No. | |
| Total Pages | 3 |

*This is a request for a ☑ continuation or ☐ divisional application under 37 CFR 1.53(d), (continued prosecution application (CPA)) of prior application number 09/032,960 filed on March 2, 1998, entitled "Replacing Transmission of Right Drive..."

**NOTES**

*FILING QUALIFICATIONS: The prior application identified above must be a nonprovisional application that is either: (1) complete as defined by 37 CFR 1.51(b) and filed on or after June 8, 1995, or (2) the national stage of an international application in compliance with 35 U.S.C. 371 and filed on or after June 8, 1995.*

*C-I-P NOT PERMITTED: A continuation-in-part application cannot be filed as a CPA under 37 CFR 1.53(d), but must be filed under 37 CFR 1.53(b).*

*EXPRESS ABANDONMENT OF PRIOR APPLICATION: The filing of this CPA is a request to expressly abandon the prior application as of the filing date of the request for a CPA. 37 CFR 1.53(b) must be used to file a continuation, divisional, or continuation-in-part of an application that is not to be abandoned.*

*ACCESS TO PRIOR APPLICATION: The filing of this CPA will be construed to include a waiver of confidentiality by the applicant under 35 U.S.C. 122 to the extent that any member of the public who is entitled under the provisions of 37 CFR 1.14 to access to, copies of, or information concerning, the prior application may be given similar access to, copies of, or similar information concerning, the other application or applications in the file jacket.*

*35 U.S.C. 120 STATEMENT: In a CPA, no reference to the prior application is needed in the first sentence of the specification and none should be submitted. If a sentence referencing the prior application is submitted, it will not be entered. A request for a CPA is the specific reference required by 35 U.S.C. 120 and to every application assigned the application number identified in such request, 37 CFR 1.78(a).*

1. ☐ Enter the unentered amendment previously filed on ______________ under 37 CFR 1.116 in the prior nonprovisional application.
2. ☐ A preliminary amendment is enclosed.
3. This application is filed by fewer than all the inventors named in the prior application, 37 CFR 1.53 (d)(4).
   a. ☐ *DELETE* the following inventor(s) named in the prior nonprovisional application:
   ..............................................................................
   ..............................................................................
   b. ☐ The inventor(s) to be deleted are set forth on a separate sheet attached hereto.
4. ☐ A new power of attorney or authorization of agent (PTO/SB/81) is enclosed.
5. Information Disclosure Statement (IDS) is enclosed:
   a. ☐ PTO-1449
   b. ☐ Copies of IDS Citations

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box CPA, Washington, DC 20231.



G000218

Please type a plus sign (+) inside this box → [+]

PTO/SB/29 (12/97)
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| CLAIMS | (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|---|
| | TOTAL CLAIMS (37 CFR 1.16(c)) | 12 -20 = | 0 | x $ ____ = | $ 0 |
| | INDEPENDENT CLAIMS (37 CFR 1.16(b)) | 4 -3 = | 1 | x $ 78 = | 78 |
| | MULTIPLE DEPENDENT CLAIMS (if applicable) (37 CFR 1.16(d)) | | | + $ ____ = | 0 |
| | | | | BASIC FEE (37 CFR 1.16(a)) | 760 |
| | | | | Total of above Calculations = | 838 |
| | Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28). | | | | 419 |
| | * FILING FEE NOT ENCLOSED | | | TOTAL = | 419 |

6. Small entity status:
   a. ☐ A small entity statement is enclosed.
   b. ☑ A small entity statement was filed in the prior nonprovisional application and such status is still proper and desired.
   c. ☐ is no longer claimed.
7. The Commissioner is hereby authorized to credit overpayments or charge the following fees to Deposit Account No. ______-______:
   a. ☐ Fees required under 37 CFR 1.16.
   b. ☐ Fees required under 37 CFR 1.17.
   c. ☐ Fees required under 37 CFR 1.18.
8. ☐ A check in the amount of $__________ is enclosed.
9. ☑ Other: "Letter Accompanying Filing of CPA"

***NOTE:*** *The prior application's correspondence address will carry over to this CPA UNLESS a new correspondence address is provided below.*

**10. NEW CORRESPONDENCE ADDRESS**

☐ Customer Number or Bar Code Label — (Insert Customer No. or Attach bar code label here) — or ☐ New correspondence address below

| | | | | | |
|---|---|---|---|---|---|
| NAME | | | | | |
| ADDRESS | | | | | |
| CITY | | STATE | | ZIP CODE | |
| COUNTRY | | TELEPHONE | | FAX | |

**11. SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| | |
|---|---|
| NAME | RICHARD S. FAUST |
| SIGNATURE | R.S. Faust |
| DATE | AUGUST 10, 1999 |

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
| --- | --- | --- | --- |
| 09/032,960 | 03/02/98 | MOZINGO | J JEN-1 |

#11

PM32/1215

RICHARD S FAUST
8384 SIX FORKS ROAD
SUITE 204
RALEIGH NC 27615

HERRMANN, A

DATE MAILED:

3682

12/15/99

## NOTICE TO FILE MISSING PARTS OF APPLICATION (CPA)
*Filing Date Granted*

The Continued Prosecution Application (CPA) request filed on ______________ is entitled to a filing date under 37 CFR 1.53(d)(1). The CPA request, however, lacks the filing fee(s) and/or items indicated below.

**Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file the fee(s), item(s), and any surcharge required below to avoid abandonment of this CPA.** Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

***The total amount owed by applicant is the sum of items 1(a) or (b), 2, and 3 (if checked) below.***

☑ 1. The statutory basic filing fee is:
☑ missing.
☐ insufficient.

*(a) Applicant must submit $____________ to complete the basic filing fee and the $130.00 surcharge set forth in 37 CFR 1.16(e) (non-small entity), or $____________ to complete the basic filing fee as a small entity and the $65.00 surcharge set forth in 37 CFR 1.16(e) and file a small entity statement under 37 CFR 1.27 claiming such status (if the prior application was entitled to small entity status and such status is still proper and desired, a new small entity statement is not required (37 CFR 1.28)).*

*(b) Applicant must submit $* 380.00 *to complete the basic filing fee as a small entity and the $65.00 surcharge set forth in 37 CFR 1.16(e).*

☐ 2. Additional claim fees of
$__________ (non-small entity) or $__________ (small entity) for __________ independent claims over 3.
$__________ (non-small entity) or $__________ (small entity) for __________ claims over 20.
$__________ (non-small entity) or $__________ (small entity) for multiple dependent claim surcharge.

*Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☐ 3. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 4. The CPA request is unsigned. Applicant must file a signed duplicate or ratification of the CPA request.

☐ 5. Other: ______________________________

***A copy of this Notice MUST be returned with the reply.***

Direct the reply and any questions about this Notice to:

Gyzell Johnson

Examining Group Tech 3600

(703) ~~30~~ 306 - 4596

FORM PTO-2016 (Rev. 12/97)  PART 1 - ATTORNEY/APPLICANT COPY



G000220

CPA #9P3682 # #11½

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Jerry R. Mozingo et al. )
Serial No. 09/032,960 )
Filed: March 2, 1998 )
For: REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSIONS DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE )

Group Art Unit: 3682
Examiner: Allan D. Herrmann

OIPE JC67 FEB 14 2000 PATENT & TRADEMARK OFFICE

RECEIVED FEB 22 2000 TO 3600 MAIL ROOM

Box Missing Parts
Assistant Commissioner for Patents
Washington, D.C. 20231

TRANSMITTAL LETTER

Sir:

Enclosed for filing are the following:

1. Copy of Form PTO-2016;
2. Check for $449.00 (small entity) to cover:
   a. Filing fee $384.00
   b. Surcharge 65.00
   $449.00

   The filing fee reflects four (4) independent claims and twelve (12) total claims and is paid under the new fee schedule effective December 29, 1999.

3. Petition for Entry and Consideration of Information Disclosure Statement and check for $240.00 petition fee;
4. Information Disclosure Statement; and
5. Affidavit of Christopher S. Smith.

02/17/2000 CVORACHA 00000103 09032960

01 FC:231 345.00 OP
02 FC:202 39.00 OP
03 FC:205 65.00 OP

Respectfully submitted,

R S. Faust FEBRUARY 11, 2000

Richard S. Faust
Registration No. 27,544
Attorney for Applicants

Richard S. Faust
8384 Six Forks Rd.
Suite 204
Raleigh, NC 27615
Telephone: (919)846-4900
Fax: (919)846-9543
Attorney Docket No. JEN-1

Look for blue background on the front of this check, and the image safe logo on back. If not present, do not cash.

RICHARD S. FAUST, PATENT ATTORNEY
OPERATING ACCOUNT
FORUM 1
8601 SIX FORKS RD., SUITE 403
RALEIGH, NC 27615

2732

DATE February 11, 2000

66-18/530
434

PAY TO THE ORDER OF Commissioner of Patents & Trademarks $ 449.00

Four Hundred Forty Nine DOLLARS

NationsBank
NationsBank, N.A.
Carolinas

FOR FILING FEE AND SURCHARGE - CPA of SN 09/032,960 Atty Dkt: JEN-1

⑈002732⑈ ⑆053000196⑆ 004 125 0804⑈