Top Web Results for "end"

# 21 results for: *end*

[ Nearby Entries ]

View results from: Dictionary | Thesaurus | Encyclopedia | All Reference | the Web

*Dictionary.com Unabridged (v 1.1) - Cite This Source*

**end**[1] [end] Pronunciation Key - Show IPA Pronunciation

*-noun*

1. the last part or extremity, lengthwise, of anything that is longer than it is wide or broad: *the end of a street; the end of a rope.*
2. a point, line, or limitation that indicates the full extent, degree, etc., of something; limit; bounds: *kindness without end; to walk from end to end of a city.*
3. a part or place at or adjacent to an extremity: *at the end of the table; the west end of town.*
4. the furthermost imaginable place or point: *an island at the very end of the world.*
5. termination; conclusion: *The journey was coming to an end.*
6. the concluding part: *The end of her speech had to be cut short because of time.*
7. an intention or aim: *to gain one's ends.*
8. the object for which a thing exists; purpose: *The happiness of the people is the end of government.*
9. an outcome or result: *What is to be the end of all this bickering?*
10. termination of existence; death: *He met a horrible end.*
11. a cause of death, destruction, or ruin: *Another war would be the end of civilization.*
12. a remnant or fragment: *mill end; ends and trimmings.*
13. a share or part in something: *He does his end of the job very well.*
14. *Textiles.* a warp thread running vertically and interlaced with the filling yarn in the woven fabric.
15. *Football.*
    a. either of the linemen stationed farthest from the center.
    b. the position played by this lineman.
16. *Archery.* the number of arrows to be shot by a competitor during one turn in a match.
17. *Cricket.* a wicket, esp. the one where the batsman is taking a turn.
18. a unit of a game, as in curling or lawn bowling.
19. *Kantianism.* any rational being, regarded as worthy to exist for its own sake.
20. either half of a domino.
21. *Knots.* the part of a rope, beyond a knot or the like, that is not used.
22. **the end**, *Slang.* the ultimate; the utmost of good or bad: *His*

*stupidity is the end.*

-*verb (used with object)*

23. to bring to an end or conclusion: *We ended the discussion on a note of optimism.*

24. to put an end to; terminate: *This was the battle that ended the*

25 *is passage ends the novel.*

26 f; kill: *A bullet through the heart ended*

27 t outstanding or greatest possible
f (usually used in the infinitive): *You just*
*r to end all blunders.*

-v *)*

28 rminate; cease: *The road ends at Rome.*

29 *ravagance ends in want.*

30 final condition, circumstance, or goal
*nd up in the army; to end as a happy*

-a

31 *nd result.*

—

32 t an occupation or plans; unsettled;
*vo years wandering about the country at*

33 he end of one's ideas or mental
*I'm at my wit's end with this problem.*
d.

34 e position; inverted: *The cartons were*

35 ext to or facing: *He backed the truck*
*th the loading platform.*

36 ith ends touching: *The pipes were placed*
*und.*

37 *nformal.* to act in a reckless or agitated
al control: *She went off the deep end*

38. in the end, finally, after all: *In the end they shook hands and made up.*



ADVERTISEMENT

39. **keep** or **hold one's end up,** to perform one's part or share adequately: *The work is demanding, but he's holding his end up.*

40. **make an end of,** to conclude; stop: *Let's make an end of this foolishness and get down to work.*

41. **make ends meet,** to live within one's means: *Despite her meager income, she tried to make ends meet.* Also, **make both ends meet.**

42. **no end,** *Informal.* very much or many: *They were pleased no end by the warm reception.*

43. **on end,**
   a. having the end down; upright: *to stand a box on end.*
   b. continuously; successively: *They talked for hours on end.*

44. **put an end to,** to cause to stop; terminate; finish: *The advent of*

subscribers.

*sound in motion pictures put an end to many a silent star's career.*

[Origin: bef. 900; ME, OE *ende;* c. OFris *enda,* MD *e(i)nde,* OS *endi,* OHG *anti, G Ende,* ON *endi(r),* Goth *andeis* end < Gmc **anthjá-;* akin to Skt *ánta-* end]

*—Related forms*
**ender,** *noun*

*—Synonyms* 4. tip, bound, limit, terminus. 5. END, CLOSE, CONCLUSION, FINISH, OUTCOME refer to the termination of something. END implies a natural termination or completion, or an attainment of purpose: *the end of a day, of a race; to some good end.* CLOSE often implies a planned rounding off of something in process: *the close of a conference.* CONCLUSION suggests a decision or arrangement: *All evidence leads to this conclusion; the conclusion of peace terms.* FINISH emphasizes completion of something begun: *a fight to the finish.* OUTCOME suggests the issue of something that was in doubt: *the outcome of a game.* 7. See AIM.

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*

---

*Dictionary.com Unabridged (v 1.1) - Cite This Source*

**end**[2] [end] Pronunciation Key - Show IPA Pronunciation

*-verb (used with object) British Dialect.*
to put wheat, hay, or other grain into a stack or barn.

[Origin: 1600-10; perh. var. of dial. *in* to harvest (OE *innian* to lodge, put up). See INN]

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*

---

*Dictionary.com Unabridged (v 1.1) - Cite This Source*

**end.**

endorsed.

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*

---

*American Heritage Dictionary - Cite This Source*

**end** (ĕnd) Pronunciation Key

n.

1. Either extremity of something that has length: *the end of the pier.*
2. The outside or extreme edge or physical limit; a boundary: *the end of town.*

4. A result; an outcome.
5. Something toward which one strives; a goal. See Synonyms at intention.
6. The termination of life or existence; death: *"A man awaits his end/Dreading and hoping all" (William Butler Yeats).*
7. The ultimate extent; the very limit: *the end of one's patience.*
8. *Slang* The very best; the ultimate: *This pizza's the end.*
9. A remainder; a remnant.
10.
    a. A share of a responsibility or obligation: *your end of the bargain.*
    b. A particular area of responsibility: *in charge of the business end of the campaign.*
    c. Either of the players in the outermost position on the line of scrimmage.
    d. The position played by such a player.
11. *Football*
    a. Either of the players in the outermost position on the line of scrimmage.
    b. The position played by such a player.

v. **end·ed, end·ing, ends**

v. *tr.*

1. To bring to a conclusion.
2. To form the last or concluding part of: *the song that ended the performance.*
3. To destroy: *ended our hopes.*

v. *intr.*

1. To come to a finish; cease. See Synonyms at complete.
2. To arrive at a place, situation, or condition as a result of a course of action. Often used with *up: He ended up as an advisor to the president. The painting ended up being sold for a million dollars.*
3. To die.

[Middle English `ende`, from Old English; see `ant-` in Indo-European roots.]

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

---

*Online Etymology Dictionary - Cite This Source*

**end**

O.E. *ende,* from P.Gmc. **andja* (cf. O.Fris. *enda,* O.N. *endir,* O.H.G. *enti*), originally "the opposite side," from PIE **antjo* "end, boundary," from base *anta-/*anti-* "opposite, in front of, before" (see ante). Original sense of "outermost part" is obsolete except in phrase *ends of the earth.* Sense of "destruction, death" was in O.E. Meaning "division or quarter of a town" was in O.E. The verb is from O.E. *endian. The end* "the last straw, the limit" (in a disparaging sense) is from 1929. The phrase *end run* is first attested 1902 in U.S. football; extended to

*time* in ref. to the end of the world is from 1917. *Be-all and end-all* is from Shakespeare ("Macbeth" I.vii.5).

> "Worldly wealth he cared not for, desiring onely to make both ends meet." [1662]

*Online Etymology Dictionary, © 2001 Douglas Harper*

*WordNet* – *Cite This Source*

**end**

*noun*

1. either extremity of something that has length; "the end of the pier"; "she knotted the end of the thread"; "they rode to the end of the line"
2. the point in time at which something ends; "the end of the year"; "the ending of warranty period" [ant: beginning, middle]
3. the concluding parts of an event or occurrence; "the end was exciting"; "I had to miss the last of the movie"
4. the state of affairs that a plan is intended to achieve and that (when achieved) terminates behavior intended to achieve it; "the ends justify the means" [syn: goal]
5. a final part or section; "we have given it at the end of the section since it involves the calculus"; "Start at the beginning and go on until you come to the end" [ant: beginning, middle]
6. a final state; "he came to a bad end"; "the so-called glorious experiment came to an inglorious end"
7. the surface at either extremity of a three-dimensional object; "one end of the box was marked 'This side up'"
8. (football) the person who plays at one end of the line of scrimmage; "the end managed to hold onto the pass"
9. one of two places from which people are communicating to each other; "the phone rang at the other end"; "both ends wrote at the same time"
10. a boundary marking the extremities of something; "the end of town"
11. the part you are expected to play; "he held up his end"
12. the last section of a communication; "in conclusion I want to say..." [syn: conclusion]
13. a piece of cloth that is left over after the rest has been used or sold
14. a position on the line of scrimmage; "no one wanted to play end"

*verb*

1. have an end, in a temporal, spatial, or quantitative sense; either spatial or metaphorical; "the bronchioles terminate in a capillary bed"; "Your rights stop where you infringe upon the rights of other"; "My property ends by the bushes"; "The symphony ends in a pianissimo" [ant: begin]
2. bring to an end or halt; "She ended their friendship when she found out that he had once been convicted of a crime"; "The attack on Poland terminated the relatively peaceful period after WW I" [ant: begin]

4. put an end to; "The terrible news ended our hopes that he had survived"

*WordNet® 2.1, © 2005 Princeton University*

---

*American Heritage Dictionary of Idioms - Cite This Source*
**end**

In addition to the idioms beginning with end, also see all's well that ends well; at loose ends; at one's wit's end; be-all and end-all; beginning of the end; bitter end; burn the candle at both ends; can't see beyond the end of one's nose; come to an end; dead end; go off the deep end; hair stand on end; hold one's end up; in the end; light at the end of the tunnel; make ends meet; never hear the end of; odds and ends; on end; on the receiving end; play both ends against the middle; put an end to; rear end; short end (of the stick); tail end; wrong end of the stick.

*The American Heritage® Dictionary of Idioms by Christine Ammer.*
*Copyright © 1997 by The Christine Ammer 1992 Trust. Published by Houghton Mifflin Company.*

---

*U.S. Gazetteer - Cite This Source*
**West End-Cobb Town, AL (CDP, FIPS 81084)** Location: 33.64816 N, 85.87122 W
Population (1990): 4034 (1629 housing units)
Area: 13.1 sq km (land), 0.0 sq km (water)

**West End, NC** Zip code(s): 27376

**West End, VA** Zip code(s): 23230

**West End, NY (CDP, FIPS 79796)** Location: 42.46857 N, 75.09415 W
Population (1990): 1825 (845 housing units)
Area: 9.8 sq km (land), 0.0 sq km (water)

*U.S. Gazetteer, U.S. Census Bureau*

---

*On-line Medical Dictionary - Cite This Source*
**end**

end: in CancerWEB's On-line Medical Dictionary

*On-line Medical Dictionary, © 1997-98 Academic Medical Publishing & CancerWEB*

---

*Easton's 1897 Bible Dictionary - Cite This Source*
**End**

in Heb. 13:7, is the rendering of the unusual Greek word _ekbasin_, meaning "outcome", i.e., death. It occurs only elsewhere in 1 Cor. 10:13, where it is rendered "escape."

*American Heritage Stedman's Medical Dictionary* - *Cite This Source*

**end-**

*pref.*

Variant of endo-.

*The American Heritage® Stedman's Medical Dictionary*
*Copyright © 2002, 2001, 1995 by Houghton Mifflin Company. Published by Houghton Mifflin Company.*

---

*Acronym Finder* - *Cite This Source*

**END**

END: in Acronym Finder

*Acronym Finder, © 1988-2007 Mountain Data Systems*

---

*Kernerman English Multilingual Dictionary (Beta Version)* - *Cite This Source*

**end**[1] [end] *noun*

the last or farthest part of the length of something

Example: *the house at the end of the road; both ends of the room; Put the tables end to end (= with the end of one touching the end of another); (also adjective) We live in the end house.*

| | |
|---|---|
| *Arabic:* | نهايه، طرَف |
| *Chinese (Simplified):* | 末端 |
| *Chinese (Traditional):* | 末端 |
| *Czech:* | konec, kraj(ní) |
| *Danish:* | ende |
| *Dutch:* | uiteinde |
| *Estonian:* | ots |
| *Finnish:* | pää |
| *French:* | bout, extrémité; dernier |
| *German:* | das Ende, End-... |
| *Greek:* | άκρη, ακριανός |
| *Hungarian:* | vég; határ |
| *Icelandic:* | endi |
| *Indonesian:* | ujung |
| *Italian:* | fine, estremità; ultimo |
| *Japanese:* | 端 |
| *Korean:* | 끝 |
| *Latvian:* | gals; gala- |
| *Lithuanian:* | galas, galinis, paskutinis |
| *Norwegian:* | ende, slutt, avslutning, endestykke |
| *Polish:* | koniec |
| *Portuguese (Brazil):* | fim, extremidade, último |
| *Portuguese (Portugal):* | extremidade |
| *Romanian:* | sfârşit; (de la) capăt |
| *Russian:* | конец; край |
| *Slovak:* | koniec, kraj; krajný |
| *Slovenian:* | konec; na koncu |
| *Spanish:* | final, extremo, cabo |
| *Swedish:* | slut, ända, sista |

**end**[2] [end] *noun*

the finish or conclusion

Example: *the end of the week; The talks have come to an end; The affair is at an end; He is at the end of his strength; They fought bravely to the end; If she wins the prize we'll never hear the end of it (= she will often talk about it).*

*Arabic:* نهاية
*Chinese (Simplified):* 完结，结束
*Chinese (Traditional):* 完結，結束
*Czech:* konec
*Danish:* ende; slutning
*Dutch:* einde
*Estonian:* lõpp
*Finnish:* loppu
*French:* fin, conclusion, bout
*German:* das Ende
*Greek:* τέλος, πέρας
*Hungarian:* befejezés
*Icelandic:* endir, lok
*Indonesian:* akhir
*Italian:* fine
*Japanese:* 終わり
*Korean:* 종료, 결말
*Latvian:* beigas; nobeigums
*Lithuanian:* pabaiga, galas
*Norwegian:* ende, avslutning, slutt
*Polish:* koniec, zakończenie
*Portuguese (Brazil):* fim
*Portuguese (Portugal):* fim
*Romanian:* sfârşit, concluzie
*Russian:* конец; окончание
*Slovak:* koniec
*Slovenian:* konec
*Spanish:* fin, final, conclusión
*Swedish:* slut
*Turkish:* son, nihayet, bitiş

**end**[3] [end] *noun*

death

Example: *The soldiers met their end bravely.*

*Arabic:* مَوْت
*Chinese (Simplified):* 死亡
*Chinese (Traditional):* 死亡
*Czech:* smrt
*Danish:* død
*Dutch:* einde
*Estonian:* surm
*Finnish:* kuolema
*French:* mort
*German:* der Tod
*Greek:* θάνατος
*Hungarian:* vég (halál)
*Japanese:* 死
*Korean:* 죽음, 말로
*Latvian:* nāve; gals
*Lithuanian:* mirtis
*Norwegian:* endelikt, død
*Polish:* śmierć
*Portuguese (Brazil):* fim
*Portuguese (Portugal):* fim
*Romanian:* moarte
*Russian:* смерть
*Slovak:* smrť
*Slovenian:* smrt

*Indonesian:* kematian
*Italian:* fine, morte
*Swedish:* död, undergång
*Turkish:* ölüm, ecel, akibet

**end**[4] [end] *noun*
an aim
Example: *What end have you in view?*

*Arabic:* هَدَف
*Chinese (Simplified):* 目的，目标
*Chinese (Traditional):* 目的，目標
*Czech:* cíl
*Danish:* formål; hensigt
*Dutch:* doel
*Estonian:* siht
*Finnish:* tarkoitus
*French:* but
*German:* das Ziel
*Greek:* σκοπός, επιδίωξη
*Hungarian:* (vég)cél
*Icelandic:* takmark
*Indonesian:* sasaran
*Italian:* fine, scopo
*Japanese:* 目的
*Korean:* 목적, 목표
*Latvian:* mērķis; nolūks
*Lithuanian:* tikslas
*Norwegian:* mål
*Polish:* cel
*Portuguese (Brazil):* finalidade
*Portuguese (Portugal):* finalidade
*Romanian:* scop
*Russian:* цель
*Slovak:* cieľ
*Slovenian:* namen
*Spanish:* objetivo, finalidad
*Swedish:* mål, syfte
*Turkish:* amaç, gaye

**end**[5] [end] *noun*
a small piece left over
Example: *cigarette ends*

*Arabic:* عَقِب
*Chinese (Simplified):* 残片
*Chinese (Traditional):* 殘片
*Czech:* nedopalek
*Danish:* skod
*Dutch:* eindje
*Estonian:* ots
*Finnish:* pätkä
*French:* bout
*German:* der Rest, der Stummel
*Greek:* αποµεινάρι
*Hungarian:* vég, csík
*Icelandic:* endi, stubbur
*Indonesian:* puntung
*Japanese:* 残片
*Korean:* 쪼가리, 동강이
*Latvian:* atlikums; galiņš
*Lithuanian:* galiukas
*Norwegian:* ende, stump
*Polish:* resztka, końcówka
*Portuguese (Brazil):* resto
*Portuguese (Portugal):* resto
*Romanian:* rămăşiţă, muc (de ţigară)
*Russian:* остаток; окурок
*Slovak:* zvyšok

*Spanish:* resto
*Swedish:* fimp, stump, tåt, bit
*Turkish:* son, uç

**end** [end] *verb*

to bring or come to an end
Example: *The scheme ended in disaster; How does the play end?; How should I end (off) this letter?*

*Arabic:* يَنْهي، يَنْتَهي
*Chinese (Simplified):* 结束
*Chinese (Traditional):* 結束
*Czech:* (s)končit, zakončit
*Danish:* ende; slutte
*Dutch:* (be) eindigen
*Estonian:* lõpetama, lõppema
*Finnish:* päättää, päättyä
*French:* finir
*German:* (be)enden
*Greek:* τελειώνω, καταλήγω
*Hungarian:* befejez (ődik)
*Icelandic:* enda, ljúka, binda enda á
*Indonesian:* mengakhiri
*Italian:* finire
*Japanese:* 終える
*Korean:* 끝나다, 끝내다
*Latvian:* beigt; beigties
*Lithuanian:* baigti(s)
*Norwegian:* ende, (av) slutte, opphøre
*Polish:* (s) kończyć się
*Portuguese (Brazil):* terminar
*Portuguese (Portugal):* terminar
*Romanian:* a (se) termina
*Russian:* кончать (ся)
*Slovak:* (s) končiť, zakončiť
*Slovenian:* končati
*Spanish:* terminar
*Swedish:* sluta, avsluta
*Turkish:* bit(ir) mek, sona er (dir)mek

*See also:* at a loose end, end up, ending, endless, in the end, make (both) ends meet, no end (of), on end, put an end to, the end

*Kernerman English Multilingual Dictionary (Beta Version), © 2000-2006 K Dictionaries Ltd.*

Ads by Google

**Spanish Dictionary**
Save on Electronic Dictionaries Store Ratings. Consumer Reviews.
www.Shopping.com

**Synonym Dictionary Online**
Write, Fix & Enhance English Texts With Dedicated English Writing Tool
www.whitesmoke.com

**Learn Polish for Free**
Download your Free BYKI™ Software and start learning Polish fast!
www.Byki.com

ADVERTISEMENT

Perform a new search, or try your search for "end" at:

- Amazon.com - Shop for books, music and more
- HighBeam Research - 32 million documents from leading publications
- Merriam-Webster - Search for definitions
- Reference.com - Encyclopedia Search
- Reference.com - Web Search powered by Google
- Thesaurus.com - Search for synonyms and antonyms

Get the Dictionary.com Toolbar for your browser - FREE download!
From the makers of Dictionary.com

About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | Contact Us

Copyright © 2007, Lexico Publishing Group, LLC. All rights reserved.

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by
AMERICAN HERITAGE PUBLISHING CO., INC.
and
HOUGHTON MIFFLIN COMPANY
BOSTON/NEW YORK/ATLANTA/GENEVA, ILLINOIS/DALLAS/PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

©1969, 1970, 1971, 1973 by American Heritage Publishing Co., Inc.

All correspondence and inquiries should be directed to
Dictionary Division, American Heritage Publishing Co., Inc.,
1221 Avenue of the Americas, New York, New York 10020.

All rights reserved under Bern and Pan-American Copyright Conventions

Standard Book Numbers: 395-09064-4 (de luxe edition);
395-09065-2 (plain edges); 395-09066-0 (thumb-indexed);
395-09070-9 (school edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

XII

orderly process of reasoning based on inconclusive evidence, and is often interchangeable with *conjecture. Presume* and *infer* apply to conclusions about which less doubt is implied. *Presume* involves taking a conclusion for granted. In careful usage it is limited to what is considered worthy of trust; thus the term implies assumption based on experience or knowledge. *Infer* involves reaching a conclusion by reasoning from evidence about which no doubt is necessarily suggested.

**con·join** (kən-join′) *v.* **-joined, -joining, -joins.** —*tr.* To join together; connect; unite. —*intr.* To become joined or connected. [Middle English *conjoinen,* from Old French *conjoindre,* from Latin *conjungere* : *com-,* together + *jungere,* to join (see **yeug-** in Appendix*).] —**con·join′er** *n.*

**con·joint** (kən-joint′) *adj.* **1.** Joined together; connected; associated. **2.** Of or pertaining to two or more joined or associated persons or things. [Middle English, from Old French, past participle of *conjoindre,* CONJOIN.] —**con·joint′ly** *adv.*

**con·ju·gal** (kŏn′jo͝o-gəl, -jə-gəl) *adj.* Of marriage or the marital relationship. [Old French, from Latin *conjugālis,* from *conjux,* a spouse, from *conjungere,* to join together (in marriage) : *com-,* together + *jungere,* to join (see **yeug-** in Appendix*).] —**con′ju·gal′i·ty** (-găl′ə-tē) *n.* —**con′ju·gal·ly** *adv.*

**con·ju·gant** (kŏn′jo͝o-gənt) *n.* Either of a pair of organisms, cells, or gametes undergoing conjugation. [Latin *conjugāns,* present participle of *conjugāre,* CONJUGATE.]

**con·ju·gate** (kŏn′jo͝o-gāt′, -jə-gāt′) *v.* **-gated, -gating, -gates.** —*tr.* **1.** *Grammar.* To inflect (a verb) in the forms corresponding to person, number, tense, mood, and voice. **2.** *Rare.* To join together. —*intr.* **1.** *Biology.* To undergo conjugation. **2.** *Grammar.* To inflect a verb. **3.** To have sexual relations. —*adj.* (kŏn′jo͝o-gĭt). **1.** Joined together, especially in a pair or pairs; coupled. **2.** *Mathematics & Physics.* Inversely or oppositely related with respect to one of a group of otherwise identical properties; especially, designating either or both of a pair of complex numbers differing only in the sign of the imaginary term. **3.** *Grammar.* Pertaining to words having the same derivation and usually a related meaning. —*n.* (kŏn′jo͝o-gĭt). **1.** *Grammar.* One of two or more conjugate words. **2.** *Mathematics & Physics.* Either of a pair of conjugate quantities. [Middle English *conjugat,* joined, from Latin *conjugātus,* past participle of *conjugāre,* to yoke or join together : *com-,* together + *jugāre,* to yoke, from *jugum,* yoke (see **yeug-** in Appendix*).] —**con′ju·ga′tive** *adj.* —**con′ju·ga′tor** (-gā′tər) *n.*

**conjugated protein.** A compound of a protein with a nonprotein.

**con·ju·ga·tion** (kŏn′jo͝o-gā′shən, kŏn′jə-) *n. Abbr.* **conj. 1.** The act of conjugating or state of being conjugated; a union. **2.** *Grammar.* **a.** The inflection of a particular verb. **b.** A presentation of the complete set of inflected forms of a verb. **c.** A class of verbs having similar inflected forms. **3. a.** A process of sexual reproduction in which ciliate protozoans of the same species temporarily couple and exchange genetic material. **b.** Chromosome pairing in the first meiotic division. **c.** The fusion of gamete nuclei; karyogamy. **d.** The union of sex cells; syngamy. —**con′ju·ga′tion·al** *adj.* —**con′ju·ga′tion·al·ly** *adv.*

**con·junct** (kən-jŭngkt′, kŏn′jŭngkt) *adj.* **1.** Joined together; united. **2.** Designating adjacent successive tones of the musical scale. [Middle English, from Latin *conjunctus,* past participle of *conjungere,* to join together : *com-,* together + *jungere,* to join (see **yeng-** in Appendix*).] —**con·junct′ly** *adv.*

**con·junc·tion** (kən-jŭngk′shən) *n.* **1.** The act of joining or state of being joined; combination. **2.** A simultaneous occurrence; coincidence. **3.** *Abbr.* **conj.** *Grammar.* In some languages, one of the parts of speech comprising words such as, in English, *and, but, because, as,* that connect other words, phrases, clauses, or sentences. See **coordinate conjunction, copulative conjunction, correlative conjunction, subordinate conjunction. 4.** *Abbr.* **conj.** *Astronomy.* The position of two celestial bodies on the celestial sphere when they have the same celestial longitude. —**con·junc′tion·al** *adj.* —**con·junc′tion·al·ly** *adv.*

**con·junc·ti·va** (kŏn′jŭngk-tī′və, kən-jŭngk′tĭ-və) *n., pl.* **-vas** or **-vae** (-vē). The mucous membrane that lines the inner surface of the eyelid and the exposed surface of the eyeball. [Middle English, from Medieval Latin *(membrāna) conjunctīva,* "the connective (membrane)," from Late Latin *conjunctīvus,* CONJUNCTIVE.] —**con′junc·ti′val** *adj.*

**con·junc·tive** (kən-jŭngk′tĭv) *adj.* **1.** Joining; associative; connective. **2.** Joined together; combined. **3.** *Abbr.* **conj.** *Grammar.* **a.** Of or used as a conjunction. **b.** Serving to connect elements of meaning and construction in a sentence, as *and* and *moreover.* —*n. Abbr.* **conj.** *Grammar.* A connective word, especially a conjunction. [Late Latin *conjunctīvus,* from Latin *conjunctus,* CONJUNCT.] —**con·junc′tive·ly** *adv.*

**con·junc·ti·vi·tis** (kən-jŭngk′tə-vī′tĭs) *n. Pathology.* Inflammation of the conjunctiva. [New Latin : CONJUNCTIV(A) + -ITIS.]

**con·junc·ture** (kən-jŭngk′chər) *n.* **1.** A combination of circumstances or events. **2.** A critical set of circumstances; crisis.

**con·ju·ra·tion** (kŏn′jo͝o-rā′shən) *n.* **1. a.** The act of conjuring. **b.** A magic spell or incantation. **2.** Magic; legerdemain. **3.** A solemn appeal or invocation.

**con·jure** (kŏn′jər, kən-jo͝or′) *v.* **-jured, -juring, -jures.** —*tr.* **1.** To call upon or entreat solemnly, especially by an oath. **2.** To summon (a devil or spirit) by oath or magic spell. **3.** To cause or effect by or as by magic. —*intr.* **1.** To practice magic, especially legerdemain. **2.** To summon a devil by oath, incantation, or magic spell. **3.** *Obsolete.* To conspire. —**conjure up. 1.** To bring into existence as if by magic. **2.** To bring to the mind's eye; evoke. [Middle English *conjuren,* from Old French *conjurer,* from Medieval Latin *conjūrāre,* to invoke with oaths or incantations, from Latin, to swear together, conspire : *com-,* together + *jūrāre,* to swear (see **yewo-**[1] in Appendix*).]

**con·jur·er** (kŏn′jər-ər, kŭn′-) *n.* Also **con·jur·or. 1.** One who practices magic or legerdemain. **2.** One who entreats.

**conk**[1] (kŏngk) *n. Slang.* **1.** The head. **2.** The nose. **3.** A blow, especially on the head. —*tr.v.* **conked, conking, conks.** *Slang.* To hit, especially on the head. —**conk out. 1.** To fail suddenly. **2.** To tire after exertion. [Probably alteration of CONCH.]

**conk**[2] (kŏngk) *n.* A hard, shelflike fruiting body of a fungus, especially of the genera *Polyporus* and *Fomes,* found growing on tree trunks. [Probably variant of CONCH.]

**con man.** *Slang.* A **confidence man** *(see).*

**conn.** Variant of **con** (to steer).

**Conn.** Connecticut.

**Con·nacht** (kŏn′əKHt, kŏn′ət). Also **Con·naught** (kŏn′ôt). A province of the Republic of Ireland, occupying 6,610 square miles in the northwest and containing the counties of Galway, Leitrim, Mayo, Roscommon, and Sligo. Population, 419,000.

**con·nate** (kŏn′āt) *adj.* **1.** Part of or existing in someone or something from birth; inborn; innate. **2.** Coexisting since or associated in birth or origin; cognate; related. **3.** *Biology.* Congenitally or firmly united. Said of like parts or organs. [Late Latin *connātus,* past participle of *connascī,* to be born together : *com-,* together + Latin *nasci,* to be born (see **gene-** in Appendix*).] —**con′nate·ly** *adv.* —**con′nate·ness** *n.* —**con·na′tion** (kə-nā′shən) *n.*

**con·nat·u·ral** (kə-năch′ər-əl) *adj.* **1.** Innate; congenital; natural. **2.** Related or similar in nature; cognate. [Medieval Latin *connātūrālis* : *com-,* together + Latin *nātūrālis,* NATURAL.] —**con·nat′u·ral·ly** *adv.* —**con·nat′u·ral·ness** *n.*

**con·nect** (kə-nĕkt′) *v.* **-nected, -necting, -nects.** —*tr.* **1.** To join or fasten together; link; unite. **2.** To associate or consider as related. **3.** To establish communication between. Used with *with.* **4.** To join to a communications circuit. —*intr.* **1.** To become joined or united. **2.** To meet so that passengers can easily transfer from one route to another. Used of means of public transportation. **3.** *Informal.* To be successful. **4.** *Informal.* In sports such as baseball, to hit or make contact with the ball. —See Synonyms at **join.** [Middle English *connecten,* from Latin *connectere* : *com-,* together + *nectere,* to bind, tie (see **ned-** in Appendix*).] —**con·nect′ed·ly** *adv.* —**con·nect′i·ble. con·nect′a·ble** *adj.* —**con·nec′tor** (-nĕk′tər), **con·nect′er** *n.*

**Con·nect·i·cut** (kə-nĕt′ə-kət). **1.** *Abbr.* **Conn.** A New England state of the United States, 5,009 square miles in area, situated along Long Island Sound; one of the original 13 states. Population, 3,032,000. Capital, Hartford. See map at **United States of America. 2.** The largest river in New England, rising in northern New Hampshire and flowing 345 miles south to Long Island Sound.

**connecting rod. 1.** A rod linking rotating parts of a machine in reciprocating motion. **2.** Such a rod connecting the crankshaft of an automobile to a piston.

**con·nec·tion** (kə-nĕk′shən) *n.* Also *British* **con·nex·ion.** *Abbr.* **con. 1.** The act of joining or state of being joined; union. **2.** Anything that joins, relates, or connects; a bond; a link. **3.** An association, alliance, or relation. **4.** The logical ordering of words or ideas; coherence. **5.** The relation of a word or idea to the surrounding text; context. **6.** A distant relative. **7.** *Usually plural.* A group of people with whom one is associated. **8.** Sexual intercourse. **9.** *Often plural.* The meeting of various means of transportation for the transfer of passengers. **10.** A line of communication between two points in a telephone or similar wired system. **11.** *Slang.* **a.** A narcotics dealer. **b.** A narcotics purchase. —**con·nec′tion·al** *adj.*

**con·nec·tive** (kə-nĕk′tĭv) *adj.* Serving or tending to connect. —*n.* **1.** Anything that connects. **2.** *Grammar.* A word, such as a conjunction, that connects words, phrases, clauses, and sentences. **3.** *Botany.* The tissue of a stamen that forms the division between the two lobes of an anther. —**con·nec′tive·ly** *adv.* —**con′nec·tiv′i·ty** *n.*

**connective tissue.** Tissue arising chiefly from the embryonic mesoderm, including mucous, fibrous, reticular, adipose, cartilage, and bone tissue, characterized by a highly vascular matrix structure and forming the supporting and connecting structures of the body.

**Con·ne·ma·ra** (kŏn′ĭ-mä′rə). An Atlantic coastal region of the Republic of Ireland, in western County Galway.

**conning tower. 1.** The armored pilothouse of a warship. **2.** A raised, enclosed observation post in a submarine, also usually used as a means of entrance and exit. [From CON (to steer).]



**conning tower**
On the U.S.S. *Nautilus,* the U.S. Navy's first atomic-powered submarine

**con·nip·tion** (kə-nĭp′shən) *n. Informal.* A fit of anger or other violent emotion; tantrum. [Origin unknown.]

**con·niv·ance** (kə-nī′vəns) *n.* Also **con·niv·ence. 1.** The act of conniving. **2.** *Law.* Knowledge of, and tacit consent to, the commission of an illegal act by another.

**con·nive** (kə-nīv′) *intr.v.* **-nived, -niving, -nives. 1.** To feign ignorance of a wrong, thus implying tacit encouragement or consent. Used with *at.* **2.** To cooperate secretly or conspire. Used with *with.* [French *conniver,* from Latin *connīvēre, cōnīvēre,* to close the eyes, be indulgent. See **kneigwh-** in Appendix.*] —**con·niv′er** *n.*

**con·ni·vent** (kə-nī′vənt) *adj. Biology.* Converging and touching. Said especially of stamens or an insect's wings. [Latin *connīvēns,* present participle of *connīvēre,* "to bend together," close the eyes, CONNIVE.]

**con·nois·seur** (kŏn′ə-sûr′) *n.* A person with informed and astute discrimination, especially concerning the arts or matters of taste. [Obsolete French, from Old French *connoisseor,* from *connoistre,* to know, from Latin *cognōscere,* to get acquainted

YAHOO! EDUCATION Sign In
New User? Sign Up
Education Home - Help




Search this site: Search

Home | K-12 School | College & Grad School | Courses & Degrees | Reference | Homework Help

Yahoo! Education > Reference > Dictionary > kit

# Definition of kit

**Reference**

- Dictionary
- Encyclopedia
- Thesaurus
- World Factbook
- Spanish Dictionary
- Quotations
- Anatomy
- Conversion Calculator

**Reference Factoid Quiz**

Which of these planets is the furthest away from the sun?

- Uranus
- Jupiter
- Neptune
- Mercury

submit my vote
view results without voting

**Word of the Day**

**preamble**
Definition: (noun) an introductory statement.
*Petersons.com*

Add Word of the Day to your personalized My Yahoo! page:
MY YAHOO! RSS
About My Yahoo! and RSS »

Sponsored Links
**Kit**
Review our Home Improvements Pros. Get Companies to Bid on Your Job.
www.ServiceMagic.com

Email this page to a friend HOUGHTON MIFFLIN

< Kiswahili kit >

**kit** [1] (kĭt) KEY

**NOUN:**

1.
   a. A set of articles or implements used for a specific purpose: *a survival kit; a shaving kit.*
   b. A container for such a set.
2. A set of parts or materials to be assembled: *a model airplane kit.*
3. A packaged set of related materials: *a sales kit.*
4.
   a. A collection of clothing and other personal effects used for travel.
   b. A container, such as a bag, valise, or knapsack, for storing or holding such a collection.

**IDIOM:**

***the (whole) kit and caboodle*** *Informal*

The entire collection or lot.

---

**ETYMOLOGY:**

Middle English `kitte`, *wooden tub*, probably from Middle Dutch

ADVERTISEMENT
YOUR WEB SITE X O CUSTOMERS
Yahoo! Sponsored Search connects you with customers searching for what you sell.
YAHOO! SEARCH MARKETING

Visit our partner's site