THE UNITED STATES COURT OF FEDERAL CLAIMS

JENNINGS TRANSMISSION SERVICE )
OF GOLDSBORO, INC., )
)
PLAINTIFF, )
)
v. ) CASE NO. 1:05cv1209 LMB
)
THE UNITED STATES, )
)
DEFENDANT. )

**JASPER ENGINE'S CLAIM CONSTRUCTION BRIEF**

Interested Party Jasper Engines & Transmissions ("Jasper Engines"), by counsel, does hereby submit its Brief in support of its proposed Claim Construction.

A.) Incorporation By Reference

Jasper Engines expressly adopts and incorporates by reference herein the Brief submitted today by the Government in support of its Claim Construction.

B.) Additional Claim Construction

Jasper Engines has identified an additional claim limitation that requires construction. Specifically, that claim limitation appears in Claim 5

and Claim 7, and reads as follows: "At least one additional length pivotally connected to the first component."

The relevant clause of Claim 5 and 7 reads:

> a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said elongate member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever.

The limitation at issue here requires that the “at least one additional link pivotally connected to the first component” be capable of pivoting about the elongate member together with the “first component projecting from said elongate member.”

Jasper Engines’ proposed construction of this limitation is supported by the written specification when considered with FIG. 3 of the ‘609 patent, as reproduced below:




FIG. 3

The “multicomponent assembly” is disposed proximate to the left end of elongate member 110 as shown in FIG. 3. The “first component” is shown as member 130 and the “one additional link” of Claims 5 and 7 is shown as component 134. Component 134 further includes adjustment slot 149. Member 130 and component 134 are connected by bolt 145 which passes through slot 149 of component 134. According to the written specification:

> the spatial adjustment of the assembly is achieved by locating bolt 145 at the desired location in slot 149 in intermediate link 134

‘609 patent, col. 4, ln. 1-3.

It is clear from the written specification that the overall length of the “multicomponent assembly” is adjustable by loosening nut 145, adjusting

the position of nut 145 within slot 149 by moving component 134 relative to member 130, then tightening nut 145 so as to fix the position of component 134 relative to member 130 and thereby fixing the overall length of the "multicomponent assembly." With the position of component 134 fixed relative to member 130 by nut 145, the "at least one additional link pivotally connected to the first component" must be capable of pivoting about the elongate member together with the "first component projecting from said elongate member," as stated in Jasper Engines' proposed construction.

Respectfully submitted,

s/ *James M. Hinshaw*
James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
(317) 635-8900

*Attorneys for Jasper Engines & Transmissions*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on the following by First-Class, United States mail this 23rd day of March 2007.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, NC 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 850
Birmingham, AL 35209
JWard@WardWilsonLaw.com

s/ *James M. Hinshaw*

1138572