That Which is Claimed is:

1. A change-over linkage in combination with a replacement transmission installed in a right hand drive vehicle wherein the original transmission with a right side shift lever has been replaced with a replacement transmission with a left side shift lever, said change-over linkage serving to transfer gear selection information emanating from the driver's gear selector lever across the vehicle from the right side to the shift lever located on the left side of the replacement transmission and comprising:

an elongate member transversely spanning the vehicle underneath the replacement transmission, said longitudinal member having a first end rotatably supported by the right side of the vehicle chassis and a second end rotatably supported by the left side of the vehicle chassis;

means proximate the first end of said elongate member connecting the gear selection mechanism of the vehicle to said elongate member for imparting rotational movement to the member in response to the driver's selection of gear; and

means proximate the second end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission and thereby converting rotational



15

movement of the elongate member to movement operating the shift lever of the replacement transmission.

2. The combination of claim 1 wherein said means proximate the second end of said elongate member comprises a multicomponent assembly proximate the left end of said elongate member connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever and providing spatial adjustment between the first component and the shift lever.

3. The combination of claim 2 wherein said multicomponent assembly comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.

4. The combination of claim 1 wherein said elongate member is a rod and said change-over linkage includes right and left rod support members secured to the right and left sides, respectively, of the vehicle chassis.



16

5. A change-over linkage for use in a transmission replacement operation for a right hand drive vehicle wherein the original transmission having a right side shift lever is replaced with a replacement transmission having a left side shift lever, said change-over linkage serving to transversely span the vehicle underneath the replacement transmission and operatively connect the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission, said change-over linkage comprising:

a right side chassis attachment member;

a left side chassis attachment member;

an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left chassis attachment members;

means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and

a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link

pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever and providing spatial adjustment between the first component and the shift lever.

6. The change-over linkage of claim 5 wherein said multicomponent assembly comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.

08203296.030903

7. A method for replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said method comprising the steps of:

removing the original transmission and original drive shaft from a right hand drive vehicle having a right side gear selection mechanism;

raising a replacement transmission with left side shift lever, and associated torque convertor, into position;

connecting the torque convertor to the flywheel of the vehicle;

securing the replacement transmission in place on the vehicle chassis;

installing a right-to-left change-over linkage operatively connecting the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission; and

installing a drive shaft having the correct length to accommodate the dimensions of the replacement transmission.

8. The method of claim 7 wherein the step of installing the change-over linkage comprises rotatably mounting an elongate member to the left and right sides of the vehicle

chassis with the elongate member transversely spanning the vehicle underneath the replacement transmission, connecting the right end of the elongate member to the gear selection mechanism of the vehicle and connecting an adjustable, multicomponent assembly at the left end of the elongate member to the shift lever of the replacement transmission.

9. A kit for use in replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said kit comprising:

a replacement transmission with left side shift lever and associated torque convertor;

a drive shaft having the correct length to accommodate the dimensions of the replacement transmission when installed; and

a change-over linkage comprising

a right side chassis attachment member;

a left side chassis attachment member;

an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left chassis attachment members;

means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and

a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said

multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever and providing spatial adjustment between the first component and the shift lever.

8 ~~10~~. The kit of claim ~~9~~ 7 further including a dust cover, a catalytic convertor bracket and a transmission fluid dipstick.

9 ~~11~~. The kit of claim ~~10~~ 8 further including a cable and associated connector for hooking to the accelerator and the throttle of the fuel injector intake of the vehicle to control the shift points for the transmission.

10 ~~12~~. The kit of claim ~~8~~ 7 wherein the multicomponent assembly of said change-over linkage comprises three components, a first component that projects from and rotates with said elongate member, a second component comprising an intermediate link pivotally connected to the first component and a third component comprising a link pivotally connected to the intermediate link.



19

09/032960

REPLACING TRANSMISSION OF RIGHT DRIVE VEHICLE WITH TRANSMISSIONS DESIGNED FOR LEFT DRIVE VEHICLE, AND ASSOCIATED CHANGE-OVER LINKAGE


Abstract of the Disclosure

An inadequate original equipment transmission in a right hand drive vehicle, for example a postal vehicle, is replaced with a more suitable transmission designed for a left hand drive vehicle. A right-to-left change-over linkage connects the shift rod emanating from the driver's gear selector lever to the shift lever on the left side of the replacement transmission. A kit containing necessary parts for replacing the transmission is disclosed. Also disclosed is a step-by-step operational procedure for carrying out the transmission replacement.


89290329.030399

-------------------------------

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09032960 . 030298




FIG. 1
PRIOR ART

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09032960 . 030298

FIG. 1A

PRIOR ART



PRINT OF DRAWINGS
AS ORIGINALLY FILED

FIG. 2A-1




FIG. 2

PRINT OF DRAWINGS
AS ORIGINALLY FILED

FIG. 2A

09032960 .030298






G000042

PRINT OF DRAWINGS AS ORIGINALLY FILED




FIG. 3

PRINT OF DRAWINGS
AS ORIGINALLY FILED




FIG. 4

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09032960.030298

FIG. 5

