# EXHIBIT C

| Office Action Summary | Application No. 09/032,960 | Applicant(s) Mozingo et al |
| --- | --- | --- |
| | Examiner Allan D. Herrmann | Group Art Unit 3682 |

☐ Responsive to communication(s) filed on ______.

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire 3 month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-12* is/are pending in the application.

Of the above, claim(s) ______ is/are withdrawn from consideration.

☒ Claim(s) *7-12* is/are allowed.

☒ Claim(s) *1-6* is/are rejected.

☐ Claim(s) ______ is/are objected to.

☐ Claims ______ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on ______ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on ______ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ______.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). 5

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

**DETAILED ACTION**

***Drawings***

1. The drawings are objected to because of the following: Reference character "14" (Page 6, line 11) fails to appear therein. Correction is required.

***Claim Rejections - 35 USC § 112***

2. The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

3. Claims 1-6 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. The claims are vague and indefinite for the following reasons: A. In Claim 1, line 14, "longitudinal" should be changed to - - elongate - - (Antecedent basis appears in line 12); B. In Claim 2, line 8, "rotational" should be changed to - - elongate - - (Antecedent basis appears in Claim 1, line 12); and C. In Claim 5, line 24, "rotational" should be changed to - - elongate - - (Antecedent basis appears in line 12).

***Allowable Subject Matter***

4. Claims 1-6 would be allowable if rewritten or amended to overcome the rejection(s) under 35 U.S.C. 112, 2nd paragraph, set forth in this Office action.

5. Claims 7-12 are allowed.

6. The following is a statement of reasons for the indication of allowable subject matter: None of the prior art shows or renders obvious the combination, cooperation, and interaction of applicants' recited replacement transmission 40 with shift lever 128 (Fig. 2A); elongate member 110 spanning underneath said replacement transmission 40; means 120 proximate the first end of the elongate member 110 connected to the vehicles gear selection mechanism 12; means 130, 134, 138 proximate the second end of said elongate member 110 connected to said shift lever 128 (Fig. 2A) thereby converting rotational movement of said elongate member 110 to movement operating the shift lever 128 of said replacement transmission 40.

***Conclusion***

7. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Irimajiri et al 4,630,702 shows a right hand shifter 42 with spanning means 43 to shift a transmission with a left side shift lever 38a (Fig. 3).

8. **FACSIMILE TRANSMISSION**

Submission of your response by facsimile transmission is encouraged. Group 3600's facsimile number is **(703) 305-3597**. Recognizing the fact that reducing cycle time in the processing and examination of patent applications will effectively increase a patent's term, it is to your benefit to submit responses by facsimile transmission whenever permissible. Such submission will place the response directly in our examining group's hands and will eliminate Post Office processing and delivery time as well as the PTO's mail room processing and delivery time. For a complete list of correspondence **not** permitted by facsimile transmission, see MPEP 502.01. In general, most

responses and/or amendments not requiring a fee, as well as those requiring a fee but charging such fee to a deposit account, can be submitted by facsimile transmission. Responses requiring a fee which applicant is paying by check **should not be** submitting by facsimile transmission separately from the check.

Responses submitted by facsimile transmission should include a Certificate of Transmission (MPEP 512). The following is an example of the format the certification might take:

I hereby certify that this correspondence is being facsimile transmitted to the Patent and Trademark Office (Fax No. (703) 305-3597) on ____________

(Date)

Typed or printed name of person signing this certificate:

_______________________________________

_______________________________________

(Signature)

If your response is submitted by facsimile transmission, you are hereby reminded that the original should be retained as evidence of authenticity (37 CFR 1.4 and MPEP 502.02). Please do not separately mail the original or another copy unless required by the Patent and Trademark Office. Submission of the original response or a follow-up copy of the response after your response has

been transmitted by facsimile will only cause further unnecessary delays in the processing of your application; duplicate responses where fees are charged to a deposit account may result in those fees being charged twice.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Allan D. Herrmann whose telephone number is (703) 308-4752.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, John Jeffery, can be reached on (703) 306-4601. The fax phone number for this Group is (703) 305-3597.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-2168.

Allan D. Herrmann

ALLAN D. HERRMANN
PRIMARY EXAMINER
ART UNIT 3682

ADH
February 3, 1999

# EXHIBIT D

United States Patent [19]
Irimajiri et al.
[11] Patent Number: 4,630,702
[45] Date of Patent: Dec. 23, 1986

[54] THREE-WHEELED MOTOR VEHICLE GEAR SHIFT MECHANISM

[75] Inventors: Shoichiro Irimajiri, Mie; Katsusuke Komuro; Kunihiko Aikawa, both of Tokyo, all of Japan

[73] Assignee: Honda Giken Kogyo Kabushiki Kaisha, Tokyo, Japan

[21] Appl. No.: 605,404

[22] Filed: Apr. 30, 1984

[30] Foreign Application Priority Data

Apr. 28, 1983 [JP] Japan ................................. 58-63059

[51] Int. Cl.[4] ....................... B62D 61/06; B60K 17/00

[52] U.S. Cl. ................................ 180/215; 74/473 R; 180/336

[58] Field of Search .............. 180/336, 215; 74/473 R

[56] References Cited

U.S. PATENT DOCUMENTS

1,635,483 7/1927 Kesling ............................ 74/473 R
2,101,057 12/1937 Fuller ................................ 180/215
3,450,223 6/1969 Jones ................................ 180/215
3,924,706 12/1975 Figura ................................ 180/336
4,438,657 3/1984 Nobis ................................ 74/473 R

FOREIGN PATENT DOCUMENTS

2345306 3/1976 France ................................ 180/336
421799 9/1932 United Kingdom ................ 180/215

*Primary Examiner*—Craig R. Feinberg
*Attorney, Agent, or Firm*—Lyon & Lyon

[57] ABSTRACT

A three-wheeled motor vehicle having a vehicle body and an engine mounted on the vehicle body. A pair of laterally spaced wheels is disposed on the front of the vehicle body and a single wheel is disposed on the rear. The speed change transmission has a shift spindle on the same side as the vehicle door and a shift control mechanism includes a shift lever in the driver's compartment on the other side of the vehicle with a laterally extending rod mounted on the floor to transmit the shift selection motion to an operating wire and then to the transmission.

**5 Claims, 3 Drawing Figures**






G000199

FIG. 1




FIG. 2




FIG. 3



## THREE-WHEELED MOTOR VEHICLE GEAR SHIFT MECHANISM

The present invention relates to a three-wheeled vehicle, and more particularly to a gear shift mechanism for a small three-wheeled motor vehicle driven by an engine suitable for normal highway operation.

Small three-wheeled vehicles are desirable from the standpoint of economical operation and to achieve the maximum economy it is necessary to make the vehicle as compact and light as possible. However, this often results in design problems involving other portions of the vehicle. One such problem occurs with respect to the transmission shifting mechanism to be operated by the driver in view of the door opening being on the same side as the transmission operating lever whereby the shift selector would be in the way of an operator entering or leaving the vehicle.

Thus, it is an object of this invention to provide an effective gear shifting mechanism on the opposite side of the driver's compartment from the door which can efficiently operate the transmission lever located on the same side of the vehicle as the door.

A further object of this invention is to provide a three-wheeled motor vehicle which includes a transmission integral with the engine and a control mechanism for controlling the transmission. The control mechanism includes a shift lever operatively connected to a gear shift spindle of the transmission through a rod rotatably attached to the floor of the driver's compartment and extending across the compartment laterally to the vehicle body and also through a connector mechanism.

The above and further objects, details and advantages of the present invention will become more apparent from the following detailed description of a preferred embodiment thereof, when read in conjunction with the accompanying drawings.

FIG. 1 is a fragmentary perspective view, partly broken away, of a driver's compartment, showing a control mechanism for a transmission in a three-wheeled motor vehicle such as shown in FIGS. 2 and 3.

FIG.2 is a plan view of a three-wheeled vehicle having two front wheels which is illustrative of an arrangement of the control mechanism shown in FIG. 1; and

FIG. 3 is a side elevational view showing the control mechanism of FIGS. 1 and 2.

FIGS. 1 through 3 show the appearance of a three-wheeled motor vehicle constructed in accordance with the preferred embodiment of the present invention. The three-wheeled motor vehicle comprises a vehicle body 1, a pair of laterally spaced front wheels 2 rotatably supported on the vehicle body 1, and a single rear wheel 3 rotatably supported on the vehicle body 1 and spaced rearward from the front wheels 2. The vehicle body 1 has a front engine room 4 and a rear compartment 5.

The vehicle body 1 has a door 8 including a windshield 9. As shown in FIG. 3, the door 8 covers most of the left side of the compartment 5, the entire upper side of the compartment 5, and the upper portion of the right side of the compartment 5, and is hinged to the upper edge 10 of a righthand side wall of the vehicle body 1.

A V-type two-cylinder engine 11 is disposed in the engine room 4 with the crank shaft extending laterally to the vehicle body 1. The engine 11 includes a lower integral transmission case 31 having an output drive shaft operatively coupled to the front wheels 2. Accordingly, the drive system of the illustrated three-wheeled motor vehicle is of the front-engine front-drive type.



As shown in FIGS. 2 and 3, a gear shift spindle 38 projects from the lefthand side of the transmission case 31. A gear selection change or shift can be made in response to rotation of the gear shift spindle 38. As can readily be understood, a wide variety of engines with transmissions for motorcycles are usable for the illustrated engine construction.

As illustrated in FIG. 1, the compartment 5 of the monocoque vehicle body 1 has a lefthand side sill 39 and a righthand side body member 40 of a relatively increased height. The door 8 is of a gull-wing type hinged to an upper edge 10 of the side body member 40 and extends laterally to the side sill 39 for covering the compartment 5. As shown in FIGS. 1 and 2, a shift lever 42 is disposed in the side body member 40 at a position in front of a driver's seat 41 so as not to interfere with the driver while getting into or out of the compartment 5, the shift lever 42 having a knob projecting into the compartment 5. Therefore, the gear shift spindle 38 and the shift lever 42 are located on opposite sides, i.e., lefthand and righthand sides, of the vehicle body 1. A rod 43 extends laterally of the vehicle body 1 across the compartment 5 and has a righthand end connected to a lower end of the shift lever 42. The lefthand end of the rod 43 is coupled through a connector mechanism 44 to the gear shift spindle 38 of the transmission in the engine room 4. More specifically, the rod 43 is inserted in a tubular attachment member 45 fixed to the floor of the compartment 5 so that the rod 43 is rotatably attached to the compartment floor. The connector mechanism is composed of crank members 38*a*, 43*a* fixed respectively to the gear shift spindle 38 and the rod 43 and a tube-encased wire 44 extending between and connected to the crank members 38*a*, 43*a*.

In operation, actuation of the shift lever 42 turns the rod 43 about its own axis to cause the connector mechanism 44 to turn the gear shift spindle 38 for thereby making a gear shift in the transmission mechanism in the transmission case 31. Since the rod 43 and tubular attachment member 45 extends from one side to the other of the compartment transversely of the vehicle body 1 and are fixed to the compartment floor, the rod 43 and member 45 can also serve as a vehicle body reinforcement for increasing the mechanical strength of the vehicle body 1 against a torsional moment caused by external forces imposed on the vehicle body 1.

Although there has been described what is at present considered to be the preferred embodiment of the present invention, it will be understood that the invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The present embodiment is therefore to be considered in all aspects as illustrative, and not restrictive. The scope of the invention is indicated by the appended claims rather than by the foregoing description.

We claim:

1. A three-wheeled motor vehicle having a body, two front wheels and one rear wheel with an engine mounted in a front section of the vehicle body containing said front wheels, comprising, a transmission formed integrally with said engine and having a gear shift spindle projecting from one side thereof, a control mechanism for controlling said transmission, said vehicle body including a passenger compartment having a floor, and

said control mechanism comprising a rod rotatably secured to said floor via an attachment member, and both said rod and said attachment member extending laterally of said vehicle body across substantially all of said compartment, a shift lever coupled to one end of said rod at a right angle thereto, and connector means coupling the other end of said rod to said gear shift spindle, wherein the control mechanism rod only is rotated about its axis by movement of said shift lever longitudinally to said vehicle body.

2. The vehicle of claim 1 wherein the vehicle body includes a single door openable on a side of the compartment opposite to that of the shift lever.

3. The vehicle of claim 1 wherein the control mechanism and said attachment member provide for mechanical reinforcement of the vehicle body against external forces.

4. A three-wheeled motor vehicle having a body, two front wheels and one rear wheel with an engine mounted in a front section of the vehicle body containing said front wheels comprising a transmission formed integrally with said engine and having a gear shift spindle projecting from one side thereof, a control mechanism for controlling said transmission and having an attachment means for attaching said control mechanism to the vehicle body, wherein the vehicle body includes a passenger compartment having a floor, and the control mechanism and attachment means extend laterally of the vehicle body across substantially all of said compartment, with the attachment means rotatably securing said control mechanism to the floor, providing mechanical reinforcement to the vehicle body against external forces, a shift lever coupled to one end of the control mechanism at a right angle thereto, and connector means coupling the other end of the control mechanism to the gear shift spindle, wherein, the control mechanism only is rotated about its axis by movement of said shift lever longitudinally to said vehicle body.

5. The vehicle of claim 4 wherein the vehicle body includes a single door openable on a side of the compartment opposite to that of the shift lever.

* * * * *