# EXHIBIT G

United States Patent [19]
[11] 4,267,743
[45] May 19, 1981

Tanaka

[54] TRANSMISSION CONTROL DEVICE

[75] Inventor: Yoshiyuki Tanaka, Yokohama, Japan

[73] Assignee: Nissan Motor Company, Limited, Yokohama, Japan

[21] Appl. No.: 60,674

[22] Filed: Jul. 25, 1979

[30] Foreign Application Priority Data

Nov. 22, 1978 [JP] Japan ................................ 53-143264

[51] Int. Cl.³ ................................................ G05G 9/16

[52] U.S. Cl. ................................ 74/473 SW; 74/486; 74/493; 180/78

[58] Field of Search ............. 74/473 SW, 484 R, 485, 74/486, 492, 493; 180/78

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,633,756 | 4/1953 | Dalby | 74/484 |
| 3,470,761 | 10/1969 | Okamoto et al. | 180/78 |
| 3,476,202 | 11/1969 | Dudley | 74/484 X |
| 4,132,123 | 1/1979 | Ishii et al. | 74/473 SW |
| 4,185,880 | 1/1980 | Shiomi et al. | 74/492 X |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1081430 | 6/1954 | France | 180/78 |

*Primary Examiner*—Allan D. Herrmann
*Attorney, Agent, or Firm*—Thompson, Birch, Gauthier & Samuels

[57] ABSTRACT

A column shift type transmission control device used in a tilt steering system. A tilt joint for coupling the upper control rod and the lower control rod of the transmission control device is provided in cabin side and the lower control rod is supported by the mount bracket so as to make an opening in the mount bracket smaller to contribute for noise separation and for easy assembling.

5 Claims, 5 Drawing Figures






G000390

FIG_1
PRIOR ART



FIG_2



2
12
12a
1
11
14
5
22
27
9
8
13
15
16
21
20
40
41
30
39
28
26
23
36
29
31
37
38
32
33
35
34


13
15
19e
19d
19
19c
19b
19a
18
16
17
5a
2
1
10
10a
7
7a
6
5
5a
3
3a
4
10b
27
22
3a
21
20
9
24
26
8

FIG. 3

FIG. 4


13
1
15
19e
19
19d
10
19c
18
19b
16
19a
17
10a
7a
5
10b
24
3
4
21a
23
27
22
21a
21
26
36
20
28
8

FIG.5



## TRANSMISSION CONTROL DEVICE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a column shift type transmission control device to be used in a tilt steering system.

2. Description of the Prior Art

In a conventional tilt steering system, a tilt joint for coupling the upper control rod and the lower control rod of the column shift type transmission control device is arranged at the engine room side with respect to the dash panel.

In such a conventional construction, the shape of the opening hole in the mount bracket for passing the rod becomes larger in order to cover swing movement of the upper control rod. This was a disadvantage in view of noise separation and the noise generated in the engine room tends to intrude into the cabin quite easily. Furthermore, since the lower control rod is not supported by the mount bracket, a support bracket for supporting the lower control rod in the engine room side should be provided, for instance, on a gear box of the steering device and a dust boot for sealing the clearance between the upper control rod and the opening hole of the mount bracket should be provided. This causes complication in mounting and inconvenience for the noise separation.

### SUMMARY OF THE INVENTION

The present invention is to improve the inconveniences of the aforementioned disadvantages of the conventional transmission control device. In the present invention, the upper control rod and the lower control rod are coupled by a tilt joint in the cabin side with respect to the dash panel and the lower control rod is supported by the mount bracket itself.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross-sectional side view for showing a conventional tilt steering system;

FIG. 2 is a perspective view for showing one embodiment of the device according to the present invention;

FIG. 3 is a plan view partly in cross-section for showing the main portion thereof;

FIG. 4 is a side view partly in cross-section for showing the main portion of the same; and

FIG. 5 is a view taken along arrows V—V in FIG. 3.

### DETAILED EXPLANATION OF THE PREFERRED EMBODIMENTS

In order to give a clear understanding of the present invention at first the conventional column shift type transmission control device for a tilt steering will be explained by referring to FIG. 1. As shown in FIG. 1, the tilt joint 93 provided for connecting the upper control rod 91 and the lower control rod 92 is arranged at the engine room side with respect to the dash panel 94.

In such a conventional construction, the shape of the opening hole 96 of the mount bracket for passing the upper rod 91 should be made considerably larger in order to allow swinging movement of the upper control rod 91 when the steering column is tilted up down direction. If this opening hole is made larger, the noise generated in the engine room may easily be introduced into the cabin so that a disadvantage in noise separation exists. Furthermore, since the lower control rod 92 is not supported by the mount bracket 95, it has been required to provide a separate support bracket 97 for supporting the lower control rod 92, for instance, on a gear box 98 of the steering device and also to provide a dust boot 99 for sealing the clearance between the opening hole 96 and the upper control rod 91.

The invention is to improve aforementioned inconveniences.

A preferred embodiment of the present invention will now be described by referring to FIGS. 2 to 5.

In these drawings, the reference numeral 1 designates a steering column, 2 a steering shaft inserted in said steering column and coupled with a steering wheel (not shown) at the upper end thereof and being rotated by the handling action of the driver. This steering shaft 2 is arranged just to pass an opening hole 6 of a mount bracket 5, which is shaped to meet an opening hole 4 of the dash panel 3 and is secured therewith by means of bolts 5*a* and nuts 3*a*. The steering shaft 2 is coupled to an input shaft 9 of a steering gear box 8 provided at the engine room side by means of a tilt joint 7 located in said opening hole 6 to form a tilt steering mechanism. Reference numeral 10 designates a comparatively thick dust boot mounted on the mount bracket 5 by means of a reinforcement metal structure 10*a* at the lower side. The upper side of the dust boot 10 is arranged to press against the lower portion of the steering column 1. The dust boot 10 separates and shields the cabin from the engine room. Reference numeral 10*b* is a buffle plate provided below the reinforcement metal structure 10*a*.

A tube 11 for the control rod is supported on a shaft 12*a* in a manner rotatably and slidably therewith. The shaft 12*a* is in turn mounted on a support bracket 11 attached on the steering column 1. A control rod designated by numeral 13 is fixed at the lower end of the tube 11. The tube 11 and the control rod 13 joined together form the upper control rod. The upper control rod 11, 13 moves axially and rotates about the axis according to the selecting and shifting operation of the change lever 14.

The control rod 13 of the upper control rod is joined to the lower control rod 16 by means of a tilt joint 15 in the cabin side with respect to the dash panel 3. The lower control rod 16 is inserted in a separate opening hole 17 provided in the mount bracket 5 through a bush 18 in a manner freely rotatable and slidable. The reference numeral 19 indicates a reverse check mechanism. This mechanism 19 comprises a tube 19*b* pressed into a hole 19*a* coaxially with the opening hole 17 of the mount bracket 5 and having larger inner diameter than the hole 17, a spring 19*c* compressed between the end walls of said tube 19*b*, a sliding member 19*d* pressed against an end wall of the tube 19*b* by said spring 19*c*, and a pressing member 19*e* to press the sliding member 19*d* into the tube 19*b* against the spring 19*c* when the change lever 14 coupled to the lower control rod 16 is moved to the reverse position. This reverse check mechanism 19 gives a resistive load for changing the lever at the changing motion into reverse position.

At the end of the lower control rod 16 in the engine room, a boss 21 of a shift lever 20 is fixed. The boss 21 comprises two projections 21*a* and 21*a* to form a reentrant groove 22 therebetween. In the groove 22, an end of a selector lever 26 being formed as a slider pin 27 is engaged. The selector lever 26 has generally L shaped as shown in FIG. 5 and comprises a boss 24. The boss 24

is engaged with a fixing pin **23** secured to the mount bracket **5** by means of bushes **25** and **25**.

The shift lever **20** is connected to an end of a rod **28**. The other end of the rod **28** is connected to a lever **31** formed integrally with a cross shaft **30** pivoted on a cross shaft bracket **29**. A separate lever **32** formed integrally with said cross shaft **30** is coupled with a shift lever **35** at the side of transmission **34** via a rod **33**. The other end of the selector lever **26** is connected to a rod **36** and coupled thereby with a lever **38** fixed on a sleeve **37** mounted on said cross shaft **30**. A separate lever **39** fixed on said sleeve **37** is coupled with a selector lever **41** at the side of the transmission **34** via a rod **40**.

When the change lever **14** is moved axially in the selecting operation, the upper control rod **13** is moved in the axial direction and the lower control rod **16** is likewisely moved in the same direction by the coupling of the joint **15** and guided by the bush **17**. If the selecting operation is to the reverse side, the shifting load increases as mentioned in the foregoing by the reverse check mechanism so as to clearly indicate the position and to prevent the selective movement to the reverse side by malfunction. When the lower control rod **16** is moved in the axial direction, the recess or groove **22** in the boss **21** shifts likewisely to move the slider pin **27** and to rotate the selector lever **26**. The sleeve **37** is rotated by the rod **36** and the lever **38**. By this rotation of the sleeve **37**, the selector lever **41** at the transmission side is driven to rotate by the lever **39** and the rod **40** and thus the selecting operation in the transmission **34** is effected.

Further if the change lever **14** is rotated in the shift operation, the upper control rod **11, 13** rotates and the lower control rod **16** coupled therewith by the joint **15** likewisely rotates in the bush **17**. By this rotational movement, the shift lever **20** rotates and the cross shaft **30** is rotated via the rod **28** and the lever **31**. Further the shift lever **35** in the transmission side is rotated by the lever **32** and the rod **33** to effect shift operation in the transmission **34**.

When the steering column **1** is tilted, the steering shaft **2** and the steering column **1** swing about the joint **7**. According to this movement the upper control rod **11, 13** swing about the joint **15**. In this case the lower control rod **16** slightly shifts in the axial direction due to minor difference in position of the joints **7** and **15**.

In the construction of the present invention, the lower control rod **16** is supported by the mount bracket **5**. Accordingly, there is no need to provide a large opening hole allowing swing movement of the lower control rod **16** in the mount bracket **5**. Such clearance is required only at the hole **6** for accommodating the steering shaft **2**. By this the noise leaking into the cabin from the engine room can be decreased substantially. Further, since the tilting joint **7** for the steering shaft **2** is arranged to locate in the cabin side viewed from the dash panel **3**, a comparatively small clearance of the opening through hole **6** is required and the swing movement of the column mounting portion of the boot **10** when the steering column is tilted can be made comparatively small. By this reason, a comparatively thick material for the boot **10** may be used, which also contributes in the improvement of the noise separation or noise insulation.

Further by a reason that the boot **10** is restricted in a considerable extent from its swinging movement by having the reinforcement metal structure **10***a* and that a buffle plate **10***b*, of which inner edge being made in contact with a case **7***a* which is fixed and does not swing by the motion of the tilt joint **7**, is provided at the bot-



tom of flange portion of said reinforcement structure **10***a*, the effective size of the opening provided at the dash panel **3** can be made very small. Thus the dust boot **10** provides a duplicate noise insulation effect. It is obvious that there is no need to provide a separate dust boot for the control rod nor to provide a separate support bracket for the lower control shaft.

At assembling, the lower control rod **16** attached with the shift lever **20** and the selector lever **26** may previously be mounted on the mount bracket **5**. Accordingly, after assembling the mount bracket **5** with the steering column **1**, the assembled unit can easily be carried or transported. By coupling the tilt joint **7** with the input shaft **9** of the steering gear box **8**, the mount bracket can easily be mounted on the dash panel **3** so that the assembling operation of this unit can be made easily.

As has been explained in the foregoing, the opening of the mount bracket to be fixed on the dash panel and for passing through the control rod can be made smaller, which is quite beneficial for noise separation. Furthermore, the opening for passing through the steering shaft can conveniently be made very compact, which is effective both for noise separation and as an additional advantage for easy assembling.

What is claimed is:

**1.** A transmission control device comprising in combination,

an upper control rod driven to shift and to rotate by a change lever, and being supported at the upper end of said upper control rod by a support bracket mounted by a steering column housing a steering shaft,

a lower control rod supported slidably and freely rotatably by a mount bracket secured on a dash panel and having an end projecting in an engine room side and coupled to a transmission device via a linkage, and

a tilt joint for coupling the lower end of the upper control rod and the cabin side end of the lower control rod.

**2.** A transmission control device as claimed in claim **1**, wherein the mount bracket comprises a fixed pin in the engine room side, and a selector lever coupled against the lower control rod is pivoted on said fixed pin.

**3.** A transmission control device as claimed in claim **1**, wherein the lower control rod is provided with a reverse check mechanism for suppressing axial movement of the rod in one direction and the reverse check mechanism is formed integrally with said mount bracket.

**4.** A transmission control device as claimed in claim **1**, wherein the mount bracket comprises an opening through hole for passing the steering shaft, and the device further comprises a dust boot of which one end is secured at the opening through hole and another end of the dust boot is engaged with the lower portion of the steering column, and the dust boot is arranged to have a reinforcement metal structure at inside thereof.

**5.** A transmission control device as claimed in claim **4**, wherein the steering shaft comprises a tilt joint in said dust boot, and the engine room side of the tilt joint is formed as a casing and the steering column side of the tilt joint is formed to couple internally with said casing, and the reinforcement metal structure of the dust boot is provided with a buffle plate having an inner edge coupling with an outer edge of said casing of the tilt joint.

* * * * *

# EXHIBIT H

US005372050A

# United States Patent [19]

Shinki et al.

[11] Patent Number: 5,372,050

[45] Date of Patent: Dec. 13, 1994

[54] **SHIFT DEVICE FOR AUTOMATIC TRANSMISSION**

[75] Inventors: **Hiroyuki Shinki**, Nishimiya; **Hidemi Aoki**, Higashihiroshima; **Kouki Makino**, Hiroshima, all of Japan

[73] Assignee: **Mazda Motor Corporation**, Hiroshima, Japan

[21] Appl. No.: **27,538**

[22] Filed: **Mar. 8, 1993**

[30] **Foreign Application Priority Data**

Mar. 6, 1992 [JP] Japan .................................. 4-084934
Mar. 31, 1992 [JP] Japan .................................. 4-108889

[51] **Int. Cl.**[5] ........................ **F16H 59/02**; F16H 63/38

[52] **U.S. Cl.** ............................ **74/473 SW**; 74/473 R; 74/475; 180/336

[58] **Field of Search** .............. 74/473 R, 473 SW, 475; 180/336

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,821,090 | 1/1958 | McCordic | 74/473 R |
| 2,884,802 | 5/1959 | Loofbourrow | 74/473 R |
| 2,964,964 | 12/1960 | Craig | 74/473 R |
| 3,301,086 | 1/1967 | Williams et al. | 74/475 |
| 3,465,559 | 9/1969 | Rhodes et al. | 74/473 R X |
| 3,765,262 | 10/1973 | Mendenhall et al. | 74/473 R |
| 4,365,522 | 12/1982 | Kubota et al. | 74/475 |
| 4,645,046 | 2/1987 | Takano et al. | 74/475 X |
| 4,942,937 | 7/1990 | Amberger et al. | 192/4 A X |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1965526 | 7/1971 | Germany | 74/473 SW |
| 60-10911 | 4/1985 | Japan . | |

*Primary Examiner*—Allan D. Herrmann
*Attorney, Agent, or Firm*—Keck, Mahin & Cate

[57] **ABSTRACT**

An automatic transmission shift device has a shift lever extending from a dashboard toward and near a transverse extremity of a steering wheel and movable at least in a vertical direction to shift an automatic transmission into any desired range. The shift lever is operated or pushed up and down in the vertical direction with a vertical operational power between approximately 10 and 15% of an average maximum muscular kinetic power actively available in the vertical direction of arms of average drivers.

**26 Claims, 14 Drawing Sheets**









FIG. 1




FIG. 2



25
23
24
51
50
22
21a
21
20
27
13
27a
26
26a
28
34
33
28a
16
28b
28c
28c
14
15
30
17
32
29
29a


FIG. 3




FIG. 4



G000402



10
16
12
14
28
20
28a
21
34
26
22
50
24
51
35
24a
27a
29
28c
20a
31
18
32
17
15
29a
28b
33
C
37
21a
44
2
43
36
41
40
23
26a
13
27


FIG. 5




FIG. 6




FIG. 7



18
19
60
62
61
67a
70
69a
67
69b
65
64
66b
70a
66
69
63a
68
70
66a
67b
63b
63
63c


FIG. 8

| FACTORS / HUMAN CHARACTERISTICS | FACTORS I | II | III | IV | V | VI | METHOD | INSTRUMENT |
|---|---|---|---|---|---|---|---|---|
| PHYSICAL CHARACTERISTICS | ○ | ○ | | | ○ | ○ | | |
| MENTAL CHARACTERISTICS | | ○ | ○ | ○ | | | | |
| PHYSIOLOGICAL CHARACTERISTICS | | | | | | | | |
| | (1) | (3) | | | | (7) | MOTION ANALYSIS | VIDEO CAMERA |
| | | | (4) | | | | MYOELECTRIC POTENTIAL | ELECTRICMYOGRAM |
| | | | | (5) | | | MAXIMUM MUSCULER POWER MEASUREMENT | LOAD CELL |
| | | | | | (6) | | OPERATION TIME MEASUREMENT | HIGH SPEED VIDEO CAMERA |

FIG. 9




FIG. 10




FIG. 11


c
a
b
d
D → S
S → D

FIG. 12


STEERING WHEEL TO SHIFT LEVER
ARM REST TO SHIFT LEVER
MYOELECTRIC POTENTIAL (mv.sec)
600
400
200
0
d
c
b
a
d
c
b
a
d
c
b
a
d
c
b
a
FLOOR TYPE SHIFT LEVER
DASHBOARD TYPE SHIFT LEVER

FIG. 13


SET POWER (2.0-2.5kgw)
SET POWER (1.0-1.5 kgw)
MAXIMUM MUSCULAR POWER (kgw)
30
20
10
0
FORTH BACK
UP DOWN
FLOOR TYPE SHIFT LEVER
DASHBOARD TYPE SHIFT LEVER

FIG. 14


WITH LEFT HAND GRIPPING STEERING WHEEL
WITH LEFT ARM ON ARM REST
OPERATION TIME (SEC)
1.00
0.50
FLOOR TYPE SHIFT LEVER
DASHBOARD TYPE SHIFT LEVER

FIG. 15




FIG. 16

# SHIFT DEVICE FOR AUTOMATIC TRANSMISSION

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a shift device for an automatic transmission of an automobile, and, more particularly, to an automatic transmission shift device which can be operated with better feeling.

2. Description of Related Art

Typically, automatic transmission shift devices are provided inside a console between front bucket seats. Although such a shift device has a superior operability, it narrows the floor space and interferes with a passenger's foot space. Alternatively, another type of automatic transmission shift device is mounted on an instrument panel or dashboard. Such a dashboard mounted type of shift device has a shift or select lever extending upwardly slanting backwardly usually at a small angle with respect to the vertical direction. Some shift levers of this type are provided at the middle of their shafts with shock absorber means to absorb a great deal of the kinetic energy generated in a frontal crash. The shift lever, passing through the dashboard and extending almost vertically, is pushed and pulled or moved back and forth in order to select desired ranges. Such a dashboard type shift device is known from, for instance, Japanese Unexamined Utility Model Publication No. 60-10911.

The dashboard type shift lever of the automatic transmission shift device described in the publication mentioned above is located relatively far from a steering wheel, and hence, it has a poor operability. In order to improve the operability of a shift lever, it may be incorporated extending almost horizontally rearward from a front panel portion of the dashboard so as to be operated up and down.

Since, generally, a human arm is considered as poor in moving an object approximately vertically up and down as opposed to moving an object approximately horizontally back and forth, a horizontal shift lever compares unfavorably with a floor mounted type shift lever. In order for a dashboard mounted type horizontal shift lever to provide a feeling of shift operation as favorable as the floor mounted type shift lever while preventing the driver from experiencing fatigue of his or her arm, it is very important to enable the shift device, including the shift lever, to be operated with the most appropriate physical power and motion of the human arm.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a shift device, for an automatic transmission of an automotive vehicle, having a shift lever which extends from a dashboard near a transverse extremity of a steering wheel and which can be operated with the same feeling as a floor mounted shift lever.

The foregoing object of the present invention is accomplished by providing an automatic transmission shift device which has a shift lever extending from a dashboard toward and near a transverse extremity of a steering wheel and being movable at least in a vertical direction to shift the automatic transmission into any desired range. The shift device is designed and adapted so that the shift lever is operated or pushed up and down in the vertical direction with a vertical operational power between approximately 10 and 15% of an average maximum muscular kinetic power actively available in the vertical direction of arms of average drivers. Since ordinary floor shift levers are operated or moved back and forth with a horizontal power within approximately 10 to 15% of an average maximum muscular kinetic power available in horizontal direction of arms of average drivers, the shift lever of the present invention provides the same feeling of operation as the ordinary floor shift levers. The shift lever is also operated or pushed aside in a transverse direction with a transversely operational power higher than the vertical operational power.



In the case that the shift lever has a large stroke for shifting the automatic transmission into possible ranges, the vertical operational power is decreased with an increase in down movement of the shift lever.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and features of the present invention will be clearly understood from the following detailed description with respect to preferred embodiments thereof when considered in conjunction with the accompanying drawings, in which:

FIG. 1 is a perspective illustration showing a part of a front compartment of a car provided with a shift device in accordance with a preferred embodiment of the present invention;

FIG. 2 is a schematic illustration of the shift device operationally connected to an automatic transmission;

FIG. 3 is a perspective exploded view of the shift device;

FIG. 4 is a vertical sectional view of the shift device;

FIG. 5 is a cross sectional view of the shift device;

FIG. 6 is a front view of the shift device;

FIG. 7 is an enlarged expanded view of a guide slot for a shift lever of the shift device;

FIG. 8 is a perspective view of a shift valve actuator mechanism for the automatic transmission;

FIG. 9 is a diagram for analysis of shift lever operability;

FIG. 10 is an illustration showing an appropriate horizontal area in which the shift lever is located;

FIG. 11 is an illustration showing an appropriate vertical area in which the shift lever is located;

FIG. 12 is an electromyogram in the form of integrated wave-form when operating shift lever;

FIG. 13 is a graph showing myoelectric potentials for shift operations of the dashboard shift lever and the floor shift lever;

FIG. 14 is a graph showing maximum muscular power when operating shift levers;

FIG. 15 is a graph showing operation time of the shift levers; and

FIG. 16 is a schematic plan view showing the arrangement of the shift lever and a steering wheel.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Because automatic transmissions are well known, the present description will be directed in particular to elements forming part of, or cooperating directly with, a shift device in accordance with the present invention. It is to be understood that parts or elements not specifically shown or described can take various forms well known to those skilled in the automobile art.

The term "transverse" as used herein shall mean and refer to the direction in which the car body extends from side to side.

Referring to the drawings in detail, and in particular, to FIG. 1 showing a part of a compartment of a car for right-hand steering, an instrument panel or dashboard **2** is positioned in front of front seats **1**. Inside the dashboard **2** there is provided a transversely extending beam **3**, forming part of a supporting frame of the instrument dashboard **2**, secured at its opposite ends to pillars (not shown) to which front doors (not shown) are hinged. At an upper portion, the dashboard **2** is formed with various meters or dials **4** at its upper right portion. The dashboard **2** is further formed with a center expansion **5**. On the right side of center expansion **5** a steering column **6** extends upward back up from the dashboard **2** in and by which a steering shaft **7** with a steering wheel **8** is rotatably supported. A transmission shift device **10** is located on the right side of the center expansion **5** and closely to the left extremity of the steering wheel **8**.

As shown in FIGS. 2–8, the transmission shift device **10**, having a main shift mechanism **12** and a shift lever **13** (which is referred to as a dashboard shift lever), is secured to the transverse beam **3** by means of a bracket **11** and is generally inclined upward and back at a small angle with respect to a horizontal plane. The dashboard shift lever **13** extends rearward toward the steering wheel **8**. The main shift mechanism **12**, which is located inside the expansion **5** of the dashboard **2**, has a lever mounting structure **16** which rotatably mounts the dashboard shift lever **13** therein so that it turns around both first and second shafts **14** and **15** which, in turn, spatially intersect at a right angle. The first shaft **14** extends lengthwise approximately in a horizontal plane. The lever mounting structure **16** has an output lever **17** that connects or transmits the turning motion of the dashboard shift lever **13** about the first shaft **14** to a shift valve of a hydraulic control system for the automatic transmission **9** through a push-pull wire **18** connected to a shift valve actuator mechanism **60** via a connecting arm **19** so as to selectively shift the transmission **9** to desired ranges, such as a park (P) range, a reverse (R) range, a neutral (N), a drive (D) range, a second (2nd) and a first (1st) range.

The dashboard shift lever **13** is comprised by a lever or shaft **26**, extending in an approximately straight line in the lengthwise or axial direction, and a knob **27**, made of an elastic plastic material, such as, formed urethane or synthetic rubber covered by leather, attached to the rear or free end of the lever **26**. The lever **26** has its rear end **26***a* slightly bent laterally displaced away from the steering shaft **7** so as to serve as a cushioning means. The knob **27** is slightly curved so as to locate its grip portion **27***a* laterally displaced away from the steering shaft **7** even more than the lever **26**.

The main shift mechanism **12** is housed within a front casing **20** and a rear casing **21** fitted in the front casing **20**. The front casing **20** is secured to and extends rearward from the bracket **11**. A rear wall **21***a* of the rear casing **21** is convex to the adjacent dashboard **2**. The rear wall **21***a* of the rear casing **21** is covered by an ornamental face panel **23** secured thereto by means of a panel securing frame **24** with a frame wall **24***a*. The face panel **23** and the frame **24** are curved, matching in shape with the curved rear wall **21***a* of the rear casing **21**. The rear wall **21***a* of the rear casing **21** and the face panel **23** are, respectively, formed with slot **22** and **25**, zig-zag shaped as shown in FIG. 7, in which the dashboard shift lever **13** is movable up and down and is positioned in specified positions for various ranges, such as a park (P) range, a reverse (R) range, a neutral (N) range, a drive (D) range, a second (2nd) range and a first (1st) range.

As shown in FIGS. 3–5, the lever mounting structure **16** has a lever support bracket **28** located within the front casing **20**. The lever support bracket **28** is comprised by an elongated support member **28***a* which extends in the lengthwise direction and to which a front portion of the lever **26** is secured, and a generally U-shaped connecting member **28***b* which is secured to the lower end of the lever support bracket **28**. This lever support bracket **28** is incorporated in the front casing **20**. That is, there is a mounting sleeve **29** integrally formed with a bush **29***a* within the front casing. The axes of the sleeve **29** and the bush **29***a* are spatially perpendicular to each other. The mounting sleeve **29** is rotatably supported on a bush **29***a* by means of a second shaft **15**. The mounting sleeve **29** is rotatably supported within the front casing **20** by the first shaft **14**. The lever support bracket **28** is rotatably mounted on the bush **29***a* by means of the second shaft **15** passing through side walls **28***c* of the connecting member **28***b*. There is provided a coil spring **30** mounted on the second shaft **15** so as to urge the connecting member **28***b* in the clockwise direction indicated by an arrow C in FIG. 5.

The output lever **17** of the lever mounting structure **16**, which is formed integrally with, or otherwise secured to the mounting sleeve **29**, extends laterally passing through an opening **31** formed in a side wall of the front casing **20**. As clearly seen in FIGS. 2 and 4, the output lever **17** extends slanting forwardly upward. The push-pull wire **18** is retained at its one end by the output lever **17** through a connecting pin **32** secured to the output lever **17**. As shown in FIG. 8, which illustrates a shift valve actuator mechanism **60**, the push-pull wire **18** is retained at its another end by the connecting arm **19** of the shift valve actuator mechanism **60** which will be described in detail later.

The transmission shift device **10** has a lock mechanism provided in association therewith by which the operation of the transmission shift device **10** is restricted. The lock mechanism includes an electromagnetic actuator **33** secured to the internal wall **20***a* of the front casing **20** and a restriction arm **34** extending laterally from the support member **28***a*. The electromagnetic actuator **33** is energized to attract the restriction arm **34** when the dashboard shift lever **13** is in the position for the P range and the engine is actuated. The electromagnetic actuator **33** is deenergized so as to allow the shift operation of the dashboard shift lever **13** only when a brake pedal (not shown) is being depressed. This lock mechanism is well known in various forms in the art and may take any well known form.

Since the dashboard shift lever **13** is, as apparent from the above description, movable in two perpendicular directions around the first and second shafts **14** and **15**, it is moved up and down and left and right within and along the guide slot **22** so as to be selectively located in desired positions, i.e. the P range, the R range, the N range, the D range, the 2nd range and the 1st range in order from upward to downward. By means of the coil spring **30**, the lever **26** of the dashboard shift lever **13** is urged against the left side edge of the guide slot **22** to be held in any selected position when releasing the driver's hand therefrom. For safety, the guide slot **22** is formed with detents $22_P$ and $22_N$ in the positions for the P range and the N range, respectively, so as to allow the up and

down movement of the dashboard shift lever **13** only when the dashboard shift lever **13** is intentionally pushed aside to the right. The operational power of the dashboard shift lever **13** necessary to pull out of the detent $22_N$ is defined by the coil spring **30**. Specifically, the coil spring **30** is formed so as to allow the dashboard shift lever **13** to be moved up and down with a power less than approximately 10 to 15% of the average maximum arm muscular kinetic power available in the lateral direction.

Referring to FIG. **8**, the shift valve actuator mechanism **60**, which is operationally coupled to the shift device **10** by means of the push-pull wire **18** via the connecting arm **19**, is provided so as to operate a shift valve (not shown) so as to selectively shift the transmission in accordance with the ranges selected by the shift device **10**. Such a shift valve is well known in the art as a part of an hydraulic control circuit or system for the automatic transmission and takes any known form. The shift valve actuator mechanism **60** has a sector-shaped valve actuator disk **63** formed with detents **63***a* for the given ranges, i.e. the P, R, N, D, 2nd and 1st ranges, on its circular-arcuate periphery. If the dashboard shift lever **13** has a large stroke between the P range and the 1st range, the detents **63***a* are formed to become more shallower in order from the P range to the 1st range so as to decrease the operational power necessary to move the dashboard shift lever **13**. Namely, the detent **63***a* for the P range is the deepest and the detent **63***a* for the 1st range is the shallowest.

For stopping the valve actuator disk **63** in the positions for the specific ranges of P, R, N, D, 2nd and 1st, there is provided a click-stop mechanism having a click-stop spring **65** and a click ball **64**. This valve actuator disk **63** is secured to a lower portion of a rotary shaft **61**. An input lever **62**, pivotally connected to the connecting arm **19**, is secured to an upper portion of the rotary shaft **61**. Through the rotary shaft **61**, up and down movements of the dashboard shift lever **13** are transmitted to the valve actuator disk **63**. In association with the valve actuator disk **63**, there is the shift valve for actuating the hydraulic control system so as to shift the automatic transmission **9** to the range that the dashboard shift lever **13** has selected.

The valve actuator disk **63** is formed with a circular-arcuate slot **63***b* having a center on the axis of the rotary shaft **61** and a cam slot **63***c* which is continuous from and extends away outward from the circular-arcuate slot **63***b*. Within the slots **63***b* and **63***c*, a cam follower pin **66***a* extending from one end of a crank lever **66** can slide. The crank lever **66**, pivoted on a stationary shaft **66***b*, is operationally connected at its one end to the valve actuator disk **63** through the cam follower pin **66***a* and is pivoted at its other end on a pivot pin **67***a* at one end of an actuator rod **67** of a park-lock mechanism **70** for locking a park-lock gear **71**. The park-lock mechanism **70** includes, in addition to the actuator rod **67**, a peripheral cam **68** secured to the actuator rod **67** and a crank lever **69** which is pivoted on a pivot pin **69***a* and is formed at its one end with a hook **69***b*. The actuator rod **67** is urged by a spring **67***b* to be pushed out so as to turn the crank lever **66** in the counterclockwise direction as viewed in FIG. **8**. When the actuator rod **67** is pushed out, the peripheral cam **68** is brought into under one end of the crank lever **69** so as to turn the crank lever **69** in the clockwise direction. The crank lever **69**, when turning in the clockwise direction, brings its hook **69***b* into engagement with a tooth **70***a* of a park-lock



gear **71**. It is understood that the transmission shift device **10** and the shift valve actuator mechanism **60** may be connected to each other by means of an electrical means, such as an electrical solenoid, in place of the push-pull wire **18**.

In operation of the shift valve actuator mechanism **60**, any selection of range by the dashboard shift lever **13** turns the valve actuator disk **63** to actuate the shift valve so as to shift the automatic transmission **9** to the selected range. Whenever the dashboard shift lever **13** selects a range other than the park (P) range, the cam follower pin **66***a* slides within the circular-arcuate slot **63***b*, so as to keep the crank lever **66** unchanged in position. However, when the dashboard shift lever **13** selects the park (P) position, the cam follower pin **66***a* is guided by the cam slot **63***c*, so as to turn counterclockwise the crank lever **66**. With the counterclockwise turn of the crank lever **66**, the actuator rod **67** of a park-lock mechanism **70** is pulled forward such that the peripheral cam **68** pushes upward so as to turn the crank lever **69** clockwise. As a result, the hook **69***b* of the crank lever **69** is brought into engagement with a tooth **70***a* of the park-lock gear **71** of the park-lock mechanism **70**.

Referring back to FIGS. **4**–**6**, inside the ornamental face panel **23** there is a space **35**. At lower right and left corners of the space **35** there are provided guide rails **36** curving convex to the car compartment along the frame wall **24***a* of the panel securing frame **24**. The guide rails **36** guide a flexible concealing plate **37**, which is formed as a rectangularly shaped web member approximately double as long as the space **35**, so as to allow it to slide up and down. The concealing plate **37** is formed with a transverse slot **37***a* through which the lever **26** extends out and which allows the lever to move sideways. With the up and down movement of the dashboard shift lever **13**, the concealing plate. **37** is moved up and down so that the inside of the panel securing frame **24** and/or the front and rear casings **20** and **21** is always concealed.

The rear wall **21***a* of the rear casing **21** is provided with an elastic cushioning member **50**, made of formed urethane or synthetic rubber, located within the space **35** and attached to the back thereof (see FIG. **3**). The elastic cushioning member **50** is formed with a slot **51** shaped similarly to the guide slot **22**. By means of the elastic cushioning member **50**, the lever **26** of the dashboard shift lever **13** urged by the coil spring **30** is prevented from making sound when it hits the edge of the guide slot **22** during shifting. In addition, the elastic cushioning member **50** absorbs impact energy caused by a secondary collision of the driver against the ornamental face panel **23** during a frontal collision of the vehicle.

The ornamental face panel **23** has a semi-transparent face panel **40** made of synthetic resin material and a base plate **41** disposed inside the face panel **40**. The base plate **41** is provided with a range indicator means **42** for indicating selected ranges by the dashboard shift lever **13**. The range indicator means **42** includes a slot area **42***a* outlined in a simplified shape similar to the guide slot **22**, a light guide opening **43** exposing to the slot area **42***a* and a lamp **44** disposed within the light guide opening **42**. Within the slot area **42***a* the semi-transparent face panel **40** is printed with symbols, e.g. P, R, N, D, 2 and 1 which correspondingly indicate the ranges of P, R, N, D, 2 and 1, located to correspond to the respective positions of P, R, N, D, 2 and 1 of the guide slot **25**. Each symbol is encircled by a transparent circular area. The lamp **44** is secured to the panel securing frame **24** adjacent to where the symbol of the drive range D is

provided. As shown in FIG. 6, on the opposite side to the range indicator means 42 with respect to the guide slot 25, the ornamental face panel 23 is provided with a hold switch 45 which is located such that it is easily reached by a left index finger and/or a left middle finger while the driver holds the knob 27 of the dashboard shift lever 13 in any position of the drive, second and first ranges with his or her left hand if the vehicle is for right-hand steering.

Feeling and a necessary power of operation of the dashboard shift lever 13 will be described hereafter.

The transmission shift device 10 is designed and adapted such that the dashboard shift lever 13 is operated with the same operational feeling as that of stick shift levers or floor shift levers for shifting the same type of automatic transmissions as the automatic transmission 9. In addition, the dashboard shift lever 13 is also designed and adapted such that it can be operated with a vertical power within approximately 10 to 15% of an average maximum muscular kinetic power of arms available in vertical direction of average drivers which is between approximately 1.0 and 1.5 kgw. In order to realize the appropriate feeling of operation of the dashboard shift lever 13, the lever ratio between the input and output levers 17 and 62 and/or the spring constant of the click-stop spring 65 are appropriately established. As was previously described, the dashboard shift lever 13 has a large stroke between the P range and the 1st range, and the detents 63*a* are formed to become more shallower in order from the P range to the 1st range, the operational power necessary to move the dashboard shift lever 13 is established between approximately 15 and 10% of a maximum muscular kinetic power of arm available in vertical direction of an average driver during driving which is between approximately 1.5 and 1.0 kgw.

The operation feeling and operation power described as above are determined as a result of studies of various operational factors.

Factors affecting on shift operation of the shift lever 13 experienced by drivers includes mechanical or physical factors of the shift lever 13 and human characteristics of drivers. For example, mechanical factors include the distance of shift lever 13 from the steering wheel 8 (Factor I), the vertical position of shift lever 13 (Factor II), the easiness of exerting a power on the shift lever 13 (Factor III), a necessary power to operate the shift lever 13 (Factor IV), the position and motion of hand (Factor V), the space left between the shift lever and a wiper actuation lever (Factor VI). These factors closely correlate to human characteristics, such as physical characteristics, physiological characteristics and mental characteristics.

Referring to FIG. 9, very serious relations between the physical factors of the shift lever 13 and the human factors of drivers are indicated by circles. Numbers in parentheses designate the order of analyses. The following analyses were conducted in specified ways or procedures by the aid of various instruments shown in right columns. The resultant data were based on analyses applied to ten average drivers.

From the result of a motion analysis by a video camera, concerning the distance of shift lever 13 from the steering wheel 8 (Factor I) and the space between the shift lever and the wiper actuation lever (Factor VI), it was found that the knob 27 of the shift lever 13 was desirably disposed within an area C defined between an extreme far line A and an extreme close line B as drawn on a scale of approximately 40% of actual geometry in FIG. 10. If beyond the extreme line A, the knob 27 is too far from the steering wheel 8 to be operated conveniently. If beyond the extreme line B, the knob 27 is too close from the wiper lever actuation lever 46 to be operated conveniently.

From the result of an analysis, concerning the vertical position of shift lever 13 (Factor II), it was found that the knob 27 of the shift lever 13 was disposed above at least a line D which indicates a contour of a left leg of the driver when the driver operates a parking or side brake lever (not shown) with the foot separated from a brake pedal as drawn on a scale of approximately 20% of actual geometry in FIG. 11. Lines E, E, G and H indicate, respectively, contours of left leg positions of the driver when the driver bends up the left leg for rest, when the driver stretches the leg for rest, when the driver sits on a front portion of the seat for rest, and when the driver gets in or out the vehicle, respectively.

The result of an analysis, concerning the easiness of exerting a force on the shift lever 13 (Factor III) which is closely related to the feeling of shift operation and fatigue is shown in FIGS. 12 and 13. FIG. 12 shows electromyogram in the form of integrated wave-forms when the shift lever 13 is pushed up and down by a left hand so as to shift the automatic transmission 9 from the drive (D) range to the second (S) range, and in the reverse direction, i.e. from the second (S) range to the drive (D) range. FIG. 13 is a graph showing myoelectric potentials for shift operations of the dashboard shift lever 13 and the floor shift lever. In FIG. 13, there are shown electromyographic voltages for when the driver moves his or her left hand from the steering wheel 8 to the shift lever 13 for shift operation and when he moves it from a center arm rest to the shift lever 13 for shift operation, respectively, for each of the dashboard shift lever and the floor shift lever. As clearly understood from FIG. 13, when the driver moves his or her left arm from the steering wheel 8 to the shift lever 13 for shift operation, there is no difference in electromyographic voltage necessary for shift operation between the dashboard shift lever and the floor shift lever. This means that there is no difference of the feeling of shift operation between both the dashboard shift lever and the floor shift lever.

The operational power necessary to operate the shift lever 13 (Factor IV) is also closely related to the feeling of shift operation, which is shown in FIG. 14. In FIG. 14, average available maximum arm powers for up and down shift operations and push and pull shift operations are depicted. The average maximum arm power available to operate floor shift levers of various models of vehicles was between 20 and 22 kgw, and the average power necessary to operate the floor shift levers was between 2.0 and 2.5 kgw, which is approximately 10 to 15% of the average maximum arm muscular kinetic power available in horizontal direction. On the other hand, the average maximum arm power available to operate dashboard shift levers of various models of vehicles was between 12 and 14 kgw. Accordingly, the power with which the dashboard shift lever 13 is operated is established to approximately 10 to 15% of the average maximum muscular kinetic arm power, i.e. between approximately 1.0 and 1.5 kgw, available in vertical direction. Furthermore, an operation time analysis was made concerning the position and motion of hand (Factor V), the result of which is shown in FIG. 15. An operation time necessary to finish a shift opera-

tion of the shift lever **13** is defined as a total time of a reaction time which the driver needs before starting of a motion of his or her left hand in response to the his or her decision-making in his or her cerebellum, an approach time which the driver needs to move his or her left hand from the steering wheel to the shift lever **13** after the start of motion of the left hand, and an actual operation time which the driver needs to complete a shift operation of the shift lever **13**. As shown, an average operation time for the dashboard shift lever **13** was approximately 0.5 seconds as well as for floor shift levers of various models of vehicles.

As shown in FIG. **16**, since the dashboard shift lever **8** is located near the left extreme of the steering wheel **13** and extends into the car compartment, the dashboard shift lever **13** is quite easily operated by the left index finger and/or the left middle finger of the left hand of the driver who operates the steering wheel **8**. Otherwise, if the driver operates the steering wheel **8** by his or her right hand only, the dashboard shift lever **13** is more easily operated by the left index finger and/or the left middle finger of the left hand released from the steering wheel **8**. In addition, since the feeling of the dashboard shift lever **13** is quite similar to ordinary floor shift levers, the vehicle provided with the dashboard shift lever **13** of the present invention provides the same drivability as ordinary vehicles having floor shift levers. Furthermore, since the dashboard shift lever **13** is operable with a vertical power within approximately 10 to 15% of an average maximum arm muscular kinetic power available in vertical direction, it provides the same feeling of operation as the ordinary floor shift levers which are operable with horizontal powers within approximately 10 to 15% of an average maximum arm muscular kinetic power available in horizontal direction.

Although the automatic transmission shift device of the present invention has been described with respect to a car for right-hand steering, it can be installed in cars for left-hand steering with the same results.

It is also to be understood that although the present invention has been described in detail with respect to a preferred embodiment thereof, various other embodiments and variants may occur to those skilled in the art. Such other embodiments and variants fall within the scope and spirit of the invention and are intended to be covered by the following claims.

What is claimed is:

**1**. In a shift device, for an automatic transmission of an automotive vehicle, which has a shift lever extending from a dashboard toward near a transverse extremity of a steering wheel and being movable at least on an arcuate line in a vertical direction to shift said automatic transmission into a plurality of ranges including at least a park range and a reverse range, the improvement comprising means for mounting said shift lever for movement up and down in said vertical direction with a vertical operational power between approximately 10 and 15% of an average maximum muscular kinetic power actively available in said vertical direction of arms of average drivers.

**2**. A shift device as defined in claim **1**, wherein said vertical operational power decreases with an increase in down movement of said shift lever.

**3**. A shift device as defined in claim **1**, further including means for mounting said shift lever for movement in a transverse direction and with a transverse operational power higher than said vertical operational power.

**4**. A shift device as defined in claim **3**, wherein said transverse operational power is between approximately 10 and 15% of an average maximum muscular kinetic power actively available in said transverse direction of arms of average drivers.

**5**. A shift device as defined in claim **4**, wherein said means for mounting said shift lever for movement in the transverse direction is operative between a park range and a reverse range.

**6**. A shift device, for an automatic transmission of an automotive vehicle, comprising:

a shift lever extending from a dashboard toward near a transverse extremity of a steering wheel and being movable at least up and down on an arcuate line in a vertical direction to shift said automatic transmission into a plurality of ranges including at least a park range and a reverse range;

connecting means for operationally connecting said shift lever with said automatic transmission; and

operational power setting means, provided between said shift lever and said automatic transmission, for establishing a vertical operational power between approximately 10 and 15% of an average maximum muscular kinetic power actively available in the vertical direction of arms of average drivers with which said shift lever is moved up and down.

**7**. A shift device as defined in claim **6**, wherein said operational power setting means varies said vertical operational power so as to decrease with an increase in down movement of said shift lever.

**8**. A shift device as defined in claim **6**, including means for moving said shift lever in a transverse direction and with a transverse operational power higher than said vertical operational power.

**9**. A shift device as defined in claim **8**, wherein said transverse operational power is between approximately 10 and 15% of an average maximum muscular kinetic power actively available in said transverse direction of arms of average drivers.

**10**. A shift device as defined in claim **8**, wherein said shift lever is movable in the transverse direction between the park range and the reverse range.

**11**. A shift device as defined in claim **6**, wherein said operational power setting means includes a rotative disk which is turned by up and down movement of said shift lever for shifting the automatic transmission to any selected one of the ranges, and a click stop mechanism for releasably holding said rotative disk in position for each of the ranges.

**12**. A shift device as defined in claim **11**, wherein said click stop mechanism includes a click detent for each of the ranges formed on a periphery of said rotative disk and a click ball urged against said detent.

**13**. A shift device as defined in claim **11**, wherein said click detents are formed to become more shallower in order from the park range.

**14**. In a shift device, for an automatic transmission of an automotive vehicle, which has a shift lever extending from a dashboard toward near a transverse extremity of a steering wheel and being movable at least on an arcuate line in a vertical direction to shift said automatic transmission into a plurality of ranges including at least a park range and a reverse range, the improvement comprising means for mounting said shift lever for movement up and down in said vertical direction with a vertical operational power between approximately 1.0 and 1.5 Kgw.

15. A shift device as defined in claim 14, wherein said vertical operational power decreases with an increase in down movement of said shift lever.

16. A shift device as defined in claim 14, and further including means for mounting said shift lever for movement in a transverse direction with a transverse operational power higher than said vertical operational power.

17. A shift device as defined in claim 16, wherein said transverse operational power is between approximately 1.0 and 1.5 Kgw.

18. A shift device as defined in claim 16, wherein said means for mounting said shift lever for movement in the transverse direction is operative between the park range and the reverse range.

19. A shift device, for an automatic transmission of an automotive vehicle, comprising:

a shift lever extending from a dashboard toward near a transverse extremity of a steering wheel and being movable up and down on an arcuate line in a vertical direction to shift said automatic transmission into a plurality of ranges including at least a park range and a reverse range;

connecting means for operationally connecting said shift lever with said automatic transmission; and

operational power setting means, provided between said shift lever and said automatic transmission, for establishing a vertical operational power between approximately 1.0 and 1.5 Kgw.

20. A shift device as defined in claim 19, wherein said operational power setting means varies said vertical operational power so as to decrease with an increase in down movement of said shift lever.

21. A shift device as defined in claim 19, and further including means for moving said shift lever in a transverse direction with a transverse operational power higher than said vertical operational power.

22. A shift device as defined in claim 21, wherein said transverse operational power is between approximately 1.0 and 1.5 Kgw.

23. A shift device as defined in claim 21, wherein said shift lever is movable in the transverse direction between the park range and the reverse range.

24. A shift device as defined in claim 19, wherein said operational power setting means includes a rotative disk which is turned by up and down movement of said shift lever for shifting the automatic transmission to any selected one of the ranges, and a click stop mechanism for releasably holding said rotative disk in position for each of the ranges.

25. A shift device as defined in claim 24, wherein said click stop mechanism includes a click detent for each of the ranges formed on a periphery of said rotative disk and a click ball urged against said detent.

26. A shift device as defined in claim 25, wherein the click detents are formed to become more shallow in order from the park range.

* * * * *