# EXHIBIT I

# LLV

## 1987 – 1992

## U.S. Postal Service Long Life Vehicle

U.S. MAIL

CHEVROLET

ST 505-87-92LLV

# 1987 THROUGH 1992

# LLV SERVICE MANUAL

The Table of Contents on this page indicates the sections covered in this manual. At the beginning of each individual section is a Table of Contents which gives the page number on which each major subject begins.

When reference is made in this manual to a brand name, number, or specific tool, an equivalent product may be used in place of the recommended item.

All information, illustrations and specifications contained in this Manual are based on the latest product information available at the time of publication approval. The right is reserved to make changes at any time without notice.

***NOTICE: When fasteners are removed, always reinstall them at the same location from which they were removed. If a fastener needs to be replaced, use the correct part number fastener for that application. If the correct part number fastener is not available, a fastener of equal size and strength (or stronger) may be used. Fasteners that are not reused and those requiring thread locking compound will be called out. The correct torque value must be used when installing fasteners that require it. If the above conditions are not followed, parts or system damage could result.***

**X-9239**

**© 1991 General Motors Corporation** **July, 1991**
**Printed in U.S.A.** **All Rights Reserved**


| SEC | NAME |
|---|---|
| 0 | **GENERAL INFORMATION**<br>0A General Information<br>0B Maintenance and Lubrication |
| 1 | **HEATING**<br>1A Heating |
| 2 | **FRAME**<br>2A Frame |
| 3 | **STEERING, SUSPENSION, WHEELS and TIRES**<br>3A Front End Alignment<br>3B1 Steering Linkage<br>3B2 Power Steering, Diagnosis and On-Vehicle Service<br>3B3 Power Steering, Unit Repair<br>3C Front Suspension<br>3D Rear Suspension<br>3E Wheels and Tires<br>3F Steering Column, On-Vehicle Service<br>3F1A Standard Steering Column, Column Shift Unit Repair |
| 4 | **PROPELLER SHAFT and REAR AXLE**<br>4A Propeller Shaft<br>4B1 Rear Axle, On-Vehicle Service<br>4B Rear Axle, Unit Repair |
| 5 | **BRAKES** |
| 6 | **ENGINE**<br>6A 2.5 Liter L4 Engine VIN E (RPO LN8/L38)<br>6A1 Engine (VIN E), Diagnosis and On-Vehicle Service<br>6B1 Engine Cooling<br>6B2 Radiator<br>6D Engine Electrical<br>6D1 Battery<br>6D2 Cranking System<br>6D3 Charging System<br>6D4 Ignition System<br>6D7 Engine Wiring<br>6E Fuel and Emission Control<br>6F Exhaust |
| 7 | **TRANSMISSION**<br>7 Automatic Transmission General Information<br>7A 3L30 (THM 180/180C) Automatic Transmission |
| 8 | **ELECTRICAL** |
| 10 | **LLV BODY SERVICE MANUAL**<br>10A-1 LLV Body Service Manual Table of Contents |

## CHECKING AND ADDING FLUID

The automatic transmission is designed to operate at the "FULL HOT" mark on the dipstick at normal operating temperatures of 80°C-93°C (190°F-200°F), and should be checked under these conditions (figure 32).

The normal operating temperature is obtained only after at least 24 km (15 miles) of highway-type driving.

If the vehicle has recently been operated for an extended period at high speed or in city traffic in hot weather or the vehicle is being used to pull a trailer, an accurate fluid level cannot be determined until the fluid has cooled down, usually about 30 minutes after the vehicle has been parked.

**Inspect**

1. Park vehicle on level ground.
2. Apply parking brake and block wheels.
3. Start engine and operate vehicle for 15 minutes or until normal operating temperature is reached.
4. Move gear selector through all gear positions.
5. Move gear selector to "Park" (P).
6. Check fluid level, color and condition.

**Important**

DO NOT OVERFILL.

Overfilling can cause foaming and loss of fluid through the vent. Slippage and transmission failure can result.

Fluid level too low can cause slipping, particularly, when the transmission is cold or the vehicle is on a hill.

## SHIFT LINKAGE

**Remove or Disconnect (Figure 33)**

- Apply parking brake.

1. Retaining pin (5) and flat washer (4).
2. Rod (1) from shift lever (6).
   - Note position of spacer (2) and insulator (3).
3. Rod (1) from equalizer lever (16).
   - Screw (10) and flat washer (11).
   - Swivel (12).
4. Retaining pin (5) and equalizer lever (16).
   - Insulator (13), flat washer (14) and spring (15).
5. Nut (9) and control lever (8).

**Clean**

- Metal parts using solvent. Wipe dry using clean, dry rag.
- Rubber or nylon parts using soapy water. Wipe dry using a clean, dry rag.

**Install or Connect (Figure 33)**

1. Equalizer lever (16) and new retaining pin (5).
   - Spring (15), flat washer (14), and insulator (13).
2. Rod (1) to equalizer lever (16).
   - Swivel (12).
   - Flat washer (11) and screw (10).
3. Rod (1) to shift lever (6).
   - Insulator (3) and spacer (2) in positions they were removed from.
4. Flat washer (4) new retaining pin (5).

## SHIFT LINKAGE ADJUSTMENT

**Adjust (Figure 33)**

- Apply parking brake.

1. Loosen screw (10).
2. Put column selector lever in "Neutral" (N) position.
   - Put lever into neutral gate, do not use indicator to find neutral position.
3. Put transmission in "Neutral" (N).
   - Move shift lever to forward position, back to second detent (figure 34).
4. Hold rod (1) tightly in swivel (12).

**Tighten**

- Screw (10) to 18 N·m (13 ft. lb.).

5. Put column selector lever in "Park" (P) position.
6. Check adjustment.
   - Column selector lever must go into all positions.
   - Engine must start in "Park" (P) or "Neutral" (N) positions only. Adjust if needed, refer to ELECTRICAL (SEC. 8).

**CAUTION: With the selector lever in the "Park" (P) position, the parking pawl should freely engage within the rear (reaction) internal gear lugs or output ring gear lugs and prevent the vehicle from rolling, which could cause personal injury.**

- Align indicator, if needed.
- Release parking brake.




Figure 33 – Shift Linkage

# EXHIBIT J

# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
Includes index.
ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1997
423—dc20 96-42529
CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

17181920RMcN97

The E

A D

Abbreviations an

-'lä-grə-fē\ n (1922) : roentgenography
nal fluid has been replaced by a gas (as
fə-lō-,mī-ə-'lī-təs\ n, pl -elit·i·des \-ə-
urrent inflammation of the brain and
al virus diseases of horses
,mī-ə-kär-'dī-təs\ n [NL] (1947) : an
:terized by degeneration and inflamma-
scle and lesions of the central nervous
ən\ n, pl -la \-lə\ [NL, fr. Gk enke-
rain
:ä-pə-thē\ n (1866) : a disease of the
.tions of brain structure — en·ceph·a-
leynen, fr. MF enchainer, fr. OF, fr. en-
d or hold with or as if with chains —
E, fr. MF enchanter, fr. L incantare, fr.
CHANT] (14c) 1 : to influence by or as
EWITCH 2 : to attract and move deeply
:he scene ~ed her to the point of tears
.CT
ichants; esp : SORCERER
MING — en·chant·ing·ly \-'chan-tiŋ-
en-\ n (13c) 1 a : the act or art of
ate of being enchanted 2 : something
\ n (14c) 1 : a woman who practices
:ing woman
emboss, fr. MF enchasser to enshrine,
r. L capsa case — more at CASE] (15c)
:arve in relief b : INLAY 2 : SET (~ a
AmerSp, fr. fem. of enchilado, pp. of
Sp en- 'en- + chile chili] (1887) 1 : a
rith chili sauce and usu. baked 2
ole ~)
-,ki-'\ n, pl -rid·ia \-dē-ə\ [LL, fr. Gk
nd — more at IN, CHIR-] (15c) : HAND-
form, pl -en·chy·ma·ta \ən-'ki-mə-tə,
parenchyma] : cellular tissue (collen-
7) : to convert (a message) into cipher
n·ci·pher·ment \-fər-mənt\ n
E enserclen] (15c) 1 : to form a circle
is completely around — en·cir·cle-
n clear] (ca. 1897) : in plain language
: to seize and hold : EMBRACE
-'äŋ-\ n [F, fr. MF, fr. enclaver to en-
to lock up, fr. L in- + clavis key —
inct territorial, cultural, or social unit
eign territory (ethnic ~s)
ticus, fr. Gk enklitikos, fr. enklinesthai
lean — more at LEAN] (ca. 1663) : a
:eding word — enclitic adj
rob. fr. enclos enclosed, fr. MF, pp. of
/L inclaudere, alter. of L includere —
) : to close in : SURROUND (~ a porch
nmon land) for individual use b : to
along with something else in a parcel
:rewith)
15c) 1 : the act or action of enclos-
ıg enclosed 2 : something that en-
letter with two ~s)
) 1 : to convert (as a body of infor-
1unication into another; esp : to con-
o specify the genetic code for — en-
ıē-əst\ n [Gk enkōmiastēs, fr. en-
(1610) : one that praises : EULOGIST
k\ adj
-mi·ums or -mia \-mē-ə\ [L, fr. Gk
el, celebration] (1589) : glowing and
an expression of this
RIC, TRIBUTE, CITATION mean a formal
implies enthusiasm and warmth in
.OGY applies to a prepared speech or
services of a person. PANEGYRIC sug-
mpliment. TRIBUTE implies deeply felt
words or through a significant act.
raise accompanying the mention of a
ı awarding an honorary degree.
o -'käm-\ vt [ME] (14c) 1 a : to
obs : to go completely around 2 a
at ~es a number of aims) 3 : BRING
n·com·pass·ment \-pə-smənt\ n
, again] (1712) : a demand for repe-
ı audience; also : a reappearance or
: to such a demand
1748) : to request an encore of or by
b en·coun·tered; en·coun·ter·ing
fr. MF encontrer, fr. ML incontrare,
contra against — more at COUNTER]
versary or enemy b : to engage in
ace-to-face 3 : to come upon esp.
by chance
:ing esp. between hostile factions or
nt clash : COMBAT 2 a : a chance

meeting b : a direct often momentary meeting 3 : a coming into the vicinity of a celestial body (the Martian ~ of a spacecraft)

**encounter group** n (1967) : a usu. unstructured group that seeks to develop the capacity of the individual to express feelings and to form emotional ties by unrestrained confrontation of individuals

**en·cour·age** \in-'kər-ij, -'kə-rij, en-\ vt -aged; -ag·ing [ME encoragen, fr. MF encoragier, fr. OF, fr. en- + corage courage] (15c) 1 : to inspire with courage, spirit, or hope : HEARTEN 2 : to spur on : STIMULATE 3 : to give help or patronage to : FOSTER **syn** see HEARTEN — **en·cour·ag·er** n

**syn** ENCOURAGE, INSPIRIT, HEARTEN, EMBOLDEN mean to fill with courage or strength of purpose. ENCOURAGE suggests the raising of one's confidence esp. by an external agency (the teacher's praise *encouraged* the students to greater efforts). INSPIRIT, somewhat literary, implies instilling life, energy, courage, or vigor into something (patriots *inspirited* the people to resist). HEARTEN implies the lifting of dispiritedness or despondency by an infusion of fresh courage or zeal (a hospital patient *heartened* by good news). EMBOLDEN implies the giving of courage sufficient to overcome timidity or reluctance (*emboldened* by her first success, she tried an even more difficult climb).

**en·cour·age·ment** \-ij-mənt, -rij-\ n (1568) 1 : the act of encouraging : the state of being encouraged 2 : something that encourages

**en·cour·ag·ing** \-i-jiŋ, -ri-jiŋ\ adj (1593) : giving hope or promise : INSPIRITING — **en·cour·ag·ing·ly** \-jiŋ-lē\ adv

**en·crim·son** \in-'krim-zən\ vt (1597) : to make or dye crimson

**en·croach** \in-'krōch, en-\ vi [ME encrochen to get, seize, fr. MF encrochier, fr. OF, fr. en- + croc, croche hook — more at CROCHET] (ca. 1534) 1 : to enter by gradual steps or by stealth into the possessions or rights of another 2 : to advance beyond the usual or proper limits (the gradually ~ing sea) **syn** see TRESPASS — **en·croach·er** n — **en·croach·ment** \-'krōch-mənt\ n

**en·crust** \in-'krəst, iŋ-\ vb [prob. fr. L incrustare, fr. in- + crusta crust] vt (1641) : to cover, line, or overlay with or as if with a crust ~ vi : to form a crust

**en·crus·ta·tion** \(,)in-,krəs-'tā-shən, ,en-\ var of INCRUSTATION

**en·crypt** \in-'kript, en-\ vt [en- + crypt- (as in cryptogram)] (1944) 1 : ENCIPHER 2 : ENCODE 1 — **en·cryp·tion** \-'krip-shən\ n

**en·cum·ber** \in-'kəm-bər\ vt -cum·bered; -cum·ber·ing \-b(ə-)riŋ\ [ME encombren, fr. MF encombrer, fr. OF, fr. en- + (assumed) OF combre dam, weir] (14c) 1 : WEIGH DOWN, BURDEN 2 : to impede or hamper the function or activity of : HINDER 3 : to burden with a legal claim (as a mortgage) (~ an estate)

**en·cum·brance** \in-'kəm-brən(t)s\ n (1535) 1 : something that encumbers : IMPEDIMENT 2 : a claim (as a mortgage) against property

**en·cum·branc·er** \-brən(t)-sər\ n (1858) : one that holds an encumbrance

**-en·cy** \ən(t)-sē, ³n(t)-\ n suffix [ME -encie, fr. L -entia — more at -ENCE] : quality or state (despondency)

**¹en·cyc·li·cal** \in-'si-kli-kəl, en-\ adj [LL encyclicus, fr. Gk enkyklios circular, general, fr. en in + kyklos circle — more at IN, WHEEL] (1647) : addressed to all the individuals of a group : GENERAL

**²encyclical** n (1837) : an encyclical letter; *specif* : a papal letter to the bishops of the church as a whole or to those in one country

**en·cy·clo·pe·dia** also **en·cy·clo·pae·dia** \in-,sī-klə-'pē-dē-ə\ n [ML encyclopaedia course of general education, fr. Gk enkyklios + paideia education, child rearing, fr. paid-, pais child — more at FEW] (1644) : a work that contains information on all branches of knowledge or treats comprehensively a particular branch of knowledge usu. in articles arranged alphabetically often by subject

**en·cy·clo·pe·dic** also **en·cy·clo·pae·dic** \-'pē-dik\ adj (1824) : of, relating to, or suggestive of an encyclopedia or its methods of treating or covering a subject : COMPREHENSIVE (an ~ mind) (an ~ collection of armor) — **en·cy·clo·pe·di·cal·ly** \-di-k(ə-)lē\ adv

**en·cy·clo·pe·dism** \-'pē-,di-zəm\ n (1833) : the quality or state of being encyclopedic

**en·cy·clo·pe·dist** \-'pē-dist\ n (1651) 1 : one who compiles or writes for an encyclopedia 2 *often cap* : one of the writers of a French encyclopedia (1751–80) who were identified with the Enlightenment and advocated deism and scientific rationalism

**en·cyst** \in-'sist, en-\ vt (1845) : to enclose in a cyst ~ vi : to form or become enclosed in a cyst — **en·cyst·ment** \-'sis(t)-mənt\ n

**¹end** \'end\ n [ME ende, fr. OE; akin to OHG enti end, L ante before, Gk anti against] (bef. 12c) 1 a : the part of an area that lies at the boundary b (1) : a point that marks the extent of something (2) : the point where something ceases to exist (world without ~) c : the extreme or last part lengthwise : TIP d : the terminal unit of something spatial that is marked off by units e : a player stationed at the extremity of a line (as in football) 2 a : cessation of a course of action, pursuit, or activity b : DEATH, DESTRUCTION c (1) : the ultimate state (2) : RESULT, ISSUE 3 : something incomplete, fragmentary, or undersized : REMNANT 4 a : an outcome worked toward : PURPOSE (the ~ of poetry is to be poetry —R. P. Warren) b : the object by virtue of or for the sake of which an event takes place 5 a : a share in an undertaking (kept your ~ up) b : a particular operation or aspect of an undertaking or organization (the sales ~ of the business) 6 : something that is extreme : ULTIMATE — used with *the* 7 : a period of action or turn in any of various sports events (as archery or lawn bowling) **syn** see INTENTION — **end·ed** \'en-dəd\ adj — **in the end** : AFTER ALL, ULTIMATELY — **no end** : EXCEEDINGLY — **on end** : without a stop or letup (it rained for days *on end*)

**²end** vt (bef. 12c) 1 a : to bring to an end b : DESTROY 2 : to make up the end of ~ vi 1 a : to come to an end b : to reach a specified ultimate rank or situation — usu. used with *up* (~ed up as a colonel) 2 : DIE **syn** see CLOSE

**³end** adj (13c) : FINAL, ULTIMATE (~ results) (~ markets) (~ product)

**⁴end** vt [prob. alter. of E dial. *in* (to harvest)] (1607) *dial Eng* : to put (grain or hay) into a barn or stack

**end-** or **endo-** comb form [F, fr. Gk, fr. endon within; akin to Gk en in, OL indu, Hitt andan within — more at IN] 1 : within : inside (endoskeleton) — compare ECT-, EXO- 2 : taking in (endothermic)

**en·dam·age** \in-'da-mij\ vt [ME] (14c) : to cause loss or damage to

**end·amoe·ba** \,en-də-'mē-bə\ n [NL, genus name] (ca. 1879) : any of a genus (*Endamoeba*) comprising amoebas parasitic in the intestines of insects — compare ENTAMOEBA

**en·dan·ger** \in-'dān-jər\ vb -dan·gered; -dan·ger·ing \-'dānj-riŋ, -'dān-jə-\ vt (1509) : to bring into danger or peril ~ vi : to create a dangerous situation (driving to ~) — **en·dan·ger·ment** \-'dān-jər-mənt\ n

**en·dan·gered** adj (1964) : being or relating to an endangered species (an ~ bird) (put on the ~ list)

**endangered species** n (1964) : a species threatened with extinction; *broadly* : anyone or anything whose continued existence is threatened

**en·darch** \'en-,därk\ adj (ca. 1900) : formed or taking place from inner cells outward (~ xylem)

**end around** n (1926) : a football play in which an offensive end comes behind the line of scrimmage to take a handoff and attempts to carry the ball around the opposite flank

**end·ar·ter·ec·to·my** \,en-,där-tə-'rek-tə-mē\ n, pl -mies [NL endarterium intima of an artery (fr. end- + arteria artery) + E -ectomy] (1950) : surgical removal of the inner layer of an artery when thickened and atheromatous or occluded (as by intimal plaques)

**end·brain** \'en(d)-,brān\ n (1927) : TELENCEPHALON

**end brush** n (ca. 1891) : END PLATE

**en·dear** \in-'dir\ vt (1580) 1 *obs* : to make higher in cost, value, or estimation 2 : to cause to become beloved or admired — **en·dear·ing·ly** \-iŋ-lē\ adv

**en·dear·ment** \in-'dir-mənt\ n (1610) 1 : a word or an act (as a caress) expressing affection 2 : the act or process of endearing

**¹en·deav·or** \in-'de-vər\ vb **en·deav·ored; en·deav·or·ing** \-v(ə-)riŋ\ [ME endeveren to exert oneself, fr. en- + dever duty — more at DEVOIR] vt (15c) 1 *archaic* : to strive to achieve or reach 2 : to attempt (as the fulfillment of an obligation) by exertion of effort (~s to finish the race) ~ vi : to work with set purpose **syn** see ATTEMPT

**²endeavor** n (15c) 1 : serious determined effort 2 : activity directed toward a goal : ENTERPRISE (fields of ~)

**en·deav·our** *chiefly Brit var of* ENDEAVOR

**¹en·dem·ic** \en-'de-mik, in-\ adj [F endémique, fr. endémie endemic disease, fr. Gk endēmia action of dwelling, fr. endēmos endemic, fr. en in + dēmos people, populace — more at DEMAGOGUE] (1759) 1 a : belonging or native to a particular people or country b : characteristic of or prevalent in a particular field, area, or environment (problems ~ to translation) (the self-indulgence ~ in the film industry) 2 : restricted or peculiar to a locality or region (~ diseases) (an ~ species) **syn** see NATIVE — **en·dem·i·cal·ly** \-'de-mi-k(ə-)lē\ adv — **en·de·mic·i·ty** \,en-,de-'mi-sə-tē, -də-'mi-\ n — **en·de·mism** \'en-də-,mi-zəm\ n

**²endemic** n (1926) : an endemic organism

**end·er·gon·ic** \,en-,dər-'gä-nik\ adj [end- + Gk ergon work — more at WORK] (1940) : ENDOTHERMIC 1 (an ~ biochemical reaction)

**end·ex·ine** \(,)en-'dek-,sēn, -,sīn\ n (1947) : an inner membranous layer of the exine

**end·game** \'en(d)-,gām\ n (1884) : the stage of a chess game after major reduction of forces; *also* : the final stages of some action

**end·ing** \'en-diŋ\ n (bef. 12c) : something that constitutes an end: as a : CONCLUSION b : one or more letters or syllables added to a word base esp. in inflection

**endite** *var of* INDITE

**en·dive** \'en-,dīv, ,än-'dēv\ n [ME, fr. MF, fr. LL endivia, fr. LGk entybion, fr. L intubus] (14c) 1 : an annual or biennial composite herb (*Cichorium endivia*) widely cultivated as a salad plant — called also *escarole* 2 : the developing crown of chicory when blanched for use as a vegetable or in salads by growing in darkness or semidarkness

**end·leaf** \'end-,lēf\ n (1888) : ENDPAPER

**end·less** \'en(d)-ləs\ adj (bef. 12c) 1 : being or seeming to be without end (an ~ speech) 2 : extremely numerous (all the multiplied, ~, nameless iniquities —Edmund Burke) 3 : joined at the ends (an ~ chain) — **end·less·ly** adv — **end·less·ness** n

**end line** n (1893) : a line marking an end or boundary esp. of a playing area: as a : a line at either end of a football field 10 yards beyond and parallel to the goal line b : a line at either end of a court (as in basketball or tennis) perpendicular to the sidelines

**end·long** \'end-,lȯŋ\ adv [ME endelong, alter. of andlong, fr. OE andlang along, fr. andlang, prep. — more at ALONG] (13c) *archaic* : LENGTHWISE

**end man** n (1865) : a man at each end of the line of performers in a minstrel show who engages in comic repartee with the interlocutor

**end·most** \'en(d)-,mōst\ adj (bef. 12c) : situated at the very end

**end·note** \'en(d)-,nōt\ n (1926) : a note placed at the end of the text

**en·do·bi·ot·ic** \,en-dō-,bī-'ä-tik, -bē-\ adj [ISV] (ca. 1900) : dwelling within the cells or tissues of a host (~ fungi)

**en·do·car·di·al** \,en-dō-'kär-dē-əl\ adj (ca. 1849) 1 : situated within the heart 2 : of or relating to the endocardium




**en·do·car·di·tis** \-,kär-'dī-təs\ n [NL] (ca. 1839) : inflammation of the lining of the heart and its valves

**en·do·car·di·um** \-'kär-dē-əm\ n, pl -dia \-dē-ə\ [NL, fr. end- + Gk kardia heart] (ca. 1864) : a thin serous membrane lining the cavities of the heart

**en·do·carp** \'en-də-,kärp\ n [F endocarpe] (1830) : the inner layer of the pericarp of a fruit (as an apple or orange) when it consists of two or more layers of different texture or consistency

endocarp (cross section of a cherry): *1* exocarp, *2* mesocarp, *3* endocarp, *4* seed; *1*, *2*, and *3* together form the pericarp

**en·do·cast** \'en-dō-,kast\ n (1949) : ENDOCRANIAL CAST

**en·do·chon·dral** \,en-də-'kän-drəl\ adj (1882) : relating to, formed by, or being ossification that takes place from centers arising in cartilage and involves deposition of lime salts in the carti-

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

Case 1:05-cv-01209-LMB Document 42-8 Filed 03/23/2007 Page 10 of 10



**king·side** \-ˌsīd\ *n* (1941) : the side of a chessboard containing the file on which the king sits at the beginning of the game

**king–size** \-ˌsīz\ *or* **king–sized** \-ˌsīzd\ *adj* (1942) **1** : longer than the regular or standard size ‹a ~ cigarette› **2** : unusually large **3 a** : having dimensions of approximately 76 inches by 80 inches (about 1.9 by 2.0 meters) — used of a bed; compare FULL-SIZE, QUEEN-SIZE, TWIN-SIZE **b** : of a size that fits a king-size bed ‹~ sheets›

**king snake** *n* (1709) : any of numerous brightly marked colubrid snakes (genus *Lampropeltis*) chiefly of No. and Central America

**king's ransom** *n* (ca. 1590) : a very large sum

**king·wood** \-ˌwu̇d\ *n* (ca. 1851) : the wood of any of several tropical American leguminous trees (esp. genus *Dalbergia*); *esp* : the wood of a Brazilian tree (*D. cearensis*) used esp. for furniture

**ki·nin** \ˈkī-nən\ *n* [Gk *kinein* to move, stimulate + E [1]*-in* — more at -KINESIS] (1954) **1** : any of various polypeptide hormones that are formed locally in the tissues and cause dilation of blood vessels and contraction of smooth muscle **2** : CYTOKININ

[1]**kink** \ˈkiŋk\ *n* [D; akin to MLG *kinke* kink] (1678) **1** : a short tight twist or curl caused by a doubling or winding of something upon itself **2 a** : a mental or physical peculiarity : ECCENTRICITY, QUIRK **b** : WHIM **3** : a clever unusual way of doing something **4** : a cramp in some part of the body **5** : an imperfection likely to cause difficulties in the operation of something

[2]**kink** *vi* (1697) : to form a kink ~ *vt* : to make a kink in

**kin·ka·jou** \ˈkiŋ-kə-ˌjü\ *n* [F, alter. of *quincajou* wolverine, of Algonquian origin; akin to Ojibwa *kwi·nkwaʔa·ke·* wolverine] (1796) : a nocturnal arboreal omnivorous mammal (*Potos flavus*) found from Mexico to So. America that is related to the raccoon and has a long prehensile tail, large eyes, and yellowish brown fur

**kinky** \ˈkiŋ-kē\ *adj* **kink·i·er; -est** (1844) **1** : closely twisted or curled **2** : relating to, having, or appealing to unconventional tastes esp. in sex; *also* : sexually deviant **3** : OUTLANDISH, FAR-OUT — **kink·i·ly** \ˈkiŋ-kə-lē\ *adv* — **kink·i·ness** \ˈkiŋ-kē-nəs\ *n*

**kin·ni·kin·nick** \ˌki-ni-kə-ˈnik, ˈki-ni-kə-ˌ\ *n* [of Algonquian origin; akin to Massachuset *kinukkinuk* mixture] (1799) : a mixture of dried leaves and bark and sometimes tobacco smoked by the Indians and pioneers esp. in the Ohio valley; *also* : a plant (as a sumac or dogwood) used in it

**-kins** — see -KIN

**kins·folk** \ˈkinz-ˌfōk\ *n pl* (15c) : RELATIVES

**kin·ship** \ˈkin-ˌship\ *n* (1833) : the quality or state of being kin : RELATIONSHIP

**kins·man** \ˈkinz-mən\ *n* (12c) : RELATIVE; *specif* : a male relative

**kins·wom·an** \-ˌwu̇-mən\ *n* (14c) : a female relative

**ki·osk** \ˈkē-ˌäsk\ *n* [Turk *köşk*, fr. Per *kūshk* portico] (1625) **1** : an open summerhouse or pavilion **2** : a small structure with one or more open sides that is used to vend merchandise (as newspapers) or services (as film developing)

**Ki·o·wa** \ˈkī-ə-ˌwȯ, -ˌwä, -ˌwā\ *n, pl* **Kiowa** *or* **Kiowas** (1808) **1** : a member of an American Indian people of what are now Colorado, Kansas, New Mexico, Oklahoma, and Texas **2** : the language of the Kiowa people

[1]**kip** \ˈkip\ *n* [obs. D; akin to MLG *kip* bundle of hides] (ca. 1525) : a bundle of undressed hides of young or small animals; *also* : one of the hides

[2]**kip** *n* [perh. fr. Dan *kippe* cheap tavern] (1879) **1** : BED ‹ready for the ~ after this screwball day —K. M. Dodson› **2** *chiefly Brit* : SLEEP, NAP ‹roused the . . . family from their ~ —Sylvia Margolis›

[3]**kip** *vi* **kipped; kip·ping** (ca. 1889) *Brit* : SLEEP — sometimes used with *down* ‹~ down on a spare bed —Alice Glenday›

[4]**kip** *n* [*ki*lo- + *p*ound] (1914) : a unit of weight equal to 1000 pounds (4448 newtons) used to express deadweight load

[5]**kip** \ˈkip, ˈgip\ *n, pl* **kip** *or* **kips** [Lao *ki:p*, lit., ingot] (1955) — see MONEY table

[1]**kip·per** \ˈki-pər\ *n* [ME *kypre*, fr. OE *cypera*; akin to OE *coper* copper] (bef. 12c) **1** : a male salmon or sea trout during or after the spawning season **2** : a kippered herring or salmon

[2]**kipper** *vt* **kip·pered; kip·per·ing** \-p(ə-)riŋ\ (1773) : to cure (split dressed fish) by salting and smoking — **kip·per·er** \-pər-ər\ *n*

**Kir·ghiz** \kir-ˈgēz\ *n, pl* **Kirghiz** *or* **Kir·ghiz·es** [Kirghiz *kɪrgɪz*] (1600) **1** : a member of a Turkic people of Kyrgyzstan and adjacent areas of central Asia **2** : the language of the Kirghiz

**kirk** \ˈkirk, ˈkərk\ *n* [ME (northern dial.), fr. ON *kirkja*, fr. OE *cirice* — more at CHURCH] (12c) **1** *chiefly Scot* : CHURCH **2** *cap* : the national church of Scotland as distinguished from the Church of England or the Episcopal Church in Scotland

**Kir·li·an photography** \ˈkir-lē-ən-\ *n* [Semyon D. & Valentina K. *Kirlian* *fl*1939 Soviet inventors] (1972) : a process in which an image is obtained by application of a high-frequency electric field to an object so that it radiates a characteristic pattern of luminescence that is recorded on photographic film — **Kirlian photograph** *n*

**Kir·man** \kər-ˈmän, kir-\ *n* [*Kirman*, province in Iran] (1876) : a Persian carpet or rug characterized by elaborate fluid designs and soft colors

**kir·mess** \ˈkər-məs\ *var of* KERMIS

**kirsch** \ˈkirsh\ *n* [G, short for *Kirschwasser*, fr. *Kirsche* cherry + *Wasser* water] (1869) : a dry colorless brandy distilled from the fermented juice of the black morello cherry

**Kirt·land's warbler** \ˈkərt-lən(d)z-\ *n* [Jared P. *Kirtland* †1877 Am. naturalist] (1858) : a rare warbler (*Dendroica kirtlandii*) of northeastern No. America that breeds in Michigan and winters in the Bahamas

**kir·tle** \ˈkər-tᵊl\ *n* [ME *kirtel*, fr. OE *cyrtel*, fr. (assumed) OE *curt* short, fr. L *curtus* shortened — more at SHEAR] (bef. 12c) **1** : a tunic or coat worn by men esp. in the Middle Ages **2** : a long gown or dress worn by women

**kish·ke** *also* **kish·ka** \ˈkish-kə\ *n* [Yiddish *kishke* gut, sausage, of Slavic origin; akin to Pol *kiszka* gut, sausage] (ca. 1936) : beef or fowl casing stuffed (as with meat, flour, and spices) and cooked

**Kis·lev** \ˈkis-ləf\ *n* [Heb *Kislēw*] (14c) : the 3d month of the civil year or the 9th month of the ecclesiastical year in the Jewish calendar — see MONTH table

**kis·met** \ˈkiz-ˌmet, -mət\ *n, often cap* [Turk, fr. Ar *qismah* portion, lot] (1834) : FATE 1, 2a

[1]**kiss** \ˈkis\ *vb* [ME, fr. OE *cyssan*; akin to OHG *kussen* to kiss] *vt* (bef. 12c) **1** : to touch with the lips esp. as a mark of affection or greeting **2** : to touch gently or lightly ‹wind gently ~*ing* the trees› ~ *vi* **1** : to salute or caress one another with the lips **2** : to come in gentle contact — **kiss·able** \ˈki-sə-bəl\ *adj* — **kiss ass** : to act obsequiously esp. to gain favor — usu. considered vulgar — **kiss good–bye** **1** : LEAVE **2** : to resign oneself to the loss of

[2]**kiss** *n* (bef. 12c) **1** : a caress with the lips **2** : a gentle touch or contact **3 a** : a small drop cookie made of meringue **b** : a bite-size piece of candy often wrapped in paper or foil **4** : an expression of affection ‹sent him ~*es* in her letter›

**kiss–and–tell** \ˈkis-ᵊn(d)-ˈtel\ *adj* (1949) : telling details of private matters ‹*kiss-and-tell* autobiographies›

**kiss·er** \ˈki-sər\ *n* (1537) **1** : one that kisses **2** *slang* **a** : MOUTH **b** : FACE

**kissing bug** *n* (1899) : CONENOSE

**kissing cousin** *n* (1941) **1** : a person and esp. a relative whom one knows well enough to kiss more or less formally upon meeting **2** : one that is closely related in kind to something else

**kissing disease** *n* [fr. the belief that it is frequently transmitted by kissing] (1962) : INFECTIOUS MONONUCLEOSIS

**kiss of death** [fr. the kiss with which Judas betrayed Jesus (Mk 14:44–46)] (1943) : something (as an act or association) ultimately causing ruin

**kiss off** *vt* (ca. 1935) : to dismiss lightly ‹*kisses* the other performers *off* as mere amateurs› — **kiss–off** \ˈki-ˌsȯf\ *n*

**kiss of life** (1961) *chiefly Brit* : artificial respiration by the mouth-to-mouth method

**kiss of peace** (ca. 1898) : a ceremonial kiss, embrace, or handclasp used in Christian liturgies and esp. the Eucharist as a sign of fraternal unity

**kist** \ˈkist\ *n* [ME *kiste*, fr. ON *kista*, ultim. fr. L *cista* — more at CHEST] (14c) *chiefly Scot & SoAfr* : CHEST 1b

[1]**kit** \ˈkit\ *n* [ME] (14c) **1** *dial Brit* : a wooden tub **2 a** (1) : a collection of articles usu. for personal use ‹a travel ~› (2) : a set of tools or implements ‹a carpenter's ~› (3) : a set of parts to be assembled or worked up ‹model-airplane ~› (4) : a packaged collection of related material ‹convention ~› (5) *chiefly Brit* : GEAR ‹run over to my billet and get some overnight ~ —Lionel Shapiro› **b** : a container for any of such sets or collections **3** : a group of persons or things — usu. used in the phrase *the whole kit and caboodle*

[2]**kit** *vt* **kit·ted; kit·ting** (1919) *chiefly Brit* : EQUIP, OUTFIT — often used with *up* or *out*

[3]**kit** *n* [origin unknown] (1519) : a small narrow violin

[4]**kit** *n* (1562) **1** : KITTEN **2** : a young or undersized fur-bearing animal; *also* : its pelt

**kit bag** *n* [[1]*kit*] (1893) **1** : KNAPSACK **2** : a suitcase usu. with sides that fasten at the top or open to the full width of the bag

**kitch·en** \ˈki-chən\ *n* [ME *kichene*, fr. OE *cycene*, fr. LL *coquina*, fr. L *coquere* to cook — more at COOK] (bef. 12c) **1** : a place (as a room) with cooking facilities **2** : the personnel that prepares, cooks, and serves food **3** : CUISINE

**kitchen cabinet** *n* (1832) **1** : an informal group of advisers to one in a position of power (as the head of a government) **2** : a cupboard with drawers and shelves for use in a kitchen

**kitch·en·ette** \ˌki-chə-ˈnet\ *n* (1903) : a small kitchen or an alcove containing cooking facilities

**kitchen garden** *n* (1580) : a garden in which plants (as vegetables or herbs) for use in the kitchen are cultivated

**kitchen midden** *n* (1863) : a refuse heap; *specif* : a mound marking the site of a primitive human habitation

**kitchen police** *n* (ca. 1917) **1** : KP **2** : the work of KPs

**kitch·en–sink** \-ˈsiŋk\ *adj* (1941) **1** *chiefly Brit* : portraying or emphasizing the squalid aspects of modern life ‹the ~ realism of contemporary British drama —*Current Biog.*› **2** : being or made up of a hodgepodge of disparate elements or ingredients

**kitch·en·ware** \-ˌwar, -ˌwer\ *n* (1722) : utensils and appliances for use in a kitchen

[1]**kite** \ˈkīt\ *n* [ME, fr. OE *cȳta*; akin to MHG *küze* owl] (bef. 12c) **1** : any of various usu. small hawks (family Accipitridae) with long narrow wings and often a notched or forked tail **2** : a person who preys on others **3** : a light frame covered usu. with paper or cloth, often provided with a balancing tail, and designed to be flown in the air at the end of a long string **4** : a check drawn against uncollected funds in a bank account or fraudulently raised before cashing **5** : a light sail used in a light breeze usu. in addition to the regular working sails; *esp* : SPINNAKER — **kite·like** *adj*

[2]**kite** *vb* **kit·ed; kit·ing** *vt* (1839) **1** : to use (a bad check) to get credit or money **2** : to cause to soar ‹*kited* the prices they charged wealthy clients› ~ *vi* **1 a** : to go in a rapid, carefree, or flighty manner **b** : to rise rapidly : SOAR ‹the prices of necessities continue to ~› **2** : to get money or credit by a kite

**kit fox** *n* [[4]*kit*] (1805) **1 a** : SWIFT FOX **b** : a fox (*Vulpes macrotis*) of the southwestern U.S. and Mexico with exceptionally large ears and a black tip on the tail **2** : the fur or pelt of a kit fox

**kith** \ˈkith\ *n* [ME, fr. OE *cȳthth*; akin to *cūth* known — more at UNCOUTH] (bef. 12c) : familiar friends, neighbors, or relatives ‹~ and kin›

**kith·a·ra** \ˈki-thə-rə\ *n* [ME *cithara*, fr. L, fr. Gk *kithara*] (14c) : an ancient Greek stringed instrument similar to but larger than the lyre and having a box-shaped resonator

**kithe** \ˈkīth\ *vb* **kithed; kith·ing** [ME, fr. OE *cȳthan*, fr. *cūth*] *vt* (bef. 12c) *chiefly Scot* : to make known ~ *vi, chiefly Scot* : to become known

**kitsch** \ˈkich\ *n* [G, kitsch, trash] (1925) : something that appeals to popular or lowbrow taste and is often of poor quality — **kitsch** *adj* — **kitschy** \ˈki-chē\ *adj*

[1]**kit·ten** \ˈki-tᵊn\ *n* [ME *kitoun*, fr. (assumed) ONF *caton*, dim. of *cat*, fr. LL *cattus*] (14c) : a young cat; *also* : an immature individual of various other small mammals

[2]**kitten** *vi* **kit·tened; kit·ten·ing** \ˈkit-niŋ, ˈki-tᵊn-iŋ\ (15c) : to give birth to kittens

**kit·ten·ish** \ˈkit-nish, ˈki-tᵊn-ish\ *adj* (1754) : resembling a kitten; *esp* : coyly playful — **kit·ten·ish·ly** *adv* — **kit·ten·ish·ness** *n*

**kit·ti·wake** \ˈki-tē-ˌwāk\ *n* [imit.] (1661) : either of two cliff-nesting gulls (*Rissa tridactyla* and *R. brevirostris*) that winter on the open ocean