**THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** | ) | |
| **PLAINTIFF,** | ) | |
| **v.** | ) | **CASE NO. 1:05CV1209C LMB** |
| **THE UNITED STATES,** | ) | |
| **DEFENDANT.** | ) | |

**READY BUILT DISTRIBUTORS, INC.'S CLAIM CONSTRUCTION BRIEF**

Third-Party Defendant Ready Built Distributors, Inc., ("Ready Built") submits the following Brief in support of its proposed Claim Construction:

Ready Built expressly adopts and incorporates by reference as if fully set forth herein the UNITED STATES CLAIM CONSTRUCTION BRIEF, the APPENDIX TO THE UNITED STATES CLAIM CONSTRUCTION BRIEF, and JASPER ENGINES' CLAIM CONSTRUCTION BRIEF.

Respectfully submitted,

/s/ James S. Ward

James S. Ward
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
(205) 871-5404

*Attorney for Ready-Built Distributors, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on the

following by Electronic Mail on the 26th day of March, 2007.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Division - Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com

/s/ James S. Ward
OF COUNSEL