Exhibit 5

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**No. 05-1209 C**

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **No. 05-1209 C** |
| **Defendant,** | ) | **Judge Lawrence M. Baskir** |
| **and** | ) | |
| **JASPER ENGINES &TRANSMISSIONS,** | ) | |
| **Third-Party Defendant,** | ) | |
| **and** | ) | |
| **READY BUILT DISTRIBUTORS, INC.** | ) | |
| **Third-Party Defendant.** | ) | |

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS NOS. 23-24 , INTERROGATORY NO. 12, AND REQUESTS FOR ADMISSION NOS. 6-14, TO DEFEENDENT JASPER ENGINES & TRANSMISSIONS**

Take notice that pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure, Plaintiff Jennings Transmission Services of Goldsboro, Inc. requests Defendant Jasper Engines & Transmissions ("Jasper") to answer the following requests and produce responsive documents at the offices of undersigned counsel within 30 days of the date of service of these requests upon it. Plaintiff incorporates herein its previously served definitions and instructions for discovery requests.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Produce the following:

**Document Request No. 23:**

Documents sufficient to disclose Plaintiff's document, record, and electronic records retention policy or policies from the year 2000 to date.

**Document Request No. 24:**

A copy of each electronic database containing information pertaining to the sale or distribution of Accused Devices, together with documentation sufficient to identify the software used to compile and read each database.

## INTERROGATORY

**Interrogatory No. 12:**

For each year of sale, disclose your net and gross profits from your sale of Accused Devices.

**Response:**

## REQUEST FOR ADMISSION

Admit or deny the following:

**Request No. 6:**

You maintain computerized accounting records of your costs and revenues.

**Response:**

**Request No. 7:**

You maintain computerized accounting records of your costs and revenues associated with Accused Devices.

**Response:**

**Request No. 8:**

You maintain computerized records of your sales of Accused Devices

**Response:**

**Request No. 9:**

You maintain records of your sales of Accused Devices.

**Response:**

**Request No. 10:**

You have generated summary compilations of your sales of Accused Devices.

**Response:**

**Request No. 11:**

You are capable of generating summary compilations of your sales of Accused Devices.

**Response:**

**Request No. 12:**

You are capable of generating profit reports.

**Response:**

**Request No. 13:**

You are capable of generating reports that show your profits from your sales of Accused Devices.

**Response:**

**Request No. 14:**

You have not produced documents that summarize your sales of Accused Devices.

**Response:**

This the 2nd day of April, 2007.

**COATS & BENNETT, P.L.L.C.**
**Attorneys for Plaintiff**

By: ________________________________
Anthony J. Biller
N.C. State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

**CERTIFICATE OF SERVICE**

I certify that on this day, the 2nd of April, 2007, a true and correct copy of the foregoing **PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS NOS. 23-24, INTERROGATORY NO. 12, AND REQUESTS FOR ADMISSION NOS. 6-14 TO DEFEENDENT JASPER ENGINES & TRANSMISSIONS** was served via regular U.S. Mail and email to the following addresses:

Ken B. Barrett, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
ken.barrett@usdoj.gov
*Attorney for Defendant Post Office*

James M. Hinshaw, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com
*Attorney for Defendant Jasper*

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
jward@wardwilson.com
*Attorney for Defendant Ready Built*

By: ______________________
Anthony J. Biller
Attorney for Plaintiff