**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.**

**Plaintiff,**

**No. 05-1209 C**

**v.**

**Judge Lawrence M. Baskir**

**THE UNITED STATES,**

**Defendant,**

**and**

**JASPER ENGINES & TRANSMISSIONS**

**Third-Party Defendant,**

**and**

**READY BUILT DISTRIBUTORS, INC.,**

**Third-Party Defendant.**

---

**MOTION TO COMPEL THE UNITED STATES' DISCOVERY RESPONSES AND FOR SANCTIONS**

---

Pursuant to Rules of the Court of Federal Claims ("R.C.F.C.") 33, 34, and 37, Plaintiff Jennings Transmission Service moves the Court to compel Defendant United States ("the Government") to fully respond to Plaintiff's discovery requests. Specifically, Plaintiff asks the Court to:

1. Overrule the Government's blanket objections;

2. Overrule the Government's objections to Interrogatory No. 1 and Document Request Nos. 8-10 and 12 and order the Government to fully respond to these requests;

3. Order the Government to produce a privilege log; and

4. Impose sanctions on the Government, to include the costs and fees associated with the filing of this motion.

In accordance with R.C.F.C. 37 (a)(2)(B), Plaintiff attempted in good faith to resolve these discovery issues with the Government and has been unable to obtain full and complete responses to the aforementioned discovery requests.

Plaintiff submits herewith a supporting memorandum.

Respectfully submitted, this the 11th day of May, 2007.

**COATS & BENNETT, P.L.L.C.**
**Attorneys for Plaintiff**

By: /s/ Anthony J. Biller
Larry L. Coats
North Carolina State Bar No. 5,547
Anthony J. Biller
North Carolina State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

**CERTIFICATE OF SERVICE**

I certify that the foregoing **MOTION TO COMPEL THE UNITED STATES' DISCOVERY RESPONSES AND FOR SANCTIONS** is being served electronically this 11th day of May, 2007 using the CM/ECF system which will send notification of such filing to the following email addresses:

Ken B. Barrett, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
ken.barrett@usdoj.gov
*Attorney for Defendant United States*

James M. Hinshaw, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com
*Attorney for Defendant Jasper*

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
jward@wardwilsonlaw.com
*Attorney for Defendant Ready Built*

By: /s/ Anthony J. Biller
Anthony J. Biller
Attorney for Plaintiff