Exhibit 2

Coats & Bennett PLLC

1400 Crescent Green
Suite 300
Cary, North Carolina 27518
tel: 919-854-1844
800-575-1278
fax: 919-854-2084
www.coatsandbennett.com

Patents, Trademarks, Copyrights, Trade Secrets, Licensing, and Related Litigation

Larry L. Coats
David E. Bennett
John R. Owen
David D. Kalish
Anthony J. Biller
Michael D. Murphy
Edward H. Green III
Rebecca E. Crandall
Mark R. Bilak

Stephen A. Herrera*
Jennifer K. Stewart*

*Registered patent agent

May 9, 2007

**VIA FACSIMILE and U.S. MAIL**

Mr. James S. Ward
Ward and Wilson, LLP
2100 Southbridge Parkway, Suite 580
Birmingham, AL 35209

**RE:** ***Jennings v. The United States, et al.***
**Civil File No.: 1:05CV1209C LMB**

Dear Jim:

We have not received responses to *Plaintiff's Requests for Production of Documents Numbers 23-24, Interrogatory Number 12, and Request for Admission Number 6-14, to Defendant Ready-Built Distributors, Inc.* By our calculation, those responses were due on May 2nd. Having failed to timely respond, we believe Ready-Built has waived its right to object. Please immediately produce your client's responses to these requests.

Sincerely,

Anthony J. Biller

cc: Mr. Larry L. Coats, Esq.
Ms. Rebecca E. Crandall, Esq.

AJB/js
4705-001