# Exhibit B

| INVOICE_I | DDATE | CUSTOMER_NUMBER | BRANCH | NAME | ADDR1 | ADDR2 | CITY | STATE | ZIPCODE | PO_NUMBER | INVOICE_NUMBER | QUANTITY | DESCRIPTION | PRICE | STOCK_NUMBER | PROD_NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22626 | 8/18/1997 0:00 | 89377020 | 20 | U.S. POSTAL SERVICE VMF | 8409 LEE HWY | | MERRIFIELD | VA | 220811000 | | 22626 | 1 | 4L60 305H | 941 | 5891800 | 90433 |
| 54705 | 9/24/1997 0:00 | 6101 | 1 | USPS | 1605 BOGGS RD | | DELUTH | GA | 30159 | | 54705 | 1 | SPECIAL POST | 682.76 | 5104200 | 77566 |
| 76175 | 2/25/1998 0:00 | 89435013 | 13 | U S POSTAL SERVICE-KNOXVILLE | 1601 MCCALLA AVE | | KNOXVILLE | TN | 379159998 | 98H398 | 76175 | 1 | SPEC POSTAL | 1184 | 5104201 | 106138 |
| 59299 | 2/25/1998 0:00 | 89479007 | 7 | U S POSTAL SERVICE-NASHVILLE | 707 CHESTNUT ST | | NASHVILLE | TN | 372034701 | CREDIT CARD | 59299 | 1 | SPEC POSTAL | 1184 | 5104201 | 106184 |
| 59335 | 2/27/1998 0:00 | 89479007 | 7 | U S POSTAL SERVICE-NASHVILLE | 707 CHESTNUT ST | | NASHVILLE | TN | 372034701 | | 59335 | 1 | SPEC POSTAL | 1184 | 5104201 | 106187 |
| 44311 | 3/2/1998 0:00 | 89464020 | 20 | U S POSTAL SERVICE-COLUMBIA | 6801 OAK HALL LN | ATTN: MIKE IN PARTS | COLUMBIA | MD | 210459998 | MIKE | 44311 | 1 | SPEC POSTAL | 1184 | 5104202 | 106712 |
| 42223 | 3/3/1998 0:00 | 89455018 | 18 | U S POSTAL SERVICE-MEMPHIS | | 685 S. 3RD ST | MEMPHIS | TN | 381019721 | AUTH#091049 | 42223 | 1 | SPEC POSTAL | 1184 | 5104202 | 106480 |
| 16780 | 3/9/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | | 16780 | 1 | SPEC POSTAL | 1184 | 5104201 | 106428 |
| 16781 | 3/9/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | | 16781 | 1 | SPEC POSTAL | 1184 | 5104201 | 106420 |
| 16782 | 3/9/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | | 16782 | 1 | SPEC POSTAL | 1184 | 5104201 | 106504 |
| 76400 | 3/9/1998 0:00 | 89435013 | 13 | U S POSTAL SERVICE-KNOXVILLE | 1601 MCCALLA AVE | | KNOXVILLE | TN | 379159998 | CARD | 76400 | 1 | SPEC POSTAL | 1184 | 5104201 | 107899 |
| 59459 | 3/9/1998 0:00 | 89479007 | 7 | U S POSTAL SERVICE-NASHVILLE | 707 CHESTNUT ST | | NASHVILLE | TN | 37203470 | | 59459 | 1 | SPEC POSTAL | 1184 | 5104201 | 106187 |
| 76407 | 3/10/1998 0:00 | 89435013 | 13 | U S POSTAL SERVICE-KNOXVILLE | 1601 MCCALLA AVE | | KNOXVILLE | TN | 379159998 | 98H425 | 76407 | 1 | SPEC POSTAL | 1184 | 5104201 | 106308 |
| 42337 | 3/10/1998 0:00 | 89455018 | 18 | U S POSTAL SERVICE-MEMPHIS | | 685 S. 3RD ST | MEMPHIS | TN | 381019721 | | 42337 | 1 | SPEC POSTAL | 1184 | 5104201 | 106423 |
| 29340 | 3/13/1998 0:00 | 89403521 | 21 | U S POSTAL SERVICE-EDISON | 21 KILMER RD | | EDISON | NJ | 88990001 | | 29340 | 1 | SPEC POSTAL | 1184 | 5104201 | 106270 |
| 16950 | 3/16/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1616 | 16950 | 1 | SPEC POSTAL | 1184 | 5104202 | 106531 |
| 106504 | 3/17/1998 0:00 | 89388515 | 15 | U S POSTAL SERVICE-NASHVILLE | 707 CHESTNUT ST | | NASHVILLE | TN | 37203 | | 106504 | 1 | SPECIAL POST | 869 | 5104200 | 30598 |
| 29477 | 3/18/1998 0:00 | 89403521 | 21 | U S POSTAL SERVICE-EDISON | 21 KILMER RD | | EDISON | NJ | 88990001 | | 29477 | 1 | SPEC POSTAL | 1184 | 5104201 | 108691 |
| 29478 | 3/18/1998 0:00 | 89403521 | 21 | U S POSTAL SERVICE-EDISON | 21 KILMER RD | | EDISON | NJ | 88990001 | | 29478 | 1 | SPEC POSTAL | 1184 | 5104201 | 108688 |
| 17105 | 3/20/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1696 | 17105 | 1 | SPEC POSTAL | 1184 | 5104202 | 109040 |
| 17106 | 3/20/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1696 | 17106 | 1 | SPEC POSTAL | 1184 | 5104202 | 109035 |
| 17116 | 3/20/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1730 | 17116 | 1 | SPEC POSTAL | 1184 | 5104202 | 109245 |
| 17118 | 3/20/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1730 | 17118 | 1 | SPEC POSTAL | 1184 | 5104202 | 109141 |
| 17128 | 3/23/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1765 | 17128 | 1 | SPEC POSTAL | 1184 | 5104201 | 106427 |
| 17130 | 3/23/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1765 | 17130 | 1 | SPEC POSTAL | 1184 | 5104201 | 106462 |
| 17132 | 3/23/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1765 | 17132 | 1 | SPEC POSTAL | 1184 | 5104201 | 106452 |
| 46794 | 3/23/1998 0:00 | 89464020 | 20 | U S POSTAL SERVICE-COLUMBIA | 6801 OAK HALL LN | ATTN: MIKE IN PARTS | COLUMBIA | MD | 210459998 | 0 | 46794 | 1 | SPEC POSTAL | 1184 | 5104202 | 106712 |
| 46844 | 3/23/1998 0:00 | 89464020 | 20 | U S POSTAL SERVICE-COLUMBIA | 6801 OAK HALL LN | ATTN: MIKE IN PARTS | COLUMBIA | MD | 210459998 | PER CRAIG H. | 46844 | 1 | SPEC POSTAL | 1184 | 5104202 | 106804 |
| 17205 | 3/25/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1757 | 17205 | 1 | SPEC POSTAL | 1184 | 5104202 | 109615 |
| 17223 | 3/25/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1783 | 17223 | 1 | SPEC POSTAL | 1184 | 5104201 | 106488 |
| 17394 | 4/1/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1708 | 17394 | 1 | SPEC POSTAL | 1184 | 5104201 | 106510 |
| 42824 | 4/1/1998 0:00 | 89454026 | 26 | U S POSTAL SERVICE-FT WORTH | 4600 MARK IV PARKWAY | | FT WORTH | TX | 761619341 | AUTH#041949 | 42824 | 1 | SPEC POSTAL | 1184 | 5104201 | 108456 |
| 17491 | 4/3/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1845 | 17491 | 1 | SPEC POSTAL | 1184 | 5104201 | 106519 |
| 48566 | 4/6/1998 0:00 | 89447320 | 20 | U S POSTAL SERVICE-CAPITOL HEI | 9111 EDGEWORTH DR | LOWER SHOP # 2 | CAPITOL HEIGHTS | MD | 207433787 | | 48566 | 1 | SPEC POSTAL | 1184 | 5104202 | 106712 |
| 48780 | 4/7/1998 0:00 | 89447320 | 20 | U S POSTAL SERVICE-CAPITOL HEI | 9111 EDGEWORTH DR | LOWER SHOP # 2 | CAPITOL HEIGHTS | MD | 207433787 | | 48780 | 1 | SPEC POSTAL | 1184 | 5104201 | 110467 |
| 113431 | 4/7/1998 0:00 | 6101 | 1 | U.S POSTAL SERVICE | 520 WEST PONCEDELEON AVE | | DECATUR | GA | 30030 | | 113431 | 1 | SPECIAL POST | 695.2 | 5104200 | 104658 |
| 17619 | 4/8/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1892VEH0211299 | 17619 | 1 | SPEC POSTAL | 1184 | 5104201 | 106525 |
| 17623 | 4/8/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1891VEH4314893 | 17623 | 1 | SPEC POSTAL | 1184 | 5104202 | 109883 |
| 17657 | 4/9/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1893 | 17657 | 1 | SPEC POSTAL | 1184 | 5104201 | 109546 |
| 17658 | 4/9/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1893 | 17658 | 1 | SPEC POSTAL | 1184 | 5104201 | 110034 |
| 30126 | 4/10/1998 0:00 | 89403521 | 21 | U S POSTAL SERVICE-EDISON | 21 KILMER RD | | EDISON | NJ | 88990001 | | 30126 | 1 | SPEC POSTAL | 1184 | 5104201 | 109491 |
| 30127 | 4/10/1998 0:00 | 89403521 | 21 | U S POSTAL SERVICE-EDISON | 21 KILMER RD | | EDISON | NJ | 88990001 | | 30127 | 1 | SPEC POSTAL | 1184 | 5104201 | 109401 |
| 30128 | 4/10/1998 0:00 | 89403521 | 21 | U S POSTAL SERVICE-EDISON | 21 KILMER RD | | EDISON | NJ | 88990001 | | 30128 | 1 | SPEC POSTAL | 1184 | 5104202 | 109152 |
| 43048 | 4/13/1998 0:00 | 89454026 | 26 | U S POSTAL SERVICE-FT WORTH | 4600 MARK IV PARKWAY | | FT WORTH | TX | 761619341 | CARD | 43048 | 1 | SPEC POSTAL | 1184 | 5104201 | 106471 |
| 17801 | 4/15/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1893 | 17801 | 1 | SPEC POSTAL | 1184 | 5104201 | 111184 |
| 17803 | 4/15/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1923 | 17803 | 1 | SPEC POSTAL | 1184 | 5104201 | 111223 |
| 17807 | 4/16/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1923 | 17807 | 1 | SPEC POSTAL | 1184 | 5104201 | 111419 |
| 17852 | 4/16/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1957 | 17852 | 1 | SPEC POSTAL | 1184 | 5104202 | 110714 |
| 43155 | 4/16/1998 0:00 | 89454026 | 26 | U S POSTAL SERVICE-FT WORTH | 4600 MARK IV PARKWAY | | FT WORTH | TX | 761619341 | AUTH#035793 | 43155 | 1 | SPEC POSTAL | 1184 | 5104201 | 106492 |
| 17864 | 4/17/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1923 | 17864 | 1 | SPEC POSTAL | 1184 | 5104201 | 111526 |
| 17872 | 4/17/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1957 | 17872 | 1 | SPEC POSTAL | 1184 | 5104202 | 109888 |
| 17927 | 4/21/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1970 | 17927 | 1 | SPEC POSTAL | 1184 | 5104201 | 111844 |
| 17929 | 4/21/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1971 | 17929 | 1 | SPEC POSTAL | 1184 | 5104201 | 111840 |
| 43255 | 4/21/1998 0:00 | 89454028 | 26 | U S POSTAL SERVICE-FT WORTH | 4600 MARK IV PARKWAY | | FT WORTH | TX | 761619341 | | 43255 | 1 | SPEC POSTAL | 1184 | 5104201 | 106497 |
| 18252 | 5/1/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 1970 | 18252 | 1 | SPEC POSTAL | 1184 | 5104201 | 111899 |
| 51879 | 5/4/1998 0:00 | 89447320 | 20 | U S POSTAL SERVICE-CAPITOL HEI | 9111 EDGEWORTH DR | LOWER SHOP # 2 | CAPITOL HEIGHTS | MD | 207433787 | | 51879 | 1 | SPEC POSTAL | 1184 | 5104202 | 109183 |
| 51852 | 5/4/1998 0:00 | 89464020 | 20 | U S POSTAL SERVICE-COLUMBIA | 6801 OAK HALL LN | ATTN: MIKE IN PARTS | COLUMBIA | MD | 210459998 | ROBERT | 51852 | 1 | SPEC POSTAL | 1184 | 5104202 | 106808 |
| 52479 | 5/7/1998 0:00 | 89464020 | 20 | U S POSTAL SERVICE-COLUMBIA | 6801 OAK HALL LN | ATTN: MIKE IN PARTS | COLUMBIA | MD | 210459998 | MIKE | 52479 | 1 | SPEC POSTAL | 1184 | 5104202 | 112927 |
| 18551 | 5/11/1998 0:00 | 89445009 | 9 | U S POSTAL SERVICE-QUINCY | 3535 LOCUST ST | | QUINCY | IL | 62301 | 98-268 | 18551 | 1 | SPEC POSTAL | 1184 | 5104202 | 111718 |
| 18566 | 5/12/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 352 | 18566 | 1 | SPEC POSTAL | 1184 | 5104202 | 111750 |
| 18568 | 5/12/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 352 | 18568 | 1 | SPEC POSTAL | 1184 | 5104201 | 112055 |
| 18570 | 5/12/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 352 | 18570 | 1 | SPEC POSTAL | 1184 | 5104201 | 111905 |
| 124756 | 5/12/1998 0:00 | 6101 | 1 | U.S. POSTAL UNIT | CROWN RD | | ATLANTA | GA | 30260 | | 124756 | 1 | SPECIAL POST | | 5104200 | 110549 |
| 53305 | 5/14/1998 0:00 | 89464020 | 20 | U S POSTAL SERVICE-COLUMBIA | 6801 OAK HALL LN | ATTN: MIKE IN PARTS | COLUMBIA | MD | 210459998 | MIKE | 53305 | 1 | SPEC POSTAL | 1184 | 5104202 | 113614 |
| 53306 | 5/14/1998 0:00 | 89464020 | 20 | U S POSTAL SERVICE-COLUMBIA | 6801 OAK HALL LN | ATTN: MIKE IN PARTS | COLUMBIA | MD | 210459998 | MIKE | 53306 | 1 | SPEC POSTAL | 1184 | 5104202 | 113540 |
| 18727 | 5/15/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 2200 | 18727 | 1 | SPEC POSTAL | 1184 | 5104202 | 112266 |
| 18729 | 5/15/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 2200 | 18729 | 1 | SPEC POSTAL | 1184 | 5104202 | 112181 |
| 18732 | 5/15/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 2208 | 18732 | 1 | SPEC POSTAL | 1184 | 5104201 | 112194 |
| 18736 | 5/15/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 2208 | 18736 | 1 | SPEC POSTAL | 1184 | 5104201 | 112380 |
| 18738 | 5/15/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 2208 | 18738 | 1 | SPEC POSTAL | 1184 | 5104201 | 112384 |
| 18740 | 5/15/1998 0:00 | 89392509 | 9 | U S POSTAL SERVICE-SAINT LOUIS | 1725 CLARK ST | | SAINT LOUIS | MO | 63155 | 2208 | 18740 | 1 | SPEC POSTAL | 1184 | 5104202 | 112574 |
| 53775 | 5/19/1998 0:00 | 89447320 | 20 | U S POSTAL SERVICE-CAPITOL HEI | 9111 EDGEWORTH DR | LOWER SHOP # 2 | CAPITOL HEIGHTS | MD | 207433787 | | 53775 | 1 | SPEC POSTAL | 1184 | 5104202 | 114035 |