**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

JENNINGS TRANSMISSION
SERVICE OF GOLDSBORO, INC.,
Plaintiff,
v.

THE UNITED STATES,
Defendant,
and

JASPER ENGINES & TRANSMISSIONS,
Third-Party Defendant,
and

READY BUILT DISTRIBUTORS, INC.,
Third-Party Defendant.

No. 05-1209 C

Judge Lawrence M. Baskir

**APPENDIX TO**
**THE GOVERNMENT'S RESPONSE TO**
**PLAINTIFF'S "MOTION TO COMPEL THE UNITED**
**STATES' DISCOVERY RESPONSES AND FOR SANCTIONS"**

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice

May 29, 2007

Attorneys for the United States

## TABLE OF CONTENTS FOR THE APPENDIX

A. Declaration of William W. (Wayne) Corey . . . . . . . . . . . . . . . . . . DA1

B. National VMF Directory Listing, July 2005 . . . . . . . . . . . . . . . . . . DA6

C. Letter dated March 30, 2007, from Anthony J. Biller, Esq., to Ken B. Barrett, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DA15

D. Letter dated April 4, 2007, from Ken B. Barrett, Esq., to Anthony J. Biller, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DA17

E. Letter dated April 20, 2007, from Ken B. Barrett, Esq., to Anthony J. Biller, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DA20

F. Letter dated April 16, 2007, from Rafael A. Sanchez, Esq., to Anthony J. Biller, Esq., and Larry L. Coats, Esq. . . . . . . . . . . . DA22

# EXHIBIT A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>JASPER ENGINES & TRANSMISSIONS,<br><br>Third-Party Defendant,<br><br>and<br><br>READY BUILT DISTRIBUTORS, INC.,<br><br>Third-Party Defendant. | No. 05-1209 C<br><br>Judge Lawrence M. Baskir |

**DECLARATION OF WILLIAM W. (WAYNE) COREY**

1. I am employed by the United States Postal Service (USPS) as the Manager of Vehicle Operations at the USPS Headquarters in Washington, DC.

2. I have been employed by the USPS since 1975. Between 1975 and 1988, I held several positions including: technician, supervisor – vehicle maintenance, administrative assistant and general supervisor.

Since 1988, I have been employed in Vehicle Operations (or its predecessor organizations) at the USPS Headquarters. In my current position, which I have held since 2005, I am responsible for the development and implementation of plans, policies and programs for vehicle operations and maintenance of the postal vehicle fleet. As the Manager of Vehicle Operations, my duties include managing the development of information systems requirements used in support of vehicle maintenance and delivery vehicle operations. In my position I interact with the Vehicle Maintenance Facilities (VMFs). For example, I am responsible for providing policies to the VMFs and for the acquisition of vehicles for the VMFs. As a result of my official duties, I am familiar with recordkeeping pertaining to vehicle maintenance and associated parts procurement.

3. I understand that Jennings Transmission is seeking information concerning the USPS's purchases of replacement transmission kits for right-hand drive postal vehicles. I further understand that the information sought includes the model name, part number, the quantities and dates of purchase, the entity from whom each device was purchased and the amount paid for each device.

4. There are approximately 320 USPS facilities located at diverse locations around the United States that are responsible for performing or managing vehicle maintenance. Of those facilities, approximately 192 are VMFs. In addition to the VMFs, vehicles are serviced by Auxiliary VMFs which report to the respective VMFs. The VMFs are grouped into Districts, which in turn, are grouped into Areas. The Area managers report to USPS Headquarters.

5. Each VMF is responsible for the maintenance of fleet vehicles, including the mail delivery vehicles used by local Post Offices, within a certain geographic location. The size of a given VMF's geographic area of responsibility and the number of supported Post Offices varies. Some states contain only one VMF, while large metropolitan areas are serviced by multiple facilities.

6. The USPS has National Ordering Agreements with certain suppliers. The individual VMFs purchase maintenance and repair parts such as transmissions and related linkages directly from the suppliers under the agreements.

7. Invoices for the purchases of transmission kits and linkages at issue in this litigation are maintained at the individual VMFs, not at one central USPS location.

8. The VMFs maintain certain electronic records in a system known as the Vehicle Maintenance Accounting System (VMAS). VMAS is not a single, centralized system. Rather, each individual VMF maintains its own VMAS computer. Each VMF has the discretion to assign repair parts a unique part name and number. Therefore, the part name and number for a given part varies from one VMF to another.

9. The USPS does not have the ability to perform a single query of all the VMAS systems to obtain the purchase information sought by Jennings Transmission. In order to obtain from VMAS the purchase information sought by Jennings Transmission, each VMF that has purchased replacement transmission kits would have to query its VMAS system. Before such a query could be written, each VMF would have to determine which part numbers correspond to the transmission kits. Each VMF could then generate a report of the results of the query.

10. In order to summarize the USPS's total purchases based on the VMAS records, one would have to tally the results obtained from all the 192 VMFs.

I declare under penalty of perjury that the foregoing is true and correct.

May 25, 2007

Mr. William W. (Wayne) Corey
Manager
Vehicle Operations
United States Postal Service

# EXHIBIT B

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| | | | **4A NEW YORK METRO** | | | | | | |
| 300 | 006 | 428462 | San Juan | PR | 585 Roosevelt Ave | 00936-9351 | 787-622-1813 | 1812 | 787-622-1809 |
| 300 | 006 | 428462 | Ponce Aux-of San Juan | PR | Pampanos Rd | 00732-9351 | 787-844-4694 | --- | --- |
| 080 | 070 | 335674 | Newark | NJ | 308 Thomas St | 07114-9997 | 973-465-0591 | 6869 | 973-465-8673 |
| 060 | 070 | 333226 | Hackensack *(in So. Hackensack)* | NJ | 560 Huyler St | 07606-9603 | 201-440-7883 | 7882 | 201-440-6279 |
| 090 | 070 | 336421 | Paterson | NJ | 194 Ward St (Rear) | 07510-9721 | 973-523-3251 | 4027 | 973-977-4622 |
| 100 | 070 | 335981 | Dominick V .Daniels (in Kearny) | NJ | DomV.Daniels,Cust.Serv,850 Newark Tnpk | 07099-9992 | 201-955-9018 | 2769 | 201-991-2314 |
| 030 | 088 | 335686 | Kilmer (in Edison) | NJ | 21 Kilmer Rd | 08899-9721 | 732-819-4305 | 4307 | 732-819-4309 |
| 840 | 088 | 334141 | Lakewood | NJ | 1195 Towbin Ave | 08701-9991 | 732-367-3006 | 3004 | 732-367-4173 |
| 830 | 088 | 338551 | Trenton | NJ | 680 State Highway Rt 130 | 08650-9721 | 609-581-3088 | 3092 | 609-581-0431 |
| 210 | 100 | 355826 | New York | NY | 201 11th Ave | 10199-9721 | 212-330-4912 | 4902 | 212-330-4806 |
| 210 | 100 | 355826 | New York (F.D.R.) Aux-of New York | NY | 909 Third Ave | 10022-9998 | 212-330-5617 | --- | --- |
| 140 | 100 | 350983 | Bronx | NY | *500 E 132 St* | 10454-9603 | 718-742-1923 | 1925 | 718-742-1922 |
| 240 | 105 | 355586 | Westchester (in White Plains) | NY | 1000 Westchester Ave | 10610-9371 | 914-697-7262 | 7261 | 914-697-7265 |
| 160 | 110 | 352896 | Queens (in Jamaica) | NY | 180-66 Liberty Ave | 11433-1484 | 718-264-9254 | 1811 | 718-479-9041 |
| 150 | 110 | 350997 | Brooklyn | NY | 1050 Forbell St | 11256-9721 | 718-348-3369 | 3375 | 718-348-3385 |
| 220 | 110 | 358171 | Staten Island | NY | 550 Manor Rd | 10314-9630 | 718-816-2766 | 2776 | 718-816-2769 |
| 180 | 117 | 353776 | Hicksville | NY | 109 Ludy St | 11801-5155 | 516-433-9188 | 9719 | 516-433-3675 |
| 170 | 117 | 359139 | Western Nassau *(in Garden City)* | NY | 830 A Stewart Ave | 11599-9726 | 516-228-7609 | 7659 | 516-228-7604 |
| | | | **4B NORTHEAST** | | | | | | |
| 580 | 018 | 244601 | Lynn | MA | 51 Willow Street | 01901-9721 | 781-477-0502 | 0928 | 781-586-9060 |
| 630 | 018 | 249624 | Worcester | MA | 4 E Central St | 01613-9721 | 508-795-3707 | 3706 | 508-752-9845 |
| 560 | 018 | 242789 | Framingham | MA | 330 Cochituate Rd | 01701-9994 | 508-872-7660 | 879-4278 | --- |
| 620 | 018 | 247824 | Springfield | MA | 1800 Page Blvd | 01152-9320 | 413-785-6383 | 6389 | 413-785-6489 |
| 620 | 018 | 247824 | Pittsfield Aux-of Springfield | MA | 212 Fenn St | 01201-9998 | 413-442-6961 | --- | 413-447-8962 |
| 530 | 020 | 240800 | Boston | MA | 135 A St | 02210-9721 | 617-348-2118 | 2168 | 617-348-2161 |
| 530 | 020 | 240800 | Chelsea IMC Aux-of Boston | MA | Market & Beacham Sts, IMC North | 02150-9992 | 617-884-7040 | --- | 617-889-2243 |
| 750 | 028 | 437142 | Providence | RI | 55 Corliss St | 02904-9722 | 752-401-5212 | 5218 | 401-752-5290 |
| 540 | 028 | 240954 | Brockton | MA | 149 Crescent St | 02302-9700 | 508-584-3904 | 5081 | 508-427-5517 |
| 550 | 028 | 242551 | Fall River | MA | 17 Bank St | 02722-9993 | 508-678-8089 | 679-5472 | 508-324-1246 |
| 650 | 030 | 324802 | Manchester | NH | 955 Goffs Falls Rd | 03103-9341 | 603-644-4022 | 4091 | 603-644-4099 |
| 320 | 040 | 226902 | Portland | ME | 171 Kennebec St | 04101-9721 | 207-871-8466 | 8533 | 207-772-6287 |
| 270 | 060 | 083368 | Hartford | CT | 85 Weston St | 06101-9331 | 860-524-6240 | 278-2267 | 860-278-2160 |
| 290 | 060 | 084728 | New Haven | CT | 50 Brewery St | 06511-9331 | 203-782-7161 | 7162 | 203-782-7229 |
| 310 | 060 | 088705 | Waterbury | CT | 135 Grand St | 06701-9602 | 203-574-6564 | 6530 | 203-574-6585 |
| 010 | 060 | 087720 | Stamford | CT | 450 West Ave | 06910-9721 | 203-326-2169 | 2179 | 203-326-2174 |



DA6

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 660 | 120 | 350062 | Albany | NY | 30 Old Karner Rd | 12288-9331 | 518-452-2333 | 2338 | 518-452-2453 |
| 660 | 120 | 350062 | Binghamton Aux-of Albany | NY | 115 Henry St | 13902-9721 | 607-773-2157 | --- | 607-773-2179 |
| 660 | 120 | 350062 | Utica Aux-of Albany | NY | 100 Pitcher St | 13504-9721 | 315-738-5357 | --- | 315-738-5365 |
| 700 | 120 | 358362 | Syracuse | NY | 5640 E Taft Rd | 13220-9331 | 315-452-3426 | 3425 | 315-452-3423 |
| 510 | 140 | 351027 | Buffalo | NY | 1200 William St | 14240-9351 | 716-846-2550 | 2564 | 716-846-2369 |
| 510 | 140 | 351027 | Elmira Aux-of Buffalo | NY | Linden Place Blvd | 14901-9721 | 607-737-5121 | --- | --- |
| 800 | 140 | 357107 | Rochester | NY | 1335 Jefferson Rd | 14692-9352 | 585-272-5940 | 5941 | 585-272-5778 |
| | | | **4C EASTERN** | | | | | | |
| 820 | 080 | 337931 | Bellmawr | NJ | 421 Benigno Blvd | 08031-9721 | 856-933-4065 | 4070 | 856-933-4199 |
| 850 | 080 | 096822 | Wilmington | DE | 147 Quigley Blvd, PO Box 10000 | 19850-9721 | 302-323-2239 | 3747 | 302-323-2204 |
| 050 | 150 | 416611 | Pittsburgh | PA | 1136 Western Ave | 15233-9721 | 412-359-7857 | 7856 | 412-321-3197 |
| 050 | 150 | 416611 | Warrendale (BMC) Aux-of Pittsburgh | PA | Brushcreek&Commonwealth, PO Bx1000 | 15086-1000 | 412-776-6291 | --- | --- |
| 050 | 150 | 416611 | Pittsburgh (East Liberty) Aux-of Pittsburgh | PA | 6360 Broad St | 15206-9721 | 412-361-7477 | --- | --- |
| 050 | 150 | 416611 | Pittsburgh (Greentree) Aux-of Pittsburgh | PA | 770 Trumbull Dr | 15242-9721 | 412-923-1323 | --- | --- |
| 050 | 150 | 416611 | Pittsburgh (Penn Hills)Aux-of Pittsburgh | PA | 11650 Penn Hills Dr | 15235-9721 | 412-731-8620 | --- | --- |
| 060 | 150 | 418905 | Washington | PA | 15 Jefferson Ave | 15301-9721 | 724-228-0455 | 724-222-2341 | 724-228-7160 |
| 070 | 150 | 558605 | Wheeling | WV | 2501 Chapline St | 26003-9721 | 304-232-9508 | - | 304-232-1094 |
| 030 | 164 | 412545 | Erie | PA | 2108 E 38th St | 16515-9350 | 814-898-7347 | 7349 | 814-898-7380 |
| 030 | 164 | 412545 | New Castle Aux-of Erie | PA | 435 S Cascade St | 16108-9721 | 412-656-7239 | --- | 412-656-7205 |
| 020 | 164 | 414081 | Johnstown | PA | 103 Clinton St | 15901-9350 | 814-533-4951 | 4950 | 814-533-4966 |
| 020 | 164 | 414081 | Altoona Aux-of Johnstown | PA | 1201 11th Ave | 16601-9998 | 814-944-4505/X23 | --- | --- |
| 080 | 170 | 413486 | Harrisburg | PA | 1425 Crooked Hill Rd | 17107-9371 | 717-257-2175 | 2182 | 717-257-2180 |
| 080 | 170 | 413486 | Williamsport Aux-of Harrisburg | PA | 2901 W Reach Rd | 17701-9998 | 717-320-4134 | --- | 717-323-0124 |
| 970 | 190 | 414581 | Lehigh Valley - John McAtee | PA | 17 S Commerce Way | 18002-9371 | 610-882-3248 | 3251 | 610-882-3354 |
| 970 | 190 | 414581 | Scranton Aux-of Lehigh Valley | PA | 2800 Stafford Ave | 18505-9603 | 717-969-5172 | --- | --- |
| 970 | 190 | 414581 | Wilkes-Barre Aux-of Lehigh Valley | PA | 300 S Main St | 18701-9602 | 717-813-3470 | --- | --- |
| 210 | 190 | 414410 | Lancaster | PA | 1400 Harrisburg Pike | 17604-9331 | 717-396-6921 | 6927 | 717-396-6967 |
| 210 | 190 | 414410 | Reading Aux-of Lancaster | PA | 2100 N 13th St | 19612-9331 | 610-921-7072 | --- | 610-921-7002 |
| 860 | 190 | 416547 | Philadelphia | PA | 3000 Chestnut St | 19104-9721 | 215-895-9290 | 9313 | 215-895-9309 |
| 860 | 190 | 416547 | Philadelphia (BMC) Aux-of Philadelphia | PA | 1900 Byberry Rd | 19116-5556 | 215-671-7752 | --- | --- |
| 860 | 190 | 416547 | Hunt.Pk/Germantown Aux. Of Philadelphia | PA | 4300 Clarissa St. | 19140-1712 | 215-457-7060/64 | --- | 215-457-5339 |
| 870 | 190 | 411625 | *Southeastern* | PA | 1000 W Valley Rd | 19399-9331 | 610-964-6490 | 6495 | 610-964-5446 |
| 610 | 250 | 551460 | Charleston | WV | 602 Donnally St | 25301-9721 | 304-344-0487 | 0558 | 304-343-7681 |
| 610 | 250 | 551460 | Huntington Aux-of Charleston | WV | 1000 Virginia Ave | 25704-9721 | 304-526-9626 | --- | --- |
| 980 | 250 | 551567 | Clarksburg | WV | 200 Cava Dr | 26301-9933 | 304-623-7771 | 7775 | 304-623-7725 |
| 360 | 250 | 517718 | Roanoke | VA | 419 Rutherford Ave N.E. | 24022-9323 | 540-985-8806 | 8808 | 540-344-7425 |
| 360 | 250 | 517718 | Lynchburg Aux-of Roanoke | VA | 3300 Odd Fellows Rd | 24506-9601 | 434-528-8933 | --- | 434-528-8910 |
| 740 | 270 | 363196 | Greensboro | NC | 201 N Murrow Blvd | 27420-9721 | 336-373-9294 | 370-9836 | 336-273-3649 |
| 650 | 270 | 368713 | Winston Salem | NC | 7840 Northpoint Blvd | 27106-9998 | 336-759-3636 | 3637 | 336-759-3634 |
| 650 | 270 | 368713 | Hickory Aux-of Winston-Salem | NC | 321 Main Ave SW | 28602-2928 | 704-328-9131 | --- | --- |



DA7

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 700 | 270 | 366355 | Raleigh | NC | 3 Floretta Pl, PO Box 9721 | 27676-9721 | 919-420-5303 | 5336 | 919-420-5313 |
| 490 | 280 | 361396 | Charlotte | NC | 2901 S I-85 Service Rd | 28228-9930 | 704-393-4532 | 4531 | 704-393-4560 |
| 490 | 280 | 361396 | Asheville Aux-of Charlotte | NC | 4 Clingman Ave | 28801-3206 | 828-271-6401 | 6400 | 828-271-6403 |
| 730 | 280 | 362682 | Fayetteville | NC | 317 Union St | 28302-9721 | 910-486-2339 | --- | --- |
| 730 | 280 | 362682 | Wilmington Aux-of Fayetteville | NC | 5916 Oleander Dr | 28403-4914 | 910-395-9520 | --- | --- |
| 710 | 290 | 451802 | Columbia | SC | 2001 Dixana Rd, PO Box 929341 | 29292-9341 | 803-926-4301 | 4305 | 803-926-4310 |
| 710 | 290 | 451482 | Florence (VWG) Aux-of Columbia | SC | 1901 W Evans St | 29501-9998 | 843-679-2459 | --- | --- |
| 640 | 290 | 453622 | Greenville | SC | 4603 Dairy Dr | 29607-3731 | 864-676-4265 | 1839 | 864-213-1194 |
| 640 | 290 | 453622 | Spartanburg Aux-of Greenville | SC | 250 S Church St | 29301-9721 | 864-542-2361 | --- | --- |
| 720 | 290 | 451482 | Charleston | SC | 6401 Rivers Ave, PO Box 2941997 | 29419-9721 | 843-569-2612 | 2612 | 843-764-4964 |
| 410 | 400 | 204790 | Louisville | KY | 1420 Gardiner La, PO Box 31366 | 40231-9366 | 502-454-1750 | 1890 | 502-454-1984 |
| 410 | 400 | 204790 | Bowling Green Aux-of Louisville | KY | 1227 Center St | 42101-3426 | 270-782-9342 | --- | 270-782-9342 |
| 300 | 400 | 172652 | Evansville | IN | 800 Sycamore St | 47708-9721 | 812-429-3448 | 3495 | 812-429-3493 |
| 400 | 400 | 204602 | Lexington | KY | 1088 Nandino Blvd | 40511-9302 | 606-231-6735 | 6789 | 606-231-6815 |
| 760 | 430 | 381794 | Columbus | OH | 850 Twin Rivers Dr | 43216-9361 | 614-469-4252 | 4256 | 614-224-0337 |
| 760 | 430 | 381794 | Citygate Aux. Of Columbus | OH | 2323 Citygate Drive | 43218-9361 | 614-472-0688 | 0691 | 614-472-0693 |
| 760 | 430 | 381794 | Zanesville Aux-of Columbus | OH | 900 McIntire Ave | 43701-9996 | 740-455-2844 | --- | --- |
| 800 | 440 | 381667 | Cleveland | OH | 1801 Broadway Ave | 44101-9350 | 216-443-4043 | 4036 | 216-443-4035 |
| 800 | 440 | 381667 | Shaker Heights Aux of Cleveland | OH | 16500 Chagrin Blvd | 44122-9721 | 216-751-6879 | --- | 216-751-6393 |
| 800 | 440 | 381667 | Parma Aux of Cleveland | OH | 5320 Commerce Parkway | 44130-1273 | 216-676-5463 | | 216-676-5469 |
| 450 | 440 | 380086 | Akron | OH | 625 Wolf Ledges Pkwy | 44309-9710 | 330-996-9570 | 9575 | 330-376-7886 |
| 450 | 440 | 380086 | Canton Aux-of Akron | OH | 2650 Cleveland Ave NW | 44711-9703 | 216-438-6404 | --- | 216-438-6464 |
| 450 | 440 | 380086 | Mansfield Aux-of Akron | OH | 200 N Diamond St | 44901-9602 | 419-755-4622 | --- | --- |
| 750 | 440 | 389220 | Youngstown | OH | 99 S Walnut St | 44501-9721 | 330-740-8920 | 8923 | 330-740-8924 |
| 750 | 440 | 389220 | Warren Aux-of Youngstown | OH | 2801 Niles Rd SE | 44484-5428 | 216-369-2652 | --- | 214-369-3308 |
| 470 | 450 | 381606 | Cincinnati | OH | 1591 Dalton St | 45234-9721 | 513-684-5627 | 5624 | 513-684-5654 |
| 470 | 450 | 381606 | Cincinnati (Norwood) Aux-of Cincinnati | OH | 4515 Franklin Ave | 45212-9998 | 513-731-4780 | --- | 513-731-4782 |
| 470 | 450 | 381606 | Sharonville Aux-of Cincinnati | OH | 3055 Cresentville Rd | 45235-9721 | 513-733-7128 | --- | --- |
| 500 | 450 | 382095 | Dayton | OH | 1111 E Fifth St Bldg C | 45401-9721 | 937-227-1114 | 1116 | 937-227-3905 |
| 790 | 450 | 388262 | Toledo | OH | 435 S Saint Clair St | 43601-9721 | 419-245-6949 | 6947 | 419-245-6944 |
| | | | **4E WESTERN** | | | | | | |
| 780 | 590 | 290771 | Billings | MT | 2602 1st Ave. North | 59101- 4259 | 406-255-6477 | 657-5695 | 406-255-6442 |
| 710 | 500 | 182415 | Des Moines | IA | 1145 2nd Ave | 50318-9351 | 515-283-7720 | 7722 | 515-283-7727 |
| 710 | 500 | 182415 | Sioux City Aux of Des Moines | IA | 214 Jackson St | 51101-9998 | 712-277-6430 | ---- | 712-277-6424 |
| 700 | 500 | 181505 | Cedar Rapids | IA | 615 6th Ave S.E. | 52401-9351 | 319-399-2935 | 2937 | 319-399-5535 |
| 610 | 553 | 266364 | Minneapolis | MN | 1144 Fillmore St NE | 55413-1683 | 612-349-4990 | 4988 | 612-789-3728 |
| 610 | 553 | 266364 | Bloomington Aux-of Minneapolis | MN | 9641 Garfield Ave S | 55420-4282 | 952-881-8653 | --- | --- |
| 610 | 553 | 266364 | Duluth Aux-of Minneapolis | MN | 2800 W Michigan St | 55806-9601 | 218-723-2572 | --- | 218-273-2515 |
| 620 | 553 | 268362 | Saint Paul | MN | 314 Eva St | 55107-1695 | 651-293-3172 | 3178 | 651-292-8119 |

DA8

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 640 | 570 | 467868 | Sioux Falls | SD | 630 S Cliff Ave | 57104-5320 | 605-575-3557 | --- | 605-575-3556 |
| | | | | | | | | | |
| 750 | 640 | 284220 | Kansas City | MO | 3131 Wyandotte | 64111-9721 | 816-756-5644x13 | --- | 816-531-4536 |
| 810 | 640 | 198356 | Shawnee Mission | KS | 6029 Broadmoor | 66202-9603 | 913-831-5366 | 5362 | 913-831-5365 |
| | | | | | | | | | |
| 910 | 680 | 306647 | Omaha | NE | 1124 Pacific St | 68108-9351 | 402-348-2803 | 2808 | 402-348-2623 |
| 910 | 680 | 306647 | Lincoln Aux-of Omaha | NE | 700 R St | 68501-9351 | 402-473-1630 | | 402-473-1631 |
| 830 | 680 | 199717 | Wichita | KS | 7117 W Harry St | 67276-9351 | 316-946-4551 | 4555 | 316-941-1480 |
| 820 | 680 | 198934 | Topeka | KS | 400 W First St | 66603-3002 | 785-295-9167 | 9155 | 785-295-9166 |
| | | | | | | | | | |
| 730 | 800 | 072356 | Denver | CO | 915 S Logan St | 80209-4195 | 303-853-6730 | 6733 | 303-227-5125 |
| 730 | 800 | 072356 | Denver Aux-of Denver | CO | 7500 E 53rd Pl | 80266-9721 | 303-853-6405 | --- | 303-853-6381 |
| 730 | 800 | 072356 | Grand Junction Aux-of Denver | CO | 308 Grand Ave | 81501-9998 | 303-322-3416 | --- | --- |
| 720 | 800 | 071819 | Colorado Springs | CO | 119 S Sierra Madre | 80903-9721 | 719-570-5468 | --- | 719-471-0464 |
| | | | | | | | | | |
| 760 | 840 | 497787 | Salt Lake City | UT | 10108 S Redwood Rd | 84095-9351 | 801-446-5064 | 5137 | 801-446-5148 |
| 760 | 840 | 497787 | Ogden-Aux of So Jordan | UT | 3690 Pacific Ave | 84401-9606 | 801-627-4295 | --- | --- |
| 760 | 840 | 497787 | Salt Lake City-Aux of So Jordan | UT | 1760 W 2100 S | 84199-9351 | 801-974-2353 | 2352 | 801-974-2985 |
| | | | | | | | | | |
| 530 | 970 | 406786 | Portland | OR | 918 NW Park Ave | 97208-9351 | 503-294-2445 | 2449 | 503-294-2444 |
| 530 | 970 | 406786 | Vancouver Aux-of Portland | OR | 2700 Caples Ave | 98661-6101 | 360-695-4403 | --- | --- |
| 520 | 970 | 402849 | Eugene | OR | 575 Olive St | 97401-9721 | 541-341-3620 | 3622 | 541-431-7147 |
| 590 | 970 | 407393 | Salem | OR | 1050 25th St SE, PO Box 14910 | 97309-0476 | 503-370-4796 | 4797 | 503-540-4611 |
| | | | | | | | | | |
| 540 | 980 | 547620 | Seattle | WA | 2460 4th Ave South | 98134-9351 | 206-381-6616 | 6660 | 206-381-6695 |
| 540 | 980 | 547620 | Bellevue Aux-of Seattle | WA | 13400 SE 30Th St | 98005-4499 | 206-644-8324 | --- | --- |
| 540 | 980 | 547620 | Federal Way BMC Aux-of Seattle | WA | PO Box 5000 | 98063-0500 | 206-874-7385 | --- | --- |
| 540 | 980 | 547620 | Lynwood (North) Aux-of Seattle | WA | 6817 208th St SW | 98036-5956 | 206-771-0121 | --- | --- |
| 560 | 980 | 548331 | Tacoma | WA | 3825 S Warner St | 98409-9721 | 253-471-0785 | 9384 | 253-471-4891 |
| | | | | | | | | | |
| 550 | 990 | 548051 | Spokane (Spokane Valley) | WA | 11211 E Montgomery Dr | 99202-9300 | 509-891-9733 | 9732 | 509-891-9738 |
| 580 | 990 | 150927 | Boise | ID | 770 S 13th St | 83708-9721 | 208-433-4380 | 4382 | 208-433-4407 |
| | | | | | | | | | |
| 600 | 995 | 020314 | Anchorage | AK | 8221 Petersburg St | 99507-3132 | 907-349-9817 | 8900 | 907-349-4150 |
| 600 | 995 | 020314 | Fairbanks Aux-of Anchorage | AK | 5400 Mail Trail | 99709-9998 | 907-455-5463 | --- | 907-455-5480 |
| | | | | | | | | | |
| | | | **4F PACIFIC** | | | | | | |
| | | | | | | | | | |
| 740 | 852 | 036367 | Phoenix | AZ | 4949 E Van Buren St | 85026-9721 | 602-225-3341 | 3351 | 602-225-3395 |
| 770 | 852 | 038882 | Tucson | AZ | 1501 S Cherrybell Strav | 85726-9721 | 520-388-5032 | 5034 | 520-388-5037 |
| | | | | | | | | | |
| 070 | 890 | 314884 | Las Vegas | NV | 1001 E Sunset Rd | 89199-9377 | 702-361-9362 | 9365 | 702-361-9371 |
| 140 | 890 | 317281 | Reno | NV | 2000 Vassar St | 89510-9327 | 775-788-0643 | 0688 | 775-788-0687 |
| | | | | | | | | | |
| 090 | 900 | 054532 | Los Angeles | CA | 7001 S Central Ave | 90052-9310 | 323-586-1900 | 1933 | 323-586-1903 |
| 090 | 900 | 054532 | Bell (BMC) Aux-of Los Angeles | CA | 5553 Bandini Blvd | 90201-9994 | 323-729-4132 | --- | --- |
| 090 | 900 | 054532 | Los Angeles (West) Aux-of Los Angeles | CA | 2306 Corinth Ave | 90052-9310 | 323-272-3231 | --- | --- |
| | | | | | | | | | |
| 280 | 913 | 058104 | Santa Clarita | CA | 28201 Franklin Pkwy | 91383-9310 | 661-775-6741 | 6743 | 661-775-7140 |

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 280 | 913 | 058104 | Van Nuys Aux-of Santa Clarita | CA | 15701 Sherman Way | 91409-9310 | 818-374-5649 | --- | 818-374-5654 |
| 280 | 913 | 058104 | Pasadena Aux-of Santa Clarita | CA | 489 N Fairoaks Ave | 91103-3303 | 818-793-7315 | --- | 626-683-0831 |
| 360 | 913 | 056943 | Santa Barbara (in Oxnard) | CA | 1961 North C St | 93030-9730 | 805-278-7657 | 7660 | 805-981-7625 |
| 360 | 913 | 056943 | San Luis Obispo Aux-of Oxnard | CA | 1655 Dalidio Dr | 93401-6800 | 805-546-9326 | --- | 805-545-0812 |
| 020 | 913 | 050466 | Bakersfield | CA | 3400 Pegasus Dr | 93380-7033 | 661-392-6190 | 6194 | 661-392-6165 |
| 180 | 920 | 056769 | San Diego | CA | 11251 Rancho Carmel Dr | 92199-9721 | 858-674-0313 | 0315 | 858-674-0552 |
| 180 | 920 | 056769 | San Diego Midway Aux-of San Diego | CA | 2535 Midway Dr, PO Box 85530 | 92186-9721 | 619-758-7194 | --- | 619-758-7813 |
| 330 | 920 | 056749 | San Bernardino | CA | 1900 W Redlands Blvd | 92423-9721 | 909-335-4435 | 4438 | 909-335-4642 |
| 330 | 920 | 056749 | Hesperia Aux-of San Bernardino | CA | 17240 Olive St | 92345-9998 | 619-244-8160 | --- | --- |
| 330 | 920 | 056749 | Riverside Aux-of San Bernardino | CA | 17255 Massachusetts Ave | 92507-9998 | 909-784-4137 | | 909-784-5347 |
| 240 | 926 | 056938 | Santa Ana (in Huntington Beach) | CA | 6771 Warner Ave | 92647-9709 | 714-848-9994 | 4904 | 714-842-8287 |
| 240 | 926 | 056938 | Anaheim Aux-of Huntington Beach | CA | 701 N Loara St | 92803-9998 | 714-956-2140 | --- | --- |
| 240 | 926 | 056938 | Mission Viego (S. Counties)Aux-of Hunt.B. | CA | 28081 Marguerite Pkwy | 92690-9998 | 714-364-5705 | --- | --- |
| 350 | 926 | 050107 | La Puente | CA | 15338 Elliot Ave | 91747-9001 | 626-968-1405 | 1404 | 626-968-0250 |
| 350 | 926 | 050107 | Pomona Aux-of La Puente | CA | 580 W Monterey Ave | 91766-9998 | 909-623-0707 | --- | 909-622-6749 |
| 080 | 926 | 054484 | Long Beach | CA | 2300 Redondo Ave | 90809-9351 | 562-494-2365 | 2366 | 562-986-4952 |
| 270 | 926 | 053686 | Torrance | CA | 2510 Monterey St | 90503-9993 | 310-328-9070 | --- | 310-215-1303 |
| 200 | 940 | 056787 | San Francisco | CA | 1300 Evans Ave, PO Box 881448 | 94188-1448 | 415-550-5219 | 5235 | 415-550-5380 |
| 200 | 940 | 056787 | San Mateo (S.F.Penninsula)Aux-of S.F. | CA | 1630 S Delaware St | 94402-9993 | 415-341-8236 | --- | 415-349-9726 |
| 340 | 940 | 055441 | North Bay (in San Rafael) | CA | 40 Bellam Blvd | 94901-9992 | 415-457-1414 | 0305 | 415-457-0438 |
| 100 | 945 | 055510 | Oakland (Bay-Valley) | CA | 1675 7th St | 94615-9351 | 510-874-8462 | 8464 | 510-433-7555 |
| 100 | 945 | 055510 | Walnut Creek (East) Aux-of Oakland | CA | 2070 N Broadway | 94596-3710 | 510-934-5810 | --- | 925-935-8375 |
| 100 | 945 | 055510 | Hayward (South) Aux-of Oakland | CA | 24438 Santa Clara St | 94544-1106 | 510-782-1565 | --- | 510-782-3754 |
| 210 | 945 | 056836 | San Jose | CA | 1750 Lundy Ave | 95101-7033 | 408-437-6635 | --- | 408-437-6676 |
| 170 | 956 | 056677 | Sacramento | CA | 2000 Royal Oaks Dr | 95813-9361 | 916-263-7107 | 7104 | 916-564-9222 |
| 170 | 956 | 056677 | W.Sacramento(SeaportBlvd) Aux-of Sacr. | CA | 3780 Seaport Blvd | 95799-9361 | 916-373-8391 | --- | 916-373-8392 |
| 170 | 956 | 056677 | Redding Aux- of Sacramento | CA | 2440 Larkspur La | 96002-0608 | 916-222-0324 | --- | 916-222-0324 |
| 250 | 956 | 057527 | Stockton | CA | 3131 Arch Airport Rd | 95213-9890 | 209-983-6312 | 6311 | 209-983-6313 |
| 040 | 956 | 052887 | Fresno | CA | 1900 E St | 93706-7033 | 559-497-7778 | 7508 | 559-497-7545 |
| 060 | 967 | 142402 | Honolulu | HI | 89 Sand Island Access Rd | 96819-2200 | 808-832-3265 | 3266 | 808-832-3268 |

## 4G SOUTHWEST

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 400 | 700 | 216570 | New Orleans | LA | 1340 Florida Ave | 70119-9721 | 504-943-9705 | 9708 | 504-944-8341 |
| 400 | 700 | 216570 | Gretna Aux-of New Orleans | LA | 401 Gretna Blvd | 70053-9721 | 504-361-3530 | 3854 | 504-361-1179 |
| 360 | 700 | 210626 | Baton Rouge | LA | 750 Florida St, PO Box 2100 | 70801-9721 | 225-381-0388 | --- | 225-381-0337 |
| 370 | 700 | 214980 | Lafayette | LA | 1105 Moss St | 70501-9996 | 337-269-4838 | 7118 | 337-269-4871 |
| 370 | 700 | 214980 | Lake Charles Aux-of Lafeyette | LA | 1601 Common St | 70601-6133 | 337-433-7966 | --- | 337-433-0908 |
| 410 | 700 | 217958 | Shreveport | LA | 2400 Texas Ave | 71102-9323 | 318-677-2254 | 2252 | 318-677-2308 |
| 410 | 700 | 217958 | Alexandria Aux-of Shreveport | LA | 1715 Odom St | 71301-9998 | 318-484-4633 | --- | --- |
| 070 | 720 | 045132 | Little Rock | AR | 4700 E McCain Blvd | 72231-9351 | 501-945-6711 | 6710 | 501-945-6714 |



DA10

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| — 580 | 730 | 396137 | Oklahoma City | OK | 320 SW 5th St | 73125-9351 | 405-553-6651 | 6654 | 405-553-6814 |
| — 580 | 730 | 396137 | Lawton Aux of-Oklahoma City | OK | 501 5th St | 73501-9998 | 405-357-4655 | --- | --- |
| — 590 | 730 | 398351 | Tulsa | OK | 110 S Elwood Ave | 74103-9351 | 918-584-2690 | 2958 | 918-382-0975 |
| 820 | 752 | 482266 | Dallas | TX | 401 DFW Turnpike | 75260-9721 | 214-760-4690 | 4679 | 214-760-4436 |
| — 820 | 752 | 482266 | Dallas (Spring Valley) Aux-of Dallas | TX | 4460 Apha Rd | 75234-4515 | 912-387-0767 | --- | --- |
| — 820 | 752 | 482266 | Coppell (North Texas) Aux-of Dallas | TX | 951 W Bethel Rd | 75099-9721 | 912-393-6428 | --- | 912-393-6198 |
| — 820 | 752 | 482266 | Garland Aux-of Dallas | TX | 936 Walnut | 75040-9998 | 912-276-8824 | --- | --- |
| 910 | 752 | 488927 | Texarkana | TX | 2211 N Robison Rd | 75501-9351 | 903-223-3877 | 3876 | 903-223-3878 |
| 920 | 752 | 489172 | Tyler | TX | 2100 W Martin Luther King Blvd | 75702-9351 | 903-579-8626 | 8627 | 903-579-8692 |
| — 840 | 760 | 483222 | Fort Worth | TX | 4600 Mark IV Pkwy | 76161-9341 | 817-317-3883 | 3896 | 817-317-3847 |
| — 840 | 760 | 483222 | Abilene Aux-of Fort Worth | TX | 810 N Fourth St | 79604-9341 | 915-673-8416 | --- | 915-672-4051 |
| — 840 | 760 | 483222 | Arlington Aux-of Fort Worth | TX | 3920 S Cooper | 76015-9341 | 817-465-0991 | --- | --- |
| — 840 | 760 | 483222 | WichitaFalls(Morningside)Aux of-FortWorth | TX | 3107 5th St | 76301-9998 | 817-766-2020 | --- | --- |
| — 840 | 760 | 483222 | San Angelo Aux-of Fort Worth | TX | 1 N Bryant Blvd (Rear) | 76902-9341 | 915-673-8416 | --- | 915-658-3172 |
| — 840 | 760 | 483222 | Amarillo Aux-of Fort Worth | TX | 2301 S Ross | 79120-9341 | 806-379-2135 | --- | 806-379-2106 |
| — 840 | 760 | 483222 | Lubbock Aux-of Fort Worth | TX | 1515 Ave G | 79402-9341 | 806-762-7818 | --- | 806-762-7891 |
| 850 | 770 | 484146 | Houston | TX | 2801 Washington Ave | 77007-6095 | 713-861-7901 | 0235 | 713-861-7318 |
| 850 | 770 | 484146 | Houston (Bear Creek) Aux-of Houston | TX | 16015 Cairnway Dr | 77084-9995 | 713-463-7325 | --- | --- |
| 850 | 770 | 484146 | Houston (Greens North) Aux-of Houston | TX | 1530 Greens Mark Dr | 77067-9995 | 713-875-0245 | --- | --- |
| 850 | 770 | 484146 | Houston (Park Place) Aux-of Houston | TX | 5302 Old Galveston Rd | 77017-6126 | 713-941-4500 | --- | --- |
| 850 | 770 | 484146 | Houston (South Post Oak) Aux-of Houston | TX | 5505 Bellrose | 77035-2607 | 713-721-2780 | --- | --- |
| 850 | 770 | 484146 | Beaumont Aux-of Houston | TX | 5815 Walden Rd | 77707-4212 | 409-981-8773 | --- | --- |
| 900 | 780 | 487982 | San Antonio | TX | 10410 Perrin Beitel Rd, PO Box 34237 | 78265-4237 | 210-368-8527 | 8534 | 210-368-8483 |
| 810 | 780 | 482032 | Corpus Christi | TX | 809 Nueces Bay Blvd | 78469-0721 | 361-886-2230 | 2233 | 361-886-1396 |
| 810 | 780 | 482032 | McAllen Aux-of Corpus Christi | TX | 620 E Pecan St | 78501-5528 | 210-682-9869 | --- | 210-631-3083 |
| 790 | 780 | 480422 | Austin | TX | 900 Blackson Ave, PO Box 14723 | 78761-4723 | 512-342-1232 | 1231 | 512-371-0136 |
| 830 | 780 | 482846 | El Paso | TX | 8601 Stinson Dr | 79910-9721 | 915-780-7516 | 7692 | 915-780-7691 |
| 930 | 780 | 489396 | Waco | TX | 430 W Highway 6 | 76702-9304 | 254-399-2219 | 2221 | 254-399-2288 |
| 870 | 780 | 486556 | Odessa | TX | 200 N Texas | 79760-9721 | 915-332-9899 | --- | 915-333-3769 |
| 710 | 870 | 340149 | Albuquerque | NM | 1135 Broadway Blvd NE | 87101-9721 | 505-346-8330 | 8332 | 505-346-8335 |
| | | | **4H SOUTHEAST** | | | | | | |
| — 290 | 300 | 120446 | North Metro (in Duluth) | GA | 1605 Boggs Rd, PO Box 599351 | 30026-9351 | 770-717-3715 | 3787 | 770-717-3786 |
| — 290 | 300 | 120446 | Athens Aux-of North Metro | GA | 575 Olympic Drive | 30608-9998 | 706-369-3289 | --- | 706-369-3293 |
| — 290 | 300 | 120446 | Broadview Aux-of North Metro | GA | 97 Lakeshore Dr NE | 30324-4192 | 404-874-7397 | --- | 404-876-3773 |
| — 290 | 300 | 120446 | Marietta Aux-of North Metro | GA | 1288 Gresham Rd | 30062-4003 | 770-973-0742 | --- | 770-565-4710 |
| — 290 | 300 | 120446 | Norcross Aux-of North Metro | GA | 250 Mitchell Rd | 30071-2596 | 770-449-1588 | --- | 770-242-3811 |
| — 280 | 300 | 120443 | Atlanta | GA | 3900 Crown Rd | 30304-9323 | 404-765-7742 | 7483 | 404-765-7449 |
| — 280 | 300 | 120443 | BMC Aux-of Atlanta | GA | 1800 James Jackson Pkwy | 30369-9998 | 404-792-3171 | --- | 404-794-1407 |
| — 280 | 300 | 120443 | Decatur Aux-of Atlanta | GA | 520 W Ponce De Leon Ave | 30030-2949 | 404-378-5601 | --- | 404-373-9248 |
| — 280 | 300 | 120443 | West End Aux-of Atlanta | GA | 648 Oglethorpe Ave | 30310-2706 | 404-755-2402 | | 404-753-3832 |
| 310 | 310 | 125491 | Macon | GA | 451 College St | 31213-9351 | 912-752-8570 | 8574 | 912-752-8663 |



DA11

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 300 | 310 | 121992 | Columbus | GA | 3916 Milgen Rd | 31908-9699 | 706-562-1865 | 1866 | 706-562-1888 |
| 300 | 310 | 121992 | Albany Aux-of Columbus | GA | 1501 S Slappey Blvd | 31706-9699 | 912-889-2639 | --- | 912-889-2650 |
| 320 | 310 | 127812 | Savannah | GA | 2 N Fahm St | 31402-9351 | 912-235-4617 | 4618 | 912-235-5605 |
| 320 | 310 | 127812 | Augusta Aux-of Savannah | GA | 525 8th St | 30901-2390 | 706-823-3115 | --- | 706-823-3164 |
| 320 | 310 | 127812 | Waycross Aux-of Savannah | GA | 1001 Albany Ave | 31501-4793 | 912-285-7328 | --- | 912-283-7330 |
| 130 | 320 | 114383 | Jacksonville | FL | 1100 Kings Rd | 32203-9302 | 904-359-2832 | 366-4814 | 904-366-4845 |
| 130 | 320 | 114383 | Dayton Beach Aux- of Jacksonville | FL | 412 N Seagrave Street | 32214-3195 | 904-253-4445 | --- | 904-253-4467 |
| 130 | 320 | 114383 | Gainesville Aux-of Jacksonville | FL | 4600 SW 34th St | 32601-9721 | 352-334-1898 | --- | 352-334-1910 |
| 130 | 320 | 114383 | Tallahasee Aux-of Jacksonville | FL | 2800 S Adams St | 32301-9721 | 850-216-4243 | --- | 850-216-4244 |
| 180 | 320 | 117413 | Pensacola | FL | 1400 W Jordan St, PO Box 17000 | 32522-9707 | 850-435-2435 | 434-9133 | 850-435-2434 |
| 180 | 320 | 117413 | Panama City Aux-of Pensacola | FL | 1315 W 17th St | 32405-9996 | 850-763-2411 | --- | 850-785-0882 |
| 160 | 327 | 116917 | Mid-Florida | FL | 800 Rinehart Rd | 32799-9704 | 407-333-8497 | 8683 | 407-333-8626 |
| 160 | 327 | 116917 | Orlando Aux-of Orlando | FL | 10401 Post Office Blvd | 32862-9704 | 407-850-6357 | --- | 407-826-5678 |
| 160 | 327 | 116917 | Melbourne Aux-of Orlando | FL | 680 N. Apollo Blvd. | 32935-5066 | 321-259-2040 | --- | 321-259-6323 |
| 160 | 327 | 116917 | Ft Pierce (Pt St Lucie) Aux-of Orlando | FL | 2255 Midport Rd. | 34952-4872 | 772-398-6759 | --- | 772-398-6759 |
| 230 | 327 | 119467 | West Palm Beach | FL | 3200 Summit Blvd, PO Box 163571 | 33416-3571 | 561-697-2057 | 2058 | 561-697-1900 |
| 150 | 330 | 115853 | Miami | FL | 2250 NW 72nd Ave | 33152-9891 | 305-470-0258 | 0253 | 305-470-0427 |
| 150 | 330 | 115853 | Hollywood Aux-of Miami | FL | 1801 Polk St | 33020-9998 | 305-923-0019 | --- | 305-920-3049 |
| 120 | 330 | 113033 | Fort Lauderdale | FL | 1900 W Oakland Pk Blvd | 33310-9735 | 954-527-2086 | 2083 | 954-527-3221 |
| 120 | 330 | 113033 | Pompano Aux-of Fort Lauderdale | FL | 1950 NE 6th St | 33060-6541 | 305-942-4670 | --- | 305-942-2441 |
| 220 | 335 | 118928 | Tampa | FL | 11902 North Florida Ave | 33612-5222 | 813-930-7712 | 7709 | 813-930-7725 |
| 220 | 335 | 118928 | Clearwater Aux-of Tampa | FL | 100 S Belcher Rd | 34625-8003 | 813-464-2944 | --- | 813-464-2945 |
| 220 | 335 | 118928 | Lakeland Aux-of Tampa | FL | 2800 Lakeland Hills Blvd | 33805-2222 | 813-686-6598 | --- | 813-686-6598 |
| 240 | 335 | 113078 | Fort Myers | FL | 2625 N Airport Rd | 33907-1403 | 239-277-3316 | 3341 | 239-227-3358 |
| 190 | 335 | 118258 | Saint Petersburg | FL | 3135 1st Ave N | 33730-9603 | 727-323-6590 | 6592 | 727-323-6596 |
| 200 | 335 | 118438 | Sarasota | FL | 1661 Ringling Blvd | 34230-9603 | 941-331-4212 | 4272 | 914-331-4252 |
| 010 | 350 | 010782 | Birmingham | AL | 351 24th St N | 35203-9351 | 205-521-0387 | 0389 | 205-521-0386 |
| 020 | 350 | 014242 | Huntsville | AL | 2415 10th St SW | 35807-9351 | 256-535-0829 | 6503 | 256-539-8306 |
| 020 | 350 | 014242 | Florence Aux-of Hunstville | AL | 210 N Seminary St | 35630-9351 | 256-766-9650 | --- | --- |
| 030 | 350 | 015601 | Mobile | AL | 100 Congress St | 36601-9351 | 251-694-5910 | 5910 | 251-690-7333 |
| 040 | 350 | 015632 | Montgomery | AL | 6701 Winton Blount Blvd | 36119-9351 | 334-244-7533 | 7532 | 334-244-7602 |
| 040 | 350 | 015632 | Dothan Aux-of Montgomery | AL | 2981 John D. Odom Rd | 36303-0908 | 334-983-9522 | --- | 334-983-9352 |
| 730 | 370 | 476147 | Nashville | TN | 707 Chestnut St | 37203-4700 | 615-885-9275 | 242-2687 | 615-726-2708 |
| 730 | 370 | 476147 | Chattanooga Aux-of Nashville | TN | 1112 River Front Pkwy | 37402-9721 | 423-266-5811 | --- | 423-265-3410 |
| 730 | 370 | 476147 | Johnson City Aux-of Nashville | TN | 1414 E Main St | 37601-4969 | 423-434-2180 | --- | 423-434-1910 |
| 730 | 370 | 476147 | Knoxville Aux-of Nashville | TN | 1601 McCalla Ave | 37915-1312 | 865-524-3780 | --- | 865-971-6939 |
| 720 | 370 | 475667 | Memphis | TN | 685 S Third St | 38101-9721 | 901-521-2207 | 2278 | 901-521-2382 |
| 720 | 370 | 475667 | Memphis (BMC) Aux-of Memphis | TN | 1921 Elvis Presley Blvd | 38136-9721 | 901-947-7579 | --- | --- |
| 720 | 370 | 475667 | Memphis (White Station) Aux-of Memphis | TN | 1181 Lynnfield Rd | 38107-9721 | 901-682-1167 | --- | 901-767-7716 |
| 460 | 390 | 273785 | Jackson | MS | 350 E Silas Brown St | 39201-5503 | 601-351-7341 | 7342 | 601-351-7515 |
| 450 | 390 | 273145 | Gulfport | MS | 2801 19th St | 39501-2824 | 228-864-1273 | 7062 | 228-868-7310 |

## 4J GREAT LAKES



DA12

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 330 | 460 | 174036 | Indianapolis | IN | 615 S Capitol Ave | 46225-1274 | 317-464-6079 | 6084 | 317-464-6651 |
| 330 | 460 | 174036 | Indianapolis (Nora) Aux-of Indianapolis | IN | 1300 E 86th St | 46240-1910 | 317-464-6247 | --- | --- |
| 330 | 460 | 174036 | Muncie Aux-of Indianapolis | IN | 501 W Memorial Dr | 47302-9996 | 317-448-9630 | --- | --- |
| 330 | 460 | 174036 | Lafeyette Aux-of Indianapolis | IN | 3450 State Rte 26th E | 47901-9998 | 317-448-9232 | --- | 317 448-9292 |
| 310 | 460 | 172917 | Fort Wayne | IN | 1501 S Clinton St | 46802-9721 | 260-427-7342 | 7343 | 260-427-7220 |
| 350 | 460 | 178198 | South Bend | IN | 424 S Michigan St | 46624-9351 | 574-282-8471 | 8461 | 574-282-8474 |
| 320 | 460 | 173167 | Gary | IN | 1499 Martin Luther King Dr | 46401-9721 | 219-886-8075 | 8073 | 219-882-5083 |
| — 220 | 480 | 258234 | Royal Oak | MI | 310 W Eleven Mile Rd | 48068-9340 | 248-546-7148 | 7147 | 248-548-6680 |
| — 120 | 480 | 257644 | Pontiac (in Waterford) | MI | 3130 Elizabeth Lk Rd | 48328-9340 | 248-681-6596 | 8614 | 248-683-3380 |
| 160 | 480 | 253295 | Flint | MI | 250 E Boulevard Dr | 48502-9721 | 810-257-1533 | 1537 | 810-257-1535 |
| 090 | 481 | 252496 | Detroit | MI | 1770 14th St | 48216-1840 | 313-226-8739 | 8500 | 313-226-8718 |
| — 090 | 481 | 252496 | Allen Park (BMC) Aux-of Detroit | MI | 17500 Oakwood Blvd | 48101-9758 | 313-337-2138 | 2137 | 313-337-2139 |
| 230 | 481 | 250285 | Ann Arbor | MI | 2075 W Stadium Blvd | 48106-9998 | 734-665-1110 | --- | 734-741-1649 |
| 080 | 481 | 252402 | Dearborn | MI | 3800 Greenfield Rd | 48120-1206 | 313-337-4745 | 4747 | 313-337-4746 |
| 270 | 481 | 255487 | Livonia | MI | 11800 Merriman Rd | 48150-9998 | 734-427-0322 | 0323 | 734-425-2393 |
| 100 | 493 | 253924 | Grand Rapids | MI | 3870 Roger B. Chaffee Memorial Dr S E | 49548-3403 | 616-247-4672 | 4674 | 616-245-2089 |
| 100 | 493 | 253924 | Muskegon Aux-of Wyoming | MI | 800 First St | 49440-9998 | 616-726-5687 | --- | --- |
| 110 | 493 | 254915 | Kalamazoo | MI | 1121 Miller Rd | 49001-9996 | 269-388-7246 | 7259 | 269-388-7287 |
| 140 | 493 | 255275 | Lansing | MI | 4800 Collins Rd | 48924-9351 | 517-337-8736 | 8738 | 517-337-8873 |
| 130 | 493 | 258275 | Saginaw | MI | 1300 Cumberland St | 48601-9997 | 989-771-5770 | 5771 | 517-771-5799 |
| 670 | 530 | 565483 | Milwaukee | WI | 341 W St Paul Ave, PO Box 5005 | 53201-5005 | 414-270-2148 | 2166 | 414-270-2149 |
| 650 | 530 | 563403 | Green Bay | WI | 300 Packerland Dr, PO Box 7033 | 54307-7033 | 920-498-3921 | 3823 | 920-498-3922 |
| 660 | 530 | 564983 | Madison | WI | 3902 Milwaukee St, PO Box 7990 | 53707-7990 | 608-246-1300 | 1299 | 608-246-1212 |
| 290 | 600 | 161276 | Carol Stream | IL | 500 E Fullerton Ave | 60199-9721 | 630-260-5403 | 5407 | 630-260-5645 |
| — 250 | 600 | 162626 | Evanston | IL | 1700 Emerson St | 60201-3495 | 847-869-5895 | 0014 | 847-869-6239 |
| — 060 | 600 | 166778 | Rockford | IL | 5225 Harrison Ave | 61125-9721 | 815-229-4827 | 4829 | 815-229-4895 |
| — 240 | 604 | 161549 | Bedford Park | IL | 6801 W 73rd St | 60499-9721 | 708-563-7380 | 7382 | 708-563-7393 |
| — 240 | 604 | 161549 | Aurora Aux-of Bedford Pk | IL | 525 N Broadway | 60507-9721 | 630-897-4745 | --- | 630-844-8257 |
| — 240 | 604 | 161538 | Forest Pk (BMC) Aux-of Bedford Pk | IL | 7500 W Roosevelt Rd | 60130-2296 | 708-583-4532 | --- | 708-583-4533 |
| 040 | 604 | 166184 | Peoria | IL | 95 E State | 61601-9721 | 309-671-8814 | 8853 | 309-671-1329 |
| — 070 | 604 | 167414 | Springfield | IL | 2105 E Cook | 62703-9721 | 217-788-7241 | 7292 | 217-788-0313 |
| — 070 | 604 | 167414 | Decatur Aux-of Springfield | IL | 421 E. Cerro Gordo | 62523-9998 | 217-428-8912 | --- | --- |
| — 260 | 604 | 161429 | Champaign | IL | 2001 N Mattis Ave | 61821-9998 | 217-373-6059 | 6057 | 217-373-6017 |
| 010 | 606 | 161538 | Chicago | IL | 740 S Canal St | 60607-9361 | 312-983-8710 | 8720 | 312-983-8740 |
| 010 | 606 | 161538 | Chicago(Trailer Repair Shop)Aux-of Chic. | IL | 19 W 16th St | 60616-9361 | 312-225-8093 | --- | 312-765-3713 |
| 010 | 606 | 161538 | Chicago (Western Ave) Aux-of Chicago | IL | 2301 W 51st Pl | 60609-9361 | 312-737-2380 | --- | 312-765-3713 |
| 760 | 630 | 287135 | St. Louis | MO | 1725 Clark Ave | 63155-9311 | 314-436-4312 | 4350 | 314-436-4973 |
| 760 | 630 | 287135 | Saint Louis (Coyle) Aux-of Saint Louis | MO | 1203 Lemay Ferry Rd | 63125-1797 | 314-544-1556 | 2153 | 314-638-0410 |
| 760 | 630 | 287135 | Saint Louis (Weathers) Aux of Saint Louis | MO | 3415 N Kings Highway Blvd | 63115-1687 | 314-389-1866 | 5503 | 314-385-6931 |
| 050 | 630 | 166488 | Quincy | IL | 3535 Locust St | 62301-9998 | 217-224-4965 | 217-222-8684 | 217-224-4978 |

| Loc | Dis | Fin # | Garage Name (& City if Different) | St | Street Address / Mailing Address | Zip | Main Phone | Stock Ph | Fax |
|---|---|---|---|---|---|---|---|---|---|
| | | | **4K CAPITAL METRO** | | | | | | |
| 140 | 200 | 105004 | Washington | DC | 400 T St NE | 20002-1510 | 202-832-0212 | 0413 | 202-832-7809 |
| 140 | 200 | 105004 | Washington(Brightwood)Aux-of Washingt. | DC | 6318 Chillum Pl NW | 20011-9604 | 202-832-2036 | --- | --- |
| 120 | 200 | 237483 | Capitol Heights | MD | 9111 Edgeworth Dr | 20743-3787 | 301-499-7350 | 7355 | 301-499-7361 |
| 120 | 200 | 237483 | Capital Heights(Largo2)Aux-of Cap.Heights | MD | 9111 Edgeworth Dr | 20743-3787 | 301-499-7461 | --- | --- |
| 120 | 200 | 237483 | Riverdale Aux-of Capitol Heights | MD | 6511 Baltimore Blvd | 20737-1024 | 301-209-3466 | — | 301-864-3563 |
| 180 | 200 | 238752 | Suburban (in Gaithersburg) | MD | 16501 Shady Grove Rd | 20898-9721 | 301-670-6064 | 6068 | 301-670-6081 |
| 160 | 210 | 230381 | Baltimore | MD | 60 W Oliver St | 21201-9351 | 410-625-8931 | 8935 | 410-752-5438 |
| 160 | 210 | 230381 | Baltimore (Halethorpe) Aux-of Baltimore | MD | 6 Waelchli Ave | 21227-9998 | 410-242-1487 | --- | --- |
| 160 | 210 | 230381 | Baltimore Parkville Aux-of Baltimore | MD | 8201 Harford Rd | 21234-9998 | 410-668-5475 | --- | --- |
| 130 | 210 | 232091 | Columbia | MD | 6801 Oak Hall La | 21045-9601 | 410-381-7250 | - | 410-290-5106 |
| 110 | 220 | 516542 | Northern Virginia *(in Merrifield)* | VA | 8409 Lee Highway | 22081-9721 | 703-698-6545 | 6550 | 703-698-6625 |
| 110 | 220 | 516542 | Alexandria Aux-of Northern Va | VA | 2300 Duke St | 22314-9721 | 703-549-7158 | --- | --- |
| 150 | 220 | 512703 | Dulles (in Sterling) | VA | 22363 Randolph Dr | 20166-9103 | 703-406-6401 | 6415 | 703-406-6412 |
| 350 | 230 | 517654 | Richmond | VA | 1001 School St | 23232-9300 | 804-775-6153 | 6160 | 804-775-6059 |
| 350 | 230 | 517654 | Charlottesville Aux-of Richmond | VA | 1155 Seminole Trail | 22906-9721 | 434-978-7643 | — | 434-975-7807 |
| 320 | 230 | 516524 | Norfolk | VA | 600 Church St, PO Box 2696 | 23501-9721 | 757-629-2250 | 2253 | 757-664-2333 |
| 330 | 230 | 513979 | Hampton | VA | 809 Aberdeen Rd | 23670-9998 | 757-826-7925 | --- | 757-838-4862 |

DA14

# EXHIBIT C

Coats & Bennett PLLC

1400 Crescent Green
Suite 300
Cary, North Carolina 27518
tel: 919-854-1844
800-575-1278
fax: 919-854-2084
www.coatsandbennett.com

Patents, Trademarks,
Copyrights, Trade Secrets,
Licensing, and
Related Litigation

Larry L. Coats
David E. Bennett
John R. Owen
David D. Kalish
Anthony J. Biller
Michael D. Murphy
Edward H. Green III
Rebecca E. Crandall
Mark R. Bilak

Stephen A. Herrera*
Jennifer K. Stewart*

*Registered patent agent

March 30, 2007

**VIA FACSIMILE and U.S. MAIL**

Mr. Ken B. Barrett
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

**RE:** ***Jennings v. The United States, et al.***
**Civil File No.: 1:05CV1209C LMB**

Dear Ken:

I am writing in regard to issues with the United States's discovery responses. Specifically, we are disappointed with United States's response to Interrogatory Number 1 and Requests for Production of Documents ("RPDs") Numbers 8 through 10 and 12. In the Government's response, it asserted several general objections to the interrogatory and RPDs that lack merit. In particular, it cited general objections C through E in its response to interrogatory number 1. The Government also cited general objections A through E in its response to RPDs 8-10 and 12.

The Government first objected to the interrogatory and request because they would impose more obligations than the Rules of the Court of Federal Claims ("RCFC") require. This objection is without merit because 26(b)(1) of the RCFC permits the discovery of any unprivileged matter relevant to the claim. Sales invoices from Jasper and Ready Built are not privileged documents, and they are relevant to the claim at issue, as they potentially demonstrate that the parts listed in the invoices are the infringing parts. This also nullifies the Government's objections that the RPDs ask for privileged or attorney-produced documents.

The Government next objected to the interrogatory and requests because they used the terms "Defendant," "you," "your," "Post Office," "United States," and "Accused Device." The Government asserted that this was overly broad and unduly burdensome. This objection is also without merit, because using the terms "United States" and "Post Office" in close proximity would lead a reasonable person to conclude that the United

States Government Office most relevant to this inquiry is the United States Postal Service ("USPS"). This objection is also without merit regarding the term "accused device" because we interpreted it to mean the Jasper and Ready Built devices listed in the initial disclosures. Therefore, the term is not overly broad. We ask that you withdraw the objections or in the alternative, confirm that you are not withholding information on the basis of these objections.

The USPS replied that it would produce the requested information under RCFC 33(d). We are in receipt of a box of documents from the USPS. In the box were Ready Built invoices from the USPS's Vehicle Maintenance Facilities ("VMFs") in Baltimore, Maryland, and Canton, Ohio. It is our understanding that VMFs around the country had promotional material and installation instructions from both Ready Built and Jasper. It is, therefore, unlikely that Baltimore and Canton were the only VMFs in the country to buy parts from Ready Built. There is no excuse for refusing to produce documents from Jasper.

This production fails the RCFC 33(d) standard. Rule 33(d) allows a party to produce business records in response to interrogatories only when the answers to the interrogatories may be derived from the business records and the burden of deriving the answer is substantially the same for the party serving the interrogatory as for the party served. The responding party must state that the burden is substantially the same and must specifically identify which records are responsive. The answer to the interrogatories must be clearly obtainable or discernable from the documents produced. The United States did not specifically identify the responsive records, thus United States failed the requirements of the Rule. The United States should fully answer each interrogatory separately and fully in writing.

Please provide a complete written response and immediately supplement the USPS's document production relating to Interrogatory Number 1 and RPDs 8-10 and 12. We expect this supplemental production shall include additional invoices from Ready Built from other locations and invoices from Jasper to VMFs.

We request the supplemental production and written response no later than April 4, 2007. We prefer to avoid seeking a court intervention; however, we will not hesitate to file a motion to compel should you fail to fully respond.

Sincerely,

Anthony J. Biller

cc: Larry L. Coats, Esq.

AJB/js
4705-001