**THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** | ) | |
| **PLAINTIFF,** | ) | |
| **v.** | ) | **CASE NO. 1:05CV1209C LMB** |
| **THE UNITED STATES,** | ) | |
| **DEFENDANT,** | ) | **JUDGE LAWRENCE M. BASKIR** |
| **and** | ) | |
| **JASPER ENGINES & TRANSMISSIONS,** | ) | |
| **THIRD-PARTY DEFENDANT,** | ) | |
| **and** | ) | |
| **READY BUILT DISTRIBUTORS, INC.** | ) | |
| **THIRD-PARTY DEFENDANT.** | ) | |

**READY-BUILT'S RESPONSE TO JENNINGS TRANSMISSION SERVICES'S MOTION TO COMPEL**

COMES NOW third-Party Defendant Ready-Built Distributors, Inc. ("Ready-Built"), and in response to Plaintiff Jennings Transmission Service's MOTION TO COMPEL READY BUILT'S RESPONSES AND FOR SANCTIONS, submits the following:

1. Through the pleadings and discovery in this matter, Jennings has tacitly if not directly admitted that accused devices do not include cable conversion kits.

2. Nevertheless, the discovery referenced in Jennings' Motion to Compel seeks records and data relating to cable conversion kits.

3. To that end, the discovery is over broad, vague, unreasonable, harassing, annoying, unduly burdensome or which seeks information beyond the scope of discovery allowed by the RCFC.

4. Notwithstanding the objectionable nature of the discovery, Ready Built has submitted its objections and responses to Plaintiff concurrently herewith.

5. Plaintiff's Motion to Compel is, therefore, moot.

Respectfully submitted,

/s/ James S. Ward
James S. Ward
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
(205) 871-5404

*Attorney for Ready-Built Distributors, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on the following by Electronic Mail on the 4th day of June, 2007.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Division - Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com

/s/ James S. Ward
OF COUNSEL