# Exhibit 1

**NATIONAL ACCOUNT TRACKING**

***READY BUILT ENGINE & TRANSMISSIONS***

CONTRACT NUMBER: 412735-00-H-1111

APPROVED QUARTERLY BUDGET $ 45,000.00

| FISCAL YEAR | QUARTER | START DATE | END DATE | 7381 # |
|---|---|---|---|---|
| 2002 | 3 | 2/23/02 | 5/17/02 | V-0571-02 |

****************************************************************************************************

**4508 TRACKING PER QUARTER**

| FISCAL YEAR | QUARTER | ORDER DATE | SEQ. # | BALANCE |
|---|---|---|---|---|
| *** | *** | *** | (BEGIN QTR) | $ 45,000.00 |
| 2002 | 3 | 3/2/02 | 221870 | $ (1,540.00) |
| 2002 | 3 | 3/20/02 | 209877 | $ (1,540.00) |
| 2002 | 3 | 3/26/02 | 209878 | $ (1,540.00) |
| 2002 | 3 | 3/26/02 | 209880 | $ - |
| 2002 | 3 | 4/2/02 | 209884 | $ (1,540.00) |
| 2002 | 3 | 4/4/02 | 209885 | $ (1,540.00) |
| 2002 | 3 | 4/9/02 | 209886 | $ (1,540.00) |
| 2002 | 3 | 4/11/02 | 209887 | $ (1,540.00) |
| 2002 | 3 | 5/5/02 | 209896 | $ (1,775.00) |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | **$ USED:** | $ (12,555.00) |
| | | | **BALANCE:** | $ 32,445.00 |

G001687