Exhibit 1

JASPER ENGINES & TRANSMISSIONS
815 Wernsing Road • P.O. Box 650 • Jasper, Indiana 47547-0650
Phone (812) 482-1041 • (800) 827-7455
Fax (812) 634-1820 • www.jasperengines.com • e-mail: sales@jasperengines.com

J. Fargo
G. HAUSKEN
K. Barrett

February 20, 2006

Ken B. Barrett, Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L. Street, N.W. Room 11110
Washington DC 20005

Dear Mr. Barrett,

Jasper Engines and Transmissions has been selling the USPS TH700R4 transmissions since approximately 1998. I've enclosed a design and picture (#1) of our original design which was a bracket conversion system of which today, only one VMF location still currently purchases. From February 05, 2005 to February 05, 2006 we sold 56 of this style bracket conversion system. In the picture labeled #2 is our 700R4 Postal Cable Application. We offered two versions of the cable application and pictured is the JASPER design. The second one is a design that we purchase the parts from Ready Built. It is my understanding that you already have those pictures. If not, we can supply you with that. Combined between the JASPER design and the Ready Built design, since February 5, 2005 to February 5, 2006 we sold 1354. This number has increased this past year due to JASPER no longer having an NOA for our TH180C transmission. Labeled #3 is our newest design which has an internal linkage system to shift the transmission, and we have only sold 10 of them since we introduced it February 5. The attached #4 are the installation instructions for our cable version installation which are very similar to any 700R4/4L60 installation.

I've also included a copy of a correspondence from our attorney, Charles Reeves with Woodward, Emhardt, Naughton, Moriarty, and McNett. This is more a copy of the invoice along with a letter they had received from Jennings Transmission. I do not have any information in writing from our attorney over this matter. It is my remembrance that after conversations, it just went away. We have sent a letter to Charles Reeves, our attorney in this matter, (enclosed is a copy) and told them you may be contacting them to get any pertinent information about the situation that they may still have on file.

I hope the enclosed information will be beneficial to you. If you have any further questions, please do not hesitate to give me a call at 812-482-1041 Ext. 3780.

Sincerely,

JASPER ENGINES & TRANSMISSIONS

Zach Bawel

Zach Bawel
Vice-President of Sales

ZB/ks

Enclosures

Cc: Charles Reeves
Bob Boeglin
Ray Schwenk

ktd

03.0120
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

Rec'd 3/7/06 MM