**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.**

**Plaintiff,** **No. 05-1209 C**

**v.** **Judge Lawrence M. Baskir**

**THE UNITED STATES,**

**Defendant,**

**and**

**JASPER ENGINES & TRANSMISSIONS**

**Third-Party Defendant,**

**and**

**READY BUILT DISTRIBUTORS, INC.,**

**Third-Party Defendant.**

---

**SECOND MOTION TO COMPEL READY BUILT'S DISCOVERY RESPONSES AND FOR SANCTIONS**

---

Pursuant to Rules of the Court of Federal Claims ("R.C.F.C.") 26 and 37, Plaintiff Jennings Transmission Service moves the Court to compel Defendant Ready Built Distributors, Inc. ("Ready Built") to fully respond to Plaintiff's discovery requests and sanction Ready Built with Plaintiff's costs

and fees associated with this motion. Specifically, Plaintiff asks the Court to:

1. Overrule Ready Built's blanket objections to Plaintiff's first set of discovery requests;

2. Order Ready Built to produce full responses to Plaintiff's Document Request Nos. 1-3, 5-6, 10-13, and 19 and Interrogatory No. 1;

3. Order Ready Built to provide verifications for its discovery responses served on January 4, 2007 and corrected responses served on or about January 31, 2007; and

4. Impose sanctions on the Ready Built, to include the costs and fees associated with the filing of this motion.

In accordance with R.C.F.C. 37(a)(2)(B), Plaintiff attempted in good faith to resolve these discovery issues with Ready Built and has been unable to obtain full and complete responses to the aforementioned discovery requests.

Plaintiff submits herewith a supporting memorandum.

Respectfully submitted, this the 13th day of June, 2007.

**COATS & BENNETT, P.L.L.C.**
**Attorneys for Plaintiff**

By: /s/ Anthony J. Biller
Larry L. Coats
N.C. State Bar No. 5,547
Anthony J. Biller
N.C. State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

**CERTIFICATE OF SERVICE**

I certify that the foregoing **SECOND MOTION TO COMPEL READY BUILT'S DISCOVERY RESPONSES AND FOR SANCTIONS** is being served electronically this 13th day of June, 2007 using the CM/ECF system which will send notification of such filing to the following email addresses:

Ken B. Barrett, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
ken.barrett@usdoj.gov
*Attorney for Defendant United States*

James M. Hinshaw, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com
*Attorney for Defendant Jasper*

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
jward@wardwilsonlaw.com
*Attorney for Defendant Ready Built*

By: /s/ Anthony J. Biller
Anthony J. Biller
Attorney for Plaintiff