# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: June 13, 2007)

*****************************************************
JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*
*****************************************************

## ORDER

Plaintiff's Motion to Strike Docket #55, filed June 11, 2007, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge