**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**No. 05-1209 C**

Exhibit 1

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **JENNINGS TRANSMISSION'S SUBMISSIONS OF INFRINGEMENT CHARTS AND PROPOSED CLAIM CONSTRUCTION STATEMENTS PURSUANT TO THE COURT'S SCHEDULING ORDER OF JULY 5, 2006** |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | |
| **and** | ) | |
| **JASPER ENGINES &TRANSMISSIONS,** | ) | |
| **Third-Party Defendant,** | ) | |
| **and** | ) | |
| **READY BUILT DISTRIBUTORS, INC.** | ) | |
| **Third-Party Defendant.** | ) | |

Pursuant to the Court's Order of July 5, 2006 relating to the Special Procedures Order for cases under 28 U.S.C. 1498(a), Jennings Transmission Service of Goldsboro, Inc. ("Jennings Transmission") submits its disclosure of asserted claims and preliminary infringement contentions.

Jennings Transmission asserts that the U.S. Postal Service has infringed U. S. Patent No. 6,085,609 ("the '609 patent") by infringing claims 1, 5, 7, 11, and 12. This is based on information presently known to

Jennings Transmission. Jennings Transmission believes that there are other infringing transmission conversion kits that will be discovered, and reserves the right to amend all portions of these preliminary infringement contentions based on the discovery of other infringing transmission conversion kits.

Jennings Transmission believes that the Postal Service purchased and installed infringing transmission conversion kits of the type shown at Exhibits 1-93 and that these transmission conversion kits were purchased from third party defendants Jasper Engines & Transmissions and from Ready Built Distributors, Inc. The transmission conversion kits of the type shown in Exhibits 1-3 literally infringe, or infringe under the doctrine of equivalents, claims 1, 5, 7, 11, and 12 of the '609 patent.

**Comparison of transmission conversion kit of Exhibits 1-3 with Claim 1**

| **Claim 1** | **How the transmission conversion kit of Exhibits 1-3 infringes Claim 1** |
|---|---|
| A change-over linkage in combination with a replacement transmission installed in a right hand drive vehicle wherein the original transmission with a right side shift lever is replaced with a replacement transmission with a left side shift lever | This element or portion of the claim is literally present. The transmission conversion kit of Exhibits 1-3 shows a change-over linkage indicated generally by the numeral 10 and a replacement transmission 12 that is adapted or designed to be installed in a right-hand drive vehicle, the Postal Service's LLV vehicle, where the original transmission in the LLV vehicle has a right-side shift lever and is replaced by the replacement transmission 12 that includes a left-side shift lever for 14. |

| | |
|---|---|
| said change-over linkage serving to transfer gear selection information emanating from the driver's gear selector lever across the vehicle from the right side to the shift lever located on the left side of the replacement transmission and comprising: | This element or portion of the claim is literally present. The change-over linkage 10 transfers gear selection information emanating from the driver's gear selector lever (on the Postal Service's LLV vehicle) across the LLV vehicle from the right side to the shift lever 14 located on the left side of the replacement transmission 12. |
| an elongate member transversely spanning the replacement transmission, said elongate member having first and second ends that are rotatably supported | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibits 1-3 includes an elongated member 16 that transversely spans the replacement transmission 12. The elongated member 16 includes a first end 16A and a second end 16B which are rotatably supported. |
| means proximate the first end of said elongate member connecting the gear selection mechanism of the vehicle to said elongate member for imparting rotational movement to the member in response to the driver's selection of gear; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The change-over linkage 10 shown in Exhibits 1-3 performs this function. It includes means proximate the first end 16A of the elongated member 16 connecting the gear selection mechanism of the LLV vehicle to the elongated member 16 for imparting rotational movement to the elongated member 16 in response to the driver's selection of a gear in the LLV vehicle. The structure in the change-over linkage 10 that performs this function is link 18. See Exhibits 1-3. |
| means proximate the second end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission and thereby converting rotational movement of the elongate member to movement operating the shift lever of the replacement transmission | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The change-over linkage of Exhibits 1-3 performs the function recited here. Change-over linkage 10 includes means proximate the second end 16B of the elongated member 16 for connecting the elongated member 16 to the shift lever 14 of the replacement transmission 12. This converts rotational movement of the elongated member 16 to movement that operates the shift lever 14 of the replacement transmission 12. The structure for forming this function is link 20 in Exhibits 1-3. |

## Comparison of transmission conversion kit of Exhibits 1-3 with Claim 5

| Claim 5 | How the transmission conversion kit of Exhibits 1-3 infringes Claim 5 |
|---|---|
| A change-over linkage for use in a transmission replacement operation for a right hand drive vehicle wherein the original transmission having a right side shift lever is replaced with a replacement transmission having a left side shift lever, said change-over linkage serving to transversely span the replacement transmission and operatively connect the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission, said change-over linkage comprising: | This element or portion of the claim is literally present. In Exhibits 1-3, there is a change-over linkage indicated generally by the numeral 10 for use in a transmission replacement operation for a right hand drive vehicle such as the Postal Service's LLV vehicle. The original transmission in the LLV vehicle has a right side shift lever and this is replaced with the replacement transmission 12 which has a left side shift lever 14. The change-over linkage 10 in Exhibits 1-3 transversely spans the replacement transmission 12 and operatively connects the right side gear selection mechanism of the LLV vehicle to the left side shift lever 14 on the replacement transmission 12. |
| a right side support member; | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibits 1-3 includes a right side support member 24. |
| a left side support member; | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibits 1-3 includes a left side support member 26. |
| an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left support members; | This element or portion of the claim is literally present. Change-over linkage 10 shown in Exhibits 1-3 includes an elongated member 16 that is supported for rotational movement at its right end 16A and its left end 16B by the right and left support members 24 and 26. |

| | |
|---|---|
| means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The change-over linkage 10 shown in Exhibits 1-3 performs this function. It includes means proximate the first end 16A of the elongated member 16 connecting the gear selection mechanism of the LLV vehicle to the elongated member 16 for imparting rotational movement to the elongated member 16 in response to the driver's selection of a gear in the LLV vehicle. The structure in the change-over linkage 10 that performs this function is link 18. See Exhibits 1-3. |
| a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said elongate member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever. | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibits 1-3 includes a multicomponent assembly proximate the left end 16B of the elongated member 16 for connecting the elongate member 16 to the shift lever 14 of the replacement transmission 12. The multicomponent assembly comprises a first component 20 projecting from the elongated member 16 and at least one additional link 22 pivotally connected to the first component 20. The additional link 22 attaches to the shift lever 14 to convert rotational movement of the elongated member 16 to movement operating the shift lever 14. |

## Comparison of transmission conversion kit of Exhibits 1-3 with Claim 7

| **Claim 7** | **How the transmission conversion kit of Exhibits 1-3 infringes Claim 7** |
|---|---|
| A kit for use in replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said kit comprising: | This element or portion of the claim is literally present. Exhibits 1-3 show a kit for use in replacing the transmission of a right hand drive vehicle, the Postal Service's LLV vehicle, that has a right side gear selection mechanism and a right side shift lever on the transmission with the replacement transmission 12 having a left side shift lever 14. |

| | |
|---|---|
| a replacement transmission with left side shift lever and associated torque converter; | This element or portion of the claim is literally present. The kit of Exhibits 1-3 includes a replacement transmission 12 with a left side shift lever 14. Upon information and belief the Postal Service purchased and/or used a torque converter associated with the replacement transmission 12. |
| a drive shaft having the correct length to accommodate the dimensions of the replacement transmission when installed; and | This element or portion of the claim is literally present. Upon information and belief, the Postal Service purchased and/or used a drive shaft having the correct length to accommodate the dimensions of the replacement transmission 12 when the Postal Service installed the replacement transmission 12. |
| a change-over linkage comprising | This element or portion of the claim is literally present. The kit of Exhibits 1-3 includes a change-over linkage 10. |
| a right side support member; | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibits 1-3 includes a right side support member 24. |
| a left side support member; | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibits 1-3 includes a left side support member 26. |
| an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left support members; | This element or portion of the claim is literally present. Change-over linkage 10 shown in Exhibits 1-3 includes an elongated member 16 that is supported for rotational movement at its right end 16A and its left end 16B by the right and left support members 24 and 26. |

| | |
|---|---|
| means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The change-over linkage 10 shown in Exhibits 1-3 performs this function. It includes means proximate the first end 16A of the elongated member 16 connecting the gear selection mechanism of the LLV vehicle to the elongated member 16 for imparting rotational movement to the elongated member 16 in response to the driver's selection of a gear in the LLV vehicle. The structure in the change-over linkage 10 that performs this function is link 18. See Exhibits 1-3. |
| a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever. | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibits 1-3 includes a multicomponent assembly proximate the left end 16B of the elongated member 16 for connecting the elongate member 16 to the shift lever 14 of the replacement transmission 12. The multicomponent assembly comprises a first component 20 projecting from the elongated member 16 and at least one additional link 22 pivotally connected to the first component 20. The additional link 22 attaches to the shift lever 14 to convert rotational movement of the elongated member 16 to movement operating the shift lever 14. |

With respect to the transmission conversion kit of Exhibits 1-3, at this time Jennings Transmission does not have sufficient information to form a belief as to whether the Postal Service has infringed Claims 8 or 9. It is believed that discovery will reveal whether the Postal Service has infringed these claims.

## Comparison of transmission conversion kit of Exhibits 1-3 with Claim 11

| Claim 11 | How the transmission conversion kit of Exhibits 1-3 infringes Claim 11 |
|---|---|
| A method for replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said method comprising the steps of: | This element or portion of the claim is literally present. The Postal Service has practiced a method of replacing the transmission on the LLV vehicle, which is a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission, with a replacement transmission 12 (shown in Exhibits 1-3) having a left side shift lever 14. |
| removing the original transmission and original drive shaft from a right hand drive vehicle having a right side gear selection mechanism; | This element or portion of the claim is literally present. In practicing this method, the Postal Service has removed the original transmission and original drive shaft from LLV postal vehicles that have a right side gear selection mechanism. |
| raising a replacement transmission with left side shift lever, and associated torque converter, into position; | This element or portion of the claim is literally present. The Postal Service has installed the replacement transmission 12 by raising the replacement transmission 12, with a left side shift lever 14 and the associated torque converter, into position. |
| connecting the torque converter to the flywheel of the vehicle; | This element or portion of the claim is literally present. Upon information and belief, the Post Office has connected the torque converter to the flywheel of the LLV vehicle. |
| securing the replacement transmission in place on the vehicle chassis; | This element or portion of the claim is literally present. The Postal Service in practicing this method has secured the replacement transmission 12 in place on the LLV vehicle chassis. |
| installing a right-to-left change-over linkage operatively connecting the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The Postal Service has further installed a right-to-left change-over linkage 10 that operatively connects the right side gear selection mechanism of the LLV vehicle to the left side shift lever 14 of the replacement transmission 12. |

| | |
|---|---|
| installing a drive shaft having the correct length to accommodate the dimensions of the replacement transmission. | This element or portion of the claim is literally present. The Postal Service has further installed a drive shaft having the correct length to accommodate the dimensions of the replacement transmission 12. |

## Comparison of transmission conversion kit of Exhibits 1-3 with Claim 12

| **Claim 12** | **How the transmission conversion kit of Exhibits 1-3 infringes Claim 12** |
|---|---|
| The method of claim 11 wherein the step of installing the change-over linkage comprises rotatably mounting an elongate member having right and left ends so that the member transversely spans the replacement transmission, | This element or portion of the claim is literally present. The change-over linkage 10 installed by the Postal Service comprises rotably mounting the elongated member 16 having a right end 16A and a left end 16B so that the elongated member 16 transversely spans the replacement transmission 12. |
| connecting the right end of the elongate member to the gear selection mechanism of the vehicle and connecting the left end of the elongate member to the shift lever of the replace men transmission. | This element or portion of the claim is literally present. The Postal Service in replacing the original transmission in the LLV vehicle connects the right end 16A of the elongated member 16 to the gear selection mechanism of the LLV vehicle and connects the left end 16B of the elongated member 16 to the shift lever 14 of the replacement transmission 12. |

Jennings Transmission believes the Postal Service has purchased and installed transmission conversion kits of the type shown in Exhibit 4, and at this time believes these transmission conversion kits were purchased form Jasper Engines & Transmissions (Jasper). The transmission conversion kits of the type shown in Exhibit 4 and referred to by Jasper as "bracket conversion" literally infringe, or infringe under the doctrine of equivalents, claims 1, 5, 7, 11 and 12 of the '609 patent. Reference numerals applied to Exhibit 4 and referred to in the claim charts

below are underlined so as to distinguish them from the original circled reference numerals appearing on the Exhibit.

**Comparison of transmission conversion kit of Exhibit 4 with Claim 1**

| **Claim 1** | **How the transmission conversion kit of Exhibit 4 infringes Claim 1** |
|---|---|
| A change-over linkage in combination with a replacement transmission installed in a right hand drive vehicle wherein the original transmission with a right side shift lever is replaced with a replacement transmission with a left side shift lever | This element or portion of the claim is literally present. The transmission conversion kit of Exhibit 4 shows a change-over linkage indicated generally by the numeral 10 and a replacement transmission 12 that is adapted or designed to be installed in a right-hand drive vehicle, the Postal Service's LLV vehicle, where the original transmission in the LLV vehicle has a right-side shift lever and is replaced by the replacement transmission 12 that includes a left-side shift lever for 14. |
| said change-over linkage serving to transfer gear selection information emanating from the driver's gear selector lever across the vehicle from the right side to the shift lever located on the left side of the replacement transmission and comprising: | This element or portion of the claim is literally present. The change-over linkage 10 transfers gear selection information emanating from the driver's gear selector lever (on the Postal Service's LLV vehicle) across the LLV vehicle from the right side to the shift lever 14 located on the left side of the replacement transmission 12. |
| an elongate member transversely spanning the replacement transmission, said elongate member having first and second ends that are rotatably supported | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibit 4 includes an elongated member 16 that transversely spans the replacement transmission 12. The elongated member 16 includes a first end 16A and a second end 16B which are rotatably supported. |

| | |
|---|---|
| means proximate the first end of said elongate member connecting the gear selection mechanism of the vehicle to said elongate member for imparting rotational movement to the member in response to the driver's selection of gear; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The change-over linkage 10 shown in Exhibit 4 performs this function. It includes means proximate the first end 16A of the elongated member 16 connecting the gear selection mechanism of the LLV vehicle to the elongated member 16 for imparting rotational movement to the elongated member 16 in response to the driver's selection of a gear in the LLV vehicle. The structure in the change-over linkage 10 that performs this function is link 18. See Exhibit 4. |
| means proximate the second end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission and thereby converting rotational movement of the elongate member to movement operating the shift lever of the replacement transmission | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The change-over linkage of Exhibit 4 performs the function recited here. Change-over linkage 10 includes means proximate the second end 16B of the elongated member 16 for connecting the elongated member 16 to the shift lever 14 of the replacement transmission 12. This converts rotational movement of the elongated member 16 to movement that operates the shift lever 14 of the replacement transmission 12. The structure for forming this function is link 20 in Exhibit 4. |

## Comparison of transmission conversion kit of Exhibit 4 with Claim 5

| Claim 5 | How the transmission conversion kit of Exhibit 4 infringes Claim 5 |
|---|---|
| A change-over linkage for use in a transmission replacement operation for a right hand drive vehicle wherein the original transmission having a right side shift lever is replaced with a replacement transmission having a left side shift lever, said change-over linkage serving to transversely span the replacement transmission and operatively connect the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission, said change-over linkage comprising: | This element or portion of the claim is literally present. In Exhibit 4, there is a change-over linkage indicated generally by the numeral 10 for use in a transmission replacement operation for a right hand drive vehicle such as the Postal Service's LLV vehicle. The original transmission in the LLV vehicle has a right side shift lever and this is replaced with the replacement transmission 12 which has a left side shift lever 14. The change-over linkage 10 in Exhibit 4 transversely spans the replacement transmission 12 and operatively connects the right side gear selection mechanism of the LLV vehicle to the left side shift lever 14 on the replacement transmission 12. |
| a right side support member; | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibit 4 includes a right side support member 24. |
| a left side support member; | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibit 4 includes a left side support member 26. |
| an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left support members; | This element or portion of the claim is literally present. Change-over linkage 10 shown in Exhibit 4 includes an elongated member 16 that is supported for rotational movement at its right end 16A and its left end 16B by the right and left support members 24 and 26. |

| | |
|---|---|
| means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The change-over linkage 10 shown in Exhibit 4 performs this function. It includes means proximate the first end 16A of the elongated member 16 connecting the gear selection mechanism of the LLV vehicle to the elongated member 16 for imparting rotational movement to the elongated member 16 in response to the driver's selection of a gear in the LLV vehicle. The structure in the change-over linkage 10 that performs this function is link 18. See Exhibit 4. |
| a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said elongate member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever. | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibit 4 includes a multicomponent assembly proximate the left end 16B of the elongated member 16 for connecting the elongate member 16 to the shift lever 14 of the replacement transmission 12. The multicomponent assembly comprises a first component 20 projecting from the elongated member 16 and at least one additional link 22 pivotally connected to the first component 20. The additional link 22 attaches to the shift lever 14 to convert rotational movement of the elongated member 16 to movement operating the shift lever 14. |

## Comparison of transmission conversion kit of Exhibit 4 with Claim 7

| **Claim 7** | **How the transmission conversion kit of Exhibit 4 infringes Claim 7** |
|---|---|
| A kit for use in replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said kit comprising: | This element or portion of the claim is literally present. Exhibit 4 show a kit for use in replacing the transmission of a right hand drive vehicle, the Postal Service's LLV vehicle, that has a right side gear selection mechanism and a right side shift lever on the transmission with the replacement transmission 12 having a left side shift lever 14. |

| | |
|---|---|
| a replacement transmission with left side shift lever and associated torque converter; | This element or portion of the claim is literally present. The kit of Exhibit 4 includes a replacement transmission 12 with a left side shift lever 14. Upon information and belief the Postal Service purchased and/or used a torque converter associated with the replacement transmission 12. |
| a drive shaft having the correct length to accommodate the dimensions of the replacement transmission when installed; and | This element or portion of the claim is literally present. Upon information and belief, the Postal Service purchased and/or used a drive shaft having the correct length to accommodate the dimensions of the replacement transmission 12 when the Postal Service installed the replacement transmission 12. |
| a change-over linkage comprising | This element or portion of the claim is literally present. The kit of Exhibit 4 includes a change-over linkage 10. |
| a right side support member; | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibit 4 includes a right side support member 24. |
| a left side support member; | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibit 4 includes a left side support member 26. |
| an elongate member supported for rotational movement at its right and left ends, respectively, by said right and left support members; | This element or portion of the claim is literally present. Change-over linkage 10 shown in Exhibit 4 includes an elongated member 16 that is supported for rotational movement at its right end 16A and its left end 16B by the right and left support members 24 and 26. |

| | |
|---|---|
| means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The change-over linkage 10 shown in Exhibit 4 performs this function. It includes means proximate the first end 16A of the elongated member 16 connecting the gear selection mechanism of the LLV vehicle to the elongated member 16 for imparting rotational movement to the elongated member 16 in response to the driver's selection of a gear in the LLV vehicle. The structure in the change-over linkage 10 that performs this function is link 18. See Exhibit 4. |
| a multicomponent assembly proximate the left end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission, said multicomponent assembly comprising a first component projecting from said rotational member and at least one additional link pivotally connected to the first component, said at least one additional link attaching to the shift lever to convert rotational movement of the elongate member to movement operating the shift lever. | This element or portion of the claim is literally present. The change-over linkage 10 shown in Exhibit 4 includes a multicomponent assembly proximate the left end 16B of the elongated member 16 for connecting the elongate member 16 to the shift lever 14 of the replacement transmission 12. The multicomponent assembly comprises a first component 20 projecting from the elongated member 16 and at least one additional link 22 pivotally connected to the first component 20. The additional link 22 attaches to the shift lever 14 to convert rotational movement of the elongated member 16 to movement operating the shift lever 14. |

With respect to the transmission conversion kit of Exhibit 4, at this time Jennings Transmission does not have sufficient information to form a belief as to whether the Postal Service has infringed Claims 8 or 9. It is believed that discovery will reveal whether the Postal Service has infringed these claims.

## Comparison of transmission conversion kit of Exhibit 4 with Claim 11

| **Claim 11** | **How the transmission conversion kit of Exhibit 4 infringes Claim 11** |
|---|---|
| A method for replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said method comprising the steps of: | This element or portion of the claim is literally present. The Postal Service has practiced a method of replacing the transmission on the LLV vehicle, which is a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission, with a replacement transmission 12 having a left side shift lever 14. |
| removing the original transmission and original drive shaft from a right hand drive vehicle having a right side gear selection mechanism; | This element or portion of the claim is literally present. In practicing this method, the Postal Service has removed the original transmission and original drive shaft from LLV postal vehicles that have a right side gear selection mechanism. |
| raising a replacement transmission with left side shift lever, and associated torque converter, into position; | This element or portion of the claim is literally present. The Postal Service has installed the replacement transmission 12 by raising the replacement transmission 12, with a left side shift lever 14 and the associated torque converter, into position. |
| connecting the torque converter to the flywheel of the vehicle; | This element or portion of the claim is literally present. Upon information and belief, the Post Office has connected the torque converter to the flywheel of the LLV vehicle. |
| securing the replacement transmission in place on the vehicle chassis; | This element or portion of the claim is literally present. The Postal Service in practicing this method has secured the replacement transmission 12 in place on the LLV vehicle chassis. |
| installing a right-to-left change-over linkage operatively connecting the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The Postal Service has further installed a right-to-left change-over linkage 10 that operatively connects the right side gear selection mechanism of the LLV vehicle to the left side shift lever 14 of the replacement transmission 12. |

| | |
|---|---|
| installing a drive shaft having the correct length to accommodate the dimensions of the replacement transmission. | This element or portion of the claim is literally present. The Postal Service has further installed a drive shaft having the correct length to accommodate the dimensions of the replacement transmission 12. |

## Comparison of transmission conversion kit of Exhibit 4 with Claim 12

| Claim 12 | How the transmission conversion kit of Exhibit 4 infringes Claim 12 |
|---|---|
| The method of claim 11 wherein the step of installing the change-over linkage comprises rotatably mounting an elongate member having right and left ends so that the member transversely spans the replacement transmission, | This element or portion of the claim is literally present. The change-over linkage 10 installed by the Postal Service comprises rotably mounting the elongated member 16 having a right end 16A and a left end 16B so that the elongated member 16 transversely spans the replacement transmission 12. |
| connecting the right end of the elongate member to the gear selection mechanism of the vehicle and connecting the left end of the elongate member to the shift lever of the replace men transmission. | This element or portion of the claim is literally present. The Postal Service in replacing the original transmission in the LLV vehicle connects the right end 16A of the elongated member 16 to the gear selection mechanism of the LLV vehicle and connects the left end 16B of the elongated member 16 to the shift lever 14 of the replacement transmission 12. |

The Postal Service has infringed Claim 11 by replacing original transmissions of the LLV postal vehicles with a transmission conversion kit shown, in part, by Exhibits 5-6 and thought to be manufactured by Jasper. The conversion kit shown in Exhibits 5-6 appear to be the same Jasper conversion kit shown in the lower left corner of Exhibit 7 and referred to as "Jasper's External Cable System." In the lower right hand corner of Exhibit 7 is another Jasper cable-type conversion kit referred to as "Jasper's Alternative External Cable System." Jennings Transmission has no

detailed information concerning the precise structure and function of Jasper's Alternative External Cable System, but it is believed that the infringement analysis that appears below with respect to Exhibits 5 and 6 apply equally to Jasper's Alternative External Cable System and that the Postal Service has infringed Claim 11 by replacing original transmissions of the LLV postal vehicle with Jasper's Alternative External Cable System.

| **Claim 11** | **How the transmission conversion kit of Exhibits 5-6 infringes Claim 11** |
|---|---|
| A method for replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said method comprising the steps of: | This element or portion of the claim is literally present. The Postal Service has practiced a method of replacing the transmission on the LLV vehicle, which is a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission, with a replacement transmission 12 having a left side shift lever 14. |
| removing the original transmission and original drive shaft from a right hand drive vehicle having a right side gear selection mechanism; | This element or portion of the claim is literally present. In practicing this method, the Postal Service has removed the original transmission and original drive shaft from LLV postal vehicles that have a right side gear selection mechanism. |
| raising a replacement transmission with left side shift lever, and associated torque converter, into position; | This element or portion of the claim is literally present. The Postal Service has installed the replacement transmission 12 by raising the replacement transmission 12, with a left side shift lever 14 and the associated torque converter, into position. |
| connecting the torque converter to the flywheel of the vehicle; | This element or portion of the claim is literally present. Upon information and belief, the Post Office has connected the torque converter to the flywheel of the LLV vehicle. |

| | |
|---|---|
| securing the replacement transmission in place on the vehicle chassis; | This element or portion of the claim is literally present. The Postal Service in practicing this method has secured the replacement transmission 12 in place on the LLV vehicle chassis. |
| installing a right-to-left change-over linkage operatively connecting the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The Postal Service in installing the replacement transmission 12, shown in Exhibits 5-6 has installed a right-to-left change-over linkage 10 that operatively connects the right side gear selection mechanism of the LLV vehicle to the left side shift lever 14 on the replacement transmission. |
| installing a drive shaft having the correct length to accommodate the dimensions of the replacement transmission. | This element or portion of the claim is literally present. The Postal Service has further installed a drive shaft having the correct length to accommodate the dimensions of the replacement transmission 12. |

The Postal Service has also infringed Claim 11 by installing transmission conversion kits, partially shown in Exhibits 8-9, thought to have been manufactured by Jones Ready Built Transmission.

| **Claim 11** | **How the transmission conversion kit of Exhibits 8-9 infringes Claim 11** |
|---|---|
| A method for replacing the transmission of a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission with a replacement transmission having a left side shift lever, said method comprising the steps of: | This element or portion of the claim is literally present. The Postal Service has practiced a method of replacing the transmission on the LLV vehicle, which is a right hand drive vehicle that has a right side gear selection mechanism and a right side shift lever on the transmission, with a replacement transmission 12 having a left side shift lever 14. |
| removing the original transmission and original drive shaft from a right hand drive vehicle having a right side gear selection mechanism; | This element or portion of the claim is literally present. In practicing this method, the Postal Service has removed the original transmission and original drive shaft from LLV postal vehicles that have a right side gear selection mechanism. |

| | |
|---|---|
| raising a replacement transmission with left side shift lever, and associated torque converter, into position; | This element or portion of the claim is literally present. The Postal Service has installed the replacement transmission 12 by raising the replacement transmission 12, with a left side shift lever 14 and the associated torque converter, into position. |
| connecting the torque converter to the flywheel of the vehicle; | This element or portion of the claim is literally present. Upon information and belief, the Post Office has connected the torque converter to the flywheel of the LLV vehicle. |
| securing the replacement transmission in place on the vehicle chassis; | This element or portion of the claim is literally present. The Postal Service in practicing this method has secured the replacement transmission 12 in place on the LLV vehicle chassis. |
| installing a right-to-left change-over linkage operatively connecting the right side gear selection mechanism of the vehicle to the left side shift lever on the replacement transmission; and | This element or portion of the claim is literally present. In the alternative, this element or portion of the claim is present through the doctrine of equivalents. The Postal Service in installing the replacement transmission 12, shown in Exhibits 8-9 has installed a right-to-left change-over linkage 10 that operatively connects the right side gear selection mechanism of the LLV vehicle to the left side shift lever 14 on the replacement transmission. |
| installing a drive shaft having the correct length to accommodate the dimensions of the replacement transmission. | This element or portion of the claim is literally present. The Postal Service has further installed a drive shaft having the correct length to accommodate the dimensions of the replacement transmission 12. |

Jennings Transmission cannot identify each and every infringing transmission conversion kit by manufacturer or model number. Upon information and belief, the Postal Service has purchased transmission conversion kits of the type shown in Exhibits 1-9 from at least two manufacturers, Ready Built Distributors, Inc. and Jasper, both of which are parties to this action. Jennings Transmission expects discovery to reveal

more specific information concerning model numbers and manufacturers of infringing transmission conversion kits. Accordingly, Jennings Transmission reserves the right to modify its infringement contentions and to amend the claim charts herein.

## Proposed Claim Construction Statement

### A. Proposed Construction of Claim Term "Change Over Linkage"

- A mechanism or system for transmitting motion from the gear selection mechanism to the shift lever of a transmission for the purpose of changing the connection of the gear selection mechanism to the transmission from one side to the other side.

Support in the Claims of the '609 Patent

- Claim 11 in its entirety, and particularly column 7, lines 24-28; column 8, lines 4-5; and column 8, lines 9-12.
- Claim 12 in its entirety.
- Claim 1, column 3, lines 33-41.
- Claim 5, column 6, lines 10-19.

References in the Specification

- Title
- Abstract
- Spec., column 1, lines 8-15
- Spec., column 1, lines 57-67 and column 2, lines 1-5
- Column 2, lines 28-33
- Column 2, lines 36-42
- Column 3, lines 28-30
- Column 4, line 24
- Column 5, lines 8-14
- Drawings from '609 patent, Figs. 2, 2A-1, 2A, 3 and 4

Extrinsic Evidence

- Definition of "linkage" from the American Heritage Dictionary (Exhibit 10)
- Definition of "linkage" from Yahoo Education (Exhibit 11)
- Patents and patent publications showing ordinary and common uses of the term "linkage" (Exhibit 12)

## B. Proposed Construction of the Following Portion of Claim 1

- Means proximate the first end of said elongate member connecting the gear selection mechanism of the vehicle to said elongate member for imparting rotational movement to the member in response to the driver's selection of gear
- The function of the means is for imparting rotational movement to the elongated member in response to the driver's selection of gear. The structure disclosed in the specification forming this function is link 120.
- See Figures 2A-1, 2A, 3 and 4
- Specification, column 3, lines 49-55

## C. Proposed Construction of the Following Portion of Claim 1

- Means proximate the second end of said elongate member for connecting the elongate member to the shift lever of the replacement transmission and thereby converting rotational movement of the elongate member to movement operating the shift lever of the replacement transmission
- The function of this means is for connecting the elongated member to the shift lever of the replacement transmission and thereby converting

rotational movement of the elongated member to movement operating the shift lever of the replacement transmission. The structure disclosed in the specification for performing this function is link 130.

- See Figures 2A-1, 2A, 3 and 4.
- See Specification, column 3, lines 50-62.

**D. Proposed Construction of the Following Portion of Claims 5 and 7**

- Means proximate the right end of said elongate member for connecting the gear selection mechanism of the vehicle to the elongate member for imparting rotational movement to the elongate member in response to the driver's selection of gear
- The function of the means is for imparting rotational movement to the member in response to the driver's selection of gear. The structure disclosed in the specification forming this function is link 130.
  - See Figures 2A-1, 2A, 3 and 4.
  - Specification, column 3, lines 49-55.

It is difficult for Jennings Transmission to anticipate what claim terms are in dispute, and hence may require construction, because according to

the Court's schedule the Government and the other two parties have not yet set forth their non-infringement contentions. Likely when this occurs, it will be apparent that other claim terms are in dispute, and if so, Jennings Transmission reserves the right to set forth proposed claim construction statements with respect to any other claim terms that might be in dispute.

Respectfully submitted, this the 10th day of October, 2006.

**Coats & Bennett, P.L.L.C.**
**Attorneys for the Plaintiff**

By: ______________________
Larry L. Coats
N.C. State Bar No. 5,547
Anthony J. Biller
N.C. State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

## CERTIFICATE OF SERVICE

I certify that the foregoing **PLAINTIFF'S INFRINGEMENT CONTENTIONS** is being served via facsimile and first-class mail, postage prepaid, addressed as follows:

Ken B. Barrett
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
950 Pennsylvania Avenue, NW
Washington D.C. 20530
(202) 307-0345

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Mark Street
Indianapolis, Indiana 46204-4900
(317) 236-9907

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
(205) 871-5758

This the 10th day of October, 2006.

Larry L. Coats