THE UNITED STATES COURT OF FEDERAL CLAIMS

Exhibit 2

JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,

PLAINTIFF,

v.

THE UNITED STATES,

DEFENDANT,

and

JASPER ENGINES & TRANSMISSIONS,

THIRD-PARTY DEFENDANT,

and

READY BUILT DISTRIBUTORS, INC.

THIRD-PARTY DEFENDANT.

CASE NO. 1:05CV1209C LMB

JUDGE LAWRENCE M. BASKIR

**ANSWER OF READY-BUILT DISTRIBUTORS, INC. TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS 23 - 24, INTERROGATORY NO. 12, AND REQUEST FOR ADMISSIONS NO'S. 6 - 14**

COMES NOW the Ready-Built Distributors, Inc. ("Ready-Built") and for answer to Plaintiff's Requests for Production of Documents 23 - 24, Interrogatory No. 12, and Request for Admissions No's. 6 - 14, says as follows:

**GENERAL OBJECTIONS**

Defendant objects to any interrogatory or sub-part thereof which seeks information privileged and protected by the attorney/client privilege, the work product privilege or any other applicable privilege. Defendant objects to any interrogatory which seeks information which is confidential, personal, sensitive and/or proprietary in nature. Defendant objects to any instructions, definitions, obligations, or duties set forth in the Defendant's interrogatories which seek to impose any instruction, definition, obligation or duty outside

of or not required by the Rules of the United States Court of Federal Claims ("RCFC"). Defendant objects to any interrogatory which seeks information subsequent to the date of the incident made the basis of this litigation. Defendant objects to any interrogatory which is over broad, vague, unreasonable, harassing, annoying, unduly burdensome or which seeks information beyond the scope of discovery allowed by the RCFC.

Moreover, defendant objects to any document request, interrogatory and/or request for admission to the extent the same seeks information relating to conversion kits that do not constitute an accused device.

Without waiving said objections, and subject to them, Defendant responds as follows:

## REQUESTS FOR PRODUCTION

23. See General Objections. Without waiving those objections, responsive non-privileged documents are attached hereto.

24. See General Objections. Without waiving those objections, responsive non-privileged documents are attached hereto.

## INTERROGATORY

12. Ready Built does not maintain records in such a manner that its profits or losses are based upon the sale of specific products and therefore cannot provide this information.

**REQUEST FOR ADMISSION**

6. See General Objections. Without waiving those objections this Defendant states as follows: Admitted.

7. See General Objections. Without waiving those objections this Defendant states as follows: Denied; See also No. 8 below.

8. See General Objections. Without waiving those objections this Defendant states as follows: Ready Built caused a special program to be written to track sales of accused devices. The program tracks quantities only, not dollar amounts. Ready Built admits that it maintains such a program since its creation but denies that it maintains any program tracking sales in terms of dollar amounts.

9. See General Objections. Without waiving those objections this Defendant states as follows: See No. 8 above.

10. See General Objections. Without waiving those objections this Defendant states as follows: See No. 8 above.

11. See General Objections. Without waiving those objections this Defendant states as follows: See No. 8 above.

12. See General Objections. Without waiving those objections this Defendant states as follows: Admitted.

13. See General Objections. Without waiving those objections this Defendant states as follows: See No. 8 above.

14. See General Objections. Without waiving those objections this Defendant

states as follows: Denied.

As to objections and document requests:

James S. Ward
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
(205) 871-5404
*Attorney for Ready-Built Distributors, Inc.*

## Verification for Defendant

STATE OF ALABAMA )
COUNTY OF JEFFERSON )

The undersigned, ROBERT JONES, JR., in his/her official capacity as PRESIDENT of Ready-Built Distributors, Inc., being of lawful age and being first duly sworn, depose and say on oath that he has read the foregoing and that the facts contained therein are true and correct according to his information, knowledge and belief.

(Signature)

Sworn to and subscribed before me
this 5th day of June, 2007.

Notary Public

*Jennings Transmission Service of Goldsboro, Inc. v. The United States of America*
*United States Court of Federal Claims*
*Case No.: 05-1209C*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on the following by Electronic Mail on the 4th day of June, 2007.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Division - Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com

OF COUNSEL