**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**No. 05-1209 C**

**JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**JASPER ENGINES & TRANSMISSIONS**

**Third-Party Defendant,**

**and**

**READY BUILT DISTRIBUTORS, INC.,**

**Third-Party Defendant.**

---

# JOINT MOTION TO MODIFY EXPERT DISCOVERY SCHEDULE

---

In accordance with RCFC 16(b), the parties jointly move the Court to modify the Special Procedures Order. [D.28.] Specifically, the parties seek to amend the expert discovery schedule such that the period of expert discovery shall commence after the Court's

determination of claim construction. As prescribed in the Special Procedures Order, fact discovery closes June 29, 2007 and expert discovery is set to conclude on July 30, 2007 with expert reports due on August 20 and 30. [*See id.*, ¶ 3(e).] In support of this motion, the parties offer the following:

1. The parties will utilize technical experts to opine on both infringement and invalidity issues of this case.

2. Infringement and invalidity will be based on the claims at issue in U.S. Patent No. 6,085,609. There are numerous claim terms in dispute. [*Compare* D.38 *with* D.40, D.41, D.43.] The Court, as part of its claim construction determination, will decide the meaning of the disputed terms and, in effect, the scope of the claims. To date, the Court has not rendered its claim construction determination.

3. It will be difficult, if not impossible, for the experts to opine on infringement and invalidity without the benefit of the Court's claim construction. In the absence of the Court's claim construction, the experts will be left to speculate as to the meaning and scope of the claim terms in dispute. This will make it difficult for the experts to prepare succinct and easy to understand expert reports.

The parties move the Court to hold expert discovery and expert reports in abeyance until the Court has considered the parties' claim construction briefs, heard their arguments, and rendered a decision as to the construction of the disputed claim terms. The parties suggest that they would provide a proposed expert discovery schedule within fourteen days of receiving the Court's claim construction order. This motion is made in good faith without purpose of causing undue delay.

Respectfully submitted, this the 18th day of June, 2007.

**Attorneys for Plaintiff**
By: /s/ Larry L. Coats
Larry L. Coats
N.C. State Bar No. 5,547
Anthony J. Biller
N.C. State Bar No. 24,117
1400 Crescent Green
Suite 300
Cary, NC 27511

**Attorney for Def. United States**
By: /s/ Ken B. Barrett
Ken B. Barrett, Esq.
Commercial Lit. Branch
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

**Attorney for Def. Jasper**
By: /s/ James M. Hinshaw
James M. Hinshaw, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

**Attorney for Def. Ready Built**
By: /s/ James S. Ward
James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway
Suite 580
Birmingham, AL 35209