**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**No. 05-1209 C**

**JENNINGS TRANSMISSION**
**SERVICE OF GOLDSBORO, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**JASPER ENGINES & TRANSMISSIONS**

**Third-Party Defendant,**

**and**

**READY BUILT DISTRIBUTORS, INC.,**

**Third-Party Defendant.**

---

**ORDER**

---

Upon joint motion of the parties and for good cause shown, the Court grants the *Joint Motion to Modify Expert Discovery Schedule* and amends the Special Procedures Order [Docket D.28] and hereby stays the deadline in this matter for serving expert reports. The parties are directed to provide

a proposed expert discovery schedule within fourteen days of the Court entering its order on claim construction.

**LAWRENCE M. BASKIR**
Judge