# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: June 19, 2007)

*****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

This Order confirms the **telephonic Status Conference on the record scheduled for 1:00 p.m., on Thursday, June 21, 2007, regarding the Discovery motions. The Defendant shall initiate the conference call with the Plaintiff, Ready Built Distributors, Inc., and Jasper Engines and Transmissions, before calling the Judge at telephone (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge