THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., PLAINTIFF, | ) | |
| v. | ) | CASE NO. 1:05-cv-1209 LMB |
| THE UNITED STATES, DEFENDANT. | ) | |

**JASPER ENGINE'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS**

Third-Party Defendant Jasper Engines & Transmissions ("Jasper Engines"), by counsel, respectfully requests an extension of time within which to respond to Plaintiff Jennings Transmission Service of Goldsboro, Inc.'s ("Jennings") Interrogatory Nos. 13-16 and Requests for Production 25-28 ("Requests #1"), Interrogatory Nos. 17-19, Requests for Production of Documents 29-34 and Requests for Admission Nos. 15-57 ("Requests #2"), and Interrogatory Nos. 20-21 and Requests for Admission Nos. 58-78 ("Requests #3") (Requests #1, #2 and #3 hereinafter collectively referred to as the "Discovery Requests"). In support of this unopposed motion, Jasper Engines states as follows:

1. In less than a two-week period, Jennings served three separate discovery requests on Jasper Engines. First, Jennings served its Requests #1 on or about May 18, 2007. Then, one week later, Jennings served its Request #2 on or about May 25, 2007. Then, four days later, on or about May 29, 2007, Jennings served its Requests #3. Collectively, the Discovery Requests comprise nine (9) Interrogatories, ten (10) Requests for Production and sixty-four (64) Requests for Admission.

2. Jasper Engines' responses to the Discovery Requests are as follows: Request #1: June 20, 2007; Requests #2: June 28, 2007; and Requests #3: July 2, 2007. These dates have not yet passed.

3. The Discovery Requests are fairly extensive and broad and will require Jasper Engines and its counsel to review a significant number of documents. Accordingly, Jasper Engines will need more time – **up to and including July 16, 2007** - to prepare its written responses to the Discovery Requests. In making this request, Jasper Engines submits that it is more efficient and orderly to gather the requested information and provide a combined response to the Discovery Requests, rather than to do so in a piecemeal fashion. Thus, Jasper Engines requests that the Court allow Jasper Engines to provide a combined response to the Discovery Requests by July 16, 2007.

4. Jasper Engines' counsel has conferred with Jennings' counsel, Larry Coats, about this motion and is authorized to report that Jennings' counsel has no objection to the requested extension of time. In addition, Jasper Engines' counsel has conferred with counsel of the United States, Ken Barrett, and is authorized to report that the United States has no objection to the requested extension of time.

5. This motion is not being made in bad faith and/or for purposes of delay.

WHEREFORE, Third-Party Defendant Jasper Engines & Transmissions, by counsel, respectfully requests an extension of time to and including July 16, 2007, within which to respond to the Jennings' Interrogatory Nos. 13-16 and Requests for Production 25-28, Interrogatory Nos. 17-19, Requests for Production of Documents 29-34 and Requests for Admission Nos. 15-57, and Interrogatory Nos. 20-21 and Requests for Admission Nos. 58-78, and for all other relief that is appropriate under the circumstances.

Respectfully submitted,

s/ *James M. Hinshaw*
James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
(317) 635-8900

*Attorneys for Jasper Engines & Transmissions*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 20, 2007, a true and correct copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, NC 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 850
Birmingham, AL 35209
JWard@WardWilsonLaw.com

s/ *James M. Hinshaw*

1164153