THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., PLAINTIFF, | ) | |
| v. | ) | CASE NO. 1:05-cv-1209 LMB |
| THE UNITED STATES, DEFENDANT. | ) | |

**ORDER ON JASPER ENGINE'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS**

Third-Party Defendant Jasper Engines & Transmissions ("Jasper Engines"), by counsel, having filed its Motion for Enlargement of Time to Respond to Plaintiff Jennings Transmission Service of Goldsboro, Inc.'s ("Jennings") ("Jennings") Interrogatory Nos. 13-16 and Requests for Production 25-28, Interrogatory Nos. 17-19, Requests for Production of Documents 29-34 and Requests for Admission Nos. 15-57, and Interrogatory Nos. 20-21 and Requests for Admission Nos. 58-78 (the "Discovery Requests"), and the Court, being duly advised in the premises, now finds that said Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Jasper Engines is granted until July 16, 2007, within which to submit its combined response to Jennings' Discovery Requests.

Date:__________________

____________________________________
JUDGE, United States Court of Federal Claims

Distribution List:

James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
jhinshaw@binghammchale.com

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, NC 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 850
Birmingham, AL 35209
JWard@WardWilsonLaw.com

1164152