# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: June 22, 2007)

*********************************************
JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC
*Plaintiff*,

v.

THE UNITED STATES,
*Defendant,*

and

JASPER ENGINES & TRANSMISSION,
*Third-Party Defendant*,

and

READY BUILT DISTRIBUTORS, INC.,
*Third-Party Defendant*.
*********************************************

## ORDER

All parties participated in a status conference on June 21, 2007 to address multiple motions filed in this matter. At issue were a number of motions to compel discovery, a joint motion to modify the expert discovery schedule, and Jasper's motion for an enlargement of time. We allowed these latter two motions as a preliminary matter during the conference. The remaining time was used to address the discovery disputes. Based on the ongoing cooperation of the parties, as represented below, the Court defers ruling on the Plaintiff's motions to compel discovery.

Both Jasper and the Defendant have agreed to supplement their responses and continue to work with Jennings to provide the information sought. The parties have made proposals to resolve the dispute with respect to interrogatories, document requests, and privilege logs.

Ready Built has agreed to set a firm discovery schedule by Tuesday, June 26, 2007, which will specify what will be produced and when.

Discovery involving experts will be **STAYED** until this Court has issued a decision regarding claim construction.

Jasper's June 20, 2007 motion for an enlargement of time, unopposed by the other parties, is **GRANTED.** Jasper is granted an extension of time to and including July 16, 2007.

At the conclusion of the status conference, the Defendant orally moved for a one week enlargement of time to provide its discovery responses. This motion was unopposed by the other parties and is hereby **GRANTED.** Defendant has until July 5, 2007 to provide responses to the discovery requests.

The parties are admonished to cooperate fully before requesting the Court's intervention in discovery matters.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge