**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.**

**Plaintiff,** **No. 05-1209 C**

**v.** **Judge Lawrence M. Baskir**

**THE UNITED STATES,**

**Defendant,**

**and**

**JASPER ENGINES & TRANSMISSIONS**

**Third-Party Defendant,**

**and**

**READY BUILT DISTRIBUTORS, INC.,**

**Third-Party Defendant.**

---

**JENNINGS' UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS**

---

Plaintiff Jennings Transmission Service of Goldsboro, Inc. ("Jennings") respectfully requests an extension of time within which to respond to Defendant United States' Requests for Production of Documents and Things to Plaintiff, Set No. 2 (RPD Nos. 41-44) and

Interrogatories to Plaintiff, Set No. 2 (Interrog. Nos. 6-9) (hereinafter collectively “Discovery Requests”). In support of this motion, Jennings states as follows:

1. Defendant served its Discovery Requests to Jennings on May 24, 2006. Accordingly, Jennings’ responses are due June 26, 2007. This date has not yet passed.

2. The Discovery Requests are fairly extensive and broad. Jennings diligently initiated the initial steps to prepare responses. Jennings’ counsel, however, has recently been occupied with taking and attending depositions related to this case as well as other cases. This, in conjunction with the related travel time and personal travel, has left Jennings’ counsel without sufficient time to provide meaningful responses to Defendant’s requests.

3. Jennings’ counsel conferred with Defendant’s counsel, Ken Barrett, who agreed to a two week extension of time.

4. This motion is made in good faith and is not intended to cause undue delay.

Plaintiff Jennings respectfully requests an extension of time to and including July 10, 2007 within which to respond to Defendant’s Discovery Requests and for all other relief appropriate under the circumstances.

Respectfully submitted, this the 25th day of June, 2007.

**COATS & BENNETT, P.L.L.C.**
**Attorneys for Plaintiff**

By: /s/ Anthony J. Biller
Larry L. Coats
N.C. State Bar No. 5,547
Anthony J. Biller
N.C. State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

# CERTIFICATE OF SERVICE

I certify that the foregoing **JENNINGS' UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS** is being served electronically this 25th day of June, 2007 using the CM/ECF system which will send notification of such filing to the following email addresses:

Ken B. Barrett, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
ken.barrett@usdoj.gov
*Attorney for Defendant United States*

James M. Hinshaw, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com
*Attorney for Defendant Jasper*

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
jward@wardwilsonlaw.com
*Attorney for Defendant Ready Built*

By: /s/ Anthony J. Biller
Anthony J. Biller
Attorney for Plaintiff