# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: June 27, 2007)

**************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

ORDER

Plaintiff's unopposed Motion for an Enlargement of Time until **July 10, 2007, to respond to Defendant's Requests for Production of Documents and Things to Plaintiff, Set No. 2 (RPD Nos. 41-44) and Interrogatories to Plaintiff, Set No. 2 (Interrog. Nos. 6-9)** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge