**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JENNINGS TRANSMISSION
SERVICE OF GOLDSBORO, INC.**

**Plaintiff,** **No. 05-1209 C**

**v.** **Judge Lawrence M. Baskir**

**THE UNITED STATES,**

**Defendant,**

**and**

**JASPER ENGINES & TRANSMISSIONS**

**Third-Party Defendant,**

**and**

**READY BUILT DISTRIBUTORS, INC.,**

**Third-Party Defendant.**

---

**JENNINGS' MOTION FOR EXTENSION OF TIME TO RESPOND TO READY BUILT'S "ADDITIONAL RESPONSE" AND MOTION FOR PROTECTIVE ORDER**

---

Plaintiff Jennings Transmission Service of Goldsboro, Inc. ("Jennings") respectfully requests that the Court set August 2 as the deadline for Jennings to respond to Ready Built Distributors, Inc. Additional

Response to Jennings Transmission Service of Goldsboro, Inc.'s Second Motion to Compel and Motion for Protective Order. In support of this motion, Jennings states as follows:

1. Jennings served its second motion to compel Ready Built on June 13, 2007. Accordingly, Ready Built's response was due July 2, 2007.

2. On July 9, 2007, Ready Built served an "additional response" to Jennings' motion and, combined with the response, a motion for protective order.

3. In the event the Court accepts Ready Built's tardy response, Jennings' reply brief would be due July 23, 2007. If the "additional response" and motion is treated as a motion, Jennings' response brief would be due July 26, 2007.

4. Undersigned counsel for Jennings is out of the state and will not return until July 25. This has left Jennings' counsel without sufficient time to draft a meaningful reply to Defendant's "additional response" and motion by July 23 or July 26.

5. This motion is made in good faith and is not intended to cause undue delay.

Plaintiff Jennings respectfully requests an extension of time to and including August 2, 2007 within which to respond to Ready Built's "additional response" and motion.

Respectfully submitted, this the 20th day of July, 2007.

**COATS & BENNETT, P.L.L.C.**
**Attorneys for Plaintiff**

By: /s/ Anthony J. Biller
Larry L. Coats
N.C. State Bar No. 5,547
Anthony J. Biller
N.C. State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

## CERTIFICATE OF SERVICE

I certify that the foregoing **JENNINGS' MOTION TO SET DEADLINE TO RESPOND TO READY BUILT'S "ADDITIONAL RESPONSE" AND MOTION FOR PROTECTIVE ORDER** is being served electronically this 20th day of July, 2007 using the CM/ECF system which will send notification of such filing to the following email addresses:

Ken B. Barrett, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
ken.barrett@usdoj.gov
*Attorney for Defendant United States*

James M. Hinshaw, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com
*Attorney for Defendant Jasper*

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
jward@wardwilsonlaw.com
*Attorney for Defendant Ready Built*

By: /s/ Anthony J. Biller
Anthony J. Biller
Attorney for Plaintiff