# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: July 25, 2007)

*****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

ORDER

Plaintiff's **Motion** for an 8-day **Extension of Time**, until **August 2, 2007,** to Respond to Ready Built's "Additional Response" and Motion for Protective Order which was filed on July 9, 2007, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge