## Cable Shift Linkage Sales
## From 1-1-2001 to 6-26-2007

Exhibit A

### Transmissions With Cable Shift Linkage

| # SOLD | Part # | TOTAL $ |
|---|---|---|
| 427 | RBT00700 | $467,222.05 |
| 12573 | RBT00800 | $16,574,644.33 |
| 468 | RBT00801 | $514,674.75 |
| 613 | RBT00811 | $656,266.00 |
| 7 | RBT00811 A/E | $6,825.00 |
| 264 | RBT00811AE | $287,697.25 |
| 1076 | RBT00812 | $705,610.07 |
| 396 | RBT00813 | $565,973.98 |
| 271 | RBT00814 | $312,116.51 |
| 5473 | RBT00817 | $6,283,091.46 |
| 55 | RBT00818 | $54,513.00 |
| 2 | RBT00818MG | $961.00 |
| 2817 | RBT00900 | $3,278,792.35 |
| 146 | RBT00901 | $125,450.68 |
| 151 | RBT00908 | $123,462.29 |
| 2 | RBT00908 A/E | $2,730.00 |
| 68 | RBT00908AE | $77,877.60 |
| 376 | RBT00909 | $265,670.00 |
| 134 | RBT00912 | $138,890.00 |
| 97 | RBT00913 | $126,138.84 |
| 865 | RBT00917 | $894,035.44 |
| 37 | RBT00918 | $30,805.00 |

| Subtotal of Transmissions Sold With Cable Shift Linkages |
|---|
| 26318 |

### Individual Cable Shift Linkages Sold

| # SOLD | Part # | TOTAL $ |
|---|---|---|
| 6413 | RBT03000 | $1,660,550.00 |

### Total Cable Shift Linkages Sold

| Grand Total of Cable Shift Linkages Sold |
|---|
| 32866 |

Print this Page Back to the Reports Menu