READY-BUILT

"GET INTO HIGH GEAR"

**U.S.P.S. POWERTRAIN PRODUCTS**

NOA # 412735-00-H-III

Exhibit C

## 4L60 (700R4) Transmissions

| Type | RBT Part Number | Exchange Price | Core Charge | Warranty |
|---|---|---|---|---|
| 4L60 (700R4) w/ Conversion Kit & Drive shaft & Heavy Duty Cooler Kit | RBT00800 RBT00900 | $1540.00 | $300.00 | 36 months unlimited miles |
| 4L60 (700R4) w/ Conversion Kit & Heavy Duty Cooler Kit | RBT00801 RBT00901 | $1475.00 | $300.00 | 36 months unlimited miles |
| 4L60 (700R4) w/ Conversion Kit & Drive shaft | RBT00813 RBT00913 | $1475.00 | $300.00 | 36 months unlimited miles |
| 4L60 (700R4) w/ Conversion Kit & Shifter | RBT00814 RBT00912 | $1350.00 | $300.00 | 36 months unlimited miles |
| 4L60 (700R4) Stripped Transmission w/ shift mechanism | RBT00700 | $1150.00 | $300.00 | 36 months unlimited miles |
| 4L60 (700R4) Stripped Transmission | RBT00821 | $950.00 | $300.00 | 36 months unlimited miles |

## (700R) 4L60 Conversion & Accessories

| Type | RBT Part Number | Price | Core Charge | Warranty |
|---|---|---|---|---|
| Drive shaft Assembly | RBT00807 | $125.00 | N/A | Life of Transmission |
| Heavy Duty Cooler with Lines | 5042CK | $125.00 | N/A | Life of Transmission |
| Series III Shifter (5042) | RBT03000 | $275.00 | N/A | Life of Transmission |
| Stainless Flex Cooler Line Set | RBTCLS | $60.00 | N/A | Life of Transmission |
| 2.5/2.2 Conversion Kit (includes: detent cable, speedo & sleeve, dust cover, dip stick & tube, bolts, converter bracket, pulley and detent bracket.) | RBT00802 (2.5) RBT00902 (2.2) | $200.00 | N/A | Life of Transmission |
| 2.5 LLV Flywheel (Flexplate) | RBT004373 | $55.00 | N/A | Life of Transmission |

## Other Transmissions

| Type | RBT Part Number | Exchange Price | Core Charge | Warranty |
|---|---|---|---|---|
| MT643 Allison | RBTA002 | $2,650.00 | $1000.00 | 12 months unlimited miles |
| HT740 Allison | RBTA007 | $5,500.00 | $3000.00 | 12 months unlimited miles |
| 5R55E | RBT01101 | $1,878.00* | $300.00 | 36 months unlimited miles |
| AX4S | RBT01201 | $1,525.00* | $300.00 | 36 months unlimited miles |
| 4R44E | RBT01301 | $1,725.00 | $300.00 | 36 months unlimited miles |
| 4L80E | RBT00004 | $1,595.00 | $300.00 | 36 months unlimited miles |

WWW.READY-BUILT.COM 1-800-791-9451 334-270-7770 FAX: 334-270-7767

UNITED STATES POST OFFICE

# READY BUILT

## ENGINES & TRANSMISSION

DATE: As of 10-26-01

OUR REF:

SUBJECT:

## PARTS AND PRICE LIST

TO:

### 4L60/700R4 TRANSMISSION

| PART # | DESCRIPTION | PRICE | |
|---|---|---|---|
| RBT00800 | 2.5 TRANS W/CABLE & DRIVE SHAFT & 5042 CK | | 1540.00 |
| RBT00801 | 2.5 TRANS W/CABLE W/O DRIVE SHAFT W/5042 CK | 1415.00 | |
| RBT00805 | | | |
| RBT00811 | 2.5 TRANS W/CABLE & DRIVE SHAFT | 1415.00 | |
| RBT00812 | 2.5 TRANS W/CABLE, W/O DRIVE SHAFT | | 1290.00 |
| RBT00813 | 2.5 TRANS W/BRACKET & DRIVE SHAFT | | 1415.00 |
| RBT00814 | 2.5 TRANS W/BRACKET, W/O DRIVE SHAFT | 1290.00 | |
| RBT00815 | 2.5 TRANS W/CABLE, DRIVE SHAFT & LINES | 1475.00 | |
| RBT00816 | 2.5 TRANS W/CABLE, W/O DRIVE SHAFT& W/LINES | 1350.00 | |
| RBT00817 | 2.5 TRANS W/BRACKET, DRIVE SHAFT & LINES | | 1475.00 |
| RBT00818 | 2.5 TRANS W/BRACKET, W/O DRIVE SHAFT & W/LINES | | 1350.00 |
| RBT00819 | 2.5 TRANS W/DRIVE SHAFT & LINES (NO SHIFT MECHANISM) | | 1275.00 |
| RBT00820 | 2.5 TRANS W/DRIVE SHAFT (NO SHIFT MECHANISM) | 1215.00 | |
| RBT00821 | TRANSMISSION ONLY | 989.00 | |
| RBT00900 | 2.2 TRANS W/CABLE W/DRIVE SHAFT W5042 CK | | 1540.00 |
| RBT00901 | 2.2 TRANS W/CABLE W/O DRIVE SHAFT W/5042 CK | 1415.00 | |
| RBT00908 | 2.2 TRANS W/CABLE & DRIVE SHAFT | 1415.00 | |
| RBT00909 | 2.2 TRANS W/CABLE, W/O DRIVE SHAFT | | 1290.00 |
| RBT00910 | 2.2 TRANS W/BRACKET & DRIVE SHAFT | | 1415.00 |
| RBT00911 | 2.2 TRANS W/BRACKET, W/O DRIVE SHAFT | 1290.00 | |
| RBT00915 | 2.2 TRANS W/CABLE, DRIVE SHAFT & LINES | 1475.00 | |
| RBT00916 | 2.2 TRANS W/CABLE, W/O DRIVE SHAFT & W/LINES | 1350.00 | |
| RBT00917 | 2.2 TRANS W/BRACKET, DRIVE SHAFT & LINES | | 1475.00 |
| RBT00918 | 2.2 TRANS W/BRACKET, W/O DRIVE SHAFT & W/LINES | | 1350.00 |
| RBT00919 | 2.2 TRANS W/DRIVE SHAFT & LINES (NO SHIFT MECHANISM) | 1275.00 | |
| RBT00920 | 2.2 TRANS W/DRIVE SHAFT (NO SHIFT MECHANISM) | 1215.00 | |

### OTHER TRANSMISSIONS

| PART # | DESCRIPTION | PRICE | |
|---|---|---|---|
| RBT000C6 | C6 TRANS | 585.00 | |
| RBT00004 | '97 P30 2 TON TRANS(4L80E) | 1595.00 | |
| RBT00005 | 4760E 1 pc CASE | | 1015.00 |
| RBT00006 | 4L60E 2 pc CASE | | 1015.00 |
| RBT01001 | 2.5 TH180C | 938.00 | |
| RBT01002 | 2.2 TH180C | 938.00 | |
| RBT01101 | EXPLORER 4.0 (5R55E) | 1728.00 | |
| RBT01201 | WINDSTAR (AX4S/AX4N) | 1428.00 | |
| RBT01301 | EXPLORER 2.3L OR 3.0 (4R44E) | 1468.00 | 1 yr · 3 yr |
| RBT01401 | TH400 | 750.00 | |

### ENGINES

| PART # | DESCRIPTION | PRICE | |
|---|---|---|---|
| RBT02000 | LLV 2.2L DROP IN COMPLETE W/INTAKE | | 1975.00 - W/O INTAKE 1775.00 |
| RBT02001 | LLV 2.5L WITH TIN (TYPE E - 152060E) LONG BLOCK | 1275.00 | |
| RBT02002 | LLV 2.5L WITH TIN (TYPE A - 150980A) LONG BLOCK | 1275.00 | |
| RBT02001C | 2.5E COMPLETE ENGINE W/INTAKE | 1975.00 - W/O INTAKE 1775.00 | |
| RBT02002C | 2.5A COMPLETE ENGINE W/INTAKE | 1975.00 - W/O INTAKE 1775.00 | |
| RBT02101 | LLV 2.2L WITH TIN (134140) LONG BLOCK | | 1275.00 |
| RBT02201 | 6.5L DIESEL (65004) LONG BLOCK | | 3495.00 |
| RBT02201C | 6.5 L DIESEL COMPLETE | | 5695.00 |
| RBT02301 | AEROSTAR 3.0L (VEHICLE INFORMATION NEEDED) | 1450.00 | |
| RBT02302 | AEROSTAR 4.0L (VEHICLE INFORMATION NEEDED) | 1795.00 | |
| RBT02401 | WINDSTAR 3.0L (VEHICLE INFORMATION NEEDED) | 1450.00 | |
| RBT02402 | WINDSTAR 3.8L (VEHICLE INFORMATION NEEDED) | 1795.00 | |

### DIFFERENTIALS (REAR END)

DEC.10.2001 5:28PM READY-BUILT TRANSMISSIONS NO.1572 P.1/2