IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1209 C

Exhibit A

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | **Judge Lawrence M. Baskir** |
| **and** | ) | |
| **JASPER ENGINES &TRANSMISSIONS,** | ) | |
| **Third-Party Defendant,** | ) | |
| **and** | ) | |
| **READY BUILT DISTRIBUTORS, INC.** | ) | |
| **Third-Party Defendant.** | ) | |

**PLAINTIFF'S INTERROGATORY NOS. 17-19, REQUEST FOR PRODUCTION OF DOCUMENTS NOS. 29-34, AND REQUESTS FOR ADMISSION NOS. 15-57 TO DEFEENDENT READY BUILT DISTRIBUTORS, INC.**

Take notice that pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure, Plaintiff Jennings Transmission Services of Goldsboro, Inc. requests Defendant Ready Built Distributors, Inc. ("Ready Built") to answer the following requests and produce responsive documents at the offices of undersigned counsel within 30 days of the date of service of these requests upon it. Plaintiff incorporates herein its previously served definitions and instructions for discovery requests.

## ADDITIONAL DEFINITIONS

9. "Bracket type linkage" and "bracket type linkages" refer to a rigid or hard linkage used to enable a left handed transmission to be used in a right handed vehicle such as the LLV. An example of such a bracket type linkage is depicted in Exhibits 1 and 2 attached hereto.

10. "Cable type linkage" and "cable type linkages" refer to a cable linkage used to enable a left handed transmission to be used in a right handed vehicle such as the LLV. An example of such a cable type linkage is depicted in Exhibits 3 and 4 attached hereto.

## INTERROGATORIES

**Interrogatory No. 17:**

For each of the following products, provide your total sales of each product to the U.S. Postal Service, including the total dollar sales figures and the quantity sold of each product.

| Product Num. | Product Description |
|---|---|
| RBT00805 | |
| RBT00811 A/E | |
| RBT00811 AE | |
| RBT00818 MG | |
| RBT00908 A/E | |
| RBT00908 AE | |
| RBT00912 | 4L60 (700R4) w/ Conversion Kit & Shifter |
| RBT00913 | 4L60 (700R4) w/ Conversion Kit & Driveshaft |
| RBT00813 | 4L60 2.5 transmission w/ bracket & driveshaft |
| RBT00814 | 4L60 2.5 transmission w/ bracket, w/o driveshaft |
| RBT00817 | 4L60 2.5 transmission w/ bracket, driveshaft, & lines |
| RBT00818 | 4L60 2.5 transmission w/ bracket, w/o driveshaft, w/ lines |
| RBT00910 | 4L60 2.2 transmission w/ bracket & driveshaft |
| RBT00911 | 4L60 2.2 transmission w/ bracket, w/o driveshaft |
| RBT00917 | 4L60 2.2 transmission w/ bracket, driveshaft, & lines |
| RBT00918 | 4L60 2.2 transmission w/ bracket, w/o driveshaft, & w/ lines |
| 8686965 | Transmission w/ cable shift linkage |
| RBT00007 | Transmission w/ cable shift linkage |

| | |
|---|---|
| RBT00800 | 4L60 2.5 transmission w/ cable & driveshaft & 5042 CK |
| RBT00801 | 4L60 2.5 transmission w/ cable w/o driveshaft w/ 5042 CK |
| RBT00802 | 2.5 Conversion Kit (detent cable, speedo & sleeve, dust cover, dip stick & tube, bolts, converter bracket, pulley and detent bracket) |
| RBT00811 | 4L60 2.5 transmission w/ cable & driveshaft |
| RBT00812 | 4L60 2.5 transmission w/ cable, w/o driveshaft |
| RBT00815 | 4L60 2.5 transmission w/ cable, driveshaft, & lines |
| RBT00816 | 4L60 2.5 transmission w/ cable, w/o driveshaft, w/ lines |
| RBT00900 | 4L60 2.2 transmission w/ cable w/ driveshaft w/ W5042 Cooler Kit |
| RBT00901 | 4L60 2.2 transmission w/ cable w/o driveshaft w/ W5042 Cooler Kit |
| RBT00902 | 2.5 Conversion Kit (detent cable, speedo & sleeve, dust cover, dip stick & tube, bolts, converter bracket, pulley and detent bracket) |
| RBT00908 | 4L60 2.2 transmission w/ cable & driveshaft |
| RBT00909 | 4L60 2.2 transmission w/ cable, w/o driveshaft |
| RBT00915 | 4L60 2.2 transmission w/ cable, driveshaft, & lines |
| RBT00916 | 4L60 2.2 transmission w/ cable, w/o driveshaft, & w/ lines |
| RBT01001 | Transmission w/ cable shift linkage |
| RBT01001 D | Transmission w/ cable shift linkage |
| RBT02501 | Transmission w/ cable shift linkage |
| RBT03000 | Cable shift linkage |
| RBT180C | Transmission w/ cable shift linkage |
| RBT00700 | 4L60 (700R4) Stripped Transmission w/ shift mechanism |
| RBT00807 | Drive shaft assembly |
| RBT00819 | 4L60 2.5 transmission w/ driveshaft & lines (no shift mechanism) |
| RBT00820 | 4L60 2.5 transmission w/ driveshaft (no shift mechanism) |
| RBT00821 | 4L60 Transmission only |
| RBT00919 | 4L60 2.2 transmission w/ driveshaft & lines (no shift mechanism) |
| RBT00920 | 4L60 2.2 transmission w/ driveshaft (no shift mechanism) |

**Response:**

**Interrogatory No. 18:**

Describe in detail any bracket (non-cable) type linkage you sold to the U.S. Postal Service that is different from the bracket type linkage shown in Exhibit 1 hereto.

**Response:**

**Interrogatory No. 19:**

For each of the Requests for Admission Nos. 15-57 for which you have denied in any part, explain in detail the reasons for your denial.

**Response:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Produce the following:

**Document Request No. 29:**

Copies of all your quarterly sales reports to the U.S. Postal Service that include sales of transmission conversion kits or parts related to such kits.

**Response:**

**<u>Document Request No. 30:</u>**

Documents reflecting the date of your first approval to sell transmission conversion kits to the U.S. Postal Service.

**<u>Response:</u>**

**<u>Document Request No. 31:</u>**

Documents reflecting your first offer to sell transmission conversion kits to the U.S. Postal Service.

**<u>Response:</u>**

**<u>Document Request No. 32:</u>**

For each bracket type linkage described in your response to Interrogatory No. 18, drawings and photographs in sufficient detail to enable comparison of each such device to the claims of the '609 patent.

**<u>Response:</u>**

**Document Request No. 33:**

Documents that show in detail the linkage structure of each bracket type linkage that forms a part of the product identified by your part numbers RBT00813, RBT00814, RBT00817, RBT00818, RBT00910, RBT00911, RBT00917, and RBT00918.

**Response:**

**Document Request No. 34:**

Documents that show in detail the linkage structure of each conversion linkage that forms a part of the product identified by your part numbers RBT00805, RBT00811 A/E, RBT00811 AE, RBT00818 MG, RBT00908 A/E, RBT00908 AE, RBT00912, and RBT00913.

**Response:**

## REQUESTS FOR ADMISSION

Admit or deny the following:

**Request No. 15:**

Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00813.

**Response:**

**Request No. 16:**

Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00814.

**Response:**

**Request No. 17:**

Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00817.

**Response:**

**Request No. 18:**

Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00818.

**Response:**

**Request No. 19:**

Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00910.

**Response:**

**Request No. 20:**

Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00911.

**Response:**

**Request No. 21:**

Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00917.

**Response:**

**Request No. 22:**

Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00918.

**Response:**

**Request No. 23:**

In installing your cable type linkages, the original transmission and original driveshaft are removed from the LLV vehicle

**Response:**

**Request No. 24:**

In installing your cable type linkages, a replacement transmission with a left side shift lever and an associated torque converter is raised into a position where the replacement transmission and torque converter can be installed.

**Response:**

**Request No. 25:**

In installing your cable type linkages, the torque converter is connected to the flywheel of the LLV vehicle.

**Response:**

**Request No. 26:**

In installing your cable type linkages, the replacement transmission is secured on the LLV chassis.

**Response:**

**Request No. 27:**

In installing your cable type linkages, a cable linkage is installed.

**Response:**

**Request No. 28:**

In installing your cable type linkages, a cable linkage is installed by operatively connecting the cable linkage to the gear selection mechanism of the LLV vehicle and to the left side shift lever on the replacement transmission.

**Response:**

**Request No. 29:**

In installing your cable type linkages, a different driveshaft from the original driveshaft is installed.

**Response:**

**Request No. 30:**

In installing your cable type linkages, the driveshaft installed has a different length than the original driveshaft.

**Response:**

**Request No. 31:**

In installing your cable type linkages, a driveshaft having the correct length to accommodate the dimensions of the replacement transmission is installed.

**Response:**

**Request No. 32:**

In installing your bracket type linkages, an elongated member having right and left ends is mounted so that the member transversely spans the replacement transmission.

**Response:**

**Request No. 33:**

Your bracket type linkage includes an elongated member is designed to transversely span the replacement transmission and has right and left ends.

**Response:**

**Request No. 34:**

In installing your bracket type linkages, the right end of the elongated member is connected, directly or indirectly, to the gear selection mechanism of the LLV vehicle.

**Response:**

**Request No. 35:**

In installing your bracket type linkage, the left end of the elongated member is connected, directly or indirectly, to the shift lever of the replacement transmission.

**Response:**

**Request No. 36:**

You sell a replacement transmission with at least some of your bracket type linkages.

**Response:**

**Request No. 37:**

Your bracket type linkage is intended to be installed in a right-hand drive vehicle.

**Response:**

**Request No. 38:**

Your replacement transmission sold with the bracket type linkage includes a left-side shift lever.

**Response:**

**Request No. 39:**

Your bracket type linkage transfers gear selection information emanating from the driver's gear selector lever across the vehicle from the right side to the shift lever located on the left side of the replacement transmission.

**Response:**

**Request No. 40:**

Your bracket type linkage includes an elongated member that, when installed on a replacement transmission, spans the replacement transmission.

**Response:**

**Request No. 41:**

Your bracket type linkage includes an elongated member that spans the replacement transmission and includes a first end and a second end.

**Response:**

**Request No. 42:**

In your bracket type linkage, the elongated member that spans the replacement transmission is rotatably supported.

**Response:**

**Request No. 43:**

Your bracket type linkage includes means for imparting rotation movement to the elongated member.

**Response:**

**Request No. 44:**

In response to the driver's selection of a gear, the means in your bracket type linkage imparts rotational movement to the elongated member and is proximate one end of the elongated member.

**Response:**

**Request No. 45:**

In your bracket type linkage, the means for imparting rotational movement to the elongated member is proximate one end of the elongated member and, when installed, is connected directly or indirectly to the gear selection mechanism of the vehicle.

**Response:**

**Request No. 46:**

Your bracket type linkage also includes means that converts the rotational movement of the elongated member to movement that operates the shift lever of the replacement transmission.

**Response:**

**Request No. 47:**

Your bracket type linkage includes means proximate one end of the elongated member for connecting the elongated member to the shift lever of the replacement transmission and thereby converts the rotational movement of the elongated member to movement that operates the shift lever of the replacement transmission.

**Response:**

**Request No. 48:**

Your bracket type linkage includes a right side support member for supporting the elongated member that spans the replacement transmission.

**Response:**

**Request No. 49:**

Your bracket type linkage includes a left side support member for supporting the elongated member that spans the replacement transmission.

**Response:**

**Request No. 50:**

In your bracket type linkage, the elongated member that spans the replacement transmission is rotatably supported at its respective end by right and left support members.

**Response:**

**Request No. 51:**

Your bracket type linkage includes a multi-component assembly.

**Response:**

**Request No. 52:**

Your bracket type linkage includes a multi-component assembly proximate the left side of the elongated member.

**Response:**

**Request No. 53:**

Your bracket type linkage includes a multi-component assembly proximate the left end of the elongated member for directly or indirectly connecting the elongated member to the shift lever of the replacement transmission.

**Response:**

**Request No. 54:**

Your bracket type linkage includes a multi-component assembly that comprises a first component projecting from the elongated member.

**Response:**

**Request No. 55:**

Your bracket type linkage includes a multi-component assembly that has at least one additional link that attaches to the shift lever of the replacement transmission and which operates the shift lever.

**Response**:

**Request No. 56:**

Your bracket type linkage includes the multi-component assembly which comprises a first component projecting from the elongated member and at least one additional link pivotably connected to the first component and wherein the one additional link attaches to the shift lever to convert rotational movement of the elongated member to movement operating the shift lever.

**Response:**

**Request No. 57:**

The document attached hereto at Exhibit 3 is a true and accurate reflection of your total sales for each product listed therein.

**Response:**

This the 25th day of May, 2007.

**COATS & BENNETT, P.L.L.C.**
**Attorneys for Plaintiff**

By: ______________________
Larry L. Coats
N.C. State Bar No. 5,547
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

**CERTIFICATE OF SERVICE**

I certify that on this day, the 25th of May, 2007, a true and correct copy of the foregoing **PLAINTIFF'S INTERROGATORY NO. 17-19, REQUEST FOR PRODUCTION OF DOCUMENTS NOS. 29-34, AND REQUESTS FOR ADMISSION NOS. 15-57 TO DEFEENDENT READY BUILT DISTRIBUTORS, INC.** was served via regular U.S. Mail, postage prepaid, and via e-mail to the following addresses:

Ken B. Barrett, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530
ken.barrett@usdoj.gov
*Attorney for Defendant Post Office*

James M. Hinshaw, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com
*Attorney for Defendant Jasper*

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
jward@wardwilsonlaw.com
*Attorney for Defendant Ready Built*

By: ______________________
Larry L. Coats
Attorney for Plaintiff

Exhibit 1







12


10
16
16A





Exhibit 2







-12-
10

Exhibit 3

## Cable Shift Linkage Sales
## From 1-1-2001 to 5-2-2007

### Transmissions With Cable Shift Linkage

| # SOLD | Part # | TOTAL $ |
|---|---|---|
| 2346 | 8686965 | $1,051,960.00 |
| 1 | RBT00007 | $1,250.00 |
| 379 | RBT00700 | $412,822.05 |
| 12204 | RBT00800 | $15,998,582.89 |
| 459 | RBT00801 | $499,509.75 |
| 613 | RBT00811 | $656,266.00 |
| 7 | RBT00811 A/E | $6,825.00 |
| 264 | RBT00811AE | $287,697.25 |
| 1076 | RBT00812 | $705,610.07 |
| 378 | RBT00813 | $539,013.98 |
| 265 | RBT00814 | $305,876.51 |
| 5473 | RBT00817 | $6,283,091.46 |
| 55 | RBT00818 | $54,513.00 |
| 2 | RBT00818MG | $961.00 |
| 2724 | RBT00900 | $3,143,462.35 |
| 123 | RBT00901 | $115,545.68 |
| 151 | RBT00908 | $123,462.29 |
| 2 | RBT00908 A/E | $2,730.00 |
| 68 | RBT00908AE | $77,877.60 |
| 376 | RBT00909 | $265,670.00 |
| 125 | RBT00912 | $129,530.00 |
| 96 | RBT00913 | $126,138.84 |
| 864 | RBT00917 | $892,560.44 |
| 37 | RBT00918 | $30,805.00 |
| 1 | RBT01001 | $938.00 |
| 1 | RBT02001D | $1,775.00 |
| 1 | RBT02501 | $0.00 |
| 2 | RBT180C | $100,000.00 |

| Subtotal Transmissions Sold With Cable Shift Linkages |
|---|
| 28116 |

### Individual Cable Shift Linkages Sold

| # SOLD | Part # | TOTAL $ |
|---|---|---|
| 6043 | RBT03000 | $1,558,800.00 |