**Jane Sorey**

**From:** Rebecca E. Crandall

**Sent:** Wednesday, July 11, 2007 3:35 PM

**To:** Valerie J. Swanson; Jane Sorey

**Subject:** FW: Jennings - discovery issues

# Exhibit B

Rebecca Crandall
rcrandall@coatsandbennett.com

---

**From:** Jim Ward [mailto:JWard@wardwilsonlaw.com]
**Sent:** Wednesday, July 11, 2007 3:27 PM
**To:** Rebecca E. Crandall
**Subject:** RE: Jennings - discovery issues

Of course he cannot communicate with my client Obviously, the email was sent to him by mistake. I have no clue what you are talking about as to these times. Why make this all so hard? If you want to reply to our response and also reply to the motion, do it all at once if you want. It matters not to me if the date is July 23 or 26. You decide.

I do not have the luxury of three lawyers working on this case as you do. I will have your response this week. Thanks

James S. Ward
**WARD & WILSON, L.L.C.**
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Phone: 205-871-5404
Fax: 205-871-5758
jward@wardwilsonlaw.com

---

**From:** Rebecca E. Crandall [mailto:rcrandall@coatsandbennett.com]
**Sent:** Wednesday, July 11, 2007 2:15 PM
**To:** Jim Ward
**Cc:** Jane Sorey
**Subject:** Jennings - discovery issues

You filed a combination response to a motion and a new motion. The way you filed it using the CM/ECF system, it gave us a deadline based on a reply – so July 23 I believe. I think we can address both together as you have done, but we'd prefer to have until a response to a motion would be due – July 26 I think. Ordinarily it would not be a problem to respond by the earlier date, but Tony is out of the office July 13-24. Would you consent to us filing a request for enlargement of time to respond so that we have until July 26?

When do you expect to have Ready Built's discovery responses to Rogs 17-19, RPDs 29-34 & RFAs 15-57? They were due June 27. Ready Built's responses to these might help to narrow the remaining discovery issues.

When will Ready Built produce the documents and things promised in your June 27 letter?

Also – your client emailed Tony regarding Jennings' discovery requests. Tony is still waiting to hear from you as to whether he may communicate with your client.

Feel free to give me a call if you would like to discuss any of these issues.

Rebecca Crandall
rcrandall@coatsandbennett.com

---

**From:** Jim Ward [mailto:JWard@wardwilsonlaw.com]

**Sent:** Wednesday, July 11, 2007 2:58 PM
**To:** Rebecca E. Crandall
**Subject:**

what is the confusion on the date?

James S. Ward
**WARD & WILSON, L.L.C.**
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Phone: 205-871-5404
Fax: 205-871-5758
jward@wardwilsonlaw.com