Coats & Bennett

1400 Crescent Green
Suite 300
Cary, North Carolina 27518
tel: 919-854-1844
800-575-1278
fax: 919-854-2084
www.coatsandbennett.com

Patents, Trademarks, Copyrights, Trade Secrets, Licensing, and Related Litigation

Larry L. Coats
David E. Bennett
John R. Owen
David D. Kalish
Anthony J. Biller
Michael D. Murphy
Edward H. Green III
Rebecca E. Crandall
Mark R. Bilak

Stephen A. Herrera*
Jennifer K. Stewart*

*Registered patent agent

July 17, 2007

**VIA FACSIMILE & EMAIL**

Exhibit C

Mr. James S. Ward, Esq.
Ward & Wilson, L.L.C.
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209

Re: *Jennings Transmission Service of Goldsboro, Inc. v. U.S.*
US Court of Federal Claims
05-1209 C

Dear James:

We are in receipt of Ready Built's tardy responses to Jennings' Interrogatory Nos. 13-16 and Request for Production Nos. 25-28. Fed. R. Civ. P. 26(g)(2) requires that all discovery responses be signed by counsel. Rule 33(b) requires that each interrogatory be answered under oath. Ready Built's responses were, however, neither signed by counsel nor verified by Ready Built. Please produce signed and verified responses.

We are also still awaiting Ready Built's responses to Interrogatory Nos. 17-19 and Request for Production Nos. 29-34. As we discussed last week, Ready Built's responses to these requests are overdue. Ready Built has, thus, waived any objections in accordance with the Rules. Please produce Ready Built's responses.

We would like to obtain a sample of Ready Built's rigid linkage. We are willing to pay for it or return it at the conclusion of this litigation. Please let us know if this is possible.

We would appreciate the courtesy of your response by Monday, July 23.

Sincerely,

Rebecca E. Crandall

cc: Larry L. Coats, Esq.
Anthony J. Biller, Esq.

REC/js
4705-001