THE UNITED STATES COURT OF FEDERAL CLAIMS

JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,

PLAINTIFF,

v.

THE UNITED STATES,

DEFENDANT,

and

JASPER ENGINES & TRANSMISSIONS,

THIRD-PARTY DEFENDANT,

and

READY BUILT DISTRIBUTORS, INC.

THIRD-PARTY DEFENDANT.

Exhibit B

CASE NO. 1:05CV1209C LMB

JUDGE LAWRENCE M. BASKIR

**ANSWER OF READY-BUILT DISTRIBUTORS, INC. TO PLAINTIFF'S REQUEST FOR ADMISSIONS NO'S. 15 - 57**

COMES NOW the Ready-Built Distributors, Inc. ("Ready-Built") and for answer to Plaintiff's request for admissions no's. 15 - 57, says as follows:

**GENERAL OBJECTIONS**

Defendant objects to any request or sub-part thereof which seeks information privileged and protected by the attorney/client privilege, the work product privilege or any other applicable privilege. Defendant objects to any request which seeks information which is confidential, personal, sensitive and/or proprietary in nature. Defendant objects to any instructions, definitions, obligations, or duties set forth in the Defendant's requests which seek to impose any instruction, definition, obligation or duty outside of or not required by the Rules of the United States Court of Federal Claims ("RCFC"). Defendant objects to

any request which seeks information subsequent to the date of the incident made the basis of this litigation. Defendant objects to any request which is over broad, vague, unreasonable, harassing, annoying, unduly burdensome or which seeks information beyond the scope of discovery allowed by the RCFC.

Moreover, defendant objects to any request for admission to the extent the same seeks information relating to conversion kits that do not constitute an accused device.

Without waiving said objections, and subject to them, Defendant responds as follows:

## REQUESTS FOR ADMISSION

Admit or deny the following:

15. Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00813.

**RESPONSE:** Admitted as true and correct as of November 2000. See also response to Interrogatory No. 33.

16. Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00814.

**RESPONSE:** Admitted as true and correct as of November 2000. See also response to Interrogatory No. 33.

17. Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00817.

**RESPONSE:** Admitted as true and correct as of November 2000. See also response to Interrogatory No. 33.

18. Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00818.

**RESPONSE:** Admitted as true and correct as of November 2000. See also response to Interrogatory No. 33.

19. Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00910.

**RESPONSE:** Admitted as true and correct as of November 2000. See also response to Interrogatory No. 33.

20. Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00911.

**RESPONSE:** Admitted as true and correct as of November 2000. See also response to Interrogatory No. 33.

21. Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00917.

**RESPONSE:** Admitted as true and correct as of November 2000. See also response to Interrogatory No. 33.

22. Exhibit 1 hereto is a true and accurate reflection of the bracket type linkage included in your product number RBT00918.

**RESPONSE:** Admitted as true and correct as of November 2000. See also

response to Interrogatory No. 33.

23. Installing your cable type linkages, the original transmission and original driveshaft are removed from the LLV vehicle.

**RESPONSE:** Admitted.

24. In installing your cable type linkages, a replacement transmission with a left side shift lever and an associated torque converter is raised into a position where the replacement transmission and torque converter can be installed.

**RESPONSE:** Admitted.

25. In installing your cable type linkages, the torque converter is connected to the flywheel of the LLV vehicle.

**RESPONSE:** Admitted.

26. In installing your cable type linkages, the replacement transmission is secured on the LLV chassis.

**RESPONSE:** Admitted.

27. In installing your cable type linkages, a cable linkage is installed.

**RESPONSE:** Admitted.

28. In installing your cable type linkages, a cable linkage is installed by operatively connecting the cable linkage to the gear selection mechanism of the LLV vehicle and to the left side shift lever on the replacement transmission.

**RESPONSE:** Admitted.

29. In installing your cable type linkages, a different driveshaft from the original

driveshaft is installed.

**RESPONSE:** Admitted.

30. In installing your cable type linkages, the driveshaft installed has a different length than the original driveshaft.

**RESPONSE:** Admitted.

31. In installing your cable type linkages, a driveshaft having the correct length to accommodate the dimensions of the replacement transmission is installed.

**RESPONSE:** Admitted.

32. In installing your bracket type linkages, an elongated member having right and left ends is mounted so that the member transversely spans the replacement transmission.

**RESPONSE:** Admitted.

33. Your bracket type linkage includes an elongated member is designed to transversely span the replacement transmission and has right and left ends.

**RESPONSE:** Admitted.

34. In installing your bracket type linkages, the right end of the elongated member is connected, directly or indirectly, to the gear selection mechanism of the LLV vehicle.

**RESPONSE:** Admitted.

35. In installing your bracket type linkage, the left end of the elongated member is connected, directly or indirectly, to the shift lever of the replacement transmission.

**RESPONSE:** Admitted.

36. You sell a replacement transmission with at least some of your bracket type linkages.

**RESPONSE:** Admitted.

37. Your bracket type linkage is intended to be installed in a right-hand drive vehicle.

**RESPONSE:** Denied

38. Your replacement transmission sold with the bracket type linkage includes a left side shift lever.

**RESPONSE:** Denied

39. Your bracket type linkage transfers gear selection information emanating from the driver's gear selector lever across the vehicle from the right side to the shift lever located on the let side of the replacement transmission.

**RESPONSE:** Denied

40. Your bracket type linkage includes an elongated member that, when installed on a replacement transmission, spans the replacement transmission.

**RESPONSE:** Denied

41. Your bracket type linkage includes an elongated member that spans the replacement transmission and includes a first end and a second end.

**RESPONSE:** Denied

42. In your bracket type linkage, the elongated member that spans the

replacement transmission is rotatably supported.

**RESPONSE:** Denied

43. Your bracket type linkage includes means for imparting rotation movement to the elongated member.

**RESPONSE:** Denied

44. In response to the driver's selection of a gear, the means in your bracket type linkage imparts rotational movement to the elongated member and is proximate one end of the elongated member.

**RESPONSE:** Denied

45. In your bracket type linkage, the means for imparting rotational movement to the elongated member is proximate one end of the elongated member and, when installed, is connected directly or indirectly to the gear selection mechanism of the vehicle.

**RESPONSE:** Denied

46. Your bracket type linkage also includes means that converts the rotational movement of the elongated member to movement that operates the shift lever of the replacement transmission.

**RESPONSE:** Denied

47. Your bracket type linkage includes means proximate one end of the elongated member for connecting the elongated member to the shift lever of the replacement transmission and thereby converts the rotational movement of the elongated

member to movement that operates the shift lever of the replacement transmission.

**RESPONSE:** Denied

48. Your bracket type linkage includes a right side support member for supporting the elongated member that spans the replacement transmission.

**RESPONSE:** Denied

49. Your bracket type linkage includes a left side support member for supporting the elongated member that spans the replacement transmission.

**RESPONSE:** Denied

50. In your bracket type linkage, the elongated member that spans the replacement transmission is rotatably supported at its respective end by right and left support members.

**RESPONSE:** Denied

51. Your bracket type linkage includes a multi-component assembly.

**RESPONSE:** Denied

52. Your bracket type linkage includes a multi-component assembly proximate the left side of the elongated member.

**RESPONSE:** Denied

53. Your bracket type linkage includes a multi-component assembly proximate the left end of the elongated member for directly or indirectly connecting the elongated member to the shift lever of the replacement transmission.

**RESPONSE:** Denied

54. Your bracket type linkage includes a multi-component assembly that comprises a first component projecting from the elongated member.

**RESPONSE:** Denied

55. Your bracket type linkage includes a mult- component assembly that has at least one additional link that attaches to the shift lever of the replacement transmission and which operates the shift lever.

**RESPONSE:** Denied

56. Your bracket type linkage includes the multi-component assembly which comprises a first component projecting from the elongated member and at least one additional link pivotably connected to the first component and wherein the one additional link attaches to the shift lever to convert rotational movement of the elongated member to movement operating the shift lever.

**RESPONSE:** Denied

57. The document attached hereto at Exhibit 3 is a true and accurate reflection of your total sales for each product listed therein.

**RESPONSE:** Admitted.

As to objections and document requests:

James S. Ward
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
(205) 871-5404
*Attorney for Ready-Built Distributors, Inc.*

*Jennings Transmission Service of Goldsboro, Inc. v. The United States of America*
*United States Court of Federal Claims*
*Case No.: 05-1209C*

## Verification for Defendant

STATE OF ALABAMA )
COUNTY OF JEFFERSON )

The undersigned, ROBERT JONES, JR., in his/her official capacity as PRESIDENT of Ready-Built Distributors, Inc., being of lawful age and being first duly sworn, depose and say on oath that he has read the foregoing and that the facts contained therein are true and correct according to his information, knowledge and belief.

______________________________
(Signature)

Sworn to and subscribed before me
this 24th day of July, 2007.

______________________________
Notary Public
Com Exp: 08/11

*Jennings Transmission Service of Goldsboro, Inc. v. The United States of America*
*United States Court of Federal Claims*
*Case No.: 05-1209C*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on the following by Electronic Mail on the 26 day of July, 2007.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Division - Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com

James Ward
OF COUNSEL