# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: August 7, 2007)

| | |
|---|---|
| *************************************************** | |
| JENNINGS TRANSMISSION SERVICE | * |
| OF GOLDSBORO, INC., | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |
| *************************************************** | |

ORDER

Plaintiff's Motion to Strike Docket Nos. 72 and 73, filed August 2, 2007, because incorrect exhibits were attached, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge