THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., PLAINTIFF, | ) | |
| v. | ) | CASE NO. 1:05CV1209C LMB |
| THE UNITED STATES, DEFENDANT, | ) | JUDGE LAWRENCE M. BASKIR |
| and | ) | |
| JASPER ENGINES & TRANSMISSIONS, THIRD-PARTY DEFENDANT, | ) | |
| and | ) | |
| READY BUILT DISTRIBUTORS, INC. THIRD-PARTY DEFENDANT. | ) | |

**READY-BUILT'S RESPONSE TO JENNINGS TRANSMISSION SERVICES'S MOTION TO COMPEL READY BUILT'S DISCOVERY RESPONSES AND FOR SANCTIONS AND MOTION TO DEEM ADMITTED JENNINGS' REQUEST FOR ADMISSION NOS. 15 - 57 TO READY BUILT**

COMES NOW third-Party Defendant Ready-Built Distributors, Inc. ("Ready-Built"), and in response to Plaintiff Jennings Transmission Service's MOTION TO COMPEL READY BUILT'S DISCOVERY RESPONSES AND FOR SANCTIONS and MOTION TO DEEM ADMITTED JENNINGS' REQUEST FOR ADMISSION NOS. 15 - 57 TO READY BUILT, submits the following:

1. Ready-Built adopts and incorporates as if fully set for herein each and every one of its previously filed pleadings and/or responses and/or filings.

2. While there may be a limited number of technical and/or procedural issues for the Court's consideration, this matter is essentially before the Court on what obligation,

if any, Ready-Built is under to *compile, generate, create* and produce records regarding the sales of bracket conversion kits.

3. As set forth in previous filings, in the latter part of the year 2000, Jennings and Ready-Built engaged in written communications and discussions relating to alleged patent infringement claims by Jennings. The correspondence clearly sets forth that Ready-Built stopped selling bracket devices in late 2000 and began selling only cable devices, Ready-Built taking the position that the sale of these devices did not infringe on any alleged patent. See letter dated November 14, 2000 to Jennings counsel from Ready-Built's counsel attached hereto as Exhibit A. As such, Jennings has known since at least 2000 that Ready-Built no longer sells bracket devices.

4. With full knowledge of this fact, Jennings delayed taking any action for five (5) years and did not initiate this action until 2006.

5. Simply put, Ready-Built had no reason to maintain detailed records of sales of bracket conversion kits since it ceased selling them, and Ready-Built has not kept or maintained any such records in such form as Jennings has requested in its discovery.

6. Rule 34(b) of the Rules of the United States Court of Federal Claims provides as follows:

> *A party who produces documents for inspection shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the request.*

7. Moreover, Rule 33(d) of the Rules of the United States Court of Federal

Claims provides as follows:

> *(d) Option to Produce Business Records. Where the answer to an interrogatory may be derived or ascertained from the business records of the party upon whom the interrogatory has been served or from an examination, audit or inspection of such business records, including a compilation, abstract or summary thereof, and the burden or deriving or ascertaining the answer is substantially the same for the party serving the interrogatory as for the party served, it is a sufficient answer to such interrogatory to specify the records from which the answer may be derived or ascertained and to afford to the party serving the interrogatory reasonable opportunity to examine, audit or inspect such records and to make copies, compilations, abstracts or summaries...*

8. Ready-Built is under no obligation by virtue of Rule 33, Rule 34 or otherwise to create or generate documents that do not exist.

9. Jennings asserts in its Motion that it is a "small family owned and operated company." However, Jennings is not the only party with limited resources. Simply put, there are no records regarding sales since 2000 insofar as there were no such sales. Further, Ready-Built no longer maintains records evidencing previous sales of the bracket linkages, and Ready-Built simply does not have the time, staff or resources to *create* and *generate* records such as those requested by Jennings. Again, the rules do not require as much.

10. Notwithstanding the above, Ready-Built compiled and produced to Jennings a summary of its sales of cable conversion kits.[1] See "Cable Shift Linkage Sales from 1-1-2001 to 5-2-2007" attached hereto as Exhibit B. Jennings was not satisfied and demanded

---

[1]As noted in prior filings, a business decision was made by Ready-Built to continue to use the same part number for the cable device as was used for the rigid or bracket device even though the latter were not being sold or installed.

more.

11. Notwithstanding the above, Ready-Built next offered to grant Jennings *off-site* or *on-site* access to Ready-Built's computer system and records so as to allow Jennings the opportunity to review Ready-Built's existing records and compile and construct whatever data Jennings seeks - to the extent possible - on its own, and Ready-Built offered to provide Jennings with the necessary tools and information to do so. See June 27, 2006 letter from counsel for Ready-Built to counsel for Jennings attached hereto as Exhibit C. Jennings has not expressed any inability to do so or advised Ready-Built as to any reason it is unable to do so, but to Ready-Built's knowledge Jennings has not accepted Ready-Built's offer.

12. Ready-Built's discovery responses are compliant with Rule 33 and Rule 34.

13. Moreover, Ready-Built has been and remains ready and willing to make Robert Jones (or such other corporate representative as may be appropriate) available to give deposition testimony regarding the non-existence of the requested records, the summary of sales produced, access to Ready-Built's computer system, or such other subject matter as is relevant and discoverable in this matter.

14. However, Jennings has not made an effort to depose Ready-Built, and instead seems intent upon consuming this Court's valuable time and resources on discovery matters that frankly do not merit Court intervention.

15. As noted in previous filings, Jennings has tacitly if not directly admitted that accused devices do not include cable conversion kits. (Again, Jennings has known that

Ready-Built no longer sells bracket conversion kits since 2000). Yet Jennings continues to seek documents relating to the sale of bracket conversion kits that do not exist, and would now have the Court order that Ready-Built make certain admissions regarding the sale of bracket conversion kits when clearly such admissions would be false. Clearly, any such discovery is over broad, vague, unreasonable, harassing, annoying, unduly burdensome or seeks information beyond the scope of discovery allowed by the RCFC. Moreover, Jennings cannot possibly claim prejudice by any delay in Ready-Built denying requests for admission that Jennings well knows are false.

16. Although the failure to take any action within the prescribed period results in admission of facts stated therein, a court enjoys the discretion to permit a party to file such requests subsequent to the expiration of the time period when the delay was not occasioned by a lack of good faith, when such filing will facilitate a proper determination of the merits and when the untimely response will not unduly prejudice the requesting party. See Donovan v. Carls Drug Co., Inc., 703 F.2d 650, 652 (2d Cir. 1983); Warren v. International Broth. of Teamsters, Etc., 544 F.2d 334, 339-340 (8th Cir. 1976); United States v. Lake Killarney Apartments, Inc., 443 F.2d 1170 (5th Cir. 1971); French v. United States, 416 F.2d 1149, 1152 (9th Cir. 1969); Moosman v. Joseph P. Blitz, 358 F.2d 686, 688 (2d Cir. 1966); Szatanek v. McDonnell Douglas Corp., 109 F.R.D. 37, 40 (D.N.Y. 1985)

17. "The court may permit [an untimely filing of answers] when the presentation of the merits of the action will be subserved thereby and the party who obtains the admission fails to satisfy the court that [the untimely filing] will prejudice him in maintaining

his action or defense on the merits." Szatanek v. McDonnell Douglas Corp., 109 F.R.D. 37, 40 (D.N.Y. 1985). See also Pleasant Hill Bank v. United States, 60 F.R.D. 1, 3 (W.D.Mo. 1973).

18. "In striking a balance between the diligence in litigation and the interests of justice, it is evident that the interests of justice will not be furthered in determining all the issues as to liability in this lawsuit on the basis of various missed deadlines and defendant's counsel's negligence." Hadra v. Herman Blum Consulting Engineers, 74 F.R.D. 113 (N.D.Tex. 1977).

19. **Where a plaintiff seeks admission of the dispositive facts of a case via defendant's non-compliance with rule 36, and no real prejudice in litigating the action on the merits has accrued as the result of the delay, "substantial justice" is best achieved by deeming the proffered facts *not admitted* but rather by ordering defendant to respond forthwith. S.A. Healy Company/Lodigiani USA v. United States, 37 Fed. Cl. 204, 207 (Ct. Cl. 1997), quoting Szatanek v. McDonnell Douglas Corp., 109 F.R.D. 37, 41 (W.D.N.Y. 1985) (citing Warren v. International Bhd. of Teamsters, 544 F.2d 334, 340 (8th Cir. 1976); Williams v. Krieger, 61 F.R.D. 142, 144 (S.D.N.Y. 1973)).**

20. Here it is unnecessary to order a response as Ready-Built has responded to the subject requests for admissions. However, to the extent any Court action is necessary it should be limited to ordering responses.

21. In the instant case, Jennings has conceded that Ready-Built's responses to Jennings Requests for Admission were submitted less than thirty (30) days after the

technical deadline. See Jennings' MOTION TO DEEM ADMITTED JENNINGS' REQUEST FOR ADMISSION NOS. 15 - 57 TO READY BUILT.

22. There is no evidence nor can it be asserted that Jennings some how relied to its detriment on the requests being deemed admitted (see Scarlett v. Seaboard Coast Line R. Co., 23 F.R.Serv.2d 596 (S.D.Ga.1976), nor is there any evidence that Jennings has been prejudiced or would be prejudiced if the requests are not deemed admitted by the Court (see Warren v. Internat'l Brotherhood of Teamsters, 544 F.2d 334, 338-340 (8th Cir. 1976). Moreover, it is undisputed that testimony on issue made the subject of the requests will be available at trial (see Westmoreland v. Triumph Motorcycle Corp., 71 F.R.D. 192 (D.Conn.1976).

23. Further, there is no evidence that Ready-Built or its counsel acted with any intent to obstruct discovery and in fact responses have been submitted, although technically beyond the thirty (30) day deadline. See Szatanek v. McDonnell Douglas Corp., 109 F.R.D. 37, 40 (D.N.Y. 1985).

24. Jennings has submitted discovery to Defendant United States Postal Service regarding conversion kit sales. It is Ready-Built's understanding that the USPS is in the process of providing responses to that discovery. In fact Ready-Built notes that the USPS produced detailed records regarding its purchases of Ready-Built's Part No. RBT00700 to Jennings by the USPS on or about July 27, 2007. A copy of said records is attached hereto as Exhibit D. For Jennings to suggest that it is somehow prejudiced by Ready-Built's failure to create and produce documents regarding bracket conversion kits is,

therefore, wholly disingenuous.

25. Substantial justice will not be furthered here by determining issues as to liability on the basis of various deadlines. Instead, justice will be best served by a presentation of the merits of the case.

26. Jennings has made numerous accusations in its motions that Ready-Built is non-compliant with the instructions given by this Court during the June 21, 2007 telephone conference. Rather than unnecessarily consuming additional judicial resources, Ready-Built respectfully refers the Court to the June 27, 2007 letter from counsel for Ready-Built to counsel for Jennings attached hereto as Exhibit C. Ready-Built submits that the letter, although dated June 27th, is compliant with the Court's directives.

27. Jennings' MOTION TO COMPEL READY BUILT'S DISCOVERY RESPONSES AND FOR SANCTIONS and MOTION TO DEEM ADMITTED JENNINGS' REQUEST FOR ADMISSION NOS. 15 - 57 TO READY BUILT are due to be denied.

Respectfully submitted,

/s/ James S. Ward

James S. Ward
WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
(205) 871-5404

*Attorney for Ready-Built Distributors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on the following by electronically filing the same on the USCFC ECF website and via Electronic Mail on the 20th day of July, 2007.

Larry L. Coats
Coats & Bennett PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
lcoats@coatsandbennett.com

Ken B. Barrett
U.S. Department of Justice
Civil Division - Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
ken.barrett@usdoj.gov

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
jhinshaw@binghammchale.com

/s/ James S. Ward
OF COUNSEL

# EXHIBIT A

KILPATRICK STOCKTON LLP

Attorneys at Law
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
Telephone: 404.815.6500
Facsimile: 404.815.6555
Web site: www.kilstock.com

November 14, 2000

E-mail: jpratt@kilstock.com
Direct Dial: 404.815.6367

**Via Facsimile**

***For Settlement Discussions Only***
***Subject to FRE 408***

Larry L. Coats
Coats & Bennett
1400 Crescent Green
Suite 300
Cary, North Carolina 27511

Re: Patent License
<u>Our Reference: 206492</u>

Dear Larry:

Thank you for your November 2, 2000 letter. My client and I have carefully considered and reconsidered your client's positions, including the positions taken in your November 2 letter.

I do not propose in this letter to address all of those points but will touch on a few of the more important ones.

Your client has declined to warrant the validity of its patent, which my client has reason to consider to be questionable.

Your client declines to obligate itself to pursue infringers, thereby providing no assurance to our client that its competitors will have to pay the royalties it would have to pay under the proposed license.

Your client concedes that there is a non-infringing substitute for the product it says is covered by its patent, but it continues to demand a royalty in excess of the 40% of the selling price of the product. That royalty rate is not reasonable.

Ready-Built Transmissions nevertheless offered to accept a license at that royalty and commence paying royalties with sales from December 1, 2000. You responded on behalf of your client by demanding royalties from the August 18, 2000.

ATLLIB01 1063739.1

*For Settlement Discussions Only*
*Subject to FRE 408*

Since August 18, Ready-Built Transmissions has installed approximately 287 linkage-type transmission conversion units. Its customers have indicated, however, a preference for the newest version of the Ready-Built Transmissions cable-type conversion units. Ready-Built Transmissions therefore stopped installing linkage-type conversion units and began replacing all of the linkage-type units installed since August 18 cable-type units. It has already replaced almost half of the linkage-type units it installed since August 18. It does not plan to install any more linkage-type units, and all linkage-type units installed after August 18, 2000 will be replaced with cable-type units.

Under these circumstances, Ready-Built Transmission is not willing to enter into the license proposed with your November 2, 2000 letter.

Kind personal regards.

Sincerely,

John S. Pratt

JSP/ck
cc: Ready-Built Transmissions, Inc.

# EXHIBIT B

# Cable Shift Linkage Sales
From 1-1-2001 to 5-2-2007

## Transmissions With Cable Shift Linkage

| # SOLD | Part # | TOTAL $ |
|---|---|---|
| 2346 | 8686965 | $1,051,960.00 |
| 1 | RBT00007 | $1,250.00 |
| 379 | RBT00700 | $412,822.05 |
| 12204 | RBT00800 | $15,998,582.89 |
| 459 | RBT00801 | $499,509.75 |
| 613 | RBT00811 | $656,266.00 |
| 7 | RBT00811 A/E | $6,825.00 |
| 264 | RBT00811AE | $287,697.25 |
| 1076 | RBT00812 | $705,610.07 |
| 378 | RBT00813 | $539,013.98 |
| 265 | RBT00814 | $305,876.51 |
| 5473 | RBT00817 | $6,283,091.46 |
| 55 | RBT00818 | $54,513.00 |
| 2 | RBT00818MG | $961.00 |
| 2724 | RBT00900 | $3,143,462.35 |
| 123 | RBT00901 | $115,545.68 |
| 151 | RBT00908 | $123,462.29 |
| 2 | RBT00908 A/E | $2,730.00 |
| 68 | RBT00908AE | $77,877.60 |
| 376 | RBT00909 | $265,670.00 |
| 125 | RBT00912 | $129,530.00 |
| 96 | RBT00913 | $126,138.84 |
| 864 | RBT00917 | $892,560.44 |
| 37 | RBT00918 | $30,805.00 |
| 1 | RBT01001 | $938.00 |
| 1 | RBT02001D | $1,775.00 |
| 1 | RBT02501 | $0.00 |
| 2 | RBT180C | $100,000.00 |

| Subtotal Transmissions Sold With Cable Shift Linkages |
|---|
| 28116 |

## Individual Cable Shift Linkages Sold

| # SOLD | Part # | TOTAL $ |
|---|---|---|
| 6043 | RBT03000 | $1,558,800.00 |

# EXHIBIT C

**WARD & WILSON, L.L.C.**

ATTORNEYS AT LAW

2100 SOUTHBRIDGE PARKWAY, SUITE 580
BIRMINGHAM, ALABAMA 35209
TEL (205) 871-5404
FAX (205) 871-5758

JAMES S. WARD
E-MAIL: jward@wardwilsonlaw.com

KENNETH JOE WILSON, JR.
E-MAIL: kjwilson@wardwilsonlaw.com

June 27, 2007

**VIA E-MAIL**
Anthony J. Biller, Esq.
Coats & Bennett
1400 Crescent Green
Suite 300
Cary, North Carolina 27518

**RE: Jennings Transmission Service of Goldsboro, Inc. v. United States**
**Court of Federal Claims No. 05-1209C**

Dear Anthony:

As ordered by Judge Baskir during the telephone conference last week, I am providing a list of documents that can be made available.

1. A copy of detailed installation instructions.
2. My client can provide a written code that will allow you to login directly to Ready-Built's computer system and to obtain supporting invoices representing sales by part number. This code will allow you to select a date range. I am not representing that I am totally computer literate but the bottom line is that you will be able to obtain if you so desire every invoice by part number of the allegedly offending devices.
3. We can provide a summary report of the total number of sales by part number relating to the allegedly offending devices.
4. A copy of applicable sales handouts.
5. Copies of provisional patent filings.
6. Copies of delivery tickets which contain both bracket and cable descriptions and part numbers. As you know, we stopped selling bracket devices in late 2000 although we continue to use the same part numbers for the cable devices which we have only sold since late 2000. These delivery tickets will reflect that the part numbers did not change rather only the description of what was being sold.
7. I can have a photograph made of the allegedly offending device although you are welcomed to travel to our facility in Montgomery, Alabama to examine the devices.
8. Copies of a diagram or drawing of the allegedly offending devices.
9. Any copies of any documents previously identified in any of Ready-Built's responses

to your discovery.

I am in trial the rest of this week. Next week we can certainly coordinate when I can make the documents available and a time for you to login to our computer system for the purpose referenced above.

Very truly yours,
**WARD & WILSON, LLC**

*James S. Ward*

James S. Ward

JSW/dda
cc: The Honorable Lawrence M. Baskir
Ken Barrett, Esq.
James Hinshaw, Esq.

bcc: Robert Jones (via e-mail)

# EXHIBIT D

Portland, ME Readybuilt

| VEND_NAME | PART_DESC | PART_NO | INVC_QTY | INVC_RCT_DTM | PART_COST_AMT |
|---|---|---|---|---|---|
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/03/2005 0:00 | 850 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/11/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/16/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/17/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/30/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/30/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 09/13/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 09/16/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 09/28/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 10/07/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 10/12/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 10/12/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 10/19/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 11/15/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 11/23/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 11/23/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 11/23/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 12/05/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 12/20/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 12/20/2005 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 01/04/2006 0:00 | 1150 |
| BATTERIES NORTHWEST | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 01/04/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 02/08/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 02/22/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/02/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/07/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/09/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/13/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/13/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/20/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/28/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 04/03/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 04/10/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 04/12/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 04/26/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 05/03/2006 0:00 | 1150 |



G012389

| | | | | | |
|---|---|---|---|---|---|
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 05/08/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 05/17/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 05/23/2006 0:00 | 1150 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 07/07/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 07/20/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 07/27/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/01/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/07/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/14/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 08/16/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 09/06/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 10/11/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 10/31/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 10/31/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 12/13/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 12/21/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 12/28/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 12/29/2006 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 01/10/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 01/12/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 01/29/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 02/05/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 02/05/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 02/20/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 02/23/2007 0:00 | 1198 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/08/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/08/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/14/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/14/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/16/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/16/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/19/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/22/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 03/23/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 04/03/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 04/16/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 04/19/2007 0:00 | 1360 |

| | | | | | |
|---|---|---|---|---|---|
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 05/09/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 05/21/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 06/07/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 06/13/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 06/25/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 06/29/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 07/19/2007 0:00 | 1360 |
| READY BUILT TRANS/ENGINES | TRANSMISSION,700 CLEAN W/SHIFER | RBT00700 | 1 | 11/18/2005 0:00 | 1150 |

# THE UNITED STATES' PRIVILEGE LOG

*Jennings Transmission Service of Goldsboro, Inc. v. United States*
Court of Federal Claims No. 05-1209 C

July 27, 2007

| **Date** | **Description** | **Privilege** |
|---|---|---|
| | Documents generated by either counsel for the United States Postal Service (USPS) or attorneys of the Department of Justice (DOJ) after the filing of the complaint in this matter. These documents are maintained by Michael Kiely, Esq., USPS, and/or Ken Barrett, Esq., DOJ, in their respective offices. | Work Product, RCFC 26(b)(3) |
| | All communications which concern this litigation between employees of the USPS and either counsel for the USPS or attorneys of the Department of Justice after the filing of the complaint in this matter. These documents are maintained by Michael Kiely, Esq., USPS, and/or Ken Barrett, Esq., DOJ, in their respective offices. Copies of these documents may also be maintained at the locations of the pertinent USPS employees. | Attorney-Client Communications, Work Product, RCFC 26(b)(3) |
| | Correspondence between the Department of Justice and counsel for either Ready-Built or Jasper Engines after the filing of the complaint in this matter. These documents are maintained by Ken Barrett, Esq., DOJ, in his office. | Attorney-Client Communications, Work Product, RCFC 26(b)(3), Joint Interest Privilege |
| 2/12/03 | E-mail message from Margaret Garrity, USPS, to Jennifer Breslin, Esq., USPS, concerning legal advice regarding Ready-Built's National Ordering Agreement. This document is maintained by Ms. Garrity in the contract files located in Philadelphia, Pennsylvania. One (1) page. | Attorney-Client Communications |
| 2/12/03 | E-mail message from Jennifer Breslin, Esq., USPS, to Margaret Garrity, USPS, concerning legal advice regarding Ready-Built's National Ordering Agreement. This document is maintained by Ms. Garrity in the contract files located in Philadelphia, Pennsylvania. One (1) page in length (on the same page as the immediately preceding document). | Attorney-Client Communications |

| | | |
|---|---|---|
| undated | E-mail message from Margaret Garrity, USPS, to Donna Gillespie, Esq., USPS, and copying Tim Currie, USPS, concerning legal advice regarding Jennings Transmission's National Ordering Agreement. This document is maintained by Ms. Garrity in the contract files located in Philadelphia, Pennsylvania. One (1) page in length. | Attorney-Client Communications |
| 3/29/05 | E-mail message from Donna Gillespie, Esq., USPS, to Margaret Garrity, USPS, concerning legal advice regarding Jennings Transmission's National Ordering Agreement. This document is maintained by Ms. Garrity in the contract files located in Philadelphia, Pennsylvania. One (1) page in length. | Attorney-Client Communications |
| undated | E-mail message from Margaret Garrity, USPS, to Donna Gillespie, Esq., USPS, concerning legal advice regarding Jennings Transmission's National Ordering Agreement. This document is maintained by Ms. Garrity in the contract files located in Philadelphia, Pennsylvania. One (1) page in length (on the same page as the immediately preceding document) | Attorney-Client Communications |
| undated | E-mail message from Margaret Garrity, USPS, to Tim Currie, USPS, and Jacquelynn Estes, USPS, pertaining to and quoting a communication from Donna Gillespie, Esq., USPS, concerning legal advice regarding Jennings Transmission's National Ordering Agreement. This document is maintained by Ms. Garrity in the contract files located in Philadelphia, Pennsylvania. One (1) page in length. | Attorney-Client Communications |