# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: September 7, 2007)

******************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
JASPER ENGINES & TRANSMISSIONS, *
*Third-Party Defendant,* *
and *
*
READY BUILT DISTRIBUTORS, INC., *
*Third-Party Defendant.* *
******************************************************

## ORDER

The Court intends to schedule a tutorial and claim construction hearing during the time frame of September 24 through October 19, 2007 (excluding October 9-12).

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. Additionally, please advise the Court of number of days necessary for the tutorial and hearing. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than September 17, 2007**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

The hearing will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the parties shall appear in person.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge