**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant,<br><br>and<br><br>JASPER ENGINES & TRANSMISSIONS,<br>Third-Party Defendant,<br><br>and<br><br>READY BUILT DISTRIBUTORS, INC.,<br>Third-Party Defendant. | No. 05-1209 C<br><br>Judge Lawrence M. Baskir |

**JOINT STATUS REPORT**

Pursuant to paragraph 3(f) of the Court's "Special Procedures Order for Cases under 28 U.S.C. § 1498(a)" dated July 5, 2006 (the SPO), plaintiff Jennings Transmission Service of Goldsboro, Inc., defendant The United States, and third-party defendants Jasper Engines & Transmissions and Ready Built Distributors, Inc., hereby submit this Joint Status Report.

Fact discovery in this case closed on June 29, 2007. Discovery involving experts has been stayed until the Court issues a decision regarding claim construction. See Order filed June 22, 2007. The Court is

currently in the process of scheduling the claim construction hearing. See Order filed September 7, 2007.

The SPO requests that the parties submit a proposed schedule for post-discovery proceedings. The parties cannot propose a schedule for further proceedings until after the issuance of a claim construction decision and the completion of expert discovery.

Respectfully submitted,

September 14, 2007

Larry L. Coats
N.C. State Bar No. 5,547
Anthony J. Biller
N.C. State Bar No. 24,117
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

Attorneys for Plaintiff Jennings Transmission Service

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

September 14, 2007

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice

September 14, 2007

James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
Telephone: (317) 635-8900
Facsimile: (317) 236-9907

Attorneys for Jasper Engines & Transmissions

September _____, 2007

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Telephone: (205) 871-5404
Facsimile: (205) 871-5758

Attorney for Ready-Built Distributors, Inc.

September ______, 2007

____________________________

James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
Telephone: (317) 635-8900
Facsimile: (317) 236-9907

Attorneys for Jasper Engines & Transmissions

September 14th, 2007

____________________________

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Telephone: (205) 871-5404
Facsimile: (205) 871-5758

Attorney for Ready-Built Distributors, Inc.