# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., Plaintiff,<br><br>v.<br><br>THE UNITED STATES, Defendant,<br><br>and<br><br>JASPER ENGINES & TRANSMISSIONS, Third-Party Defendant,<br><br>and<br><br>READY BUILT DISTRIBUTORS, INC., Third-Party Defendant. | No. 05-1209 C<br><br>Judge Lawrence M. Baskir |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO NOTIFY THE COURT WITH PROPOSED DATES FOR THE CLAIM CONSTRUCTION HEARING AND FOR AN ENLARGEMENT OF THE TIME FRAME FOR THE SCHEDULING OF THE HEARING**

Defendant, the United States, moves pursuant to Rule 6(b), Rules of the Court of Federal Claims, for an enlargement of time for the parties to propose dates for the tutorial and claim construction hearing. The Court's Order filed September 7, 2007, requires the parties to propose three dates for the hearing by September 17, 2007. Defendant requests that the time to propose the hearing dates be enlarged by one week to September 24,

2007. This is the defendant's first motion for an enlargement of time for this purpose.

Defendant also moves for an enlargement of the time frame in which to hold the hearing. Defendant requests that the Court's time frame of September 24 through October 19, 2007 (excluding October 9-12) be extended to November 16, 2007.

Counsel for plaintiff Jennings Transmission Service of Goldsboro, Inc. and for third-party defendants Jasper Engines & Transmissions and Ready Built Distributors, Inc. have indicated that they will not oppose this motion.

Counsel for the four parties have been unable to identify three agreeable dates for the tutorial and claim construction hearing within the Court's current time frame. In substantial part, this is because Government counsel has a trial in The Boeing Company v. United States, Court of Federal Claims No. 00-705, beginning on October 15, 2007. Therefore, the defendant respectfully requests that this motion be granted, and the time to propose such dates be enlarged to September 24, 2007, and that the Court extend the time frame for the tutorial and hearing until November 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

September 17, 2007

s/ Ken B. Barrett
KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice

Attorneys for the United States