# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: September 18, 2007)

*****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
JASPER ENGINES & TRANSMISSIONS, *
*Third-Party Defendant,* *
and *
*
READY BUILT DISTRIBUTORS, INC., *
*Third-Party Defendant.* *
*****************************************************

## ORDER

The Defendant's unopposed **Motion for an Enlargement of Time to Notify the Court with Proposed Dates for the Claim Construction Hearing and for an Enlargement of the Time Frame for the Scheduling of the Hearing** filed September 17, 2007, is hereby **GRANTED.**

Accordingly, it is ORDERED that the parties agree upon three dates during the **month of November** (excluding the week of November 19) for the tutorial and claim construction hearing. Additionally, please advise the Court of the number of days necessary for the tutorial and hearing. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than September 24, 2007**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 1:00 p.m.

The hearing will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the parties shall appear in person.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge