# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: September 25, 2007)

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant,* | * |
| and | * |
| JASPER ENGINES & TRANSMISSIONS, *Third-Party Defendant,* | * |
| and | * |
| READY BUILT DISTRIBUTORS, INC., *Third-Party Defendant.* | * |

## ORDER

This Order confirms the **Tutorial and Claims Construction Hearing are scheduled for Wednesday, November 28, 2007, starting at 10:00 a.m.** The tutorial and hearing will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the parties shall appear in person.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge