# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>JASPER ENGINES & TRANSMISSIONS,<br><br>Third-Party Defendant,<br><br>and<br><br>READY BUILT DISTRIBUTORS, INC.,<br><br>Third-Party Defendant. | No. 05-1209 C<br><br>Judge Lawrence M. Baskir |

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT STATUS REPORT

Defendant, the United States, moves pursuant to Rule 6(b), Rules of the Court of Federal Claims, for an enlargement of time to file the Joint Status Report. Specifically, the government requests that the time to file the Joint Status Report be enlarged fourteen (14) days from January 31, 2008, the date now set for filing, to and including February 14, 2008. This is the government's first motion for enlargement of its time to file the Joint

Status Report. By telephone conference on January 30, 2008, Larry Coats, counsel for Plaintiff Jennings Transmission Service, advised the undersigned counsel for the government that plaintiff will not oppose the requested enlargement. Counsel for third-parties Ready Built Distributors, Inc. (Ready Built) and Jasper Engines & Transmissions (Jasper) have also advised the undersigned counsel that they will not oppose the requested enlargement.

This is a suit pursuant to 28 U.S.C. § 1498(a) by Jennings Transmission Service to recover compensation for the alleged unauthorized use of a patented invention. The allegations pertain to replacement transmission kits for right-hand drive postal vehicles. Ready Built and Jasper are suppliers of accused transmission kits. In its Opinion and Order filed December 14, 2007, the Court construed certain patent claim terms and ordered the parties to file a Joint Status Report by January 31, 2008, indicating whether a stay pending ADR is desirable or, if not, proposing a schedule for further proceedings.

More time is needed for the government to assess whether ADR will be productive and beneficial. This is a complex patent case that involves multiple parties. The government has discussed potential settlement with the other parties in this case. However, the government needs the

requested enlargement to determine whether, in light of these discussions, ADR is appropriate in this case.

For the above-reasons, the Government respectfully requests that this motion be granted, and the time to file the Joint Status Report be extended to and including February 14, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

January 31, 2008

s/ Ken B. Barrett

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice