# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: February 1, 2008)

***************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
JASPER ENGINES & TRANSMISSIONS, *
*Third-Party Defendant,* *
and *
*
READY BUILT DISTRIBUTORS, INC., *
*Third-Party Defendant.* *
***************************************************

## ORDER

Defendant's unopposed **Motion for a 14-day Enlargement of Time** filed January 31, 2008, to submit the Joint Status Report is hereby **GRANTED**. The Joint Status Report shall be filed no later than February 14, 2008.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge