# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant,<br><br>and<br><br>JASPER ENGINES & TRANSMISSIONS,<br>Third-Party Defendant,<br><br>and<br><br>READY BUILT DISTRIBUTORS, INC.,<br>Third-Party Defendant. | No. 05-1209 C<br><br>Judge Lawrence M. Baskir |

## JOINT STATUS REPORT

Pursuant to the Court's Opinion and Order filed December 14, 2007, and the Court's Order filed February 1, 2008, plaintiff Jennings Transmission Service of Goldsboro, Inc., defendant The United States, and third-party defendants Jasper Engines & Transmissions and Ready Built Distributors, Inc., hereby submit this Joint Status Report.

The parties have concluded that ADR is appropriate in this case and that a stay pending ADR is desirable. Therefore, the parties request that the Court stay further proceedings in this matter until the conclusion of ADR.

Respectfully submitted,

February 13, 2008

s/ Anthony J. Biller*

Larry L. Coats
N.C. State Bar No. 5,547
Anthony J. Biller
N.C. State Bar No. 24,117
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

Attorneys for Plaintiff Jennings Transmission Service

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

February 13, 2008

s/ Ken B. Barrett

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice

*signed with authorization

February 13, 2008

s/ James M. Hinshaw*

James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
Telephone: (317) 635-8900
Facsimile: (317) 236-9907

Attorneys for Jasper Engines & Transmissions

February ______, 2008

_____________________________

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Telephone: (205) 871-5404
Facsimile: (205) 871-5758

Attorney for Ready-Built Distributors, Inc.

*signed with authorization

February ______, 2008

______________________________
James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
Telephone: (317) 635-8900
Facsimile: (317) 236-9907

Attorneys for Jasper Engines & Transmissions

February ______, 2008

______________________________
James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Telephone: (205) 871-5404
Facsimile: (205) 871-5758

Attorney for Ready-Built Distributors, Inc.