# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: February 14, 2008)

*****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
JASPER ENGINES & TRANSMISSIONS, *
*Third-Party Defendant,* *
and *
*
READY BUILT DISTRIBUTORS, INC., *
*Third-Party Defendant.* *
*****************************************************

## ORDER

In accord with the parties' Joint Status Report filed February 13, 2008, this **case is STAYED until further notice to enable the parties to proceed with ADR**. **Parties shall file a Joint Status Report every 90 days, starting on May 1, 2008.**

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge