# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** *

Plaintiff, *

v. * No. 05-1209C

**THE UNITED STATES,** * (Filed Mar. 12, 2008)

Defendant, *

and *

**JASPER ENGINES & TRANSMISSION and READY BUILT DISTRIBUTORS, INC.,** *

*

Third-Party Defendants. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

An off-the-record telephonic Early Neutral Evaluation Conference shall be held at 10:30 a.m. on Wednesday, April 2, 2008. Defense counsel will initiate the conference call to 202/357-6620.

By March 21, 2008, counsel may submit any information and documents to the ADR judge for purposes of ADR. Any such material will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

**IT IS SO ORDERED.**

/s Christine O. C. Miller

____________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir