# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,<br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br>Defendant,<br>and<br><br>JASPER ENGINES & TRANSMISSIONS,<br>Third-Party Defendant,<br>and<br><br>READY BUILT DISTRIBUTORS, INC.,<br>Third-Party Defendant. | No. 05-1209 C<br><br>Judge Lawrence M. Baskir |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated February 14, 2008, plaintiff Jennings Transmission Service of Goldsboro, Inc., defendant The United States, and third-party defendants Jasper Engines & Transmissions and Ready Built Distributors, Inc., hereby submit this Joint Status Report.

This case is currently stayed to allow the parties to pursue ADR. The parties have conducted one telephonic ADR conference with Judge Christine O. C. Miller. A second ADR conference is tentatively scheduled for May 6, 2008. The parties jointly request that the stay remain in effect until the conclusion of the ADR process.

Respectfully submitted,

May 1, 2008

Larry L. Coats
N.C. State Bar No. 5,547
Anthony J. Biller
N.C. State Bar No. 24,117
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

Attorneys for Plaintiff Jennings Transmission Service

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

May 1, 2008

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice

April 30, 2008

/s/ Rafael A. Sanchez

James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
Telephone: (317) 635-8900
Facsimile: (317) 236-9907

Attorneys for Jasper Engines & Transmissions

________________, 2008

________________________

James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Telephone: (205) 871-5404
Facsimile: (205) 871-5758

Attorney for Ready-Built Distributors, Inc.

______________, 2008

______________________
James M. Hinshaw
Rafael A. Sanchez
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
Telephone: (317) 635-8900
Facsimile: (317) 236-9907

Attorneys for Jasper Engines & Transmissions

April 30, 2008, 2008

______________________
James S. Ward
Ward & Wilson, LLC
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Telephone: (205) 871-5404
Facsimile: (205) 871-5758

Attorney for Ready-Built Distributors, Inc.