# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.**, | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1209C |
| **THE UNITED STATES,** | * | (Filed May 2, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

Further to the telephonic ADR conference held in chambers on April 2, 2008,

**IT IS ORDERED**, as follows:

A subsequent ADR conference shall be held on May 6-7, 2008, in Cary, NC. The court will issue an order after completion of the conference regarding the progress in bringing this matter to an informal resolution.

s/ Christine O.C. Miller

____________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir