# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**JENNINGS TRANSMISSION SERVICE OF GOLDSBORO, INC.,** *

Plaintiff, *

v. * No. 05-1209C

**THE UNITED STATES,** * (Filed May 8, 2008)

Defendant, *

and *

**JASPER ENGINES & TRANSMISSION and READY BUILT DISTRIBUTORS, INC.,** *

*

Third-Party Defendants. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

Further to the ADR conference held in Cary, NC, on May 6-7, 2008, with the parties and third-party defendants present, during which the parties and third-party defendants reached the terms of a settlement offer to be recommended to the United States Department of Justice, contingent upon approval by the United States Postal Service,

**IT IS ORDERED**, as follows:

This case is returned to the presiding judge for monitoring of settlement and dismissal of the complaint, which the parties advise will be completed within thirty days.

/s Christine O. C. Miller

______________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir