# In the United States Court of Federal Claims

Case No. 05-1209C
(Filed: July 22, 2008)

*****************************************************
JENNINGS TRANSMISSION SERVICE *
OF GOLDSBORO, INC., *
*Plaintiff,* *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
JASPER ENGINES & TRANSMISSIONS, *
*Third-Party Defendant,* *
and *
*
READY BUILT DISTRIBUTORS, INC., *
*Third-Party Defendant.* *
*****************************************************

## ORDER

In accordance with the parties' **Stipulation for Entry of Judgment** (copy attached) filed on July 22, 2008, the Clerk of the Court is directed to **enter final judgment in favor of the Plaintiff in the total lump sum of $325,000.** Each party shall bear its own costs and attorneys fees.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge