# In the United States Court of Federal Claims

**No. 05-1209 C**

**JENNINGS TRANSMISSION SERVICE**
**OF GOLDSBORO, INC.**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**and**

**JASPER ENGINES & TRANSMISSIONS**
**and READY BUILT DISTRIBUTORS, INC.**
**Third-Party Defendants**

**JUDGMENT**

Pursuant to the court's Order, filed July 22, 2008, and the parties' stipulation for entry of judgment, filed July 22, 2008 ,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $325,000.00. Each party shall bear its own costs and attorney fees.

John S. Buckley
Acting Clerk of Court

**July 31, 2008** By: Debra L. Samler

Deputy Clerk